UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:17-CV-00132-KKC

K. D., BY HER GUARDIANS,
RAYMOND DOTSON AND
RACHELLE HAIRSTON					PLAINTIFFS

VS.

JERRY SWAFFORD, IN HIS INDIVIDUAL
CAPACITY; THE PIKE COUNTY BOARD OF
EDUCATION; REED ADKINS, IN HIS
INDIVIDUAL CAPACITY; AND MARK GANNON,
IN HIS INDIVIDUAL CAPACITY			DEFENDANTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEPOSITION OF BILLY McCOY TAKEN ON
BEHALF OF DEFENDANT, MARK GANNON**

DEPONENT:					BILLY McCOY

DATE OF DEPOSITION:			APRIL 23, 2018

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*




\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ATHA MAE MAGGARD**
Court Reporter
P.O. Box 1481
Prestonsburg, KY 41653
(606) 886-3377
athamaggard@gmail.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
*************************************************************
```
## INDEX

INDEX & APPEARANCES . . . . . . . . . . . . . . . . .    2

CAPTION . . . . . . . . . . . . . . . . . . . . . . .    3

WITNESS
    BILLY McCOY
    Direct Examination by Mr. Shaw . . . . . . .    4-8

CERTIFICATE OF SERVICE. . . . . . . . . . . . . . . .    9

CERTIFICATION . . . . . . . . . . . . . . . . . . . .   10

```
*************************************************************
```
## APPEARANCES

| | |
|---|---|
| FOR THE PLAINTIFFS,<br>K.D., BY HER GUARDIANS,<br>ET AL. | HON. RYAN McCUNE DONOVAN<br>BAILEY GLASSER, LLP<br>209 CAPITOL STREET<br>CHARLESTON, WV 25301 |
| FOR THE DEFENDANT,<br>JERRY SWAFFORD | HON. MAX THOMPSON<br>SMITH THOMPSON PLLC<br>P.O. BOX 1079<br>PIKEVILLE, KY 41502 |
| FOR THE DEFENDANT,<br>MARK GANNON | HON. JONATHAN C. SHAW<br>PORTER, BANKS, BALDWIN<br>  & SHAW<br>P.O. DRAWER 1767<br>PAINTSVILLE, KY 41240 |
| ALSO PRESENT | MR. MARK GANNON |
| FOR THE DEFENDANTS,<br>PIKE COUNTY BOARD OF<br>EDUCATION AND REED ADKINS | HON. MICHAEL A. OWSLEY<br>ENGLISH LUCAS PRIEST &<br>  OWSLEY, LLP<br>P.O. BOX 770<br>BOWLING GREEN, KY 42102-0770 |
| AND | HON. NEAL SMITH<br>PIKE CO. BOARD OF EDUCATION<br>P.O. BOX 1079<br>PIKEVILLE, KY 41502 |

```
*************************************************************
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:17-CV-00132-KKC

K. D., BY HER GUARDIANS,
RAYMOND DOTSON AND
RACHELLE HAIRSTON                                    PLAINTIFFS

VS.

JERRY SWAFFORD, IN HIS INDIVIDUAL
CAPACITY; THE PIKE COUNTY BOARD OF
EDUCATION; REED ADKINS, IN HIS
INDIVIDUAL CAPACITY; AND MARK GANNON,
IN HIS INDIVIDUAL CAPACITY                           DEFENDANTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The Deposition of Billy McCoy was taken before Atha Mae Maggard, Notary Public in and for the State of Kentucky at Large, at the Law Offices of PORTER, BANKS, BALDWIN & SHAW, PLLC, 327 Main Street, Paintsville, Kentucky, on the 23rd day of April, 2018, at the Hour of 1:45 p.m., for the purpose of using the same upon the trial of the above-styled action now pending before the United States District Court on behalf of the Defendant, Mark Gannon.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
 1          The Witness, Billy McCoy, being first duly sworn,
 2   was examined and deposed as follows:
 3
 4   DIRECT EXAMINATION BY HON. JONATHAN SHAW:
 5          Q      State your full name for the record,
 6   please.
 7          A      William Thomas McCoy.
 8          Q      Mr. McCoy, before you came in here, you
 9   had a conversation with Plaintiff's counsel out in the
10   foyer.  Is that correct?
11          A      I did.
12          Q      What did you all talk about?
13          A      He just asked me if my attorney was going
14   to be here.
15          Q      Okay.  Who is your attorney?
16          A      Nathan Brown.
17          Q      And when did you become retained by
18   counsel?
19          A      Nathan Brown has been my attorney for
20   years.
21          Q      Okay.  You and I spoke Friday about your
22   travel expenses, correct?
23          A      Yes, sir.
24          Q      Okay.  I guess before right now, had you
25   ever notified me that you were represented by counsel or
```

1  planned on having counsel present with you for your
 2  discovery deposition?
 3          A       I was served Thursday night, less than one
 4  (1) business day from today.
 5          Q       Alright.  Well, you spoke with me Friday
 6  and you spoke with my office Friday and then again this
 7  morning, correct?
 8          A       And I tried to reschedule.
 9          Q       Did you, at any time, say that you needed
10  to reschedule because you had obtained counsel?
11          A       I asked to reschedule because of short
12  notice.
13          Q       You asked to, to change your schedule
14  because of your work, correct?
15          A       Because of such short notice of being
16  served.
17          Q       Why didn't you advise us that you had
18  retained counsel?
19          A       Because of the short notice of my
20  subpoena.
21          Q       And we discussed your compliance with the
22  subpoena on Friday and Monday, correct?
23          A       Yes.
24          Q       Alright.  Did you and Plaintiff's counsel
25  discuss anything else?

```
 1          A       No, sir.
 2          Q       Had you talked to Plaintiff's counsel
 3  before?
 4          MR. DONOVAN:    I want to go on the record here
 5  and say that I spoke to Mr. McCoy's attorney as recently as
 6  half an hour ago, and he advised me that he had told Mr.
 7  McCoy that he should not answer any questions under the
 8  subpoena without his attorney present.  I think you've been
 9  advised of that as well.  And you were also advised by me
10  this morning at ten (10:00) o'clock that Mr. McCoy was
11  represented by counsel.
12          MR. SHAW:       Well, as of a quarter till two
13  this afternoon, I've not heard from Mr. McCoy's counsel.
14  And a few moments ago is the first time Mr. McCoy has
15  advised me or anyone in my office that he was represented by
16  counsel or had sought counsel.
17          MR. DONOVAN:    That's perhaps because Mr.
18  McCoy's lawyer is in another hearing, because he only got
19  twenty-four (24) hours or one (1) business day notice of the
20  deposition and obviously couldn't continue it, but...
21          MR. SHAW:       Well, we can swear you in if
22  you'd like.  Do you want to testify?
23          MR. DONOVAN:    I'm just letting you know that I
24  think you...
25          MR. SMITH:      You're doing a good job of it.
```

```
 1          MR. DONOVAN:     I'm letting you know what I
 2  think you need to understand.
 3          MR. McCOY:       Well, I'm not going to answer
 4  any questions without my attorney present.
 5          Q    Okay.  Do you have contact information for
 6  your attorney?
 7          A    Yes, I do.
 8          Q    What is it?
 9          A    His name is Nathan Brown.  The phone
10  number is (304) 235-5674.
11          Q    I'm sorry, 235?
12          A    5674.
13          Q    5674, okay.  It's my understanding that
14  you do not want to testify without your attorney present?
15          A    Correct.
16          MR. SHAW:        Let's go off the record for a
17  second.
18          OFF THE RECORD
19          Q    Mr. McCoy, you had inquired earlier this
20  morning about coming in Friday for a deposition.
21          A    I said I could come in the next date, yes.
22          Q    Okay.  The, ah--have you cleared that with
23  your attorney?
24          A    Yes.
25          Q    Okay.  So your attorney can be here
```

```
 1  Friday?
 2         A      Yes.
 3         Q      Alright.  Well, let's do that then.  And I
 4  just want you to understand you're still under a subpoena.
 5         A      I understand.
 6         Q      Okay, alright.  And if you have any
 7  questions, I guess, at this point, it may be best for you to
 8  have your attorney contact me, if you don't mind.
 9         A      Okay.
10         MR. SHAW:       Okay, alright.  We'll see you
11  back Friday.
12         MR. McCOY:      Thank you.
13
14                  * * * * * * * * * *
15         Thereupon the taking of the deposition of BILLY
16  McCOY was concluded.
17                  * * * * * * * * *
```

CERTIFICATE OF SERVICE

This is to certify that the foregoing deposition has been mailed to the following persons:

ORIGINAL TO:

Hon. Jonathan Shaw
PORTER, BANKS, BALDWIN & SHAW
P.O. Drawer 1767
Paintsville, KY 41240

COPIES:

Hon. Ryan McCune Donovan
BAILEY GLASSER LLP
209 Capitol Street
Charleston, WV 25301

Hon. Michael A. Owsley
ENGLISH LUCAS PRIEST & OWSLEY, LLP
P.O. Box 770
Bowling Green, KY 42102-0770

Hon. Jonathan Shaw
PORTER, BANKS, BALDWIN & SHAW
P.O. Drawer 1767
Paintsville, KY 41240

This the 25th day of April, 2018.

_____
Atha Mae Maggard
Freelance Court Reporter

CERTIFICATE

STATE OF KENTUCKY)

COUNTY OF FLOYD  )

    I, ATHA MAE MAGGARD, Notary Public for the State of Kentucky at Large, do certify that the foregoing deposition was taken at the time and place stated in caption; that the witness was duly sworn before me before testifying; that the deposition was taken by me in shorthand notes and on tape recorder and later transcribed on the computer by me; and that the foregoing 9 pages of typewritten material is a true and correct copy of my said shorthand notes and tape recordings.

    Given under my hand this 25th day of April, 2018.

    _____
    Atha Mae Maggard
    Notary Public
    State of KY at Large

My commission expires
August 6, 2020