UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:17-CV-00132-KKC

K.D., by her guardians,      )   DEPOSITION TAKEN ON
RAYMOND DOTSON and RACHELLE   )   BEHALF OF DEFENDANT
HAIRSTON                      )   ___ BY:  NOTICE ___
                             )
         PLAINTIFFS           )
                             )
VS.                          )
                             )
JERRY SWAFFORD, in his        )      ⊡ **ORIGINAL**
individual capacity; THE      )
PIKE COUNTY BOARD OF          )
EDUCATION, REED ADKINS, in    )
his individual capacity; and )
MARK GANNON, in his           )
individual capacity           )   WITNESS:
                             )
         DEFENDANTS           )   K.D.

* * * * * * * *

The deposition of K.D. was taken before

Andrea Ferrall, Court Reporter and Notary Public in and

for the State of Kentucky at Large, at the Griffin Gate

Clubhouse located at 1470 Sugar Maple Lane, Lexington,

Kentucky, on Friday, March 23, 2018, commencing at the

approximate hour of 10:00 a.m.  Said deposition was

taken pursuant to Notice, heretofore filed, to be read

and used on behalf of the Defendant in the

above-captioned action and all other purposes as

permitted by the Federal Rules of Civil Procedure.

APPEARANCES:

Hon. Jonathan C. Shaw
PORTER, BANKS, BALDWIN & SHAW, PLLC
327 Main Street, P.O. Drawer 1767
Paintsville, Kentucky 41240-1767
COUNSEL FOR THE DEFENDANT,
MARK GANNON, in his individual capacity

Hon. Ryan McCune Donovan
BAILEY & GLASSER, LLP
209 Capitol Street
Charleston, WV 25301
COUNSEL FOR THE PLAINTIFF,
K.D., by her guardians,
RAYMOND DOTSON and RACHELLE HAIRSTON

Hon. Neal Smith
Pike County Board of Education
316 South Mayo Trail
Pikeville, Kentucky 41501

and

Hon. Michael A. Owsley
ENGLISH, LUCAS, PRIEST & OWSLEY LLP
1101 College Street
P.O. Box 770
Bowling Green, Kentucky 42102-0770
CO-COUNSEL FOR THE DEFENDANT,
THE PIKE COUNTY BOARD OF EDUCATION,
and REED ADKINS, in his individual
capacity, and MARK GANNON, in his
individual capacity

Hon. Max K. Thompson
SMITH THOMPSON & KENNEDY, PLLC
140 Scott Avenue
Pikeville, Kentucky 41502
COUNSEL FOR THE DEFENDANT,
JERRY SWAFFORD

ALSO PRESENT:

Mark Gannon, Reed Adkins
Leigh Shell, Private Investigator

I N D E X

PAGE

WITNESS: K.D.

CROSS-EXAMINATION
        By Mr. Shaw    .....................  4-104

CROSS-EXAMINATION
        By Mr. Owsley  ...................  104-162

RECROSS-EXAMINATION
        By Mr. Shaw    .....................  163-166

RECROSS-EXAMINATION
        By Mr. Owsley  ...................  166-167

DIRECT EXAMINATION
        By Mr. Donovan  ...................  167-196

RECROSS-EXAMINATION
        By Mr. Shaw    .....................  196-203

RECROSS-EXAMINATION
        By Mr. Owsley  ...................  203-208

RECROSS-EXAMINATION
        By Mr. Shaw    .....................  208-209

REPORTER'S CERTIFICATE  .......................  210-211

\* \* \* \*                    \* \* \* \*

E X H I B I T   I N D E X

EXHIBIT NO.    DESCRIPTION                    PAGE

(Defendant's:)

Exhibit 1      Message between K.D. and B.S.      165

1          The witness, K.D., after first being duly
2     sworn, was examined and testified as follows:
3                      CROSS-EXAMINATION
4     By Mr. Shaw:
5     Q          Could you state your full name for the
6                record, please?
7     A          K.H.D.
8     Q          Is that a hyphenated H.-D.?
9     A          Yes.
10    Q          Okay.  How old are you?
11    A          Eighteen.
12    Q          Nineteen?
13    COURT REPORTER:     Speak up a little.
14    WITNESS:            Sorry.
15    MR. SHAW:           Yeah.
16    COURT REPORTER:     Did you 18 or 19?
17    WITNESS:            Eighteen.
18    BY MR. SHAW:
19    Q          And you're a freshman at EKU?
20    A          Yes.
21    Q          Have you given a deposition before?
22    A          No.
23    MR. SHAW:           I'm going to ask you a series of

```
 1                        questions today.  I need you to
 2                        answer out loud so the court
 3                        reporter can get it down.  If you
 4                        need to take a break for any
 5                        reason, to talk to your attorney,
 6                        get a drink of water, go to the
 7                        restroom, whatever, just let me
 8                        know, okay, and we'll work through
 9                        this as fast as we can.  I'm not
10                        here to try to aggravate you to
11                        death or wear you out...
12   Q      Where do you currently live?
13   A      In a dorm at EKU.
14   Q      Do you consider that your residence, or do
15          you still consider -- I guess, were you
16          living in Pike County or over in West
17          Virginia?
18   A      West Virginia.
19   Q      Where in West Virginia do you live?
20   A      (INAUDIBLE).
21   Q      I'm sorry?
22   COURT REPORTER:    I'm sorry?
23   A      Williamson.
24   COURT REPORTER:    You need to speak up.
25   MR. OWSLEY:    Could you speak up a little bit,
```

```
 1                              please?  Thank you.
 2    BY MR. SHAW:
 3    Q        You live in Williamson, West Virginia?
 4    A        Yes.
 5    Q        What's your address in Williamson?
 6    A        331 Smith Street.
 7    Q        331 Smith Street.  And how long have you
 8             lived there?
 9    A        Two years.
10    Q        Do you live with your father?
11    A        Yes.
12    Q        What's your father's name?
13    A        Raymond Dotson.
14    Q        Where did you live before you lived at 331
15             Smith Street?
16    A        With my mom and....
17    Q        And, if you don't remember the address,
18             that's fine.
19    A        It was in El Paso, Texas.  I don't know the
20             address.
21    Q        So you lived in El Paso, Texas, for a period
22             of time with your mother?
23    COURT REPORTER:      Is that a yes?
24    A        Yes.
25    Q        How long did you live in El Paso?
```

```
 1    A        One year.

 2    Q        One year?

 3    A        Yes.

 4    Q        And then, before that, where did you live?

 5             You can take your time.

 6    A        I'm trying to think.  Before Texas, we were

 7             in Bellevue, Nebraska.

 8    Q        Bellevue, Nebraska?

 9    A        Yes.

10    Q        How long were you in Bellevue, Nebraska?

11    A        Three years.

12    Q        Three years?

13    A        Yes.

14    Q        Your mother is in the military, correct?

15    A        Yes.

16    Q        What rank does your mother hold in the

17             military?

18    A        Sergeant Major.

19    Q        Now, does your mother relocate often --

20    A        Yes.

21    Q        -- in the military?  Okay.  Until two years

22             ago, did you live with your mother?

23    A        Yes.

24    Q        So, when she would transfer, you would

25             transfer as well?
```

```
 1    A       Yes.

 2    Q       Have you ever lived in Kentucky?

 3    A       Yes.

 4    Q       When did you live in Kentucky?

 5    A       I was born in Kentucky.  I moved to Kentucky,

 6            again, my fourth-grade year.

 7    Q       And then did you complete the fourth grade in

 8            Kentucky?

 9    A       Yeah.  Fourth grade and a little bit of fifth

10            grade.

11    Q       Where did you attend the fourth grade and

12            some of your fifth grade at?

13    A       Radcliff, Kentucky.

14    Q       So is your mother stationed at Fort Knox

15            or --

16    A       Yes.

17    Q       And where were you born?

18    A       In Fort Knox, Kentucky.

19    Q       Fort Knox, okay.  Before two years ago, had

20            you lived in West Virginia?

21    A       Yes.

22    Q       When did you live in West Virginia?

23    A       My kindergarten year, I lived in West

24            Virginia.  Some of my third-grade year, I

25            lived in West Virginia.
```

```
 1    Q      What part of West Virginia?

 2    A      Williamson.

 3    Q      Williamson, okay.  Is your dad from West

 4           Virginia?

 5    A      Yes.

 6    Q      What part of West Virginia is he from?

 7    A      Williamson.

 8    Q      He's from Williamson?

 9    A      Yes.

10    Q      And where is your mother from?

11    A      Williamson.

12    Q      Do you know if they went to high school in

13           Williamson, or is that where they graduated

14           high school?

15    A      Williamson, yeah.

16    Q      What does your father do for a living?

17    A      He works for Suddenlink.

18    MR. DONOVAN:        I'm sorry, for who?

19    A      Suddenlink.

20    Q      And how long has he worked for Suddenlink?

21    A      I don't know.

22    Q      Months, years?

23    A      Yeah, years.

24    Q      And does your -- we talked about your mother

25           transfers quite a bit.  Your father's work
```

```
 1              with Suddenlink, is he generally in the
 2              Williamson area, or does he have to transfer
 3              or --
 4    A         Yeah, he's mostly in Williamson.
 5    Q         Were you parents ever married?
 6    A         No.
 7    Q         And not to be reflected on the record, but
 8              what's your date of birth?
 9              (OFF THE RECORD)
10    MR. OWSLEY:          I'm sorry, the year was?
11              (OFF THE RECORD)
12    MR. OWSLEY:          Thank you.
13    BY MR. SHAW:
14    Q         And also not to be reflected on the record,
15              what's your Social Security Number?
16              (OFF THE RECORD)
17    Q         And you've already told us you're 18.  Did
18              your mom go into the military right after
19              high school, or do you know anything about
20              her career or when she started?
21    A         She attended a little bit of college and then
22              went to the military.
23    Q         Do you know where she attended college at?
24    A         No.
25    Q         So she went from high school to college, from
```

```
 1              college to the military --

 2    A         Yes.

 3    Q         -- to the Army?  Okay.  And has been in the

 4              Army every since?

 5    A         Yes.

 6    Q         In October of 2016, where would your mother

 7              have been stationed, if you know?

 8    A         She was in -- she was deployed overseas.

 9    Q         And how long had she been deployed overseas?

10              And I'm not looking for exact dates.  Just

11              roughly, had she been gone a few months,

12              several months or --

13    A         Yeah.

14    Q         Your mother's deployment, did that have

15              anything to do with why you moved in with

16              your father?

17    A         Yes.

18    Q         So your mother was deployed overseas.  As a

19              result, then you went to live with your dad?

20    A         Yes.

21    Q         Do you remember when you moved in with your

22              dad?

23    A         The summer before -- I guess, summer of 2016.

24    Q         So May, June 2016, okay.  Had you spent much

25              time around Williamson before that?
```

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | So would you regularly see your father a few |
| 3 | | weeks out of the year, a few months of the |
| 4 | | year, how would that work? |
| 5 | A | Yeah. Mostly done holidays or in the |
| 6 | | summertime. |
| 7 | Q | So you spent the summers in Williamson? |
| 8 | A | Yes. |
| 9 | Q | Couldn't get lucky and have you dad live in, |
| 10 | | you know, Tampa or some place like that -- |
| 11 | A | No. |
| 12 | Q | -- where you could spend -- okay. How old |
| 13 | | were you when you started spending the |
| 14 | | summers in Williamson? |
| 15 | A | I don't remember. |
| 16 | Q | Was it as far as you can remember? |
| 17 | A | Yeah, pretty much. |
| 18 | Q | Do you have any brothers and sister? |
| 19 | A | I have a younger brother. |
| 20 | Q | What's his name and age? |
| 21 | A | Caleb Thompson. He's 11. |
| 22 | Q | Caleb Thompson, 11. Now, is he your full |
| 23 | | sibling, half sibling? |
| 24 | A | Half. |
| 25 | Q | Half. |

| | | |
|---|---|---|
| 1 | A | We have the same mom. |
| 2 | Q | You have the same mom? |
| 3 | A | Yes. |
| 4 | Q | And where does Caleb -- where does he live? |
| 5 | A | With my mamaw. |
| 6 | Q | With your grandmother? |
| 7 | A | Yes. |
| 8 | Q | And where does your grandmother live? |
| 9 | A | Williamson. |
| 10 | Q | Have you ever lived with your grandmother? |
| 11 | A | Yes. |
| 12 | Q | When did you live with your grandmother? |
| 13 | A | My kindergarten year, my third-grade year. |
| 14 | Q | And these were other times that you went to |
| 15 | | school in Williamson? |
| 16 | A | Yes. |
| 17 | Q | And was that while your mother was deployed? |
| 18 | A | Yes. |
| 19 | Q | Do you know what your mom's, I guess, job is |
| 20 | | or what she does in the military? |
| 21 | A | No, not really. |
| 22 | Q | What does your father do for Suddenlink? |
| 23 | A | He does cable.  I don't know, like, the |
| 24 | | specifics. |
| 25 | Q | Is he in an office, or does he drive a truck? |

```
 1   A      No, he drives a truck.

 2   Q      Before October of 2016 -- excuse me, did you

 3          know Cindy Anderson?

 4   A      No.

 5   Q      Did you know either one of her daughters?

 6   A      Yes.

 7   Q      Which daughters -- did you know both

 8          daughters or one of the daughters?

 9   A      Yeah, I knew them both.

10   Q      And how long had you known the daughters?

11   A      I don't know.

12   Q      Months, years?

13   A      Yeah, probably some months.

14   Q      Some months, okay.  Had you ever been to

15          school -- went to school with them?

16   A      Yes.

17   Q      Were either one of them in your grade?

18   A      No.

19   Q      Were they older than you?

20   A      C. is older; K. is younger.

21   Q      And did you say you did or did not know Cindy

22          Anderson?

23   A      Didn't know Cindy.

24   Q      I didn't know if she did your hair or

25          anything like that or --
```

```
 1    A        No.

 2    Q        Before October 2016, did you know J.B.S. or

 3             B.S. or J.; did you know her?

 4    A        Not like -- not to be friends or anything.

 5    Q        What would you refer to her as?

 6    A        Her name?

 7    MR. SHAW:            Yeah.

 8    A        J.B.

 9    Q        Was J.B. in your class?

10    A        No.

11    Q        Was she older than you or younger than you?

12    A        Younger.

13    Q        There was a party at J.B.'s house on the

14             weekend of October 14, 2016.  Had you ever

15             been to the home before?

16    A        No.

17    Q        There was guys, I guess, lived across the

18             street or across the way a little bit.  Do

19             you have any idea who I'm talking about?

20    A        No.

21    Q        All right, good.  Had you ever socialized

22             with J.B. before?

23    A        Yes.

24    Q        Roughly, what time frame are we talking

25             about; during the summer?
```

| 1 | A | I've probably seen her at school. |
|---|---|---|
| 2 | Q | Outside of school, had you seen her anywhere |
| 3 | | or anytime around her -- |
| 4 | A | No. |
| 5 | Q | Before October 14, 2016, that weekend, were |
| 6 | | you familiar with or did you know Jerry |
| 7 | | Swafford? |
| 8 | A | Yes. |
| 9 | Q | And how did you know Jerry Swafford? |
| 10 | A | He was the janitor at my school. |
| 11 | Q | Outside of school, did you know Jerry |
| 12 | | Swafford? |
| 13 | A | No. |
| 14 | Q | Do you know whether or not your mother or |
| 15 | | father knew Jerry Swafford? |
| 16 | A | No. |
| 17 | Q | They didn't or you don't know if they did? |
| 18 | A | They didn't. |
| 19 | Q | I think you've already told us you had been |
| 20 | | to the Swafford home before? |
| 21 | A | Right. |
| 22 | Q | Are you familiar with where the Swafford home |
| 23 | | was located? |
| 24 | A | In Chattaroy. |
| 25 | Q | Had you spent any time around Chattaroy |

|    |    |    |
|----|----|----|
| 1  |    | before? |
| 2  | A  | No. |
| 3  | Q  | Now, in October of 2016, where were you |
| 4  |    | attending school? |
| 5  | A  | Belfry High School. |
| 6  | Q  | And it's in Pike County? |
| 7  | A  | Yes. |
| 8  | Q  | Pike County Board.  How many times or how |
| 9  |    | often -- was that your first year in the Pike |
| 10 |    | County School System or had you attended the |
| 11 |    | Pike County School System before or -- |
| 12 | A  | I went my junior and senior year. |
| 13 | Q  | This would have been your sophomore year, |
| 14 |    | right, October 2016? |
| 15 | A  | No, that would have been my senior year. |
| 16 | Q  | That was your senior -- okay, so -- |
| 17 | A  | Yeah, my senior year. |
| 18 | Q  | So October 2016 -- '16-'17 school year, would |
| 19 |    | have been your senior year? |
| 20 | MR. DONOVAN: | She was a young senior, so the |
| 21 |    | years seem -- |
| 22 | MR. SHAW: | Okay, yeah.  That's what's throwing |
| 23 |    | me off a little bit. |
| 24 | BY MR. SHAW: | |
| 25 | Q  | And then -- so the '15-'16 school year would |

```
1                have been your junior year?

2      A         Junior, yeah.

3      Q         So you would have attended Pike County

4                Schools the year before, as well?

5      A         (WITNESS NODS HEAD AFFIRMATIVELY)

6      Q         Okay, all right.  How were your grades?

7      A         Good, As, Bs.

8      Q         And you're in college now, correct?

9      A         Yes.

10     Q         How do you like that so far?

11     A         It's school.

12     Q         Have you declared a major?

13     A         Yes.

14     Q         What's your major?

15     A         Psychology.

16     Q         EKU has got a good psychology program.  Are

17               you more interested in clinical psychology,

18               school psychology?  Do you know which area?

19     A         I don't know.

20     Q         All right.  You got plenty of time.  Are you

21               in a sorority?

22     A         No.

23     Q         Do you belong to any, I guess,

24               extracurricular groups or engaged in any

25               extracurricular activities or anything like
```

| | | |
|---|---|---|
| 1 | | that at school? |
| 2 | A | No. |
| 3 | Q | And which dorm are you in? |
| 4 | A | Walters. |
| 5 | Q | Is that a coed? Is it all female? How are |
| 6 | | the dorms set up there? |
| 7 | A | It's coed, yeah. |
| 8 | Q | One roommate, two roommates, three roommates? |
| 9 | A | I don't have a roommate. |
| 10 | Q | Do you have a full load of classes? |
| 11 | A | Yes. |
| 12 | Q | Let's see. Have you completed a semester yet |
| 13 | | in college? |
| 14 | A | Yes. |
| 15 | Q | And how did you do? |
| 16 | A | Good. |
| 17 | Q | Over a 3.0? |
| 18 | A | I don't know the GPA. |
| 19 | Q | But you're a good student? |
| 20 | A | Yes. |
| 21 | MR. DONOVAN: | I think we've provided her first |
| 22 | | semester transcript. If we didn't, |
| 23 | | I will. It may have been attached |
| 24 | | to the expert materials. |
| 25 | MR. SHAW: | Okay. |

BY MR. SHAW:

2 Q    I'm going to ask you some additional

3      background information.  Are you married?

4 A    No.

5 Q    Any children over the age of 18?

6 A    No.

7 Q    Do you belong to any churches, clubs, civic

8      groups  or unions?

9 A    No.

10 Q    Highest level of education so far is you're a

11      freshman in college?

12 A    Yes.

13 Q    Keep up the good work.  Ever been in the

14      military?

15 A    No.

16 Q    Been around the military quite a bit, but

17      okay.  Do you work anywhere?

18 A    Aeropostale.

19 Q    I'm sorry?

20 A    Aeropostale.

21 Q    Okay, okay.  Over in the mall?

22 A    Uh-huh (AFFIRMATIVE), yes.

23 Q    In Fayette County or --

24 A    Fayette.

25 Q    How long have you worked there?

| | | |
|---|---|---|
| 1 | A | Since November. |
| 2 | Q | Worked anywhere else in Lexington or |
| 3 | | Richmond? |
| 4 | A | No. |
| 5 | Q | Did you work anywhere in Williamson before? |
| 6 | A | Yes. |
| 7 | Q | Where did you work? |
| 8 | A | Giovanni's. |
| 9 | Q | And how long did you work there? |
| 10 | A | Four or five months. |
| 11 | Q | Any other significant employment anywhere? |
| 12 | A | No. |
| 13 | Q | Ever been convicted of a felony? |
| 14 | A | No. |
| 15 | Q | Charged with a crime? |
| 16 | A | No. |
| 17 | Q | Ever testified before? |
| 18 | A | No. |
| 19 | Q | Been a party to a lawsuit before? |
| 20 | A | No. |
| 21 | Q | Have you ever served on a jury? |
| 22 | A | No. |
| 23 | Q | Those are easy. |
| 24 | MR. DONOVAN: | Gone too fast for the court |
| 25 | | reporter, though. |

| | | |
|---|---|---|
| 1 | Q | Before October of -- well, we'll do that in a |
| 2 | | second. But how did you find out that there |
| 3 | | was a party at B.S.'s home? |
| 4 | A | Snapchat. |
| 5 | Q | And what did you see on Snapchat? |
| 6 | A | J.B. posted pretty much an invitation on |
| 7 | | Snapchat. |
| 8 | Q | And what was the invitation for? |
| 9 | A | The party. |
| 10 | Q | Was it a homecoming party, birthday party? |
| 11 | | What's -- |
| 12 | A | Birthday. |
| 13 | Q | Whose birthday party was it, if you know? |
| 14 | A | B.H. |
| 15 | Q | Did you know B.H. before? |
| 16 | A | Not really. |
| 17 | Q | Had you been around B.H. before? |
| 18 | A | No. |
| 19 | Q | Do you know where B.H. is from or -- |
| 20 | A | Knott County, I think. |
| 21 | Q | Now, there's been some testimony that there |
| 22 | | may have been a party Friday night. There |
| 23 | | may have been a party Saturday night. Do you |
| 24 | | know which night the party was that you |
| 25 | | attended? |

```
 1   A        Saturday.

 2   Q        So you went to a party there Saturday

 3            evening.  Do you recall what time you

 4            arrived, roughly?

 5   A        Around -- or 10:00 or 11:00.

 6   Q        Had you been to any homecoming festivities or

 7            anything like that before?

 8   A        I went to the football game, yes.

 9   Q        And was that Saturday night or was that

10            Friday night?

11   A        That was Friday night.

12   Q        Friday night, okay.  Who'd you go to the

13            homecoming game with?

14   A        I don't remember.

15   Q        Would it have been with a group of people

16            or --

17   A        Yeah, I probably went with my friends or....

18   Q        Did you do anything after the homecoming?

19   A        No.

20   Q        Go to any parties, socialize, or go home, or

21            what?

22   A        Go home.

23   Q        So you went home from homecoming.  And then

24            do you remember what you did, I guess,

25            Saturday morning, Saturday afternoon the next
```

| 1 | | day? |
|---|---|---|
| 2 | A | Like pertaining to the party or just in |
| 3 | | general? |
| 4 | Q | Just in general, what -- yeah? |
| 5 | A | I don't know. I probably didn't do much |
| 6 | | before. |
| 7 | Q | Well, when would you have left home that |
| 8 | | Saturday? |
| 9 | A | Around 9:00. |
| 10 | Q | Who did you leave with; do you recall? |
| 11 | A | K. |
| 12 | Q | I'm sorry? |
| 13 | A | K. |
| 14 | Q | K.? |
| 15 | A | Yes. |
| 16 | Q | Can you spell that? |
| 17 | A | (WITNESS SPELLS NAME) |
| 18 | Q | What's K.'s last name? |
| 19 | A | B. |
| 20 | Q | Did you go to school with K. or -- |
| 21 | A | Yes. |
| 22 | Q | -- were you all in the same grade? |
| 23 | A | No. |
| 24 | Q | Is she older, younger? |
| 25 | A | Younger. |

| | | |
|---|---|---|
| 1 | Q | A year younger, two years younger? |
| 2 | A | What is it? |
| 3 | Q | She's younger than you? |
| 4 | A | Yes. |
| 5 | Q | How much younger? |
| 6 | A | She's a grade below me -- no, she's two |
| 7 | | grades -- two grades below me. |
| 8 | Q | And was K. driving? |
| 9 | A | No. |
| 10 | Q | Who was driving K.? |
| 11 | A | I drove. |
| 12 | Q | K. lived close to you? |
| 13 | A | No. |
| 14 | Q | How did she get to your house? |
| 15 | A | I met her out and.... |
| 16 | Q | Where did you meet her at, if you recall? |
| 17 | A | Walmart. |
| 18 | Q | Was anyone with her? |
| 19 | A | No. |
| 20 | Q | Was anyone with you when you met her? |
| 21 | A | No. |
| 22 | Q | So, from Walmart, where did you all go, if |
| 23 | | you recall? |
| 24 | A | We went to the liquor store. |
| 25 | Q | What was the name of the store? |

| | | |
|---|---|---|
| 1 | A | I don't know. |
| 2 | Q | Well, apparently, there's a couple of liquor |
| 3 | | stores there that it's not too hard to buy |
| 4 | | liquor, if -- |
| 5 | A | Yeah. |
| 6 | Q | Did you purchase or did you have someone |
| 7 | | purchase for you? |
| 8 | A | I had someone purchase for me. |
| 9 | Q | Do you remember who you had purchase for you? |
| 10 | A | Yeah. |
| 11 | Q | Who was that? |
| 12 | A | My cousin, Dustin. |
| 13 | Q | Dustin? |
| 14 | A | Dustin. |
| 15 | Q | What's Dustin's last name? |
| 16 | A | Wilkerson. |
| 17 | Q | Wilkerson? |
| 18 | A | Yeah. |
| 19 | Q | It may be a good time to ask.  But where did |
| 20 | | Dustin live?  Was he -- |
| 21 | A | Williamson. |
| 22 | Q | He lived in Williamson, okay.  Family |
| 23 | | memberwise, do you have any cousins, aunts, |
| 24 | | uncles that live in Kentucky? |
| 25 | A | Yes. |

| 1 | Q | Who are you related to that lives in |
| 2 | | Kentucky? |
| 3 | A | My Uncle Rudy lives in Kentucky. |
| 4 | Q | Your Uncle Rudy? |
| 5 | A | Yes. |
| 6 | Q | Is that R-U-D-Y? |
| 7 | A | Yes. |
| 8 | Q | What's his last name? |
| 9 | A | Blackwell. |
| 10 | Q | Is that your mom's maiden name? |
| 11 | A | No. |
| 12 | Q | How are you related to the Blackwells? |
| 13 | A | My grandma married a Blackwell. |
| 14 | Q | So he'd be your great uncle? |
| 15 | A | No.  My grandma married a Blackwell and had |
| 16 | | kids by Blackwell, so his last name is |
| 17 | | Blackwell. |
| 18 | MR. DONOVAN: | He might actually be a cousin. |
| 19 | MR. SHAW: | No, it sounds he might be a step |
| 20 | | uncle or a half uncle or something. |
| 21 | A | Okay. |
| 22 | Q | What's your mom's maiden name? |
| 23 | A | Hairston.  Her dad's last name is Hairston. |
| 24 | | Her and Rudy have different dad's. |
| 25 | MR. SHAW: | Right. |

| | | |
|---|---|---|
| 1 | A | Rudy's dad's name is Blackwell. |
| 2 | Q | Okay. So he's not your full uncle. He's |
| 3 | | your mom's half brother? |
| 4 | A | Yeah. |
| 5 | Q | Yeah, all right. And what does Rudy do? |
| 6 | A | He, I think, works for the coal mines. |
| 7 | Q | He's a miner. Does he live in Pike County? |
| 8 | A | Yes. |
| 9 | Q | Does your Uncle Rudy have any children over |
| 10 | | the age of 18? |
| 11 | A | No. |
| 12 | Q | To the extent that you know, what's your |
| 13 | | grandmother's name? |
| 14 | A | Theresa. |
| 15 | Q | Theresa what? |
| 16 | A | Blackwell Tucker. |
| 17 | Q | Blackwell Tucker, okay. What's her maiden |
| 18 | | name? |
| 19 | A | Wilkerson. |
| 20 | Q | Wilkerson. Do you know who your great |
| 21 | | grandparents are? |
| 22 | A | Their names? |
| 23 | MR. SHAW: | Yes. |
| 24 | A | Elizabeth Swan, and I don't know. |
| 25 | Q | And that's all the Theresas? |

| 1 | A | Yes. |
| 2 | Q | And then your mom's dad, do you know his |
| 3 | | name? |
| 4 | A | Richard Hairston. |
| 5 | Q | Where does he live? |
| 6 | A | In Dayton, Ohio. |
| 7 | Q | Do you know how long he's lived in Dayton? |
| 8 | A | No, I don't know. |
| 9 | Q | Have you ever -- in your lifetime, have you |
| 10 | | known him to live in Kentucky -- |
| 11 | A | No. |
| 12 | Q | -- or West Virginia? |
| 13 | A | No. |
| 14 | Q | So Richard lives in Dayton, Ohio. Theresa |
| 15 | | lives in Williamson. And then your father's |
| 16 | | parents, who are they? |
| 17 | A | Elizabeth Dotson and Paul Dotson. |
| 18 | Q | Where do they live? |
| 19 | A | They're both dead. |
| 20 | Q | Do you know where they lived? |
| 21 | A | In Williamson. |
| 22 | Q | What did Paul and Elizabeth do for a living, |
| 23 | | if you know? |
| 24 | A | I don't know. |
| 25 | Q | Do you know what your mom's dad does in |

| | | |
|---|---|---|
| 1 | | Dayton?  Do you know what he did for a |
| 2 | | living? |
| 3 | A | He's retired, military, and from the post |
| 4 | | office. |
| 5 | Q | Your grandmother, Theresa, did she ever work, |
| 6 | | to your knowledge? |
| 7 | A | She's retired from Kroger's. |
| 8 | Q | How many brothers and sisters does your mom |
| 9 | | have, if you know? |
| 10 | A | Two. |
| 11 | Q | What are their names? |
| 12 | A | Rachel Blackwell and Rudy Blackwell. |
| 13 | Q | Where does Rachel live? |
| 14 | A | Charleston, West Virginia. |
| 15 | Q | Do you know what Rachel does for a living? |
| 16 | A | She is an R.N. |
| 17 | Q | Does she work at the hospital in Charleston? |
| 18 | A | Yes. |
| 19 | Q | Charleston Area Medical Center? |
| 20 | A | Yes. |
| 21 | Q | Then what about your dad's -- I'm sorry -- |
| 22 | | yeah, your dad's side.  Does he have any |
| 23 | | brothers and sisters? |
| 24 | A | Yes, like 13, I think, yeah. |
| 25 | Q | In general, do they live around the area or |

| | | |
|---|---|---|
| 1 | | do they live away or -- |
| 2 | A | No, most of them live away. |
| 3 | Q | Do they live in one certain area away or -- |
| 4 | A | No. |
| 5 | Q | And I assume that your cousin, Dustin, is a |
| 6 | | son of Rudy? |
| 7 | A | No. |
| 8 | Q | Dustin is the son of who? |
| 9 | A | Dustin's dad is my grandma's brother. |
| 10 | Q | How much older is Dustin than you? |
| 11 | A | He's in his mid 20s. |
| 12 | Q | Twenties, okay. Do you have any other |
| 13 | | cousins that you would associate with on a |
| 14 | | regular basis or hang out with, things like |
| 15 | | that? |
| 16 | A | No. |
| 17 | Q | Any other cousins that buy you alcohol? |
| 18 | A | No. |
| 19 | Q | Is Dustin pretty reliable? |
| 20 | A | Yeah. |
| 21 | Q | Did he work close to -- well, where was the |
| 22 | | liquor store located? |
| 23 | A | Downtown Williamson. |
| 24 | Q | Did he live or work close to the liquor store |
| 25 | | or -- |

| | | |
|---|---|---|
| 1 | A | Yeah. |
| 2 | Q | Did he work at the liquor store, by any |
| 3 | | chance, or -- |
| 4 | A | No. |
| 5 | Q | Do you know where he worked at at this time? |
| 6 | A | No. |
| 7 | Q | What did you have -- do you remember what you |
| 8 | | had Dustin purchase? |
| 9 | A | Popov. |
| 10 | Q | Popov? |
| 11 | A | Popov. |
| 12 | Q | Okay, all right. Do you remember how much; a |
| 13 | | big bottle, little bottle? |
| 14 | A | I don't know. A regular bottle. |
| 15 | Q | When you say regular bottle, how big are we |
| 16 | | talking? |
| 17 | A | (WITNESS INDICATES) |
| 18 | MR. DONOVAN: | The record reflects she looks like |
| 19 | | she's indicating a pint -- |
| 20 | WITNESS: | Okay. |
| 21 | MR. DONOVAN: | -- with her hands. Do you agree |
| 22 | | with that? |
| 23 | MR. SHAW: | Well, I don't know. it -- some of |
| 24 | | those vodka bottles, you're kind of |
| 25 | | blocking it. It's -- |

BY MR. SHAW:

Q      Would it have been a pint or --

A      I don't know.

Q      Do you know what the size was? Okay. Let's
       see if you can find the picture, okay.

MR. DONOVAN:      Maybe you can ask her how much it
                  cost?

BY MR. SHAW:

Q      Well, that's my next question. Do you
       remember how much it cost?

A      Less than $10.

Q      Was it flavored vodka or straight vodka?

A      Straight.

Q      How old were you when you started drinking
       vodka?

A      Sixteen.

Q      Do you remember who you started drinking
       vodka with or --

A      No.

Q      Did you drink anything besides vodka?

A      Yeah.

Q      I'm not talking about that night. Just, in
       general, did you like other, you know --

A      Yes.

Q      -- other things? Okay. What other types of

```
 1                things did you like to drink?

 2    A           Mike's Hard?

 3    Q           Mike's Hard Lemonade?

 4    A           Yeah.

 5    Q           Anything else you generally liked to drink?

 6    A           No.

 7    Q           Would you mix vodka, or would you do shots of

 8                vodka or how --

 9    A           Both.

10    Q           Did you use a chaser or anything?

11    A           Yeah.

12    Q           What did you usually chase with?  Whatever

13                was handy?

14    A           Yeah.

15    Q           Did you have a shot glass or --

16    A           No.

17    Q           Just drank it out of the bottle?

18    A           Yeah.

19    MR. DONOVAN:         Can I just OBJECT as to vagueness

20                         and ask whether you're talking

21                         about this -- are you asking

22                         questions, in general, or are you

23                         talking about this night or what?

24    MR. SHAW:            Just hold on.  I'm getting there.

25    MR. DONOVAN:         Okay.  I just want the record to be
```

```
 1                          clear.

 2   MR. SHAW:              That was my next question.

 3   BY MR. SHAW:

 4   Q         And we're talking about on the night of

 5             October the 15th.

 6   A         Right.

 7   Q         That you weren't doing shots.  You were

 8             drinking it straight from the bottle.  Had

 9             you -- were you mixing at all?

10   A         No.

11   Q         What time would you have started drinking

12             that day or evening?

13   A         When I got to the party.

14   MR. OWSLEY:            I'm sorry.  I couldn't hear.

15   A         When I got to the party.

16   Q         Did your friend get anything at the liquor

17             store; do you recall?

18   A         No.

19   Q         Did your cousin get anything at the liquor

20             store?

21   A         No.

22   Q         Did he go with you all to the party or --

23   A         No.

24   Q         So, after you all went to the liquor store,

25             where did you go?
```

```
1    A       Back home to my house.

2    Q       And how long were you there?

3    A       I don't know.  Enough time to get ready.

4    Q       While you're getting ready, did you drink

5            anything?

6    A       No.

7    MR. SHAW:           I'm not -- do that very well at

8                        this.

9    MR. DONOVAN:        That's all right.

10   BY MR. SHAW:

11   Q       I'm trying to find you a picture to see if

12           it.... Was the -- what kind of vodka did you

13           say it was?

14   A       Popov.

15   Q       Popov.  Is that what you usually get was

16           Popov Vodka, or is there any other type of

17           vodka you like or --

18   A       Yes.

19   Q       Did you ever drink any of the flavored

20           vodkas?

21   A       No.

22   Q       So your testimony is you didn't start

23           drinking until you're at the party?

24   A       Yes.

25   Q       Weren't mixing with anything, drinking the
```

| | | |
|---|---|---|
| 1 | | vodka straight.  And were you chasing with |
| 2 | | anything or -- |
| 3 | A | Nothing. |
| 4 | Q | So you started drinking at the party.  Did |
| 5 | | you finish the bottle? |
| 6 | A | No. |
| 7 | Q | Do you know how much of the bottle you drank? |
| 8 | A | How much did I drink? |
| 9 | MR. SHAW: | Yes. |
| 10 | A | Three drinks. |
| 11 | Q | You took three drinks of the vodka? |
| 12 | A | Yes. |
| 13 | Q | Did you drink any other alcohol that evening? |
| 14 | A | Yes. |
| 15 | Q | What else did you drink? |
| 16 | A | What was given to me.  I don't know what it |
| 17 | | was. |
| 18 | Q | Well, was it hard liquor?  Was it wine |
| 19 | | coolers?  Was it beer?  Was it just whatever? |
| 20 | A | I don't know what it was. |
| 21 | Q | Did you do shots of anything? |
| 22 | A | No. |
| 23 | Q | Did you drink any bourbon? |
| 24 | A | No. |
| 25 | Q | Drink any rum? |

| 1 | A | No. |
|---|---|---|
| 2 | Q | Drink any other vodka? |
| 3 | A | No. |
| 4 | Q | How close to finishing the bottle -- were |
| 5 | | these big drinks, little drinks? |
| 6 | A | I probably wasn't close to finishing the |
| 7 | | bottle. |
| 8 | Q | And the reason I'm asking you is, through |
| 9 | | your attorney, we've got a copy of your |
| 10 | | medical records. And your blood alcohol |
| 11 | | levels the day after was still pretty -- |
| 12 | | fairly high. If you look at -- most people |
| 13 | | that analyze alcohol, it would indicate or |
| 14 | | seem that you would have had a very-elevated |
| 15 | | alcohol level the night before. And I'm just |
| 16 | | trying to figure out what all you drank or, |
| 17 | | you know -- and if -- is it possible that you |
| 18 | | drank more than three drinks of hard liquor |
| 19 | | that night? |
| 20 | A | I don't know. |
| 21 | Q | Here we go. Is this what -- is this kind of |
| 22 | | what the bottle looked like? |
| 23 | A | Yeah. |
| 24 | Q | And that is -- you can read -- |
| 25 | MR. DONOVAN: | OBJECT to the form. |

```
 1    MR. SMITH:          If you can read Russian.

 2    MR. SHAW:           I can't read it.  Zoom in.  And

 3                        that's 80 proof vodka?

 4    MR. DONOVAN:        Yeah, but I mean, I'd OBJECT

 5                        just -- I understand you're trying

 6                        to help her.  We're looking at an

 7                        exhibit that I've never seen

 8                        before.  I don't know how big the

 9                        bottle is.  I don't know where the

10                        picture came from.

11    MR. SHAW:           I can't tell you how big the bottle

12                        is anyway.  It's an Internet image

13                        of a Popov Vodka bottle so....

14    BY MR. SHAW:

15    Q       Which yours had a red label?

16    A       Uh-huh (AFFIRMATIVE), yes.

17    Q       Okay, yeah.

18    MR. OWSLEY:         Which size shown on the picture?

19    MR. SHAW:           Well, I can't -- I tried to zoom it

20                        in.  It doesn't have a -- it is one

21                        of -- kind of blocky.  I'll

22                        show....

23    BY MR. SHAW:

24    Q       Have you ever heard the phrase blackout

25            drunk?
```

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Do you feel like that you had drunk enough |
| 3 | | that you were blackout drunk? |
| 4 | A | No. |
| 5 | Q | What does blackout drunk mean to you? |
| 6 | A | Passing out. |
| 7 | Q | So you arrived at the party, roughly around |
| 8 | | 9:00? |
| 9 | A | Around 10:00 or 11:00. |
| 10 | Q | Around 10:00 or 11:00. What time would you |
| 11 | | have went back home from the liquor store? |
| 12 | A | I don't know. |
| 13 | Q | But you think you were home for a couple of |
| 14 | | hours before you went to the party? |
| 15 | A | Yeah, at least an hour, an hour and a half. |
| 16 | Q | So how did you get to the party? |
| 17 | A | I drove. |
| 18 | Q | You drove. Did anybody go with you? |
| 19 | A | K. |
| 20 | Q | K. Anyone else? |
| 21 | A | No. |
| 22 | Q | Had you made plans to meet anyone else at the |
| 23 | | party? |
| 24 | A | No. |
| 25 | Q | When you arrived at the party, did you know |

| | | |
|---|---|---|
| 1 | | many of the people there? |
| 2 | A | Yes. |
| 3 | Q | Did you know most of the people there? |
| 4 | A | Yes. |
| 5 | Q | If you could, just a rough estimate, I'm not |
| 6 | | going to hold you to it, but how many people |
| 7 | | do you think were at the party when you |
| 8 | | arrived? |
| 9 | A | Twenty people. |
| 10 | Q | Did you see any adults at the party? |
| 11 | A | No. No one other than Jerry Swafford. |
| 12 | Q | I'm sorry? |
| 13 | A | No one other than Jerry Swafford. |
| 14 | Q | And when did you first recognize Jerry |
| 15 | | Swafford at the party? |
| 16 | A | I don't know. I guess when I seen him. |
| 17 | Q | I mean, you walked to the front door. Was he |
| 18 | | standing there, or was he elsewhere? |
| 19 | A | We were outside. |
| 20 | Q | So you showed up at the party. You were |
| 21 | | outside for a while? |
| 22 | A | Yes. |
| 23 | Q | Do you recall how long you were outside? |
| 24 | A | No, I don't know. |
| 25 | Q | Besides drinking alcohol, did you smoke? |

```
 1   A         No.

 2   Q         In particular, did you smoke marijuana?

 3   A         No.

 4   Q         Did you see anybody at the party smoking

 5             marijuana?

 6   A         No.

 7   Q         Did you see anyone at the party doing

 8             anything other than drinking?

 9   MR. DONOVAN:        OBJECT to the form.

10   MR. SHAW:           You can answer the question.

11   A         Anything like?

12   Q         Drugs?

13   A         Oh, no.

14   Q         Snorting pills, any needles laying around,

15             anything weird like that?

16   A         No.

17   Q         So you get at the party.  Were other people

18             drinking?

19   A         Yes.

20   Q         What were other people drinking, in general?

21   A         I don't know.

22   Q         Did you see any other bottles of hard liquor?

23   A         Yeah.

24   Q         What types of liquor did you see?

25   A         Jager and beer, okay, so hard liquor, most.
```

```
1    Q        Did you do any Jager shots?

2    A        No.

3    Q        Did you try Jager?

4    A        Have I tried Jager?

5    Q        Did you that night?

6    A        Oh, no.

7    Q        Had you tried Jager before?

8    A        Yeah.

9    Q        Pretty nasty stuff.

10   MR. DONOVAN:        Off the record.

11            (OFF THE RECORD)

12   BY MR. SHAW:

13   Q        Before this party, besides vodka and Jager,

14            had you tried other hard liquors?

15   A        Probably.

16   Q        Had you ever drank bourbon?

17   A        No.

18   Q        Had you drank moonshine?

19   A        No.

20   Q        Did anyone at the party have any moonshine,

21            to your knowledge?

22   A        No.

23   Q        So how long do you think that you were

24            outside at the party?

25   A        I don't know.
```

```
1    Q         Did you spend most of the evening outside?

2    A         I was kind of going in and out -- outside the

3              house.

4    Q         Was there a certain group that you spent most

5              time socializing with or talking with at the

6              party?

7    A         Yeah, who I was with, K.

8    Q         Just K.?

9    A         And if I knew anybody else there.

10   Q         What was -- I can't remember if I asked you

11             this or not, what was K. drinking that night?

12   A         I don't know.

13   Q         Who else would you have spent time around

14             that evening?

15   A         C.

16   Q         What's C.'s last name?

17   A         W.

18   Q         W.?

19   A         Yeah.

20   MR. SMITH:          I missed what that first name was.

21   MR. SHAW:           C.

22   MR. SMITH:          C., thank you.

23   BY MR. SHAW:

24   Q         Anyone else?

25   A         M.W.
```

| | | |
|---|---|---|
| 1 | Q | Anyone else? |
| 2 | A | No, not really. |
| 3 | Q | Well, at the party, were people kind of in |
| 4 | | different groups talking and socializing and |
| 5 | | drinking? |
| 6 | A | Yeah. |
| 7 | Q | From what you recall of the party, were there |
| 8 | | any times where everybody kind of sat around |
| 9 | | together telling stories and drinking? |
| 10 | A | No. |
| 11 | Q | So everybody was off in their own little |
| 12 | | group, for the most part? |
| 13 | A | Yes. |
| 14 | Q | At any point, did you see more than 20 to 25 |
| 15 | | people at the party? |
| 16 | A | No. |
| 17 | Q | Now, C. and M., were they in your class? |
| 18 | A | No. |
| 19 | Q | Were they older than you, younger than you? |
| 20 | A | Younger. |
| 21 | Q | Younger.  Were you one of the older students |
| 22 | | there? |
| 23 | A | I guess gradewise, yeah, but -- |
| 24 | Q | Not age, okay. |
| 25 | A | Yeah. |

| | | |
|---|---|---|
| 1 | Q | And I guess even though C. and M. might have |
| 2 | | been a year behind you, were they a similar |
| 3 | | age or were -- |
| 4 | A | Yeah. |
| 5 | Q | -- they younger than you? |
| 6 | A | Similar age. |
| 7 | Q | So you're at the party, you socialize.  What |
| 8 | | do you remember next? |
| 9 | A | After being outside? |
| 10 | MR. SHAW: | Yes. |
| 11 | A | I remember being outside.  I remember going |
| 12 | | in the house.  I remember seeing J.B., Jerry |
| 13 | | Swafford, B.H. |
| 14 | Q | Where were they at?  What were they doing? |
| 15 | A | We were all -- well, B. was in a bedroom. |
| 16 | | J.B., Jerry Swafford, me, we were in the |
| 17 | | kitchen.  I saw -- |
| 18 | Q | So J.B., the daughter -- |
| 19 | A | Yeah. |
| 20 | Q | -- And the father were in the kitchen? |
| 21 | A | Yeah.  They were making drinks.  And I saw |
| 22 | | Jerry Swafford making a drink, and I saw him |
| 23 | | put something in a drink.  After that, poured |
| 24 | | me a drink, gave it to me.  And, after that, |
| 25 | | I don't know much. |

| | | |
|---|---|---|
| 1 | Q | When you say he put something in the drink, I |
| 2 | | assume you mean something more than ice |
| 3 | | cubes? |
| 4 | A | Right. |
| 5 | Q | What did you see him put in the drink? |
| 6 | A | A pill. |
| 7 | Q | Do you remember what the pill looked like? |
| 8 | A | White pill. |
| 9 | Q | Round, oval? |
| 10 | A | Yeah, a regular pill. |
| 11 | Q | Who did he hand that drink to, if you recall? |
| 12 | A | I didn't see him hand it to anybody. |
| 13 | Q | What kind of drink was he mixing? |
| 14 | A | I don't know.  It was premade, you know. |
| 15 | Q | Well, did it have alcohol in it? |
| 16 | A | Yeah. |
| 17 | Q | How do you know it had alcohol in it? |
| 18 | A | I don't know.  I mean, I guess I just knew. |
| 19 | Q | I mean, was it a daiquiri or what? |
| 20 | A | No.  It just -- it came out of a pitcher, |
| 21 | | like.... |
| 22 | Q | So there was a pitcher of liquid that was |
| 23 | | poured into a cup.  What color was the |
| 24 | | liquid? |
| 25 | A | Red. |

| | | |
|---|---|---|
| 1 | Q | When you went into the house, did you have |
| 2 | | your vodka with you? |
| 3 | A | Probably. I don't remember. |
| 4 | Q | So did Jerry pour you a drink out of the red |
| 5 | | pitcher? |
| 6 | A | Yes. |
| 7 | Q | Did you drink it? |
| 8 | A | Yes. |
| 9 | Q | Did you taste alcohol in it? |
| 10 | A | Yeah. |
| 11 | Q | Do you have any idea what kind of alcohol? |
| 12 | A | No. |
| 13 | Q | Where did you go after you left the kitchen? |
| 14 | A | I don't know. |
| 15 | Q | Are you familiar with -- do you know what |
| 16 | | hooch is? |
| 17 | A | Yeah. |
| 18 | Q | Were you drinking hooch or what -- |
| 19 | A | I don't think it was hooch. |
| 20 | Q | If you had -- I mean, do you have any idea |
| 21 | | what it was? |
| 22 | A | Not really. Something -- |
| 23 | Q | But you're sure it wasn't cherry Kool-Aid? |
| 24 | A | No. |
| 25 | Q | And then you said you don't recall -- do you |

| | | |
|---|---|---|
| 1 | | recall anything after that? |
| 2 | A | I went outside. I know that. I don't know. |
| 3 | Q | Do you remember who you were around outside? |
| 4 | A | No. |
| 5 | Q | What's the next thing you remember after |
| 6 | | that? |
| 7 | A | Waking up in the hospital. |
| 8 | Q | Do you know if they did, I guess, a |
| 9 | | toxicology screen when you're in the hospital |
| 10 | | to check and see what was in your system, |
| 11 | | that kind of thing? |
| 12 | A | Not when I first went to the hospital, but I |
| 13 | | did have one done the next day. |
| 14 | Q | Do you know if that came back with anything |
| 15 | | in it? |
| 16 | A | I don't know. |
| 17 | Q | You don't know, okay. |
| 18 | MR. SHAW: | Anytime you need to take a break, |
| 19 | | we can stop. You want to take a |
| 20 | | quick break? |
| 21 | WITNESS: | Yeah. |
| 22 | | (A BREAK IS TAKEN) |
| 23 | BY MR. SHAW: | |
| 24 | Q | I think, when we went off the record, you |
| 25 | | mentioned that you went inside. Do you |

```
 1              recall going back in the house, or do you
 2              just --
 3    A         No.
 4    Q         -- don't recall anything from there?
 5    A         No.
 6    Q         We talked earlier about the term "blackout
 7              drunk."
 8    A         Yeah.
 9    Q         I mean, when people are blackout drunk, are
10              they still up moving around, they just can't
11              remember anything, or are they passed out
12              somewhere?
13    A         No, passed out.
14    Q         Passed out.  I guess, after October 15th, did
15              any of your friends tell you that you passed
16              out outside or did they tell you what they
17              recalled happening or what you did after you
18              went outside?
19    A         Yeah.
20    Q         Who were the friends that gave you some
21              information?
22    MR. DONOVAN:        I OBJECT to the form just to
23                        preserve the hearsay OBJECTION, and
24                        I won't keep interrupting you.
25    A         S.P., H.M., A.S.,
```

```
 1   MR. OWSLEY:        That last name was?

 2   A        S.

 3   MR. OWSLEY:        Thank you.

 4   BY MR. SHAW:

 5   Q        How long had you known S.P.?

 6   A        I don't know.  Sometime when I moved.

 7   Q        How about H.M.?

 8   A        I don't know.

 9   Q        S.O.?

10   A        I met S. the end of my junior year.

11   Q        Were these girls in the same class as you?

12   A        S. and H. are, but S. is a grade under me.

13   Q        Who did you talk to first, if you recall?

14   A        I don't know.

15   Q        In general, what did they tell you that they

16            remembered -- recall?

17   A        That I blacked out, was responsive.

18   Q        Did they tell you where you were at when you

19            blacked out?

20   A        Like exactly where?

21   Q        Yes.  Well, I mean, outside, inside?

22   A        I know I was like -- somehow got to a bed.  I

23            don't know.

24   Q        I mean, do you have friends who have told you

25            that they -- when they drank a lot, that they
```

|    |           |                                                      |
|----|-----------|------------------------------------------------------|
| 1  |           | couldn't remember what happened the night            |
| 2  |           | before? But then you hear stories they were          |
| 3  |           | tearing shingles off of a roof and, you know,        |
| 4  |           | doing crazy stuff or --                              |
| 5  | A         | Well, yeah, I guess.                                 |
| 6  | Q         | I didn't know if there was a term for that.          |
| 7  |           | Okay. So your friends told you that you              |
| 8  |           | passed out, outside or inside, or do you know        |
| 9  |           | where?                                               |
| 10 | A         | I don't know where.                                  |
| 11 | Q         | And when you passed out, what did they do?           |
| 12 | A         | Well, once I passed out, I guess that's when         |
| 13 |           | someone took me to the bed.                          |
| 14 | Q         | Do you know who took you to the bed or....           |
| 15 | A         | No.                                                  |
| 16 | Q         | There were some interviews given to the state        |
| 17 |           | police by, I think, S.P. and one or maybe two        |
| 18 |           | of the other girls. Have you heard those             |
| 19 |           | interviews?                                          |
| 20 | A         | No.                                                  |
| 21 | Q         | Did you give an interview with the state             |
| 22 |           | police?                                              |
| 23 | A         | Did I give an interview?                             |
| 24 | MR. SHAW: | Yes.                                                 |
| 25 | A         | Yes.                                                 |

```
 1    Q        How many times did you talk to the state
 2             police?
 3    A        Just once.
 4    Q        Once, okay.  And that was a recorded
 5             interview, correct?
 6    A        Yeah.
 7    Q        Have you ever reviewed your recorded
 8             interview with the state police?
 9    A        I've heard it.
10    Q        You've heard it?
11    A        Yeah.
12    Q        Is there anything about it you thought, it's
13             not accurate or that you would change or that
14             you think in hindsight may have not been
15             stated properly?
16    A        No, I don't think so.
17    MR. DONOVAN:         Do you want to listen to it now
18                         before you answer that question?
19    WITNESS:            I mean, it's fine.
20    BY MR. SHAW:
21    Q        So someone took you to the bedroom?
22    A        Right.
23    Q        And then you don't recall any of that?
24    A        No.
25    Q        The next thing you recall is waking up in the
```

| | | |
|---|---|---|
| 1 | | hospital? |
| 2 | A | Yes. |
| 3 | Q | Do you remember when you woke up in the |
| 4 | | hospital? |
| 5 | A | I don't know what time it was, early morning. |
| 6 | Q | Early morning? |
| 7 | A | Yeah. |
| 8 | Q | How long were you in the hospital? |
| 9 | A | Probably an hour. |
| 10 | Q | Did anyone at the hospital ever tell you what |
| 11 | | caused you to blackout or what they thought |
| 12 | | had happened? |
| 13 | A | No. |
| 14 | Q | After you left the hospital that day, did you |
| 15 | | have to do any followup visits at the |
| 16 | | hospital or to your doctor? |
| 17 | A | Well, I went to a doctor that early morning. |
| 18 | | I left, went to H.M., and then I went back to |
| 19 | | the hospital. But, after that followup, I |
| 20 | | followed up with Dr. Beckett, and that's when |
| 21 | | I had the toxicology. |
| 22 | Q | Now, who's Dr. Beckett? |
| 23 | A | He is a doctor in Williamson. |
| 24 | Q | You don't think you had a toxicology exam |
| 25 | | while at the hospital? |

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | Do you know if they checked your blood |
| 3 | | alcohol content at the hospital? |
| 4 | A | I don't know. |
| 5 | Q | After you get out of the hospital, did you go |
| 6 | | back to the Swafford house? |
| 7 | A | No. |
| 8 | Q | Who retrieved your vehicle for you? |
| 9 | A | Someone drove my car to the hospital. And |
| 10 | | then K. drove it to H.'s. And after that, I |
| 11 | | don't know. |
| 12 | Q | Was your dad at the hospital with you? |
| 13 | A | Not the first hospital, but the second one. |
| 14 | Q | The second, okay. |
| 15 | A | Yeah. |
| 16 | Q | So do you know who drove your car to the |
| 17 | | hospital? |
| 18 | A | I think it was Dante. |
| 19 | Q | Dante. Who's Dante? |
| 20 | A | My cousin. |
| 21 | Q | To your knowledge, was Dante -- even after |
| 22 | | the point where you blacked out, was Dante at |
| 23 | | the party or how -- |
| 24 | A | Yes. |
| 25 | Q | So Dante was at the party that evening? |

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Do you know when Dante got there? |
| 3 | A | No. |
| 4 | Q | Do you know or have you spoken with Dante |
| 5 | | about what he observed when you got to the |
| 6 | | party? |
| 7 | A | No. |
| 8 | Q | I think you said before the party that you |
| 9 | | knew J.B., but you didn't know her very well; |
| 10 | | is that -- |
| 11 | A | Right. |
| 12 | Q | Did your dad know you were going to the |
| 13 | | party? |
| 14 | A | Well, he knew that I was going somewhere.  He |
| 15 | | didn't know exactly where. |
| 16 | Q | During that time period, did you have a |
| 17 | | curfew? |
| 18 | A | No. |
| 19 | MR. OWSLEY: | I'm sorry.  Was that a no? |
| 20 | WITNESS: | No. |
| 21 | BY MR. SHAW: | |
| 22 | Q | How long had it been since you'd had the |
| 23 | | curfew? |
| 24 | A | I don't know.  I didn't.... |
| 25 | Q | Did you ever have a curfew when you lived |

```
 1            with your dad?

 2    A       Not really.

 3    Q       Did your dad know that you drank?

 4    A       No.

 5    Q       And I'm not talking about that night.  I'm

 6            just talking in general --

 7    A       Yeah.

 8    Q       -- did he know that you'd started drinking

 9            alcohol?

10    A       I don't think so.

11    Q       Is that why you drink vodka was to try to

12            hide it?

13    A       No.

14    Q       After that weekend, did you ever speak with

15            J.B. about what happened?

16    A       No.

17    Q       Were you all friends on Facebook or anything

18            of that nature?

19    A       I had her on social media.

20    Q       So you had her on social media.  What types

21            of social media do you use or would you have

22            used at that time?

23    A       Snapchat and Instagram.

24    MR. OWSLEY:          I'm sorry.  Snapchat and...

25    WITNESS:             Instagram.
```

1    MR. OWSLEY:        Thank you.

BY MR. SHAW:

2   Q       Did you ever message back and forth with any

3           of your friends about what happened?

4   A       Yeah.

5   Q       Do you still have those messages?

6   A       No.

7   Q       Do you recall what the substance of those

8           conversations were?

9   A       Probably, just asking someone if they knew

10          what happened.

11  Q       Did you and J.B. ever converse back and forth

12          about what happened --

13  A       No.

14  Q       -- on social media?  Do you know if Jerry

15          Swafford had social media?

16  A       I don't know.

17  Q       But he wasn't -- you didn't have him as a

18          Facebook friend --

19  A       No.

20  Q       -- or anything like that?  Other than Jerry

21          Swafford, did you see any adults at that

22          party that night?

23  A       No.

24  Q       So you didn't see Jim Mark Gannon, the

25          principal; right?

```
 1   A      No.

 2   Q      You don't know Mr. Gannon?

 3   A      Huh?

 4   Q      You don't know the principal Gannon?

 5   A      Oh, yes.

 6   Q      Do you know Superintendent Adkins?

 7   A      No.

 8   Q      You didn't see them at the party; did you?

 9   A      No.

10   Q      Had you ever consumed alcohol or taken

11          alcohol to school?

12   A      No.

13   Q      So this was just kind of like a weekend

14          thing, all right.  Had you ever had any

15          problems at school?

16   A      No.

17   Q      Had you had any instances where you went to

18          Mr. Gannon about any issues?

19   A      No.

20   Q      Had you ever met -- have you ever met

21          Mr. Adkins before?

22   A      No.

23   Q      Reed Adkins, okay.  At the beginning of the

24          school year, you're given a student handbook;

25          do you remember that?
```

```
 1    A         No.

 2    Q         You don't remember getting a student handbook

 3              or --

 4    A         No.

 5    Q         So it's your testimony that you've never had

 6              a student handbook?

 7    MR. DONOVAN:        OBJECT to the form.  That wasn't

 8                        her testimony.

 9    MR. SHAW:           She said she didn't recall ever

10                        getting a student handbook.

11    MR. DONOVAN:        No, so it's different testimony.

12    MR. SMITH:          She didn't say she didn't get one.

13                        She just doesn't remember.

14    WITNESS:            I don't -- yeah, I don't.

15    BY MR. SHAW:

16    Q         Well, that's what I was going to say.  That

17              was my next question was, does that mean you

18              never got one, or you just don't recall?

19    A         I could have got one.  I just don't remember.

20    Q         At the beginning of the year, does the school

21              pass out different things.

22    A         What is it?

23    Q         Does the school pass out different things at

24              the beginning of each school year; do you

25              recall?
```

```
 1    A        Like paperwork?

 2    MR. SHAW:        Yeah.

 3    A        Yeah, I'm sure I get paperwork.

 4    Q        Had you ever seen a student handbook?

 5    A        No.

 6    Q        Had you ever seen what the school rules are?

 7    A        No.

 8    Q        During the time that you were attending Pike

 9             County Schools, did you ever get in trouble

10             for violating any of the school rules?

11    A        No.

12    Q        Before October 14th of 2016, had you ever had

13             any substantive conversations with Jerry

14             Swafford?

15    A        No.

16    Q        Had Jerry Swafford ever tried to approach you

17             at school?

18    A        No.

19    Q        Had Jerry Swafford ever done anything at

20             school that made you feel uncomfortable?

21    A        No.

22    Q        Do you recall whether or not you messaged

23             anyone, basically stating that you didn't

24             think anything had happened?

25    A        Yes.
```

```
 1   Q          Do you think anything happened?
 2   MR. DONOVAN:          OBJECT to the form.  Anything
 3                         happened, what's that mean?
 4   MR. SHAW:          Well, if she -- we'll get in to it.
 5   Q          You know what I mean by "anything," don't
 6              you?
 7   A          I guess.
 8   Q          I mean, you want me to -- I can spell it out
 9              for you, if you want me to, but -- okay.  Do
10              you think anything happened?
11   MR. DONOVAN:          OBJECT to the form.
12   MR. SHAW:          She said she understood.
13   MR. DONOVAN:          Actually, she said she didn't.
14   BY MR. SHAW:
15   Q          Let's put it this way, did Jerry Swafford
16              have sex with you, to your knowledge?
17   A          I don't know.
18   Q          Did you have a rape kit performed at the
19              hospital?
20   A          I think the second time I did.
21   Q          Did it come back positive or negative?
22   A          I don't know.
23   Q          You don't know, okay.  And you have no
24              memory, no knowledge of any sexual contact
25              between you and Mr. Swafford?
```

```
1    A        No.

2    Q        The night of October 15, 2016, that's the

3             only time that you were ever around Jerry

4             Swafford, correct?

5    A        Yes.

6    Q        Healthwise, do you have any preexisting

7             issues?

8    A        No.

9    Q        You went to the hospital, got out of the

10            hospital, went to your family doctor.  Who

11            was Dr. --

12   A        Beckett.

13   Q        Yeah, who was Dr. Beckett?

14   A        I guess, yeah, just like a family doctor.

15   Q        I mean, had you been to Dr. Beckett before?

16   A        Yes.

17   Q        And have you been to Dr. Beckett since?

18   A        Yeah.

19   Q        Other than a trip to the hospital and seeing

20            Dr. Beckett the one time after, have you

21            treated with Dr. Beckett or anyone else from

22            what happened at the party on the 16th or

23            15th?

24   A        Treated like?

25   Q        You know, were you treated for alcohol
```

|    |              |                                               |
|----|--------------|-----------------------------------------------|
| 1  |              | poisoning?                                    |
| 2  | A            | No.                                           |
| 3  | Q            | Were you treated for any injuries?            |
| 4  | A            | No.                                           |
| 5  | MR. DONOVAN: | OBJECTION.                                     |
| 6  | Q            | Were you treated for any psychological        |
| 7  |              | issues?                                        |
| 8  | A            | Yeah.                                         |
| 9  | Q            | Who did you treat with and when?              |
| 10 | A            | Gina Justice.                                 |
| 11 | Q            | I'm sorry?                                     |
| 12 | A            | Gina Justice.                                 |
| 13 | Q            | Who's Gina Justice?                           |
| 14 | A            | Yeah.                                         |
| 15 | Q            | Is that "G" -- with a "G" or with a "J"?      |
| 16 | A            | "G."                                          |
| 17 | Q            | Who's Gina Justice?                           |
| 18 | A            | She is a social worker at Williamson Health   |
| 19 |              | and Wellness.                                 |
| 20 | Q            | That was Williamson?                          |
| 21 | A            | Health & Wellness.                            |
| 22 | Q            | How many times have you treated with Gina     |
| 23 |              | Justice?                                       |
| 24 | A            | I don't know.  Probably a really good five    |
| 25 |              | months, I guess.                              |

| | | |
|---|---|---|
| 1 | Q | Were you referred to her by anyone? |
| 2 | A | No. |
| 3 | Q | Did you just think you needed to talk to |
| 4 | | someone? |
| 5 | A | Yes. |
| 6 | Q | Had you ever met with her before? |
| 7 | A | No. |
| 8 | Q | Did you ever talk to any of the school |
| 9 | | counselors? |
| 10 | A | No. |
| 11 | Q | Other than Gina Justice, had you talked to |
| 12 | | anyone else? |
| 13 | A | No. |
| 14 | Q | And did Gina Justice provide counseling |
| 15 | | services? |
| 16 | A | Yes. |
| 17 | Q | To your knowledge, what does your mom know |
| 18 | | about this case? |
| 19 | A | I don't know.  I guess, all of it. |
| 20 | Q | Would she know what you've told her or what |
| 21 | | she's -- do you know if she's got any |
| 22 | | independent knowledge about it or how -- |
| 23 | A | I guess just what I've told her, what |
| 24 | | she's -- yeah. |
| 25 | Q | Your mom wasn't -- was she in town -- |

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | -- for this time period? Okay. What does |
| 3 | | your dad know about this case, if you know? |
| 4 | A | I guess, the same thing. |
| 5 | Q | Do you know if your dad ever spoke to Jerry |
| 6 | | Swafford? |
| 7 | A | (WITNESS SHAKES HEAD NEGATIVELY) |
| 8 | Q | Do you know if your dad ever confronted Jerry |
| 9 | | Swafford? |
| 10 | A | (WITNESS SHAKES HEAD NEGATIVELY) |
| 11 | Q | Do you know if your dad ever -- has ever been |
| 12 | | to the Swafford home? |
| 13 | A | Huh-uh (NEGATIVE). |
| 14 | Q | And, I'm sorry, you've got to speak out loud. |
| 15 | A | Sorry. |
| 16 | Q | So the last three questions were no, correct? |
| 17 | A | No. |
| 18 | Q | The counselor that you talked to, did she |
| 19 | | ever diagnose you or mention anything to you |
| 20 | | about what she thought? |
| 21 | A | Yeah. |
| 22 | Q | And what did she tell you? |
| 23 | A | She diagnosed me with depressive disorder and |
| 24 | | anxiety. |
| 25 | MR. SMITH: | And what? I'm sorry. |

```
 1    A        Anxiety.

 2    MR. SMITH:          Thank you.

 3    Q        Had you ever been diagnosed with depression

 4             disorder anxiety previously?

 5    A        No.

 6    Q        So you had learned about the party on social

 7             media?

 8    A        Yes.

 9    Q        Did you see any fliers or anything like that

10             put up about the party?

11    A        No.

12    Q        Was there much conversation at school about

13             the party?

14    A        No.

15    Q        No, okay.  Was there much conversation at

16             school about homecoming?

17    A        No.

18    Q        Were you in the homecoming court?

19    A        No.

20    Q        That wouldn't have been your year, right?

21    A        I don't know.

22    Q        That was your junior --

23    A        Senior year.

24    Q        It would have been your senior, okay, all

25             right.
```

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | When did you last see Gina Justice? |
| 3 | A | August. |
| 4 | Q | Of this year? |
| 5 | A | Uh-huh (AFFIRMATIVE), August 17th. |
| 6 | Q | August 17th? |
| 7 | A | Yes. |
| 8 | Q | And do you recall approximately when you |
| 9 | | would have first seen Ms. Justice? |
| 10 | A | I don't know the date. |
| 11 | Q | But you think you saw her roughly five times? |
| 12 | A | I said over like a -- |
| 13 | Q | Oh, over a five-month period? |
| 14 | A | Yeah, a period. |
| 15 | Q | Over a five-month period, how often would you |
| 16 | | see her? |
| 17 | A | Once or twice a month. |
| 18 | Q | Do you know how those visits were paid for? |
| 19 | A | No. |
| 20 | Q | Do you know if you had insurance to cover it? |
| 21 | A | Yes. |
| 22 | Q | Since you started college, have you seen any |
| 23 | | therapists or any counselors? |
| 24 | A | No. |
| 25 | Q | Do you still drink alcohol? |

```
1    A    Yes.

2    Q    Do you still drink the same type of alcohol

3         or have you changed?

4    A    Pretty much the same.

5    Q    While you're in Richmond, how do you get

6         alcohol?

7    A    Usually, it's provided at a party.

8    Q    Now, I guess, in October of 2016, you'd been

9         to other parties?

10   A    Yes.

11   Q    Was it common or uncommon for alcohol to be

12        at those parties?

13   A    Common.

14   Q    Had you seen J.B. at the same parties before?

15   A    No.

16   Q    Had you ever seen Jerry Swafford at a party

17        before?

18   A    No.

19   Q    Had you ever seen B. at a party before?

20   A    Probably.

21   Q    When you say, "probably," I mean, you have

22        specific recollections of seeing her at a

23        party?

24   A    I mean, I know I've seen her at a party.

25   Q    And we've heard about someplace called Love
```

| | | |
|---|---|---|
| 1 | | Branch. |
| 2 | A | Yeah. |
| 3 | Q | Did you go up there to the parties? |
| 4 | A | Yeah. |
| 5 | Q | Well, what would happen at Love Branch? |
| 6 | A | I don't know.  Go out in the mountain and |
| 7 | | drink, I guess. |
| 8 | Q | Well, I mean, would there be a bonfire, |
| 9 | | everybody sitting around the bonfire drinking |
| 10 | | or -- |
| 11 | A | Yeah. |
| 12 | Q | Would you usually take your own alcohol to |
| 13 | | Love Branch? |
| 14 | A | Yeah. |
| 15 | Q | And was that -- I know it's been a little |
| 16 | | while but, in October of 2016, was Love |
| 17 | | Branch like the place to go hang out or were |
| 18 | | there other places that would be more common? |
| 19 | A | In the summer, yeah, but not -- |
| 20 | Q | In the summer when -- okay.  I guess that's |
| 21 | | fair.  It's October. |
| 22 | A | Yeah. |
| 23 | Q | A little chilly.  Depending on how much you |
| 24 | | had to drink but....  During the summer, |
| 25 | | would you hang out at Love Branch? |

| | | |
|---|---|---|
| 1 | A | Yeah. |
| 2 | Q | Is that kind of the go-to place? |
| 3 | A | Yeah. |
| 4 | Q | Were those -- would you plan with other |
| 5 | | people to go up to Love Branch or one of |
| 6 | | those places that, whenever you showed up, |
| 7 | | there's usually a few people around? |
| 8 | A | You plan to go with people. |
| 9 | Q | Who would you usually go to Love Branch with? |
| 10 | A | I don't know. Different people. |
| 11 | Q | So there wasn't one certain, you know, group |
| 12 | | or a couple of folks that you ran with? |
| 13 | A | Right. |
| 14 | Q | After October -- I think it's 15th or 16th, |
| 15 | | do you recall having any conversations with |
| 16 | | J.B.S. |
| 17 | A | Yeah. |
| 18 | Q | Would those have been in face or on social |
| 19 | | media? |
| 20 | A | Social media. |
| 21 | Q | Do you know what the contents or context of |
| 22 | | those conversations may have been? |
| 23 | A | G., like, would say something about her dad. |
| 24 | Q | She would what? |
| 25 | A | Say stuff about her dad to me. |

| | | |
|---|---|---|
| 1 | Q | Good stuff, bad stuff, what? |
| 2 | A | Well, good, yeah, or just tell me like how |
| 3 | | she was feeling or things like that. |
| 4 | Q | And would you let her know how you were |
| 5 | | feeling or -- |
| 6 | A | Probably not. |
| 7 | Q | Would you consider J.B. a friend? |
| 8 | A | No. |
| 9 | Q | Did you ever tell her to stop contacting you? |
| 10 | A | No. |
| 11 | Q | Did she ever tell you to stop contacting her? |
| 12 | A | No. |
| 13 | Q | What kind of time period would you all chat |
| 14 | | back and forth? |
| 15 | A | Like for how long? |
| 16 | Q | Well, I mean, do you maintain contact with |
| 17 | | her today? |
| 18 | A | No. |
| 19 | Q | When did you last hear from her? |
| 20 | A | I don't know. You know, it's been a while. |
| 21 | Q | I want to quickly run through a list of names |
| 22 | | that have been mentioned or discussed to see |
| 23 | | who these people are. Do you know D.A.? |
| 24 | A | Who? |
| 25 | Q | D.A.? |

```
 1  A        D.?

 2  MR. SHAW:            Yes.

 3  A        A., no.

 4  Q        Do you know Katrina Adkins.

 5  A        Yes.

 6  Q        Who's that?

 7  A        She's the nursing teacher at Belfry.

 8  MR. SMITH:          What was that name?  I'm sorry,

 9                      Jon.

10  MR. SHAW:           Katrina Adkins.

11  MR. DONOVAN:        Are these from the initial

12                      disclosures or....

13  MR. SHAW:           Some of them are from the initial

14                      disclosures and some of them are

15                      generated from educational records.

16  MR. DONOVAN:        Yeah, yeah, that's fine.  Didn't

17                      know if we were looking at a piece

18                      of paper that was in the record.

19  MR. SHAW:           Oh, no.

20  BY MR. SHAW:

21  Q        Have you ever talked to Katrina Adkins about

22           this incident?

23  A        No.

24  Q        Did you have Katrina Adkins as a teacher?

25  A        Yes.
```

| | | |
|---|---|---|
| 1 | Q | What classes would you have had her as a |
| 2 | | teacher in? |
| 3 | A | A nursing class.  I don't know what it's |
| 4 | | called. |
| 5 | Q | Do you know Reed Adkins? |
| 6 | A | No. |
| 7 | Q | Do you Don Auburn? |
| 8 | A | No. |
| 9 | Q | Do you know C.A.? |
| 10 | A | Yes. |
| 11 | Q | When did you first meet C.A.? |
| 12 | A | I don't know. |
| 13 | Q | Would it have been before or after this |
| 14 | | party? |
| 15 | A | After. |
| 16 | Q | Did you approach her, or did she approach |
| 17 | | you? |
| 18 | A | I don't know. |
| 19 | Q | Do you recall where you met at? |
| 20 | A | I don't think I've ever been, like, |
| 21 | | introduced to C. at all. |
| 22 | Q | Have you sat in the same room with Cindy? |
| 23 | A | No. |
| 24 | Q | Jonna Banks? |
| 25 | A | Yes. |

| | | |
|---|---|---|
| 1 | Q | Who's that? |
| 2 | A | She's a teacher at Belfry. |
| 3 | Q | Ever had a conversation with Jonna Banks |
| 4 | | about this case? |
| 5 | A | No. |
| 6 | Q | Hollie Blankenship? |
| 7 | A | No. |
| 8 | Q | J.B.? |
| 9 | A | No. |
| 10 | Q | Elizabeth Booth? |
| 11 | A | Yes. |
| 12 | Q | Who's that? |
| 13 | A | A teacher at Belfry. |
| 14 | Q | Did you ever talk to her about this incident? |
| 15 | A | No. |
| 16 | Q | Virginia Bowen? |
| 17 | A | Yes. |
| 18 | Q | People we've talked about so far, to your |
| 19 | | knowledge, do they know anything about your |
| 20 | | case? |
| 21 | A | No. |
| 22 | Q | H.B.? |
| 23 | A | Yes. |
| 24 | Q | Who's that? |
| 25 | A | One of my friends. |

| | | |
|---|---|---|
| 1 | Q | Does she know anything about your case? |
| 2 | A | Yes. |
| 3 | Q | Was she present at the party that evening? |
| 4 | A | Yes. |
| 5 | Q | Have you and H. talked about what happened? |
| 6 | A | No. |
| 7 | Q | Sandra Brown? |
| 8 | A | Yes. |
| 9 | Q | Who is that? |
| 10 | A | Librarian. |
| 11 | Q | Did she know anything about your case? |
| 12 | A | No. |
| 13 | Q | Sherrie Casey? |
| 14 | A | Yes. |
| 15 | Q | And who is that? |
| 16 | A | She's a teacher. |
| 17 | Q | Have you talked to Sherrie Casey about this |
| 18 | | case or what happened? |
| 19 | A | No. |
| 20 | Q | Tammera Casey? |
| 21 | A | Yes. |
| 22 | Q | Who's that? |
| 23 | A | A teacher at Belfry. |
| 24 | Q | Have you talked to her about this case or |
| 25 | | anything that happened? |

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | Any of the teachers we've talked about so |
| 3 | | far, did you ever have occasion to raise any |
| 4 | | issues or concerns with them about anything |
| 5 | | at school? |
| 6 | A | No. |
| 7 | Q | Did you ever have any problems at school? |
| 8 | A | No. |
| 9 | Q | Willis Assell? |
| 10 | A | No. |
| 11 | Q | Erectus Shangery? |
| 12 | A | Yes. |
| 13 | Q | Who is that? |
| 14 | A | A teacher at Belfry. |
| 15 | Q | Is that one of your teachers? |
| 16 | A | No. |
| 17 | Q | Autumn Chapman? |
| 18 | A | Yes. |
| 19 | Q | And who's that? |
| 20 | A | A teacher at Belfry. |
| 21 | Q | Ryan Chapman? |
| 22 | A | Yes. |
| 23 | Q | Who is that? |
| 24 | A | A teacher at Belfry. |
| 25 | Q | Drema Cool? |

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Who's that? |
| 3 | A | She works at Belfry. |
| 4 | Q | Do you know Kevin Deskins? |
| 5 | A | Yes. |
| 6 | Q | Who is Kevin Deskins? |
| 7 | A | A teacher at Belfry. |
| 8 | Q | To your knowledge, does Kevin Deskins know |
| 9 | | anything about your case? |
| 10 | A | Yes. |
| 11 | Q | What does he know about your case? |
| 12 | A | I know that he said something to a student |
| 13 | | about the case, about Jerry. |
| 14 | Q | So who -- Kevin Deskins said something to |
| 15 | | whom? |
| 16 | A | I don't know. |
| 17 | Q | You don't know who? |
| 18 | A | No. |
| 19 | Q | So Kevin Deskins said something to a student. |
| 20 | | What was said; do you know? |
| 21 | A | Something along the lines of he knew |
| 22 | | something like this would happen. |
| 23 | Q | Did he say why, to your knowledge? |
| 24 | A | I don't know. |
| 25 | Q | But you don't know who the student is that |

| | | |
|---|---|---|
| 1 | | comment was made to? |
| 2 | A | I think it might be C.W. |
| 3 | Q | C.W., your friend C.? |
| 4 | A | Yeah. |
| 5 | MR. SMITH: | Did you say W.? |
| 6 | A | Yes. |
| 7 | MR. SMITH: | Thank you. |
| 8 | Q | Did C. mention anything else to you about |
| 9 | | what Mr. Deskins may have said? |
| 10 | A | No. |
| 11 | Q | Do you know if C. ever asked Mr. Deskins what |
| 12 | | do you mean? |
| 13 | A | I don't know. |
| 14 | Q | Did you ever ask Mr. Deskins who made this |
| 15 | | comment? |
| 16 | A | No. |
| 17 | Q | Of course you know who Raymond Dotson is? |
| 18 | A | Yes. |
| 19 | Q | Other than the fact that he's your father, |
| 20 | | and he would know that what you've told him |
| 21 | | or what he learned through medical records, |
| 22 | | things of that nature, do you know if your |
| 23 | | dad knew Jerry Swafford before October 15th, |
| 24 | | 16th? |
| 25 | A | He didn't. |

| | | |
|---|---|---|
| 1 | Q | Do you think your dad had any idea that you |
| 2 | | were going to a party at the Swaffords? |
| 3 | A | No. |
| 4 | Q | Does your dad know where Love Branch is? |
| 5 | A | Probably not. |
| 6 | Q | There's some testimony, I guess the first |
| 7 | | weekend -- the first week of July that some |
| 8 | | students were at Myrtle Beach.  Were you on |
| 9 | | that trip? |
| 10 | A | No. |
| 11 | Q | Did you go to Myrtle Beach in July of 2016? |
| 12 | A | No. |
| 13 | Q | Ethel Duty? |
| 14 | A | What? |
| 15 | Q | Do you know who Ethel Duty is? |
| 16 | A | No. |
| 17 | Q | Pauline Elkins? |
| 18 | A | No. |
| 19 | Q | Linda Farley? |
| 20 | A | Yes. |
| 21 | Q | Who is Linda Farley? |
| 22 | A | Teacher. |
| 23 | Q | Did you talk to Linda Farley about your case? |
| 24 | A | No. |
| 25 | Q | Any issues? |

```
 1   A        No.

 2   Q        Did you ever have any problems with Linda

 3            Farley?

 4   A        No.

 5   Q        Rodney Ferrell?

 6   A        Yes.

 7   Q        Who's that?

 8   A        Teacher.

 9   Q        The same question.  Does he know anything

10            about your case, to your knowledge?

11   A        No.

12   Q        Whitney Ferrell?

13   A        Yes, she's a teacher.

14   Q        Does she know anything about your case, to

15            your knowledge?

16   A        No.

17   Q        John Fish?

18   A        No.

19   Q        Tamela Fite?

20   A        Yes, she's a teacher at Belfry.

21   Q        Does she know anything about your case?

22   A        No.

23   Q        Mark Gannon?

24   A        Yes.

25   COURT REPORTER:     Mark Gannon?
```

```
 1   MR. SHAW:              Mark Gannon, G-A-N-N-O-N.

 2   COURT REPORTER:    I just didn't hear.

 3   BY MR. SHAW:

 4   Q        Does Mr. Gannon know anything about your

 5            case, to your knowledge?

 6   A        Yes.

 7   Q        What does Mr. Gannon know?

 8   A        Well, I know he's involved in it, so he has

 9            some knowledge about it.

10   Q        But what do you think or what are you aware

11            of that Mr. Gannon has knowledge of?

12   A        I don't know.

13   Q        Libby Goff?

14   A        Yes.

15   Q        Who is that?

16   A        A teacher.

17   Q        And?

18   A        No.

19   Q        So she has no knowledge of your case?

20   A        Right.

21   Q        Michael Hagy?

22   A        Yes.

23   Q        Who's Mr. Hagy?

24   A        He's a teacher.

25   Q        Does Mr. Hagy know anything about your case?
```

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | And you've got your mother, Rachelle |
| 3 | | Hairston. Rocky Hall? |
| 4 | A | Rocky Hall? |
| 5 | Q | Yes. Do you know who that is? |
| 6 | A | No. |
| 7 | Q | We've got B. and B.H. |
| 8 | A | Yes. |
| 9 | Q | And have you talked to B. or B.H. since the |
| 10 | | party? |
| 11 | A | Yes. |
| 12 | Q | How many conversations have you had with B. |
| 13 | | after the party? |
| 14 | A | Not many. |
| 15 | Q | Do you know what the substance of those |
| 16 | | conversations were or -- |
| 17 | A | Nothing like pertaining to the case or |
| 18 | | anything. I was just being friendly. |
| 19 | Q | So you didn't make any comments to her about, |
| 20 | | you know, what happened or what you think |
| 21 | | happened, okay. Phillip Haywood? |
| 22 | A | Yes. |
| 23 | Q | Who's that? |
| 24 | A | He's a counselor. |
| 25 | Q | And what does Mr. Haywood know about your |

| | | |
|---|---|---|
| 1 | | case, anything? |
| 2 | A | No. |
| 3 | Q | We've got C. and C.H. |
| 4 | A | Yes. |
| 5 | Q | What do they know about your case? |
| 6 | A | I don't know. |
| 7 | Q | Jeremy Howard? |
| 8 | A | No. |
| 9 | Q | Jared Hurley? |
| 10 | A | No. |
| 11 | Q | David Jones? |
| 12 | A | Yes. |
| 13 | Q | Who is David Jones? |
| 14 | A | He used to be involved with Belfry. I don't |
| 15 | | know what he does now. |
| 16 | Q | Would Mr. Jones know anything about your |
| 17 | | case? |
| 18 | A | No. |
| 19 | Q | Gerald Justice? |
| 20 | A | Yes. |
| 21 | Q | Who is -- |
| 22 | A | A teacher at Belfry. |
| 23 | Q | To your knowledge, would Mr. Justice have any |
| 24 | | knowledge about your case? |
| 25 | A | No. |

| | | |
|---|---|---|
| 1 | Q | Sarah Kincaid? |
| 2 | A | Yes, she's a teacher. |
| 3 | Q | Does she know anything about your case, to |
| 4 | | your knowledge? |
| 5 | A | No. |
| 6 | Q | Mark Kohard? |
| 7 | A | No. |
| 8 | Q | Patricia Leedy? |
| 9 | A | No. |
| 10 | Q | What about Barbara Lovern? |
| 11 | A | Yes. |
| 12 | Q | Do you think she knows anything about your |
| 13 | | case? |
| 14 | A | No. |
| 15 | Q | Who is Ms. Lovern? |
| 16 | A | She works at the front desk. |
| 17 | Q | Kelly Mahon? |
| 18 | A | Yes.  She -- I don't think she knows. |
| 19 | Q | What about Millard May? |
| 20 | A | No. |
| 21 | Q | Do you know who that is? |
| 22 | A | No. |
| 23 | Q | Patsy May? |
| 24 | A | No. |
| 25 | Q | Ruth May? |

```
1   A      No.

2   Q      Kecia Maynard.

3   A      No.

4   Q      Mary Maynard?

5   A      No.

6   Q      Billy McCoy?

7   A      Yes.

8   Q      Who's Billy McCoy?

9   A      H.M.'s dad.

10  Q      Do you know if he knows anything about your

11         case?

12  A      Yes.

13  Q      What does he know about your case, to your

14         knowledge?

15  A      Well, H. told him what happened after --

16         because that where I went after I went to the

17         hospital.

18  Q      So just what H. told him is --

19  A      Yeah.

20  Q      Do you know whether or not any parents came

21         to pick their children up from the party on

22         the 15th or 16th of October?

23  A      I don't know.

24  Q      Do you know if any parents brought their

25         children to the party?
```

| | | |
|---|---|---|
| 1 | A | I don't know. |
| 2 | Q | Gary McCoy? |
| 3 | A | No. |
| 4 | Q | H.M.? |
| 5 | A | Yes. |
| 6 | Q | That's your friend we just talked about, |
| 7 | | okay.  Lauren McCoy? |
| 8 | A | Yes. |
| 9 | Q | Who's that? |
| 10 | A | She's a teacher. |
| 11 | Q | Does she know anything about your case, to |
| 12 | | your knowledge? |
| 13 | A | No. |
| 14 | Q | Anderson, Michael? |
| 15 | A | Yes. |
| 16 | Q | Who's that? |
| 17 | A | Cindy's husband. |
| 18 | Q | I guess it should have been Michael Anderson. |
| 19 | A | Right. |
| 20 | Q | I wrote it down wrong, sorry, okay.  Have you |
| 21 | | talked to Mr. Anderson? |
| 22 | A | No. |
| 23 | Q | Becky Mullins? |
| 24 | A | Yes. |
| 25 | Q | Who is Becky Mullins and what does she know |

```
 1              about your case?

 2    A         She's a teacher, and I don't know.

 3    Q         Maggie Paige?

 4    A         Yes.

 5    Q         Who is this?

 6    A         She is married to David Jones.  I don't know

 7              if she knows anything.

 8    Q         Does she work for the district, or do you

 9              know who she is or....

10    A         I don't know.

11    Q         Ruth-Marie Pauley

12    A         Yes.

13    Q         Who's that?

14    A         She's a counselor at Belfry.

15    Q         Did you ever talk to Ms. Pauley about --

16    A         Yes.

17    Q         Did you talk to her about this case or what

18              had happened or --

19    A         Well, I had to go to her office, and she just

20              told me that, if I felt overwhelmed or

21              anything like that, I could like leave or

22              call my dad.

23    Q         Did you feel overwhelmed or thought you

24              needed to leave or anything?

25    A         No.
```

| | | |
|---|---|---|
| 1 | Q | Did you ever go in and talk to Ms. Pauley |
| 2 | | outside of that, just to -- |
| 3 | A | No. |
| 4 | Q | Is Ms. Pauley nice? |
| 5 | A | Yes. |
| 6 | Q | If something were wrong with you, is she |
| 7 | | someone you'd feel comfortable talking to? |
| 8 | A | Yeah. |
| 9 | Q | I guess, at the school -- is there an |
| 10 | | individual or a couple of individuals that |
| 11 | | work at the school that you felt most |
| 12 | | comfortable around or talking with? |
| 13 | A | No, I don't know. |
| 14 | Q | To your knowledge, do you have any family |
| 15 | | members that work for the Pike Board of |
| 16 | | Education? |
| 17 | A | No. |
| 18 | Q | S.P.? |
| 19 | A | Uh-huh (AFFIRMATIVE). |
| 20 | Q | She was at the party? |
| 21 | A | Yes. |
| 22 | Q | And she gave a statement to the State Police? |
| 23 | A | Yes. |
| 24 | Q | You've not heard that statement, though, |
| 25 | | right? |

| 1 | A | No. |
|---|---|-----|
| 2 | Q | Valerie Perkins? |
| 3 | A | Yes. |
| 4 | Q | Who's that? |
| 5 | A | S.'s mom. |
| 6 | Q | Does she know anything about your case? |
| 7 | A | I don't know what she knows. |
| 8 | Q | Have you talked to her? |
| 9 | A | No. |
| 10 | Q | Rebecca Phillips? |
| 11 | A | No. |
| 12 | Q | Gregory Prater? |
| 13 | A | Yeah, he's a teacher.  I don't know if he |
| 14 |   | knows anything. |
| 15 | Q | What about Jerry Roberts? |
| 16 | A | No. |
| 17 | Q | Steven Slone? |
| 18 | A | No. |
| 19 | Q | Cameron Smith? |
| 20 | A | Yes. |
| 21 | Q | Who's Cameron Smith? |
| 22 | A | He was a sub at Belfry. |
| 23 | Q | Sub at Belfry.  Do you think he knows |
| 24 |   | anything about your case? |
| 25 | A | No. |

| 1 | Q | Anything about the party or -- |
| 2 | A | No. |
| 3 | Q | You didn't see him at the party; did you? |
| 4 | A | No. |
| 5 | Q | Daysha Smith? |
| 6 | A | Yes. |
| 7 | Q | Who is that? |
| 8 | A | She was -- what's it called -- junior varsity |
| 9 | | cheer coach at Belfry. |
| 10 | Q | Did you engage in any extracurricular |
| 11 | | activities at Belfry? |
| 12 | A | No, well, I ran track. |
| 13 | Q | You ran track, okay. What was your thing in |
| 14 | | track, cross country? |
| 15 | A | No, 100, 200. |
| 16 | Q | How many years did you run track? |
| 17 | A | Since third grade, third to eleventh. |
| 18 | Q | You still run track? |
| 19 | A | No. |
| 20 | Q | Do you run track throughout your high school |
| 21 | | career? |
| 22 | A | Yes. |
| 23 | Q | All state, anything of that nature? |
| 24 | A | No. |
| 25 | MR. DONOVAN: | Jon, I don't want to interrupt you, |

| | |
|---|---|
| 1 | but I could use a quick break |
| 2 | whenever you get a -- whenever |
| 3 | you're at a good stopping point. |
| 4 | I've been jugging too much coffee. |
| 5 | MR. SHAW: We're getting close. |
| 6 | BY MR. SHAW: |
| 7 | Q        Jessica Spears? |
| 8 | A        No. |
| 9 | Q        Monica Stacy? |
| 10 | A        No. |
| 11 | Q        Dena Stroud? |
| 12 | A        No. |
| 13 | MR. DONOVAN: We're just listing names now. What |
| 14 | question are we asking about these |
| 15 | names? Is it still, do you know |
| 16 | them or do they have any knowledge |
| 17 | about your case? |
| 18 | MR. SHAW: Well, if she knows, then I'm |
| 19 | following up to find out if they |
| 20 | have any knowledge about it so.... |
| 21 | MR. DONOVAN: It's not necessarily the same |
| 22 | question, though. She could not |
| 23 | know them, and they could have |
| 24 | knowledge about her case. So you |
| 25 | might just want to be a little more |

```
 1                     specific in your questioning, but

 2                     it's up to you.

 3   BY MR. SHAW:

 4   Q      Any of these people that you do not know, do

 5          you know if they have knowledge about your

 6          case?

 7   A      No.

 8   Q      Thank you.  Tammy Swafford?

 9   A      No.

10   Q      Anthony Tackett?

11   A      Yes.

12   Q      Who is Mr. Tackett?

13   A      A teacher at Belfry.

14   Q      To your knowledge, does Mr. Tackett have any

15          knowledge about your case?

16   A      No.

17   Q      Terri Tackett?

18   A      Yes.  She's a teacher.

19   Q      To your knowledge, does she have any --

20   A      No.

21   Q      Candy Taylor?

22   A      No.

23   Q      Mark Thompson?

24   A      Yes.

25   Q      Who's that?
```

| | | |
|---|---|---|
| 1 | A | He is -- I don't know his job, but he works |
| 2 | | at Belfry. |
| 3 | Q | To your knowledge, did he have any -- |
| 4 | A | No. |
| 5 | Q | Jamie Varney? |
| 6 | A | Yes. She's a teacher. No, I don't know if |
| 7 | | she has any knowledge. |
| 8 | Q | What about Matt Varney? |
| 9 | A | Yes. He's -- I think he's a counselor at |
| 10 | | Belfry, and I don't know. |
| 11 | Q | Did you ever speak to Mr. Varney about -- |
| 12 | A | No. |
| 13 | Q | -- this case or for -- |
| 14 | A | No. |
| 15 | Q | Ronn Varney? |
| 16 | A | No. |
| 17 | Q | Melissa Walters? |
| 18 | A | No. |
| 19 | Q | Annette Ward? |
| 20 | A | Yeah. She's a teacher at Belfry. I never |
| 21 | | spoke or -- |
| 22 | Q | Or talked to her? |
| 23 | A | No. |
| 24 | Q | Mallory Williamson? |
| 25 | A | No. |

```
 1   Q         Stephanie Younger?

 2   A         Yes.  She's a teacher.  No, I never

 3             discussed.

 4   Q         So, the faculty members and the folks that

 5             work at the school that we discussed, do they

 6             have any students that were or any children

 7             that were your age or around your age?

 8   A         Did any of those teachers have students --

 9   Q         Kids that were your age?

10   A         Yeah, probably.

11   Q         We'll take a break and we'll get back to

12             those, so okay.

13             (A BREAK IS TAKEN)

14   BY MR. SHAW:

15   Q         I asked for a list of individuals earlier.

16             To your knowledge, any of the teachers or

17             staff members at Belfry High School, are

18             their kids in your class or children?

19   A         No children.

20   Q         Were they -- did any of them have children of

21             similar age to you that associated with you,

22             to your knowledge?

23   A         Any of my teachers had --

24   Q         Any of your teachers -- any of the school

25             employees that we talked about that had
```

| | | |
|---|---|---|
| 1 | | children, were their children of similar age, |
| 2 | | were their children in class with you or did |
| 3 | | you associate with their children outside of |
| 4 | | school? |
| 5 | A | There were like children of the teachers in |
| 6 | | the classrooms, but I don't -- I didn't |
| 7 | | associate with them, no, sir. |
| 8 | Q | For instance, Jerry Swafford worked at |
| 9 | | school? |
| 10 | A | Right. |
| 11 | Q | His daughter, B., was at the party.  You knew |
| 12 | | B.  She was a little bit younger than you. |
| 13 | A | Right. |
| 14 | Q | Or do you know of anyone else that -- |
| 15 | MR. SMITH: | You mean B.? |
| 16 | MR. SHAW: | I'm sorry, J.B., yes, B. |
| 17 | WITNESS: | Right.  So what was your question? |
| 18 | BY MR. SHAW: | |
| 19 | Q | The question is, do you know of any school |
| 20 | | employees who have children that are a |
| 21 | | similar age to you that you associated with |
| 22 | | or socialized with outside of school? |
| 23 | A | No. |
| 24 | Q | Do you know if any of the faculty members, |
| 25 | | employees at the school, if their children, |

```
1              other than, of course, J.B., were at the
2              Swafford party that weekend?
3    A         I don't think so.
4    Q         I'd asked you about D.S.
5    A         D.S.
6    Q         D.S., okay.  I may have missed it, but does
7              she know anything about your case, to your
8              knowledge?
9    A         I don't know.
10   Q         And you had testified that you had counseling
11             treatment after the October 15, 2016 weekend.
12             Had you ever had any type of counseling
13             before?
14   A         No.
15   Q         I think you indicated that you had told a few
16             people that you didn't think anything had
17             happened.
18   A         Yes.
19   Q         Do you remember who you told that to?
20   A         No.
21   Q         Did you ever tell anyone that you thought
22             something did happen?
23   A         I don't know.
24   Q         You don't know or it didn't happen or --
25   A         I don't know.
```

```
 1   Q       And, in particular, did you ever speak to
 2           Cindy Andersen about what happened?
 3   A       No.
 4   Q       And I believe you testified earlier, have you
 5           ever been to the Andersen home?
 6   A       Yeah.
 7   Q       When were you at the Andersen home?
 8   A       I don't remember.  It was K.'s kind of like a
 9           birthday thing.  It was three of us over
10           there.  I don't remember.
11   Q       Is K. the younger daughter?
12   A       Yeah.
13   Q       So you went to K's birthday party?
14   A       Right.
15   Q       About how old would you have been?
16   A       I don't know, 16, 17.
17   Q       Sixteen, 17, okay.  Was this party during the
18           day, a party at night or --
19   A       It wasn't a party.
20   Q       Oh, it wasn't?
21   A       It was just like two, three of us were over
22           there.
23   Q       Was there a birthday cake?
24   A       No.
25   Q       So you were just there on her birthday?
```

| | | |
|---|---|---|
| 1 | A | Yeah. |
| 2 | Q | Did you spend the evening there? |
| 3 | A | No. |
| 4 | Q | Let's see.  You testified earlier that you |
| 5 | | thought there were approximately 20 kids at |
| 6 | | the party? |
| 7 | A | Yes. |
| 8 | Q | What were the age ranges? |
| 9 | A | All in high school. |
| 10 | Q | What? |
| 11 | A | High school. |
| 12 | Q | High school, okay.  Were there any kids there |
| 13 | | that didn't go to Belfry High School? |
| 14 | A | Yes. |
| 15 | Q | Who didn't go to Belfry High School that was |
| 16 | | there?  I mean, you don't have to give me |
| 17 | | names, but do you know where they went to |
| 18 | | high school? |
| 19 | A | They were kids from Mingo Central and Pike |
| 20 | | County Central or Pikeville. |
| 21 | Q | Mingo Central, roughly how many kids were |
| 22 | | there at the party? |
| 23 | A | Well, I don't know.  Probably, like three |
| 24 | | from both Mingo and Pikeville. |
| 25 | Q | Did you know those kids? |

| | | |
|---|---|---|
| 1 | A | No. |
| 2 | Q | Had you ever met them before? |
| 3 | A | No. |
| 4 | Q | And you testified that you saw -- you thought |
| 5 | | you saw Jerry put a pill in a drink. |
| 6 | A | Yes. |
| 7 | Q | Do you know who that drink was given to? |
| 8 | A | It was for B.H. |
| 9 | Q | And then he poured you a drink? |
| 10 | A | Yes. |
| 11 | Q | Did you see him put anything in your drink? |
| 12 | A | No. |
| 13 | Q | Were you watching? |
| 14 | A | No. |
| 15 | Q | But you had just seen him put what you |
| 16 | | thought was something in someone's drink, and |
| 17 | | then he hands you a drink, and you thought -- |
| 18 | | did it bother you? Did it cause concern? |
| 19 | A | Well, when I saw him put something in B.'s |
| 20 | | drink, I addressed it. I said something to |
| 21 | | him so.... |
| 22 | Q | So what did you say to him, and what was his |
| 23 | | response? |
| 24 | A | Well, I told him that you can't give a pill |
| 25 | | to someone that's already drunk. And he told |

| | |
|---|---|
| 1 | me that it was a sleeping pill, and that |
| 2 | she's going to be fine. |
| 3 | Q   Did you mention anything to B.? |
| 4 | A   I wasn't around B. |
| 5 | MR. DONOVAN:        Was that a no? |
| 6 | A   No. |
| 7 | MR. DONOVAN:        Thank you. |
| 8 | A   I wasn't around B. |
| 9 | Q   Well, did you see him give the drink to B.? |
| 10 | A   No. |
| 11 | Q   I'm sorry? |
| 12 | A   No. |
| 13 | Q   You didn't? |
| 14 | A   No. |
| 15 | Q   Well, how do you know that he gave the drink |
| 16 | to B.? |
| 17 | A   Because I must have asked him. |
| 18 | Q   Do you recall seeing B. after that? |
| 19 | A   I don't know if I did or.... |
| 20 | Q   Did anyone ever tell you that they saw |
| 21 | Mr. Swafford put anything in your drink? |
| 22 | A   No. |
| 23 | Q   Had you heard anything at school about Jerry |
| 24 | Swafford acting inappropriate with any of the |
| 25 | students? |

```
 1   A         Prior?

 2   MR. SHAW:            Yes.

 3   A         Yeah.

 4   Q         What had you heard?

 5   A         I had heard an instance where he'd take girls

 6             up like to the roof, I guess, of the school;

 7             a time where he was caught sniffing a girl's

 8             underwear, and that's about it.

 9   Q         Who were the girls that supposedly went to

10             the roof?

11   A         I know one of them.  I'm pretty sure it was

12             M.B.  I don't know who else it was.

13   MR. OWSLEY:          M. who?

14   A         B.

15   MR. OWSLEY:          Thank you.

16   BY MR. SHAW:

17   Q         And did you ever talk to M. about that?

18   A         No.

19   Q         Was M. the same as you?

20   A         Yes.

21   Q         She was?

22   A         Yes.

23   Q         And who told you that they thought that he

24             was taking her to the roof?

25   A         I don't remember.
```

```
 1   Q        The sniffing the girl's panties, where did

 2            you hear that from?

 3   A        I don't remember.

 4   Q        Are those things you heard before this

 5            occurred?

 6   A        Yes.

 7   Q        Were these things you heard from adults or

 8            from other students, if you know?

 9   A        I don't know, probably students.

10   Q        And I believe you testified that you had

11            never been to the Swafford house before --

12   A        Right.

13   Q        -- October 15th?  Why did you decide to

14            attend schools in Kentucky as opposed to West

15            Virginia?

16   A        Kentucky is a lot closer to where I live,

17            where West Virginia is a lot further.

18   Q        So just more convenient to -- okay.

19   A        Yeah.

20   Q        Before the October 15th party that you

21            attended, had you ever heard anything about

22            parties at the Swafford house?

23   A        No.

24   Q        Do you recall seeing either one of the A.

25            girls at the party that night?
```

```
 1   A          No.

 2   MR. SHAW:            Pass the witness.

 3                       CROSS-EXAMINATION

 4   By Mr. Owsley:

 5   MR. OWSLEY:          K., my name is Mike Owsley, and

 6                       along with Neal Smith, we represent

 7                       the Superintendent, Mr. Adkins, and

 8                       the School Board.  I've got a few

 9                       questions for you to follow up on

10                       what Mr. Shaw asked you.  I'm not

11                       sure I had all the names right that

12                       he asked you about.  I'm not going

13                       to go through that whole list, but

14                       some I'm not sure when you

15                       answered, giving me a name whether

16                       I wrote it down right.  So I may

17                       ask you to confirm a name or two as

18                       we go through here.

19   Q     My understanding is that on the day of the

20         party, October 15, 2016, that you and K. --

21   A     K.

22   Q     -- K.B. went to the liquor store and that

23         your cousin, Dustin Wilkerson, bought the

24         liquor for you?

25   A     Yes.
```

```
 1   Q        You didn't go in the store?

 2   A        No.

 3   Q        And K. didn't go in the store?

 4   A        No.

 5   Q        At that time, back in October of 2016, how

 6            old was K.?

 7   A        Fifteen, I think.

 8   Q        You indicated later in your response to

 9            Mr. Shaw's questions that a cousin of yours

10            was at the party.  And I was confused by

11            that.  Was there a cousin of yours that did

12            attend the party?

13   A        D..

14   Q        D., that's different than Dustin?

15   A        Right.

16   Q        What's D.'s last name?

17   A        V.  I don't know how to spell it.

18   Q        Say it one more time.  I'll spell it

19            phonetically.

20   A        V.

21   MR. DONOVAN:        Off the record.

22            (OFF THE RECORD)

23   BY MR. OWSLEY:

24   Q        I'll just call him D.  We know from your

25            testimony that your cousin, Dustin, bought
```

```
 1              you the Popov Vodka.  And that you told us

 2              today that you had three drinks out of the

 3              bottle -- you believe three drinks out of the

 4              bottle.  They weren't measured drinks,

 5              though; were they?

 6    A         No.

 7    Q         It's not like shot glasses?

 8    A         No.

 9    Q         Just drinking out of the bottle, three hits

10              or slugs?

11    A         Yes.

12    Q         You also said that you were given drinks at

13              the party.  You've told us about

14              Mr. Swafford, and I want to ask about that,

15              but did anyone else give you drinks at the

16              party besides Mr. Swafford?

17    A         No.

18    Q         And did he only give you the one drink?

19    A         Yes.

20    Q         You said that drink was out of a pitcher, and

21              it was a red liquid?

22    A         Yes.

23    Q         Was it served over ice?

24    A         Just poured in a cup.

25    Q         And that's the same pitcher that he poured
```

| | | |
|---|---|---|
| 1 | | the drink that you understand was for B. when |
| 2 | | he put a pill? |
| 3 | A | Yes. |
| 4 | Q | And you saw him put the pill in the drink? |
| 5 | A | Yes. |
| 6 | Q | Not your drink. That's B.'s drink? |
| 7 | A | Right. |
| 8 | Q | And you believe that he told you it was a |
| 9 | | sleeping pill for B.? |
| 10 | A | Yes. |
| 11 | Q | You didn't actually see him give it to B., |
| 12 | | but you understood it was for B.? |
| 13 | A | Yes. |
| 14 | Q | And that was before he poured the drink for |
| 15 | | you? |
| 16 | A | Yes. |
| 17 | Q | So you were probably watching what he poured |
| 18 | | for you with some attention, I mean, to see |
| 19 | | that he didn't put something in your drink; |
| 20 | | is that accurate? |
| 21 | A | I wasn't watching him. |
| 22 | Q | You didn't see him put anything in your |
| 23 | | drink? |
| 24 | A | Right. |
| 25 | Q | Any pills or anything foreign substance? |

| | | |
|---|---|---|
| 1 | A | Right. |
| 2 | Q | And, in terms of the timing of the events of |
| 3 | | that evening, you've indicated that you went |
| 4 | | to the liquor store with your cousin, Dustin, |
| 5 | | who bought the vodka, and my understanding |
| 6 | | that that was sometime around 9:00; or am I |
| 7 | | mistaken about that? |
| 8 | A | No, it's probably before 9:00. |
| 9 | Q | Was it light outside? |
| 10 | A | No, it was dark. |
| 11 | Q | And then, after you got the vodka, you took |
| 12 | | it home. You didn't drink any at home? |
| 13 | A | Right. |
| 14 | Q | And you got ready for the party? |
| 15 | A | Yes. |
| 16 | Q | And you told us you didn't arrive at the |
| 17 | | party until between 10:00 and 11:00? |
| 18 | A | Right. |
| 19 | Q | How far is it from where you live to where |
| 20 | | the party was taking place? |
| 21 | A | Ten minutes. |
| 22 | Q | So you didn't leave the house until close to |
| 23 | | 10:00, anyway, your house, or is that wrong? |
| 24 | A | Somewhere around that time. |
| 25 | Q | And you had to go pick up your friend, K.? |

```
 1   A        K.

 2   Q        K., excuse me.

 3   A        I picked her up before.

 4   Q        So, when you went back to your home, then she

 5            went to your home with you?

 6   A        Yes.

 7   Q        Did you all get ready for the party there

 8            together?

 9   A        Yes.

10   Q        And what did you have to do to get ready?

11   A        Like change our clothes, do our hair and

12            makeup.

13   Q        When you got to the party that evening,

14            you've indicated that there were probably

15            about 20 people there, and Mr. Swafford was

16            the only adult --

17   A        Yes.

18   Q        -- that you saw that evening?  And you've

19            told us that the people that were there, with

20            the exception of Mr. Swafford, were all high

21            school age kids?

22   A        Yes.

23   Q        Did you know anything about the boys who were

24            living across the street or in the

25            neighborhood?
```

| 1 | A | No. |
|---|---|-----|
| 2 | Q | Do you know who they were? |
| 3 | A | No. |
| 4 | Q | Was it fairly warm out because you've talked |
| 5 |   | about being outside most of the time. |
| 6 | A | Yeah. |
| 7 | Q | You were in and out, but most of your |
| 8 |   | conversations took place outside? |
| 9 | A | Yes. |
| 10 | Q | And you mentioned two people.  I'm not sure |
| 11 |   | if I got the names right, C.W.? |
| 12 | A | Yes. |
| 13 | Q | And M.W. |
| 14 | A | W., yes. |
| 15 | Q | Now, those two students were both in grades |
| 16 |   | below yours, but were similar age to you? |
| 17 | A | Yes. |
| 18 | Q | And how old were you at the time of the |
| 19 |   | party? |
| 20 | A | Sixteen. |
| 21 | Q | Do you remember the names of the other young |
| 22 |   | adults who were present at the party that you |
| 23 |   | haven't named so far today?  Is there anybody |
| 24 |   | else whose name you can remember being there? |
| 25 | A | H.B., B.H., J.S., D., B.P. |

```
 1   Q       B.P.?

 2   A       P.  I don't know.  I can't remember.

 3   Q       Of the kids that were at the party, who would

 4           you say were your closest friends of the

 5           group that was there?

 6   A       Probably, K., C., M., H.

 7   Q       If I've understood your testimony correctly

 8           so far, after you had drunk the vodka that

 9           you had brought with you and had the one

10           drink of the red liquid that Mr. Swafford

11           served to you, that you don't remember

12           anything after that?

13   A       No.

14   Q       Do you remember after drinking the cup of red

15           liquid, going back outside?

16   A       I can't recall it specifically, but I don't

17           remember where I went.

18   Q       You don't remember -- I'm sorry.  I didn't

19           mean to interrupt you.

20   A       I'm finished.  Go ahead.

21   Q       You don't remember even going to bed or being

22           put in bed?

23   A       No.

24   Q       And you don't remember anything that happened

25           after you drank the red liquid until you woke
```

|    |   |                                                        |
|----|---|--------------------------------------------------------|
| 1  |   | up in the hospital?                                    |
| 2  | A | Right.                                                 |
| 3  | Q | And you don't know how you got to the                  |
| 4  |   | hospital?                                              |
| 5  | A | I know somebody drove me there.                        |
| 6  | Q | I mean, but you don't actually remember it?            |
| 7  | A | Yeah, right.                                           |
| 8  | Q | You just -- you were essentially out?                  |
| 9  | A | Yeah.                                                  |
| 10 | Q | No one that was at the party that you saw was          |
| 11 |   | smoking marijuana or doing any kind of drugs           |
| 12 |   | except drinking alcohol?                               |
| 13 | A | Right.                                                 |
| 14 | Q | If you got to the party sometime between               |
| 15 |   | 10:00 and 11:00 that night, could you tell us          |
| 16 |   | about what time it was that you were in the            |
| 17 |   | kitchen when Jerry Swafford poured you that            |
| 18 |   | drink?                                                 |
| 19 | A | I don't know.                                          |
| 20 | Q | Do you think it was before or after midnight?          |
| 21 | A | Probably before.  Well, I don't know.  I               |
| 22 |   | really....                                             |
| 23 | Q | How were you going to go home that evening?            |
| 24 | A | I was going to stay there.                             |
| 25 | Q | You were going to stay there?                          |

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Who had invited you to spend the night? |
| 3 | A | We just knew that, if we wanted to stay, we |
| 4 | | could. |
| 5 | Q | And was that okay with your dad? |
| 6 | A | Yeah, he knew I was staying there. |
| 7 | Q | He didn't know where you were, but he knew |
| 8 | | you were going to spend the night out? |
| 9 | A | Right, yes. |
| 10 | Q | And was that okay with -- again, your |
| 11 | | friend's name is? |
| 12 | A | K. |
| 13 | Q | K.'s dad or parents? |
| 14 | A | Yes. |
| 15 | Q | And she was just 15? |
| 16 | A | Yes. |
| 17 | Q | Did you have some understanding at the party |
| 18 | | as to how many of the kids were probably |
| 19 | | going to spend the night? |
| 20 | A | No. |
| 21 | Q | Several? |
| 22 | A | I don't know. |
| 23 | Q | Well, you knew you and K. were? |
| 24 | A | Right. |
| 25 | Q | Did you know if any of your other friends -- |

```
 1                    for example, did you know whether C. or M.
 2                    were going to spend the night or H.?
 3    A    They -- no, they all went home.
 4    Q    You've told us that S.P. and H.M. and S.C.,
 5         C., I'm sorry.
 6    A    C.
 7    Q    It is C.?
 8    A    C.
 9    Q    I'm sorry, C.  All knew about your passing
10         out?
11    A    Uh-huh (AFFIRMATIVE), yes.
12    Q    Did they tell you that later?  How did you
13         learn that they knew about it?
14    A    Well, when I woke up, S. -- or not S., but H.
15         and S. were there.
16    Q    In the hospital?
17    A    Yeah, with me.
18    Q    What did they tell you about what had
19         happened to you, if anything?
20    A    Just that, you know, I passed out.  Someone
21         took me to the room.  And S. was the one that
22         saw and got somebody to get me out of there.
23  MR. DONOVAN:          And I won't interrupt anymore of
24                        your questions, but let's preserve
25                        a hearsay OBJECTION in all of this.
```

```
 1    MR. OWSLEY:          Understand, for discovery purposes.

 2    BY MR. OWSLEY:

 3    Q          Where was the first hospital you were taken

 4               to?  Which hospital was it?

 5    A          ARH.

 6    Q          What is it?

 7    A          ARH.

 8    Q          How is that spelled?

 9    MR. SMITH:          Just ARH.

10    A          Yeah.

11    MR. SMITH:          It's Appalachian Regional Hospital.

12    A          Sorry.

13    Q          That's okay.  Thank you.  And I think you

14               said earlier that you were only in the

15               hospital the first time about an hour?

16    A          Right.

17    Q          And then how did you get home from the

18               hospital?

19    A          K. drove my car.

20    Q          But she was only 15.

21    A          Well, I couldn't drive so....

22    Q          But, I mean, she didn't have a license?

23    A          Right.  And went to H.'s.

24    Q          And how long did you stay at H.'s?

25    A          We got there early in the morning.  I left
```

```
 1                 around 7:00.

 2    Q            So you got to H.'s before 7:00?

 3    A            Right.

 4    Q            And stayed a little while and then left

 5                 around 7:00?

 6    A            Yes.

 7    Q            Where did you go then?

 8    A            My dad came and picked me up, and we went

 9                 back to ARH.   And then ARH wouldn't take me,

10                 so we went to Memorial.

11    Q            Why wouldn't they take you?

12    A            Because I'd already been there.

13    Q            And that's when you went to Memorial?

14    A            Yes.

15    Q            You were not admitted to the hospital, were

16                 you, as an in-patient?

17    A            No.

18    Q            You were an out-patient?

19    A            Right.

20    Q            Do you remember anything about what testing

21                 was done at South Williamson, at ARCH the

22                 first time?

23    A            At ARH?

24    MR. OWSLEY:          Yes.

25    A            It wasn't a rape kit, but she done like a --
```

```
 1              I don't know what it's called.  It wasn't
 2              actually a rape kit, but she examined and...
 3   Q          Did I understand that toxic -- no toxic
 4              testing was done for toxic substances then?
 5   A          Right.
 6   Q          And when you went back to the hospital the
 7              second time that you went to Memorial, what
 8              testing was done then from your
 9              understanding?
10   A          I think they did a rape kit.  I know they
11              took my blood, so I don't know what they
12              checked for.
13   Q          And did you understand that the rape kit was
14              negative?
15   A          Yes.
16   Q          You didn't think you'd had sexual intercourse
17              that night; did you?
18   A          No.
19   Q          You didn't think Mr. Swafford had sexually
20              molested you?
21   A          No.
22   MR. DONOVAN:        OBJECT to the form.
23   MR. OWSLEY:         Okay, understand.
24   BY MR. OWSLEY:
25   Q          Then did your dad take you to Dr. Beckett?
```

| | | |
|---|---|---|
| 1 | A | No. I went to Dr. Beckett the next day. |
| 2 | Q | Now, is that on Monday? |
| 3 | A | Yeah, it would have been Monday. |
| 4 | Q | Because on Sunday morning, you went to the |
| 5 | | hospital -- two different hospitals, once |
| 6 | | early and then once a little later? |
| 7 | A | Yes. |
| 8 | Q | And then, on Monday, you went to see |
| 9 | | Dr. Beckett -- |
| 10 | A | Yes. |
| 11 | Q | -- on your own? |
| 12 | A | Yeah, with my dad. |
| 13 | Q | And what was the purpose of going to see |
| 14 | | Dr. Beckett? |
| 15 | A | He wanted to see if I had any, like, drugs or |
| 16 | | anything in my system, like if anything had |
| 17 | | been put in my drink or.... |
| 18 | Q | Did you learn the result of that testing? |
| 19 | A | I don't know of the, like, official result of |
| 20 | | it. |
| 21 | Q | I mean, did they tell you there was no |
| 22 | | evidence of any drugs in your system? |
| 23 | A | Yes. |
| 24 | Q | Other than the residual alcohol? |
| 25 | A | Yes. |

| | | |
|---|---|---|
| 1 | Q | You described Dr. Beckett as being sort of |
| 2 | | like a family doctor. You've been to him |
| 3 | | before? |
| 4 | A | Uh-huh (AFFIRMATIVE). |
| 5 | Q | And you've been to him since? |
| 6 | A | Yes. |
| 7 | Q | Can you remember approximately when you first |
| 8 | | saw Dr. Beckett, how many years ago it would |
| 9 | | have been? |
| 10 | A | I don't know. |
| 11 | Q | Have you seen him this year in 2018? |
| 12 | A | No. |
| 13 | Q | Did you see him sometime in 2017? |
| 14 | A | Yes. |
| 15 | Q | And for what purpose? |
| 16 | A | I would have to go to him to get prescribed |
| 17 | | medicine. And I went to him for -- I had a |
| 18 | | cold, went to him. |
| 19 | Q | What type of prescribed medicine did |
| 20 | | Dr. Beckett provide for you? |
| 21 | A | Prozac. |
| 22 | Q | Do you remember when you first started taking |
| 23 | | Prozac? |
| 24 | A | Whenever I started seeing Gina. |
| 25 | Q | And I understand you saw her over about a |

|    |   |                                                      |
|----|---|------------------------------------------------------|
| 1  |   | five-month period, ending in August of 2017?         |
| 2  | A | Yes.                                                 |
| 3  | Q | So it would have been earlier in 2017 you            |
| 4  |   | first saw her?                                       |
| 5  | A | Yes.                                                 |
| 6  | Q | Did she recommend that you get a prescription        |
| 7  |   | for Prozac?                                          |
| 8  | A | Yes.                                                 |
| 9  | Q | And Dr. Beckett prescribed for you?                  |
| 10 | A | Yes.                                                 |
| 11 | Q | Did you cut off the Prozac yourself?                 |
| 12 | A | Yes.                                                 |
| 13 | Q | And was that because you didn't like the side        |
| 14 |   | effects?                                             |
| 15 | A | Yes.                                                 |
| 16 | Q | What were they?                                      |
| 17 | A | Just feeling like very zombieish.                    |
| 18 | Q | How long do you think you took Prozac?               |
| 19 | A | Probably the five months and, you know....          |
| 20 | Q | So, as we sit here today, you haven't taken          |
| 21 |   | Prozac in 2018?                                      |
| 22 | A | Right.                                               |
| 23 | Q | And you don't think you took Prozac in 2017          |
| 24 |   | after you last saw Gina Justice in August?          |
| 25 | A | Yes.                                                 |

```
1   Q      Did you end the counseling sessions with Gina
2          Justice, or did she tell you that there
3          wasn't any need to return?
4   A      Well, I moved so....
5   Q      Is that when you went to Eastern?
6   A      Yeah.
7   Q      Are counseling services available through
8          Eastern Kentucky University?
9   A      Yes.
10  Q      Did you avail yourself of that?  Did you go
11         through any counseling services at Eastern?
12  A      No.
13  Q      Is that because you didn't think you needed
14         them any longer?
15  A      Yeah.
16  Q      Your attorneys have given us some
17         documentation, and I don't know that you've
18         seen it, but I want to ask a little bit about
19         whether you saw some professionals.  Did you
20         ever see a David Claman?
21  A      Yes.
22  Q      Did your attorney arrange for you to see him?
23  A      Yes.
24  Q      Did your -- well, I don't want you tell me
25         what your attorney said.  Did you have any
```

| | | |
|---|---|---|
| 1 | | understanding of why you were seeing |
| 2 | | Dr. Claman? |
| 3 | A | Yes. |
| 4 | Q | For what purpose? |
| 5 | A | I guess just to evaluate me. |
| 6 | Q | The information I saw indicated that you saw |
| 7 | | him this February. |
| 8 | A | Yes. |
| 9 | Q | Just this last month; is that right? |
| 10 | A | Yes. |
| 11 | Q | And you've just seen him one time? |
| 12 | A | Yes. |
| 13 | Q | Did you see anyone else associated with his |
| 14 | | firm? |
| 15 | A | Yes. |
| 16 | Q | Do you remember who else you saw? |
| 17 | A | I don't know her first name.  Davis. |
| 18 | Q | I'll help you in a minute.  Elizabeth Davis; |
| 19 | | is that -- |
| 20 | A | Yes. |
| 21 | Q | Did you have some understanding of why you |
| 22 | | saw Elizabeth Davis? |
| 23 | A | Yes. |
| 24 | Q | What was your understanding? |
| 25 | A | She was trying to help me, like, with jobs, |

```
1                   like potential career, stuff like that.

2    Q              Did you have a different understanding of why

3                   you were seeing Dr. Claman --

4    A              What do you mean?

5    Q              -- as opposed to Elizabeth Davis?

6    WITNESS:                  Like two different things?

7    MR. OWSLEY:               Yes.

8    A              Yeah.

9    Q              And what was Dr. Claman seeing you to

10                  evaluate, as you understood it?

11   A              He was focusing like on my psychological, and

12                  she was focusing on future career paths.

13   Q              How long did you spend with Elizabeth Davis?

14   A              Two, three hours.

15   Q              And with Dr. Claman?

16   A              Probably like five hours.

17   Q              Five hours between the two of them or five

18                  hours, plus the time?

19   A              Five between the two.

20   Q              You saw Ms. Davis for two or three hours; you

21                  saw Dr. Claman for about five hours?

22   A              Yes.

23   Q              And you took some tests?

24   A              Yes.

25   Q              The information that was provided to us from
```

| | | |
|---|---|---|
| 1 | | Dr. Claman indicated that, when you graduated |
| 2 | | from Belfry High School, you had a 3.5 grade |
| 3 | | point average; does that sound correct to |
| 4 | | you? |
| 5 | A | No. |
| 6 | Q | Does it sound too high? |
| 7 | A | Yes. |
| 8 | Q | Dr. Claman indicated, in the report that your |
| 9 | | attorney provided to us, that you did not |
| 10 | | believe you were given any doctored or drink |
| 11 | | that had anything in it besides alcohol; is |
| 12 | | that accurate? |
| 13 | A | Right. |
| 14 | Q | According to Dr. Claman's report, when you |
| 15 | | went outside, after having received the drink |
| 16 | | from Mr. Swafford, that you took some |
| 17 | | pictures. Do you remember telling him that? |
| 18 | A | Can you say that again? |
| 19 | Q | Yes. He said that you recalled when you went |
| 20 | | outside, you took some pictures, photographs. |
| 21 | A | Okay. |
| 22 | Q | Did you post those on Instagram or Snapchat |
| 23 | | or were they taken with just for your own |
| 24 | | purpose? |
| 25 | A | Just for my own. |

```
 1   Q         Of -- this were people that were at the
 2             party?
 3   A         Yeah.
 4   Q         Did you keep the photographs?
 5   A         Yeah, probably.
 6   Q         Are they still on your phone?
 7   A         No.
 8   Q         Where did you keep them?
 9   A         I don't have the same phone, so they would
10             have been on my old phone.
11   Q         So did you keep them after you changed
12             phones?
13   A         No.
14   Q         They're gone?
15   A         Well, yeah.
16   Q         I mean, you don't have them anymore?
17   A         Yeah.
18   MR. SHAW:          Or on the old phone.
19   MR. OWSLEY:        I'm sorry.
20   MR. SHAW:          They're on the old phone.
21   BY MR. OWSLEY:
22   Q         They're on the old phone, but not on the new
23             phone?
24   A         Right.
25   Q         When did you change phones?
```

```
1    A          This summer.

2    MR. OWSLEY:          Off the record.

3               (OFF THE RECORD)

4    BY MR. OWSLEY:

5    Q          Do you know whether the photographs you took

6               on your old cell phone automatically were

7               saved to the cloud?

8    A          Like iCloud?  No, I don't have iCloud.  Well,

9               I don't use iCloud.

10   Q          Was the phone you had before an iPhone or an

11              Android phone?

12   A          iPhone.

13   Q          And is the new phone an iPhone?

14   A          Yes.

15   Q          Just a later version?

16   A          Yeah.

17   Q          Did your old phone quit on you, or you just

18              upgraded to get a new phone?

19   A          Just upgraded.

20   Q          So you've never saved your photographs, other

21              than on your phone itself?

22   A          Right.

23   Q          You never downloaded to a computer or

24              anything like that?

25   A          No.
```

| | | |
|---|---|---|
| 1 | Q | K., would you agree that you advised |
| 2 | | Dr. Claman that you've been somewhat sneaky |
| 3 | | at times? |
| 4 | A | Yes. |
| 5 | Q | In what respect did you mean that? Sneaky |
| 6 | | with your father about sneaking around or |
| 7 | | something else? |
| 8 | A | Yeah, with my dad. |
| 9 | Q | You mean sneaking out of the house, that sort |
| 10 | | of thing? |
| 11 | A | No, just like about where I was at. |
| 12 | Q | Not always being honest with him about that? |
| 13 | A | Yeah. |
| 14 | Q | Did you observe that night at the party any |
| 15 | | couples that were having sex? |
| 16 | A | No. |
| 17 | Q | Did you observe any other persons at the |
| 18 | | party that you thought were inebriated or |
| 19 | | drunk? |
| 20 | A | Yes. |
| 21 | Q | Boys or girls or both? |
| 22 | A | Girls. |
| 23 | Q | Were there boys at the party, too? |
| 24 | A | Yes. |
| 25 | Q | Which girls did you think appeared, to you, |

| | | |
|---|---|---|
| 1 | | to be intoxicated? |
| 2 | A | B.H. |
| 3 | Q | And how did that exhibit itself? How did you |
| 4 | | make that decision or determination? |
| 5 | A | I just could tell the way she was acting. |
| 6 | | She was passing in and out. |
| 7 | Q | Passing in and out? |
| 8 | A | Yeah. |
| 9 | Q | I don't know what that means. |
| 10 | A | Like just passing out, and then she'd wake |
| 11 | | back up. |
| 12 | Q | I don't know B. Was she loud or was she |
| 13 | | quiet, that night? |
| 14 | A | I guess she's normal. |
| 15 | Q | When Mr. Swafford gave -- put the pill in the |
| 16 | | drink that you observed and said it was for |
| 17 | | B., he indicated it was a sleeping pill? |
| 18 | A | Yes. |
| 19 | Q | Did he indicate it would calm her down? |
| 20 | A | He didn't say. |
| 21 | Q | At about what age did you start drinking |
| 22 | | alcohol? |
| 23 | A | Sixteen. |
| 24 | Q | And, as I understood your answers to Mr. |
| 25 | | Shaw, you still do drink alcohol? |

```
 1   A        Yes.

 2   Q        Still drink, basically, the same type of

 3            alcohol you drank before?

 4   A        Yes.

 5   Q        I think you indicated to Mr. Shaw that you

 6            did not know exactly what your grades were at

 7            Eastern, the first semester; is that

 8            accurate?  I haven't actually seen a

 9            transcript.  I don't believe it was there.

10   MR. DONOVAN:        We can give you one if we haven't

11                       already.

12   Q        Are you doing well, from your standpoint?

13   A        Yes.

14   Q        Your professors have not called you in and

15            criticized your progress or told you you're

16            in trouble?

17   A        No.

18   Q        How do you think you're adjusting to college

19            life?

20   A        Well, okay.

21   Q        Do you like college?

22   A        Well, it's school.

23   Q        Well, you're not at home anymore, so you're

24            sort of on your own, in that sense.

25   A        Yes.
```

```
 1    Q        Is that good, from your standpoint, to not
 2             have to be living, you know, where your
 3             parents are watching what you're doing?
 4    A        I guess.  I don't know.
 5    Q        I think you indicated that the reason you
 6             discontinued the counseling was that you were
 7             going to be going to Eastern as a freshman,
 8             and it wouldn't be convenient.
 9    A        Right.
10    Q        And, Dr. Claman's report, he indicated that
11             you initially did seek counseling services,
12             but you discontinued it when you didn't feel
13             it was any longer beneficial; would that be
14             correct?
15    WITNESS:              At EKU?
16    MR. OWSLEY:              No, with the counselor, Gina
17                           Justice.
18    A        Oh, well, I mean, I had to stop going.
19    Q        Do you remember whether you told Claman that
20             you stopped counseling services because you
21             didn't think it was beneficial any longer?
22    A        I don't --
23    Q        Don't remember, okay.
24    MR. DONOVAN:              Do we need to take a break, so he
25                           can be in the room?
```

| | |
|---|---|
| 1 | MR. SHAW:           That's okay.  go ahead. |
| 2 | MR. DONOVAN:        Okay. |
| 3 | BY MR. OWSLEY: |
| 4 | Q        After the party in October of 2016, you |
| 5 |          returned to school, correct? |
| 6 | A        Yes. |
| 7 | Q        At Belfry High School? |
| 8 | A        Yes. |
| 9 | Q        And you graduated with the regular class in |
| 10 |         May of 2017? |
| 11 | A        Yes. |
| 12 | Q        Did you get along well with your peers, your |
| 13 |          other students after you returned to school? |
| 14 | A        Some of them, for the most part. |
| 15 | Q        Did you have trouble with some students? |
| 16 | A        Yes. |
| 17 | Q        Can you tell me who? |
| 18 | A        A.S. was one of them and -- |
| 19 | Q        I don't -- A. |
| 20 | A        A.S. |
| 21 | Q        Was she a friend of yours before? |
| 22 | A        Yes. |
| 23 | Q        Was she in your same grade? |
| 24 | A        No. |
| 25 | Q        Younger? |

```
 1    A        Yes.

 2    Q        How was things different with her afterwards,

 3             after the incident?

 4    A        Well, she expressed her opinion about it.

 5             And I don't know.  I guess we just weren't

 6             friends after.

 7    Q        Did she express her opinion to you?

 8    A        On Facebook.

 9    Q        What did she say?

10    A        I don't know, like, exactly what was said.

11    Q        Was she supportive of Mr. Swafford?

12    A        Yes.

13    Q        Do you remember any other students who you

14             had any trouble with after the incident?

15    A        I don't know exact students, but there is a

16             -- an incident where on all my desks -- like,

17             all the desks in my class, it said, "Jerry's

18             not a rapist."

19    Q        Like on a note?                           '

20    A        No, like, written on the desk.

21    Q        Oh, written on the desk.  And, of course, you

22             don't know who wrote that?

23    A        Right.

24    Q        You never contended that Jerry Swafford raped

25             you, did you?
```

```
 1   A          What do you mean, like?

 2   Q          You don't contend that he raped you, as I

 3              understand your knowledge of this incident;

 4              is that right or wrong?

 5   MR. DONOVAN:          I OBJECT to the form.  I understand

 6                         there may be some discomfort with

 7                         using explicit terms, but I think

 8                         we probably should, just so there's

 9                         no confusion.

10   BY MR. OWSLEY:

11   Q          Well, did you have any understanding, from

12              what occurred that night and what you learned

13              from your visits to the physicians and the

14              hospitals, as to whether Mr. Swafford

15              penetrated your vagina with his penis?

16   A          I don't know.  I was unconscious.

17   Q          I understand.  And, afterwards, did anyone

18              ever tell you that he had done that?

19   A          I was told that he sexually assaulted me.

20   Q          And did you have any understanding of what

21              that meant?

22   A          I guess, any sexual activity against me.

23   Q          But you were checked to see if you had been

24              raped, and your understanding is the rape kit

25              was negative, you were not raped; correct?
```

| | | |
|---|---|---|
| 1 | A | Uh-huh (AFFIRMATIVE), yes. |
| 2 | Q | K., do you have any recollection of telling |
| 3 | | the people at the hospital who took your |
| 4 | | history that you had had two beers and |
| 5 | | several shots of liquor at the party that |
| 6 | | evening? |
| 7 | A | No. |
| 8 | Q | You don't actually remember telling them |
| 9 | | anything because you were unconscious when |
| 10 | | you arrived? |
| 11 | A | When I got to the hospital, I was -- when I |
| 12 | | was in the hospital, I woke up. |
| 13 | Q | Did someone interview you from the hospital |
| 14 | | as to what had occurred, talked with you |
| 15 | | about what happened? |
| 16 | A | I mean, I don't know how much they asked |
| 17 | | from -- they asked me. |
| 18 | Q | When your blood was drawn the second visit to |
| 19 | | the hospital -- |
| 20 | A | Yes. |
| 21 | Q | -- the record I saw indicated that was about |
| 22 | | 10:30 in the morning on Sunday, October 16th; |
| 23 | | is that consistent with your memory? |
| 24 | A | Yes. |
| 25 | Q | Did you ever learn what your blood alcohol |

```
1              content was at the time your blood was drawn?

2    A         No.

3    MR. OWSLEY:          Let me go off a minute and find a

4                         document and maybe take five, if

5                         that's okay.

6    MR. DONOVAN:         Sure, sure, sure.

7              (OFF THE RECORD)

8    BY MR. OWSLEY:

9    Q         In response to Mr. Shaw's questions, you

10             indicated that, prior to the party in October

11             of 2016, the things that you heard about

12             Mr. Swafford was that he took a student,

13             M.B., to the roof of the high school; is that

14             right?

15   A         Yes.

16   Q         And you heard that from whom?

17   A         I don't remember.

18   Q         Do you know whether Madison is related to

19             Mr. Swafford?

20   A         Yes.

21   Q         What is she to him, if you know?

22   A         I don't know.  I know they're related.

23   Q         Did you have any understanding, from what you

24             were told, that anything improper happened

25             with Madison and Mr. Swafford?
```

```
 1    A        No.

 2    Q        Just that, for some reason, she was on the

 3             roof with him?

 4    A        Yes.

 5    Q        At some point in time?

 6    A        Yes.

 7    Q        And then you also indicated, in response to

 8             Mr. Shaw's questions, that you had heard from

 9             some source that Mr. Swafford was sniffing a

10             girl's panties?

11    A        Yes.

12    Q        And was that a student, or you don't know?

13    A        I don't remember.

14    Q        And you don't know who -- where you heard

15             that?

16    A        No.

17    Q        And you don't remember if it was told to you

18             personally or something you saw posted or

19             messaged?

20    A        It wasn't anything I saw posted or --

21    Q        Somebody had told you, but you just don't

22             know who?

23    A        Yes.

24    Q        And you don't know the girl who was

25             supposedly -- whose panties were supposedly
```

| | | |
|---|---|---|
| 1 | | sniffed? |
| 2 | A | Right. |
| 3 | Q | Who told you that you had been sexually |
| 4 | | assaulted by Mr. Swafford? |
| 5 | A | When I woke up in the hospital, one of the |
| 6 | | people that was with me. |
| 7 | Q | And I think you said that the two that were |
| 8 | | with you were H. and S.? |
| 9 | A | Uh-huh (AFFIRMATIVE). Yes. |
| 10 | Q | But S. was not with you at that time? |
| 11 | A | No. |
| 12 | Q | And is that the term they used, that you'd |
| 13 | | been sexually assaulted? |
| 14 | A | I don't remember. |
| 15 | Q | Do you remember when you first heard that |
| 16 | | term from anybody? |
| 17 | A | I don't know. |
| 18 | Q | You verified some discovery requests in this |
| 19 | | case, and I know that may not mean much to |
| 20 | | you. You signed, before a notary, that the |
| 21 | | Responses to the Discovery Interrogatories |
| 22 | | that we filed and that you answered were true |
| 23 | | and correct, and I want to ask you about a |
| 24 | | few of those. I don't know if you even have |
| 25 | | them with you. |

```
 1 │ MR. DONOVAN:        I do.

 2 │ Q          It was --

 3 │ MR. DONOVAN:        Can you give me just a minute?

 4 │ BY MR. OWSLEY:

 5 │ Q          I will.  It was the discovery request from --

 6 │            that you responded to from the Pike County

 7 │            Board.  And for, Mr. Adkins, it's one

 8 │            response.

 9 │ MR. DONOVAN:        I think they were identical.

10 │ MR. OWSLEY:         I think they were, too.

11 │ MR. DONOVAN:        Except for some typos.  These

12 │                     notebooks never survive the

13 │                     deposition anyway.  Which one are

14 │                     we looking for?

15 │ MR. OWSLEY:         Which Interrogatory?

16 │ MR. DONOVAN:        Yes, sir.

17 │ MR. OWSLEY:         Three.

18 │ MR. DONOVAN:        Which set?

19 │ MR. OWSLEY:         The Pike County and the

20 │                     Superintendent's set of

21 │                     Interrogatories.

22 │ MR. DONOVAN:        Do you have a copy for the witness?

23 │ MR. OWSLEY:         I don't.  Can she use yours --

24 │ MR. DONOVAN:        She could look with me.

25 │ MR. OWSLEY:         -- over your shoulder?
```

| | | |
|---|---|---|
| 1 | MR. DONOVAN: | Yeah. |
| 2 | BY MR. OWSLEY: | |
| 3 | Q | I want to ask you about these answers that |
| 4 | | you gave and, if you don't know, you can just |
| 5 | | tell me you don't know, and I'll move on. |
| 6 | A | Okay. |
| 7 | Q | The first I want to ask you about is |
| 8 | | Interrogatory No. 3. And interrogatory means |
| 9 | | it's a question to you. It says, "Please set |
| 10 | | out in detail all factors or events which you |
| 11 | | believe caused or contributed to cause the |
| 12 | | incident involving the Plaintiff," that's |
| 13 | | you, "which is the subject matter of this |
| 14 | | action." And the rest of this is an |
| 15 | | objection and it's not -- I believe your |
| 16 | | Counsel would say it's not really responsive |
| 17 | | in the sense of saying what occurred. Can |
| 18 | | you tell me, in detail, all factors or events |
| 19 | | which you believe caused or contributed to |
| 20 | | cause the incident involving you and Mr. |
| 21 | | Swafford at his house that evening? |
| 22 | A | What caused it? |
| 23 | Q | That's the question. |
| 24 | A | I don't know what caused it. |
| 25 | Q | Number 5 -- Interrogatory No. 5 was, "Please |

| | |
|---|---|
| 1 | relate any conversation which any Plaintiff |
| 2 | in this action or relative of the Plaintiff |
| 3 | had with the Defendant or any agent, servant, |
| 4 | or employee of the Pike County Board of |
| 5 | Education concerning the incident. Can you |
| 6 | recall any conversation that you or your |
| 7 | relatives had with the Board of Education or |
| 8 | Mr. Gannon or Mr. Adkins or Mr. Swafford? |
| 9 | A        No. |
| 10 | MR. DONOVAN:        Are you asking other than what's in |
| 11 | the Response or -- |
| 12 | MR. OWSLEY:        Well, yes, I am, and thank you for |
| 13 | that correction. |
| 14 | BY MR. OWSLEY: |
| 15 | Q        But, in the Response, you do mention that |
| 16 | there was an objection, and then you |
| 17 | responded that Ms. Pauley once asked you if |
| 18 | you were okay. |
| 19 | A        Yes. |
| 20 | Q        Is Ms. Pauley a counselor? |
| 21 | A        Yes. |
| 22 | Q        And was that the incident in the office that |
| 23 | you spoke of earlier? |
| 24 | A        Yes. |
| 25 | Q        In the office, I think you said something to |

| | | |
|---|---|---|
| 1 | | the effect that, if you were having any |
| 2 | | trouble, you could take off or come to see |
| 3 | | her, which was it? |
| 4 | A | Come and see her. |
| 5 | Q | And you did not? |
| 6 | A | Right. |
| 7 | Q | And was that the end of the conversation? |
| 8 | A | Yes. |
| 9 | Q | Thank you with the correction. Number 6, the |
| 10 | | Interrogatory was, "Please state the |
| 11 | | substance of each and every conversation |
| 12 | | between the individuals listed in |
| 13 | | Interrogatory No. 5 above, and the Defendants |
| 14 | | of anyone who you believe to be an agent, |
| 15 | | servant or employee of the Pike County Board |
| 16 | | of Education, setting out in detail what each |
| 17 | | individual said in each conversation. And |
| 18 | | you do refer to Ms. Pauley again in this |
| 19 | | Response but to no one else. So is there any |
| 20 | | other conversations that you can recall that |
| 21 | | is responsive to this question? |
| 22 | A | Just with anyone from Pike County. |
| 23 | Q | That's anybody that you believe to be an |
| 24 | | agent, servant or employee of the Pike County |
| 25 | | Board of Education. |

```
 1   A        No.

 2   Q        No such conversations that you recall.

 3            Interrogatory No. 7, "Has the Defendant or

 4            any agent, servant or employee of the Pike

 5            County Board of Education, to the knowledge

 6            of the Plaintiffs and to the knowledge of

 7            Plaintiffs' attorney, admitted any fault or

 8            negligence concerning the cause of the

 9            alleged damage referred to in the Complaint?"

10            And then I'm not reading the rest of it just

11            yet because there is an answer that you

12            indicate, if you'll turn on page 5,

13            "Plaintiff understands that Defendant Gannon

14            made statements admitting fault to Belfry

15            High School faculty and staff in the week

16            following Swafford's assault on Plaintiff.

17            Gannon also admitted fault of the parents of

18            the Belfry High School student, C.A.  In a

19            recorded conversation, Defendant Swafford, of

20            course, made statements admitting criminal

21            guilt as well as negligence in his statements

22            to the West Virginia State Police and in open

23            Court at his sentencing."  Did you read that?

24   A        Yes.

25   Q        I want to ask about what you understand to be
```

```
 1                    the statements that Mr. Gannon made that you
 2                    indicate were admitting fault to the Belfry
 3                    High School faculty and staff in the week
 4                    following the incident.  Do you know what
 5                    that's referring to?
 6   A       No.
 7   MR. DONOVAN:        It may be good to point out, at
 8                       this point, that at the time these
 9                       Interrogatories were served, they
10                       were directed towards all the
11                       parties who included Rachelle
12                       Hairston and Raymond Dotson.  So
13                       you're asking about K.'s knowledge
14                       now --
15   MR. OWSLEY:         Uh-huh (AFFIRMATIVE).
16   MR. DONOVAN:        -- but the answers may have
17                       included knowledge that those
18                       parties had.
19   MR. OWSLEY:         And I understand that.
20   BY MR. OWSLEY:
21   Q       My question is only directed to your
22           knowledge, K.  So, as we sit here today, I
23           think you're telling me, but I want to be
24           certain that I'm correct about this, that you
25           do not know of any statement that Mark Gannon
```

| 1 | | made at bidding fault to Belfry High School |
| 2 | | faculty and staff in the week following the |
| 3 | | assault of Mr. Swafford on you; is that |
| 4 | | right? |
| 5 | A | Yeah. |
| 6 | Q | And do you have any knowledge of the portion |
| 7 | | of the answer where you say, "Gannon also |
| 8 | | admitted fault to the parents of a Belfry |
| 9 | | High School student, C.A., in a recorded |
| 10 | | conversation."  Do you know what that refers |
| 11 | | to? |
| 12 | A | No. |
| 13 | Q | If you'd turn to Number 12. |

14   MR. OWSLEY:        No, I'm not going to ask about
15                     that.
16   MR. DONOVAN:       Thank you.
17   BY MR. OWSLEY:

18   Q        Interrogatory No. 14, the question to you,
19            K., was to please state the amount of money
20            which you or your attorney intend to ask the
21            Court or the Jury to return in your favor at
22            the trial of this case for each item of
23            damage claimed by you to have been incurred
24            or sustained by reason of the alleged
25            negligence of the Defendants in this manner

|   |   |   |
|---|---|---|
| 1 |   | as required under the Civil Rules.  And, at |
| 2 |   | that point, there was no real answer.  Are |
| 3 |   | you prepared today to give us a figure? |
| 4 | A | No. |
| 5 | Q | You just don't have an opinion? |
| 6 | A | I don't know. |
| 7 | MR. DONOVAN: | There wasn't -- I'd OBJECT to the |
| 8 |   | characterization of there being no |
| 9 |   | real answer.  There was an answer. |
| 10 | MR. OWSLEY: | Well, there's no dollar amount |
| 11 |   | stated, I'll put it that way, yeah. |
| 12 | MR. DONOVAN: | Can we -- would you mind reading |
| 13 |   | into the record what the answer |
| 14 |   | was? |
| 15 | MR. OWSLEY: | I'd be happy to.  "Plaintiff cannot |
| 16 |   | fully respond to this Interrogatory |
| 17 |   | at this time as the question of |
| 18 |   | damages will be the subject of |
| 19 |   | expert testimony.  Plaintiff will |
| 20 |   | disclose their expert's report in |
| 21 |   | accordance with the Court's |
| 22 |   | Scheduling Order and will, |
| 23 |   | thereafter, supplement her Response |
| 24 |   | to this Interrogatory as |
| 25 |   | appropriate."  I would also note |

| | | |
|---|---|---|
| 1 | | that there's not been any |
| 2 | | supplementation to the |
| 3 | | Interrogatory to this point. |
| 4 | MR. DONOVAN: | Right. So I was just going to say |
| 5 | | on the record that we've disclosed |
| 6 | | the report a couple of weeks ago, |
| 7 | | and I'll supplement this answer |
| 8 | | shortly. |
| 9 | BY MR. OWSLEY: | |
| 10 | Q | Let me ask it this way, K. As you sit here |
| 11 | | today, is there a sum of money that you think |
| 12 | | you're entitled to as a result of what |
| 13 | | happened to you? |
| 14 | A | I don't know. |
| 15 | Q | If you go to Number 22, this Interrogatory |
| 16 | | asked you to, "Please state each fact which |
| 17 | | the Plaintiffs rely upon in support of the |
| 18 | | allegations contained in numeral paragraph 24 |
| 19 | | of the Complaint which states, quote, |
| 20 | | "Swafford also frequently engaged in |
| 21 | | lecherous conduct on school grounds, |
| 22 | | including inappropriate sexual contact with |
| 23 | | female students and inappropriate sexual |
| 24 | | remarks. These public acts were witnessed by |
| 25 | | school officials in records by school |

```
 1                     surveillance cameras." That's the end of the
 2                     quote. "For each fact stated, please state
 3                     in detail any knowledge as to what
 4                     information exists to support these facts by
 5                     whom the information was provided and when
 6                     the information was provided." There's an
 7                     objection. But then there is an answer in
 8                     which you say, "Subject to the objection
 9                     above, numerous witnesses stated they
10                     witnessed Swafford make inappropriate remarks
11                     to female students in public parts of the
12                     school where Mr. Swafford was responsible for
13                     supervising students, including the Belfry
14                     High School snack area." I'm going to stop
15                     there for a minute, and I'll come back to
16                     that. What inappropriate comments or remarks
17                     to students are you aware of that is
18                     responsive to this question, if any?
19    A        I don't know.
20    Q        You don't know anything?
21    A        No.
22    MR. DONOVAN:          Could you clarify whether you're
23                          asking if she has personal
24                          knowledge or whether she's aware of
25                          the existence of witnesses?
```

1    BY MR. OWSLEY:

2    Q      No, it's -- do you know of any witness that

3            has indicated to you that Mr. Swafford made

4            inappropriate remarks to female students in

5            the public parts of the school where he was

6            responsible for supervising students?

7    A      Yes.

8    Q      Who?

9    A      Well, the same thing I said earlier with the

10           panty situation and --

11    Q      Which students, which witnesses?

12    A      I don't know.

13    Q      So, in response to that question, the

14           inappropriate remarks are not remarks at all.

15           It was the sniffing of the panties?

16    A      Yes.

17    Q      Alleged sniffing of the panties by some

18           unnamed student?

19    A      Yes.

20    Q      And you don't know the name of the student --

21    A      No.

22    Q      -- whose panties were sniffed, correct?

23    A      Right.

24    Q      And you don't know who told you?

25    A      Right.

| | | |
|---|---|---|
| 1 | Q | And you don't know when it alleged occurred? |
| 2 | A | Right. |
| 3 | Q | Okay. This goes on to say in your Answers, |
| 4 | | "Witnesses also saw Swafford make |
| 5 | | inappropriate sexual contact with female |
| 6 | | students in this context, included, quote, |
| 7 | | 'spanking, closed quote, female students.' |
| 8 | | The witnesses state that other teachers and |
| 9 | | staff members observed these instances. |
| 10 | | Belfry High School is wired throughout with |
| 11 | | sophisticated surveillance cameras that are |
| 12 | | monitored in realtime by Belfry High School |
| 13 | | employees." Let me stop and go back to ask |
| 14 | | you about that. What information or |
| 15 | | knowledge do you have that Mr. Swafford made |
| 16 | | inappropriate sexual contact with female |
| 17 | | students, including spanking female students? |
| 18 | | Do you have any knowledge of that? |
| 19 | A | No. |
| 20 | Q | Do you have any knowledge of any witnesses |
| 21 | | that will say that? |
| 22 | A | I don't. |
| 23 | Q | Do you have any knowledge of whether the |
| 24 | | surveillance cameras in the Belfry High |
| 25 | | School are monitored in realtime by Belfry |

| | | |
|---|---|---|
| 1 | | High School employees? |
| 2 | A | I don't know. |
| 3 | Q | Interrogatory No. 23, the question was, |
| 4 | | "Please state each fact which the Plaintiffs |
| 5 | | rely in support of the allegations in |
| 6 | | numerical paragraph 26 to the Complaint which |
| 7 | | states that, quote, 'In order to build |
| 8 | | relationships, Swafford frequently used |
| 9 | | school resources to access and disseminate |
| 10 | | confidential information to students he would |
| 11 | | later recruit,' close quote. For each fact |
| 12 | | stated, please state for -- I'm sorry -- |
| 13 | | please set forth in detail any knowledge as |
| 14 | | to what information exists to support these |
| 15 | | facts by whom the information was provided |
| 16 | | and when the information was provided." |
| 17 | | There's an objection, and then there is an |
| 18 | | answer in which you say, "Subject to the |
| 19 | | above objection, Plaintiff states that the |
| 20 | | Board allowed Swafford access to student |
| 21 | | information for which he had no legitimate |
| 22 | | purpose but used to influence, coerce, or |
| 23 | | entice students. For example, Swafford |
| 24 | | accessed school computers in order to print a |
| 25 | | copy of C.H.'s academic schedule before it |

```
 1              had been released.  He then used this
 2              information to demonstrate his power over
 3              C.H. and to coerce her into spending time
 4              with him."  The end of your answer.  Do you
 5              have any knowledge of the facts stated in
 6              that answer?
 7   A     No.
 8   Q     Do you have any knowledge that Swafford
 9              frequently used school resources to access
10              and disseminate confidential information to
11              students he would later recruit?  Do you have
12              any knowledge of that?
13   A     No.
14   Q     Any knowledge of any witness that would say
15              that?
16   A     No.
17   MR. DONOVAN:         Do you mean other than the witness
18                        that's identified in her Answer
19                        already?
20   MR. OWSLEY:          Yes.
21   MR. DONOVAN:         Okay.
22   BY MR. OWSLEY:
23   Q     And that was only as to one incident with
24              regard to alleged accessing school computers
25              to print an academic schedule.  But, if you
```

|     |   |                                                |
| --- | - | ---------------------------------------------- |
| 1   |   | read above it, there's a reference to using    |
| 2   |   | school resources to access and disseminated    |
| 3   |   | confidential information to students, plural,  |
| 4   |   | to which he would later recruit. And, as I     |
| 5   |   | understand it, she doesn't have any knowledge  |
| 6   |   | of that. That's correct, you don't know who    |
| 7   |   | that's talking about. You don't have any       |
| 8   |   | information or knowledge about that?           |
| 9   | A | Right.                                         |
| 10  | Q | And you don't even have any information or      |
| 11  |   | knowledge about Swafford accessing school      |
| 12  |   | computers to print C.H.'s academic schedule;   |
| 13  |   | do you?                                        |
| 14  | A | No.                                            |
| 15  | Q | Interrogatory 24, "Please state each fact       |
| 16  |   | which the Plaintiffs rely in support of the    |
| 17  |   | allegation obtained in numerical paragraph 28  |
| 18  |   | of the Complaint which claims the school       |
| 19  |   | officials were made aware of the parties by    |
| 20  |   | parents and students on numerous occasions.    |
| 21  |   | For each fact stated, please set forth in      |
| 22  |   | detail any knowledge as to what information    |
| 23  |   | exists to support these facts by whom the      |
| 24  |   | information was provided and when the          |
| 25  |   | information was provided." There's an          |

```
 1              objection.  And then there is an answer on

 2              the next page that says, "Subject to the

 3              objections above, Plaintiff states that

 4              several witnesses identified in her initial

 5              disclosures will testify that school

 6              officials, including several Belfry High

 7              School coaches, were long aware of Swafford's

 8              parties, as well as parties hosted or

 9              attended by other Belfry high school coaches,

10              teachers and volunteers.  In fact, witnesses

11              will testify that on multiple occasions Coach

12              Hayward disciplined players for attending

13              such parties, and that Belfry High School

14              administrators were aware of this discipline.

15              And, of course, as stated elsewhere, Gannon

16              himself was made aware of Swafford's parties

17              by at least one parent prior to the party at

18              which K.D., meaning K.D., was assaulted.

19              Have you read that?

20     A        Yes.

21     Q        Now, do you have any knowledge of witnesses

22              who will testify as set forth in your Answer

23              that school officials, including several

24              Belfry High School coaches, were aware of

25              Swafford's parties, as well as parties hosted
```

| | | |
|---|---|---|
| 1 | | or attended by other Belfry High School |
| 2 | | coaches, teachers and volunteers? |
| 3 | A | Yes. |
| 4 | Q | What knowledge do you have? |
| 5 | A | I didn't know about where parties were.  I |
| 6 | | didn't know they were at Jerry Swafford |
| 7 | | house, but I know there were times where |
| 8 | | football players would get in trouble for |
| 9 | | going to parties by Coach Hayward. |
| 10 | Q | At parties at Mr. Swafford's house or parties |
| 11 | | somewhere else? |
| 12 | A | I don't know where they were.  I just found |
| 13 | | out they were getting in trouble for that. |
| 14 | Q | And what is the basis of your knowledge? |
| 15 | A | I don't know.  I know football players.  I |
| 16 | | probably knew they got in trouble. |
| 17 | Q | Can you be more specific as to which football |
| 18 | | players got in trouble? |
| 19 | A | I don't know. |
| 20 | Q | Can you be specific as to which football |
| 21 | | players told you they got in trouble? |
| 22 | A | I don't know. |
| 23 | Q | Can you be specific as to any person who told |
| 24 | | you that football players got in trouble for |
| 25 | | attending parties? |

```
 1   A      It was just -- people knew about it just

 2          because all the football players were in

 3          trouble, I would guess.  I don't know

 4          specifically who told me.

 5   Q      So there's no specific person you can

 6          identify for us?

 7   A      Right.

 8   Q      And you're not suggesting by your Answer, are

 9          you, that those parties were at

10          Mr. Swafford's house?

11   A      I don't know where they were.

12   Q      You don't know where they were?

13   A      Right.

14   Q      What was the place where kids hang out,

15          Love --

16   A      Branch.

17   Q      Love Branch.  Did the football players hang

18          out there, too?

19   A      Yeah, yes.

20   Q      And you never saw Mr. Swafford at Love

21          Branch; did you?

22   A      No.

23   Q      How many times do you think you probably went

24          there?

25   A      To Love Branch?
```

```
 1   MR. OWSLEY:          Yes.

 2   A        I don't know.

 3   Q        Several?

 4   A        Yeah.

 5   Q        During the summer mostly?

 6   A        Yes.

 7   Q        Would that be the summer between your junior

 8            and senior years?

 9   A        Yes.

10   Q        Because you only came back to Belfry High

11            School or came to Belfry High School in your

12            junior year?

13   A        Right.

14   Q        And you didn't even start the junior year

15            there; did you?

16   A        I did.

17   Q        You did start the junior year there?

18   A        Yes.

19   Q        So you went -- the last two years at Belfry

20            were your junior and senior years?

21   A        Yes.

22   Q        Now, which witnesses will testify that Coach

23            Hayward disciplined players for attending

24            such parties; do you know?

25   A        Know who?
```

```
 1   Q        Which witnesses are going to testify that
 2            Coach Hayward disciplined players for
 3            attending these parties?
 4   A        I don't know.
 5   Q        And which witnesses will testify that Belfry
 6            High School administrators were aware of the
 7            discipline?
 8   A        I don't know.
 9   Q        Look at Interrogatory No. 26.  That question
10            is, "Please state each fact which the
11            Plaintiffs rely on in support of the
12            allegations contained in numerical paragraph
13            36 of the Complaint which states that, quote,
14            'Indeed they did.  For years, the Board knew
15            Swafford was dangerous.  Then, when the
16            school system had a chance to protect K.D.
17            and her classmates from a known imminent
18            threat, the Board chose to shield a predator
19            instead.  And, for the callous and difference
20            of the adults who were supposed to protect
21            her, K.D. will pay a price for the rest of
22            her life,' close quote.  For each fact
23            stated, please set forth in detail any
24            knowledge as to what information exists to
25            support these facts, by whom information was
```

```
 1                    provided, and when the information was
 2                    provided."  There's an objection, and then
 3                    there is an answer that reads as follows:
 4                    "Subject to the allegations above, Plaintiff
 5                    states that many well-pled facts in the
 6                    Complaint, which will be proven in Discovery,
 7                    support the statement in paragraph 36."  Can
 8                    you tell me what is the basis for your
 9                    allegation in the Complaint that the Board
10                    knew Swafford was dangerous?
11   A     Well, there was a call made by C.A.  And the
12                    incidents I referenced before happened before
13                    the party, so that's another time it could
14                    have been stopped.
15   Q     Let me break those down.  The two instances
16                    you referenced before was Mr. Swafford taking
17                    M.B., a relative of his, to the roof of the
18                    building?
19   A     Yes.
20   Q     And the incident that you cannot identify any
21                    person involved, other than Mr. Swafford,
22                    that you have heard from some anonymous
23                    source that Mr. Swafford was sniffing a
24                    girl's panties?
25   A     Yes.
```

| | | |
|---|---|---|
| 1 | Q | And then, as to the call from C.A., do you |
| 2 | | realize that that occurred 3:38 p.m. on |
| 3 | | homecoming -- Friday night before the |
| 4 | | homecoming ball game? |
| 5 | A | Yes. |
| 6 | Q | The portion I want to ask you about in the |
| 7 | | same Interrogatory, it says, "For years, the |
| 8 | | Board knew Swafford was dangerous." Not that |
| 9 | | afternoon of the 14th of October, 2016. Can |
| 10 | | you be any more specific as to the reason |
| 11 | | that you alleged that for years the Board |
| 12 | | knew Swafford was dangerous? Any information |
| 13 | | you have, other than what you've told me |
| 14 | | today? |
| 15 | A | No. |
| 16 | MR. DONOVAN: | And I didn't want to interrupt you, |
| 17 | | but -- and I'm not sure I need to |
| 18 | | do this since it's in writing, but |
| 19 | | I just want to point and preserve |
| 20 | | our objections to all these |
| 21 | | Interrogatories which indicate that |
| 22 | | these are stated and answered as to |
| 23 | | the best of the Plaintiff's |
| 24 | | knowledge at this time. And I |
| 25 | | think there's still about three |

| 1 | months to go in the Discovery |
| 2 | period. |
| 3 | BY MR. OWSLEY: |
| 4 | Q  Would you look at the last page of the |
| 5 |    Interrogatories?  I think it's page number -- |
| 6 |    well, it's not numbered, but it's after page |
| 7 |    number 15.  Is that your signature? |
| 8 | A  Yes. |
| 9 | Q  And did you sign that before a notary? |
| 10 | A  Yes. |
| 11 | Q  And did you read the Answers in these |
| 12 |    Interrogatories before you signed your name |
| 13 |    before a notary? |
| 14 | A  Yes. |
| 15 | Q  Would you look at Interrogatory No. 29?  It's |
| 16 |    on page 14.  The question is, "Please state, |
| 17 |    one, how you learned of the October 16, 2016 |
| 18 |    party, and, two, whether or not K.D. had |
| 19 |    parental permission to attend the October 15, |
| 20 |    2016 party referred to in the Complaint. |
| 21 |    And, if so, what permission was given and |
| 22 |    what information was related to the parents |
| 23 |    regarding the party?  And your answer is, |
| 24 |    "Subject to the above objection" -- it's not |
| 25 |    really an objection there but -- unless that |

| | | |
|---|---|---|
| 1 | | meant at the beginning of the Answers. |
| 2 | | "Plaintiff states that she learned about the |
| 3 | | party which was ostensibly a birthday party |
| 4 | | for Swafford's daughter through an invitation |
| 5 | | circulated on social media.  Plaintiff asked |
| 6 | | her father for permission to attend the |
| 7 | | birthday party with classmate and assured him |
| 8 | | there would be parental supervision. |
| 9 | | Plaintiff's father granted her permission to |
| 10 | | attend her classmate's birthday party."  End |
| 11 | | of answer.  I thought you told me earlier the |
| 12 | | party was for B.H.? |
| 13 | A | Yes. |
| 14 | Q | She's not a classmate; is she? |
| 15 | A | No. |
| 16 | Q | Did you tell your father you were going to |
| 17 | | the party for a classmate? |
| 18 | A | Yes. |
| 19 | Q | Did you tell him you were going to |
| 20 | | Mr. Swafford's home? |
| 21 | A | No. |
| 22 | Q | You lied to your father? |
| 23 | A | How? |
| 24 | Q | About it being a party for a classmate? |
| 25 | A | Well, I don't know if I necessarily used the |

| | | |
|---|---|---|
| 1 | | word classmate. |
| 2 | Q | Well, is that the words you used in this |
| 3 | | Interrogatory Answer you verified? |
| 4 | | "Plaintiff asked her father for permission to |
| 5 | | attend the birthday party of a classmate and |
| 6 | | assured him there would be parental |
| 7 | | supervision." Is that incorrect? |
| 8 | A | I just don't know what word. I don't know if |
| 9 | | I said classmate. I don't know what word I |
| 10 | | used. |
| 11 | Q | But you did not tell him you were going to |
| 12 | | Mr. Swafford's home? |
| 13 | A | Right. |
| 14 | Q | Did you tell him where you were going? |
| 15 | A | He knows in Chattaroy. He didn't know |
| 16 | | exactly where. |
| 17 | MR. OWSLEY: | One moment. That's all right now. |
| 18 | | I think Mr. Shaw may have a little |
| 19 | | followup. I don't think Max has. |
| 20 | | I don't have anything else. |
| 21 | MR. DONOVAN: | Well, does Mr. Shaw get to go twice |
| 22 | | before I get to go once? |
| 23 | MR. OWSLEY: | Oh, no, you can go once. I |
| 24 | | apologize. |
| 25 | MR. DONOVAN: | That's all right. |

```
 1   MR. OWSLEY:          I thought earlier we were doing it
 2                        differently, but we'll go -- we'll
 3                        defer to you, Ryan.
 4   MR. DONOVAN:         Let's go off the record.
 5              (OFF THE RECORD)
 6   MR. DONOVAN:         Like I indicated earlier, I want to
 7                        take about 15 minutes to look
 8                        through the notes of all the
 9                        questions you guys asked and figure
10                        out where I need to cleanup.  Do
11                        you have another hour or another --
12   MR. SHAW:            No, I got five minutes.
13   MR. DONOVAN:         It makes more sense for you to go
14                        ahead then.
15   MR. SHAW:            Okay.  A few followup questions.
16                        RECROSS-EXAMINATION
17   By Mr. Shaw:
18   Q        Do you still have your old phone?
19   A        No.
20   Q        Where is your old phone?
21   A        I gave it to someone.
22   Q        Would your pictures still be on your old
23            phone?
24   A        No.
25   Q        When you were in the hospital, you gave a
```

|    |   |                                                              |
|----|---|--------------------------------------------------------------|
| 1  |   | history to them.  We talked a little bit                      |
| 2  |   | about what's in the hospital records that you                |
| 3  |   | supposedly stated.  Would you have been                      |
| 4  |   | honest and truthful to what you told the                     |
| 5  |   | people at the hospital?                                       |
| 6  | A | Yes.                                                         |
| 7  | Q | You went to the homecoming game on Friday                    |
| 8  |   | night, correct?                                              |
| 9  | A | Yes.                                                         |
| 10 | Q | Do you remember seeing Jerry Swafford there?                 |
| 11 | A | No.                                                          |
| 12 | Q | Would you have been looking for Jerry                        |
| 13 |   | Swafford for any reason?                                     |
| 14 | A | No.                                                          |
| 15 | Q | Would you have any reason to believe that                    |
| 16 |   | M.B. is not Jerry Swafford's niece?                          |
| 17 | A | No.                                                          |
| 18 | Q | What I've got is -- you've mentioned that you                |
| 19 |   | messaged back and forth with -- well, I've                   |
| 20 |   | got another question before this.  C. and M.,                |
| 21 |   | do you know how they got home from the party?                |
| 22 | A | No.                                                          |
| 23 | Q | Do you know how they got to the party?                       |
| 24 | A | No.                                                          |
| 25 | Q | You testified earlier that you messaged back                 |

```
 1              and forth with B.S. after the incident.  Does

 2              this look like a copy of one of the messages

 3              you had sent her?

 4   A          Yeah.

 5   Q          Would you still have any of those messages?

 6   A          No.

 7   MR. SHAW:            Let me have that, please.  Let's

 8                        mark this as Defense 1.

 9              (REPORTER MARKS A COPY OF THE MESSAGES

10              BETWEEN K.D. AND B.S. AS DEFENDANT'S EXHIBIT

11              1 FOR THE PURPOSE OF IDENTIFICATION, AND THE

12              SAME IS ATTACHED HERETO AND FILED HEREWITH)

13   Q          I've just got a couple of questions about the

14              message, if you recall.  If you don't, that's

15              fine as well.  S. said that she saw your dad

16              on top of me with no clothes on, and I didn't

17              have any clothes on.  Did S. ever tell you if

18              that was correct or incorrect or if she had

19              lied or anything of that nature?

20   A          No, we didn't discuss it.

21   Q          Do you have any reason to believe that you

22              didn't have any clothes on?

23   A          Yes.

24   Q          Anything other than what S. said?

25   A          Huh-uh (NEGATIVE).
```

```
 1   Q          Well, did anybody else besides S. say, hey,
 2              you know, I was in there; you were laying in
 3              the bed; you didn't have any clothes on?
 4   A          No.
 5   Q          Were you interviewed by Social Services?
 6   A          Yes.
 7   Q          Was that a time separate than when you were
 8              interviewed by the State Police?
 9   A          It was the same time.
10   MR. SHAW:            I was trying to figure out if they
11                       were two separate interviews.
12                       That's it.
13   MR. OWSLEY:          Could I have one quick question?
14   MR. DONOVAN:         Sure.
15                       RECROSS-EXAMINATION
16   By Mr. Owsley:
17   Q          What is your current cell phone number, K.?
18   A          (REDACTED)
19   Q          Did you keep the same number when you got
20              your new phone?
21   A          Yeah.
22   MR. OWSLEY:          I'm sorry.  That was three
23                       questions.  I'm going to ask one
24                       more.
25   Q          Who is your Internet provider?
```

```
 1   A          Like who do I have my phone through?

 2   MR. OWSLEY:          Yes.

 3   A          Verizon.

 4   MR. OWSLEY:          Thank you.  That's all.  I

 5                        apologize.  I did say one.  It was

 6                        three.

 7   MR. DONOVAN:         We're lawyers, not accountants.

 8                        That's okay.  As you guys see I've

 9                        been scribbling a lot of notes.  If

10                        you give me 15 minutes to look

11                        through and see if I want to ask

12                        anymore questions.

13   MR. OWSLEY:          Sure, take your time.

14              (OFF THE RECORD)

15   MR. DONOVAN:         All right, we're back on.

16                        DIRECT EXAMINATION

17   By Mr. Donovan:

18   Q          We're almost done, I hope.  I just want to

19              ask you a few questions.  Thank you for

20              making it this far in the day -- to follow up

21              on some of the things that Counsel for the

22              Defendants have asked you.  You mentioned

23              that you visited a liquor store before the

24              party?

25   A          Yes.
```

| | | |
|---|---|---|
| 1 | Q | Is that the liquor store that's in downtown |
| 2 | | Williamson? |
| 3 | A | Yes. |
| 4 | Q | On Third Avenue? |
| 5 | A | I don't know the streets on downtown |
| 6 | | Williamson. |
| 7 | Q | Do you know if that liquor store is owned by |
| 8 | | a family called the Howards? |
| 9 | A | I don't know. |
| 10 | Q | Do you know if those Howards are the same |
| 11 | | Howards that -- do you know if Jeremy Howard |
| 12 | | is a part of that Howard family? |
| 13 | A | I don't know. |
| 14 | Q | Do you know who Jeremy Howard is? |
| 15 | A | No. |
| 16 | Q | Would you recognize him if I told you he was |
| 17 | | the principal of the middle school? |
| 18 | A | I don't know. |
| 19 | Q | So you don't know if Jeremy Howard owns that |
| 20 | | liquor store? |
| 21 | A | No. |
| 22 | Q | You were asked a lot of questions about when |
| 23 | | you came to the party and how many drinks you |
| 24 | | had.  And you were pretty clear that you |
| 25 | | didn't drink anything before you went to the |

```
 1              party; is that correct?

 2    A        Yes.

 3    Q        And you were drinking out of the bottle?

 4    A        Yes.

 5    Q        So you weren't pouring shots?

 6    A        No.

 7    MR. OWSLEY:         Ryan, we're going to be pretty

 8                        liberal, but I don't think you

 9                        ought to lead your own witness.

10    MR. SHAW:           I was getting ready to say --

11    MR. DONOVAN:        You can preserve the objection if

12                        you want, but --

13    MR. SHAW:           I'm going to OBJECT and instruct

14                        her not to answer.

15    MR. DONOVAN:        I'm just trying to do it fast.  We

16                        can do it the slow way if you want.

17    MR. OWSLEY:         I'll just make a continuing

18                        OBJECTION to leading.

19    MR. DONOVAN:        Okay, sure.  I mean, I think she's

20                        going to --

21    MR. SHAW:           And I'll join to that.

22    MR. DONOVAN:        She's probably going to be at trial

23                        to testify so....

24    BY MR. DONOVAN:

25    Q        How many drinks did you say you thought you
```

```
 1              had?

 2   A          Three.

 3   Q          Is it possible you could have had four swigs

 4              out of the bottle?

 5   A          Around three.

 6   Q          You testified that you drink often?

 7   A          Yes.

 8   Q          Right.  And you testified that you didn't

 9              feel very drunk --

10   A          Right.

11   Q          -- when you went inside the house?

12   A          Yes.

13   Q          And that was based on, what, that feeling?

14   A          Prior knowledge of what it felt like to be

15              drunk.

16   Q          Right, okay.  So, whether you'd had three

17              drinks or four drinks, you knew how you felt

18              based on your prior experiences drinking?

19   A          Yes.

20   Q          And that was not like you were about to pass

21              out?

22   A          No.

23   Q          You were handed earlier a page from Mr. Shaw

24              that purported to be some kind of a message,

25              maybe a text message from J.B.  Do you
```

```
 1                    remember that?

 2    A         Yes.

 3    MR. DONOVAN:        Did you have that marked as an

 4                       exhibit?

 5    MR. SHAW:          Yes.

 6    MR. DONOVAN:        Can we have that exhibit?

 7    BY MR. DONOVAN:

 8    Q         You want to take another quick second to look

 9              at that?

10              (WITNESS REVIEWS DOCUMENT)

11    Q         Do you remember having conversations with

12              J.B.?

13    A         Yes.

14    Q         Does that appear to be the entire

15              conversation that you had with J.B.?

16    A         No.

17    Q         Did you reach out to J.B., or did she reach

18              out to you?

19    A         She reached out to me.

20    Q         And, roughly, when was that?

21    A         The same time as this conversation.

22    Q         I'm looking at the exhibit.  What's the date

23              on that exhibit?

24    A         October 16, 2016.

25    Q         Well, let me think through the calendar.  You
```

```
 1              guys help me.  Friday was the 14th, right?

 2   A          Yes.

 3   Q          Does that sound right?  And Saturday was the

 4              15th.  So this would have been on Sunday?

 5   A          Yes.

 6   Q          So Saturday night you're at J.S.'s house, and

 7              you think this text message was the very next

 8              day; is that right?

 9   A          Yes.

10   Q          Why did she reach out to you the very next

11              day?

12   A          She was telling me what she thought happened,

13              and that we caused her to get taken away, and

14              she was -- her and her dad were going through

15              stuff, and he was suicidal and just....

16   Q          Did she tell you her dad was going to kill

17              herself (sic)?

18   A          Yes.

19   Q          I'm sorry.  That her dad was going to kill

20              himself?

21   A          Yes.

22   Q          And that was the day after he had assaulted

23              you?

24   A          Yes.

25   Q          How did that make you feel?
```

| | | |
|---|---|---|
| 1 | A | Overwhelmed, like she's placing blame on me. |
| 2 | Q | Blame on you for what? |
| 3 | A | For her being taken away from her dad, and |
| 4 | | her dad going to jail. |
| 5 | Q | Did it make you feel guilty? |
| 6 | A | Yes. |
| 7 | Q | Why do you think she was saying these things |
| 8 | | to you? |
| 9 | A | I guess she wanted me to take it back somehow |
| 10 | | or, you know, say that it wasn't the truth, |
| 11 | | or something like that. |
| 12 | Q | So is that why you responded the way you did |
| 13 | | to her? |
| 14 | A | Yeah. Yes. |
| 15 | Q | Does it look like this message cuts off your |
| 16 | | response? |
| 17 | A | No. |
| 18 | Q | Well, look at the very bottom. It finishes |
| 19 | | on the word -- so this is you, right? |
| 20 | A | That's me, yeah. |
| 21 | Q | So it cuts off her response, right? |
| 22 | A | Yes. |
| 23 | Q | And how do you know that? |
| 24 | A | Because it ends with "and." |
| 25 | Q | And it looks like -- what does IDK mean? |

| | | |
|---|---|---|
| 1 | A | I don't know. |
| 2 | Q | Is that an answer to a question, usually? |
| 3 | A | Yes. |
| 4 | Q | And -- but the question is not on here, |
| 5 | | right? |
| 6 | A | Correct. |
| 7 | Q | You know, it was mentioned or suggested a few |
| 8 | | times that you had told someone nothing |
| 9 | | happened. Why would you have told someone |
| 10 | | that nothing happened? |
| 11 | A | Just so -- I don't know. Just so I didn't |
| 12 | | have to deal with it, you know. |
| 13 | Q | Because this was the day after -- |
| 14 | A | Right. |
| 15 | Q | -- this had happened, right? When you said, |
| 16 | | "nothing happened," what did you mean by |
| 17 | | nothing? |
| 18 | A | I didn't think that Jerry had done anything |
| 19 | | to me. |
| 20 | Q | And was this before Jerry Swafford had been |
| 21 | | interrogated by the State Police? |
| 22 | A | Yes. |
| 23 | Q | Was this before Jerry Swafford had been |
| 24 | | arrested? |
| 25 | A | Yes. |

| | | |
|---|---|---|
| 1 | Q | Was this before Jerry Swafford had pled |
| 2 | | guilty? |
| 3 | A | Yes. |
| 4 | Q | Do you understand that Jerry Swafford |
| 5 | | admitted to what he did to you in Court? |
| 6 | A | Yes. |
| 7 | Q | And knowing what you know now about that, do |
| 8 | | you have any doubt that something happened to |
| 9 | | you? |
| 10 | A | I think something did happen. |
| 11 | Q | And what you think happened is what Jerry |
| 12 | | Swafford admitted to? |
| 13 | A | Yes. |
| 14 | Q | And you know where Jerry Swafford is right |
| 15 | | now? |
| 16 | A | No. |
| 17 | Q | Do you think he's in jail? |
| 18 | A | Yes. |
| 19 | Q | How did it make you feel -- well, did anyone |
| 20 | | contact you the day -- other than J.B., |
| 21 | | contact you the day after? |
| 22 | A | Yes. |
| 23 | Q | Who? You don't have to list them. |
| 24 | A | Okay. |
| 25 | Q | You can just describe it generally. |

```
 1   A          People that were there, people that had heard
 2              about it asking me questions.
 3   Q          What kind of questions were they asking you?
 4   A          Did Jerry do something?  What happened at the
 5              party?  You know, are you okay?  Stuff like
 6              that.
 7   Q          And this was what, maybe 12 hours after you'd
 8              had gotten back from the hospital?
 9   A          Yeah.  Even at the hospital, people were
10              already....
11   Q          Did you appreciate receiving all those
12              communications?
13   A          No.
14   Q          What did you want more than anything in the
15              world at that time from those conversations?
16   A          For people to leave me alone.
17   Q          Did you think that, if you told people
18              nothing happened, that they'd leave you
19              alone?
20   A          Yeah.
21   MR. SHAW:            Continuing OBJECTION for leading.
22   BY MR. DONOVAN:
23   Q          You were asked a bunch of questions about the
24              tests that you were given at the hospital; do
25              you remember that?
```

```
 1    A         Yes.

 2    Q         What kind of a pill did Mr. Swafford tell you

 3              he'd given -- he'd put in the drink?

 4    A         A sleeping pill.

 5    Q         Do you know if a sleeping pill would show up

 6              on the kind of toxicology screen that you

 7              were given?

 8    A         I don't know.

 9    Q         Do you know if you were specifically tested

10              for a sleeping pill?

11    A         I don't know.

12    MR. DONOVAN:          Can we go off the record for just a

13                         second?

14              (OFF THE RECORD)

15    BY MR. DONOVAN:

16    Q         Do you remember when Mr. Owsley asked you

17              some questions about your conversation with

18              Dr. Claman?

19    A         Yes.

20    Q         And did Dr. Claman interview you and ask you

21              questions about what happened that night?

22    A         Yes.

23    Q         Did you tell Dr. Claman that you believed you

24              received a doctored drink?

25    A         Yes.
```

| | | |
|---|---|---|
| 1 | Q | Mr. Owsley also asked you if you were -- I'm |
| 2 | | sorry -- asked you if you'd had any problems |
| 3 | | with Belfry High School. |
| 4 | A | Uh-huh (AFFIRMATIVE). |
| 5 | Q | And, at first, you said no; is that right? |
| 6 | A | Yes. |
| 7 | Q | I think later do you remember talking about a |
| 8 | | couple of events that happened after you got |
| 9 | | back to school? |
| 10 | A | Yes. |
| 11 | Q | Tell me a little bit more about what happened |
| 12 | | with your desk. |
| 13 | A | It was my third-period class, Mr. Justice. |
| 14 | | We went in there and, I mean, my desk was |
| 15 | | wrote on.  And all of the desks behind me and |
| 16 | | all of the desks in front of me all said, |
| 17 | | "Jerry is not a rapist." |
| 18 | Q | So not just one desk? |
| 19 | A | No. |
| 20 | Q | It was -- |
| 21 | A | All of the desks. |
| 22 | Q | Was it written on with a pen? |
| 23 | A | Pencil. |
| 24 | Q | Did you see anyone write that on? |
| 25 | A | No. |

```
 1   Q        Do you think you know who wrote it?

 2   A        No.

 3   Q        Do you know if it was a student?

 4   A        I figure it was a student.

 5   Q        And that was in one of your classrooms?

 6   A        Yes.

 7   Q        Was there a teacher in the classroom?

 8   A        I don't know if he was in there.

 9   Q        You said there was also an incident with

10            another young woman.  Could you remind me

11            what her name was?

12   A        A.S.

13   Q        Can you tell me a little bit about that?

14   A        After the party and people started hearing

15            about what happened, she made a Facebook post

16            pretty much siding with Jerry and like

17            calling me out, I guess.

18   Q        And then did you have the conversation with

19            her in person?

20   A        No.

21   Q        Was there an incident where someone wanted to

22            fight with you at school?

23   A        No.

24   Q        Was there an incident where someone else got

25            into a fight about this incident?
```

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Tell me about that. |
| 3 | A | My cousin, D., got in a fight with A. |
| 4 | | because -- |
| 5 | Q | Let me stop you there.  What was your |
| 6 | | cousin's name? |
| 7 | A | D.  D.A. got in a fight with A.S. after A. |
| 8 | | made her Facebook post. |
| 9 | Q | And did anyone -- do you know if anyone was |
| 10 | | disciplined for that fight? |
| 11 | A | I'm pretty sure D. got suspended.  I don't |
| 12 | | think A. was suspended. |
| 13 | Q | So your cousin got suspended? |
| 14 | A | Yes. |
| 15 | Q | She was the one who was defending you? |
| 16 | A | Yes. |
| 17 | Q | But you don't think the girl that made the |
| 18 | | post got suspended? |
| 19 | A | No. |
| 20 | Q | Mr. Owsley also asked you about your |
| 21 | | conversation with Ms. Pauley, and you said |
| 22 | | you never went back and had a followup |
| 23 | | conversation with Ms. Pauley? |
| 24 | A | Right. |
| 25 | Q | At that time, were you already having |

```
 1              sessions with Gina Justice?

 2   A          I don't remember.

 3   Q          Would you have rather talked to -- Ms. Pauley

 4              worked for the school, right?

 5   A          Right.

 6   Q          Would you have rather talked to someone who

 7              worked for the school, or would you have

 8              rather talked to Gina Justice?

 9   A          Gina.

10   Q          Why is that?

11   A          Just because I don't want to talk to someone

12              at the school when there's an issue with the

13              school.

14   MR. DONOVAN:        Makes sense to me.

15   MR. OWSLEY:         Thanks for the gratuitous comment.

16   MR. DONOVAN:        Hardly the first in the last two

17                       days.

18   BY MR. DONOVAN:

19   Q          Do you remember when Mr. Shaw asked you about

20              a list of names?

21   A          Yes.

22   Q          And whether you knew those people?

23   A          Yes.

24   Q          And did he ask you what you knew about what

25              they might know about your case?
```

```
 1   A       Yes.

 2   Q       I appreciate he was trying to help speed

 3           things up, but it was pretty fast; wasn't it?

 4   A       Yeah.

 5   Q       I'd like to just ask you some questions about

 6           some of those people, okay.  And I'm looking

 7           at -- do you remember looking at this

 8           document before --

 9   A       Yes.

10   Q       -- these initial disclosures?  Okay.  Now, do

11           you remember being asked if you knew the name

12           Phillip Haywood?

13   A       Yes.

14   Q       Who is Mr. Haywood?

15   A       He's a counselor at Belfry.

16   Q       Is he also the football coach?

17   A       Yes.

18   Q       So he's the coach of the team and someone in

19           a position of authority at the school?

20   A       Yes.

21   Q       I don't remember what you said when Mr. Shaw

22           asked you what you knew, but I do remember

23           that we later discussed some football players

24           who may have been punished.

25   A       Yes.
```

| | | |
|---|---|---|
| 1 | Q | Do you think that Mr. Haywood would know |
| 2 | | whether he had punished any football students |
| 3 | | for going to parties? |
| 4 | A | Yes. |
| 5 | Q | Do you know who Mark Thompson is? |
| 6 | A | Yes. |
| 7 | Q | And what does he do? |
| 8 | A | He works at Belfry. |
| 9 | Q | Is he a teacher? |
| 10 | A | No.  I think he's the assistant principal, |
| 11 | | maybe.  I don't know his exact job. |
| 12 | Q | Is he a coach? |
| 13 | A | Basketball team.  Yeah, basketball coach. |
| 14 | Q | Do you think he might know if any basketball |
| 15 | | players were ever punished for going to |
| 16 | | parties at Jerry Swafford's or elsewhere? |
| 17 | A | Yes. |
| 18 | Q | And let me go back to Mr. Haywood.  You said |
| 19 | | Mr. Haywood is a counselor, correct? |
| 20 | A | Yes. |
| 21 | Q | Do you think Mr. Haywood would know whether |
| 22 | | there had ever been a situation at Belfry |
| 23 | | High School where a teacher or faculty member |
| 24 | | was accused of inappropriate conduct with a |
| 25 | | student? |

```
 1   A       Yes.

 2   Q       Do you know who Kevin Deskins is?

 3   A       Yes.

 4   Q       What does he do?

 5   A       He's a teacher at Belfry.

 6   Q       Is he a coach?

 7   A       Yes.

 8   Q       Do you think he would know whether any

 9           athletes or players had ever been punished

10           for going to parties at Jerry Swafford's?

11   A       Yes.

12   Q       Or at Love Branch?

13   A       Yes.

14   Q       Do you know who Cameron Smith is?

15   A       Yes.

16   Q       Who is Mr. Smith?

17   A       He was a sub for Belfry.

18   Q       A sub?

19   A       Sub.

20   Q       Do you mean substitute teacher?

21   A       Yeah, substitute.

22   Q       During your time?

23   A       Yes.

24   Q       Is he also a coach?

25   A       He was, yes.
```

```
 1   Q      Who did he coach?

 2   A      The basketball team.

 3   Q      Do you think he would know if any students

 4          were punished --

 5   A      Yes.

 6   Q      -- for going to parties at Jerry Swafford's

 7          or Love Branch?

 8   A      Yes.

 9   Q      Is Mr. Smith the father of a child?  Do you

10          know if Mr. Smith is father of H.M.'s child?

11   A      I've heard.  I don't know.

12   Q      And H.M. is your classmate, right?

13   A      Yes.

14   Q      So Mr. Smith was a teacher?

15   A      Yes.

16   Q      And a coach?

17   A      Yes.

18   Q      And you think he's the father of one of your

19          classmate's children?

20   A      Yes.

21   Q      Do you know who David Jones is?

22   A      Yes.

23   Q      Who is Mr. Jones?

24   A      He used to be involved with athletics at

25          Belfry.
```

| 1 | Q | What do you mean, be involved? |
|---|---|---|
| 2 | A | I don't know if he -- he wasn't there when I |
| 3 | | was there, so I don't know if he was a coach |
| 4 | | or -- I don't know. |
| 5 | Q | Do you know who Maggie Paige is? |
| 6 | A | Yes. |
| 7 | Q | Who's Maggie? |
| 8 | A | David's ex-wife. |
| 9 | Q | Ex-wife? |
| 10 | A | Yes. |
| 11 | Q | Would Maggie Paige know if David Jones had |
| 12 | | ever been accused of engaging in |
| 13 | | inappropriate activities with a student while |
| 14 | | he was a coach at Belfry High School? |
| 15 | A | Yeah. |
| 16 | Q | Do you know who D.S. is? |
| 17 | A | Yes. |
| 18 | Q | Who is Daysha Smith? |
| 19 | A | She was the JV cheer coach for a little bit |
| 20 | | at Belfry. |
| 21 | Q | How old is Daysha? |
| 22 | A | Mid 20s. |
| 23 | Q | Do you know if she has another job? |
| 24 | A | No. |
| 25 | Q | Have you heard that she was at the party? |

```
1    A         No.

2    Q         Do you know if she had any involvement in

3              your situation following the party?

4    A         Yes.

5    Q         And what was that?

6    A         She was at the hospital.

7    Q         Why would Daysha Smith have been at the

8              hospital?

9    A         I don't know.

10   Q         Do you know if Daysha Smith is still a coach?

11   A         No.

12   Q         Why isn't she a coach?

13   A         She got in trouble and I guess got fired

14             or --

15   Q         What did she get in trouble for?

16   A         She was drinking on Snapchat.

17   Q         Was she drinking with students on Snapchat?

18   A         I don't know.

19   Q         But you understand she was terminated for

20             some kind of misconduct?

21   A         Yes.

22   Q         I can't remember if I mentioned Kevin Deskins

23             this time around or not, but you said he was

24             a coach, correct?

25   A         Yes.
```

| | | |
|---|---|---|
| 1 | Q | Did you mention Kevin Deskins earlier in your |
| 2 | | testimony? |
| 3 | A | Yes. |
| 4 | Q | And how did that come up? |
| 5 | A | Oh, he made a comment to C.W. |
| 6 | Q | And what was the comment? |
| 7 | A | He said that he knew something like this was |
| 8 | | going to happen. |
| 9 | Q | And you said that he might know something |
| 10 | | about students who were punished for |
| 11 | | attending parties in the past, right -- |
| 12 | A | Yes. |
| 13 | Q | -- by coaches? |
| 14 | A | Yes. |
| 15 | Q | Do you remember Mr. Owsley asking you some |
| 16 | | questions about these Interrogatory |
| 17 | | Responses? |
| 18 | A | Yes. |
| 19 | Q | Well, he asked those questions pretty fast. |
| 20 | | I had a hard time following it.  So I want to |
| 21 | | ask some followup questions.  He asked you |
| 22 | | about Interrogatory No. 3.  Do you remember |
| 23 | | that? |
| 24 | A | Yes. |
| 25 | Q | Do you want to take a second to read the |

| | | |
|---|---|---|
| 1 | | answer again? |
| 2 | | (WITNESS REVIEWS DOCUMENT) |
| 3 | Q | And can you read it out loud for me for a |
| 4 | | second? |
| 5 | A | Just the answer? |
| 6 | MR. DONOVAN: | Yes. |
| 7 | A | "Subject to the objections above, Plaintiff |
| 8 | | responds that the Complaint sets forth |
| 9 | | detailed factual allegations which will be |
| 10 | | supplemented as Discovery progresses." |
| 11 | Q | And what was the question? I'm sorry. I |
| 12 | | asked that in the wrong order. |
| 13 | A | "Please set out in detail all factors or |
| 14 | | events which you believe caused or |
| 15 | | contributed to cause the incident involving |
| 16 | | the Plaintiff which is the subject matter of |
| 17 | | this civil action. |
| 18 | Q | Have you seen the Complaint? |
| 19 | A | Yes. |
| 20 | Q | Can you look at paragraph 30 of the Complaint |
| 21 | | and take a quick read? And go ahead and look |
| 22 | | at paragraph 31, too. |
| 23 | | (WITNESS REVIEWS DOCUMENT) |
| 24 | Q | What do those paragraphs say, basically? |
| 25 | A | A parent called Belfry to report the party |

```
 1                    because there was concerns about underage

 2                    kids drinking and doing drugs at Jerry

 3                    Swafford's house.

 4    Q    Do you know who that parent was?

 5    A    C.A.

 6    Q    What does paragraph 32 say?

 7    A    Read it out loud?

 8   MR. DONOVAN:        Yes.

 9    A    "Rather than taking any action, however,

10                    Principal Gannon admonished the parent for

11                    making allegations that condemned Swafford's

12                    reputation and career."

13    Q    So the question again was set out the factors

14                    that you believe caused or contributed to the

15                    incident involving the Plaintiff.  Do you

16                    think, if Mr. Gannon had done something to

17                    stop that party, that you would have been

18                    drugged and assaulted?

19    A    No.

20    Q    We should have looked at Interrogatory No.

21                    23, please.  Just read it.

22                    (WITNESS REVIEWS DOCUMENT)

23    Q    There's a reference to -- in the Answer to

24                    that Interrogatory, there's a reference to a

25                    young woman by the initial C.H.  Do you know
```

| | | |
|---|---|---|
| 1 | | who that is? |
| 2 | A | Yes. |
| 3 | Q | Who is it? |
| 4 | A | C.H. |
| 5 | Q | Is there another C.H.? |
| 6 | A | C.H. |
| 7 | Q | You were asked who would provide information |
| 8 | | to support these allegations. Do you think |
| 9 | | that C.H. would provide information to |
| 10 | | support these allegations? |
| 11 | A | Yes. |
| 12 | Q | Do you think C.H. would provide information |
| 13 | | to support these allegations? |
| 14 | A | Yes. |
| 15 | Q | Look at Interrogatory No. 22, please. |
| 16 | | (WITNESS REVIEWS DOCUMENT) |
| 17 | Q | Let me know when you're done. |
| 18 | A | Okay. |
| 19 | Q | Were you aware that C.H. and C.H. gave |
| 20 | | depositions yesterday -- |
| 21 | A | Yes. |
| 22 | Q | -- in this case. You haven't had -- you |
| 23 | | weren't there; were you? |
| 24 | A | No. |
| 25 | Q | Have you had a chance to review a transcript |

```
 1            of their deposition?

 2   A        No.

 3   Q        Do you think that they would have provided

 4            evidence in those depositions that would

 5            support the allegations in that paragraph?

 6   A        Yes.

 7   MR. SHAW:            I'm sorry.  What paragraph was that

 8                        again?

 9   MR. DONOVAN:         That was --

10   MR. SMITH:           Twenty-two.

11   MR. DONOVAN:         -- 22.  Almost there.  I told you

12                        these binders never make it through

13                        a deposition.

14   BY MR. DONOVAN:

15   Q        Do you think you're a pretty agreeable

16            person?

17   A        Yeah.

18   Q        You like to laugh?

19   A        Yeah.

20   Q        Generally?  You've laughed a few times today.

21   A        Yeah.

22   Q        When someone asks you how you're doing,

23            what's your normal response?

24   A        Good.

25   Q        So, earlier today, Mr. Owsley asked you if
```

| | | |
|---|---|---|
| 1 | | you were adjusting well to college. |
| 2 | A | Right. |
| 3 | Q | Do you remember what you said? |
| 4 | A | That I was doing okay. |
| 5 | Q | Okay.  Do you remember meeting with Ms. |
| 6 | | Davis? |
| 7 | A | Yes. |
| 8 | Q | Okay.  Do you remember talking to Ms. Davis |
| 9 | | about some of the issues that you were |
| 10 | | having? |
| 11 | A | Yes. |
| 12 | Q | What kind of issues did you talk to Ms. Davis |
| 13 | | about? |
| 14 | A | Sleeping problems, mood -- like mood swings. |
| 15 | Q | What do you mean mood swings? |
| 16 | A | Sad, down, like wigging all the time, and I |
| 17 | | talked to her about my weight loss, being |
| 18 | | antisocial where, you know.... |
| 19 | Q | You're talking to her about -- these are |
| 20 | | things that you're describing had happened |
| 21 | | since Jerry Swafford assaulted you? |
| 22 | A | Yeah. |
| 23 | Q | Did you talk to her about being sad? |
| 24 | A | Yep. |
| 25 | Q | Did you tell her that you cry? |

```
 1   A          Yeah.

 2   MR. SHAW:              OBJECT, leading.

 3   MR. DONOVAN:           This happened earlier.  It's going

 4                          to last for about three minutes.  I

 5                          don't know if we want to take a

 6                          break or not.

 7   MR. SHAW:              As long as she can hear.

 8   BY MR. DONOVAN:

 9   Q          Do you cry?

10   A          Yes.

11   Q          About how often?

12   A          Once every two weeks.

13   Q          And what causes that?

14   A          Anything, just being like -- if I'm already

15              kind of said or feeling down, you know,

16              something is tripping me.

17   Q          And just wherever you are?  Did that happen

18              to you before this?

19   A          No.

20   Q          And now it happens about once every couple of

21              weeks?

22   A          Yeah.

23   Q          Are there particular triggers for that?

24   A          Well, I mean, if it's stuff with the case,

25              then yeah.
```

```
 1   Q    Do you see things, talking to friends from
 2        home, does that --
 3   A    Not talking to -- well, talking about the
 4        case, but not just talking with friends from
 5        home.
 6   Q    You talked about a few other things with
 7        Ms. Davis.  I don't need to go through it all
 8        because it's in her report, and I don't want
 9        to upset you.  But, when you think about all
10        those things, would you necessarily say
11        you're adjusting real well to college?
12   A    I guess not.
13   Q    Mr. Shaw asked you a few questions at the end
14        of his time about how you knew what happened
15        to you.
16   A    Right.
17   Q    You don't remember anything happened, right?
18   A    Right.
19   Q    And he asked you how you even knew you didn't
20        have clothes on?
21   A    Right.
22   Q    Did Jerry Swafford testify in open Court
23        about what he did to you?
24   A    Yes.
25   Q    And what did he say he did to you?
```

```
 1   A          I don't know what he said.

 2   Q          Did he admit to abusing you?

 3   MR. SHAW:            OBJECTION.

 4   BY MR. DONOVAN:

 5   Q          Did he admit to putting his penis on you?

 6   A          Yes.

 7   Q          And while you were unclothed?

 8   A          Yes.

 9   Q          Do you remember taking off your own clothes?

10   A          No.

11   MR. DONOVAN:        That's all I have.

12   MR. SHAW:           So a few followups.

13                       RECROSS-EXAMINATION

14   By Mr. Shaw:

15   Q          You don't know what Jerry Swafford testified

16              about in Court, other than what your attorney

17              has told you; is that not correct?

18   A          I wasn't there.

19   Q          I mean, is that where you're getting your

20              information from, from your attorney?

21   A          Yes.

22   Q          And I appreciate the additional information

23              that you provided to us after meeting with

24              your attorney and upon your attorney's

25              cross-examination of you, but do you know
```

```
 1              what Jerry Swafford pled guilty to?
 2    A         No.
 3    Q         The initial disclosures that you saw a moment
 4              ago, are those your responses in the initial
 5              disclosures?
 6    A         What is the initial disclosure?
 7    Q         That's what your attorney handed you a moment
 8              ago, listing out the witnesses and kind of
 9              summarized what they knew about the case and
10              things of that nature.
11    WITNESS:              The ones with a --
12    MR. DONOVAN:          Yeah.
13    A         Okay.  Yes.
14    BY MR. SHAW:
15    Q         Did you help to prepare those?
16    A         Yeah.
17    MR. DONOVAN:          Wait, I think she might be
18                          confusing the Interrogatories and
19                          the initial disclosures.
20    BY MR. SHAW:
21    Q         Did you help the -- the initial disclosures
22              in the case, and you had them a second ago.
23    MR. DONOVAN:          Yeah.
24    MR. SHAW:             Show her --
25    MR. DONOVAN:          A big pile here.  Do you have them?
```

```
 1   MR. SHAW:                 I don't have them.  Well, now I do.
 2   BY MR. SHAW:
 3   Q         Is that information you provided, or is that
 4             information that was provided to you?
 5   A         Well, I mean, I know who these people are.
 6   Q         I know.  But, the information in that
 7             document, is that information that you
 8             provided or is that information that was
 9             provided to you?
10   MR. DONOVAN:              OBJECT to the form.  It could be
11             both.
12   A         I didn't fill out this.
13   Q         Okay.  Now, we had sent -- we've been talking
14             about the District's Discovery Responses.
15             Here's a set of the Answers to
16             Interrogatories that Mr. Gannon had
17             propounded to you, and they are similar.
18             There's not a whole lot of difference in the
19             questions or anything of that nature.  But,
20             when those were answered, are those answers
21             that you gave, or are those answers that were
22             prepared and you were asked to review?
23   A         I gave -- answers that I gave.
24   Q         Those are answers you gave.  That's your
25             wording in those responses?
```

```
 1   MR. DONOVAN:        I OBJECT to the extent that you're

 2                       asking her to talk about her

 3                       communications and would instruct

 4                       her not to answer in any way.

 5   MR. SHAW:           We're asking about Discovery

 6                       documents.

 7   MR. DONOVAN:        I know.  There's a good answer.

 8                       I'm just warning her not to talk

 9                       about what I talked --

10   MR. SHAW:           But you're instructing her not to

11                       answer the question?

12   MR. DONOVAN:        No, I'm just instructing her not to

13                       talk about anything she talked to

14                       me about.

15   MR. SHAW:           Oh, okay, all right.

16   MR. DONOVAN:        If there is an answer --

17   MR. SHAW:           I misunderstood, okay.  I

18                       misunderstood, okay.

19   WITNESS:            Okay, will you ask me the question

20                       again?

21   BY MR. SHAW:

22   Q         Is that -- those answers, are those your

23             answers or answers --

24   A         Yes.

25   Q         -- that were provided to you for your review?
```

```
 1   A          My answers.

 2   Q          So, the responses that came from C. and C.H.,

 3              you already knew what those responses were?

 4   A          No.

 5   Q          How did you find out what those responses

 6              were?

 7   A          What do you mean?

 8   Q          When you said that you provided the answers

 9              to these, but there are certain questions

10              here that were responded to apparently by

11              other individuals, according to your Counsel.

12   MR. DONOVAN:          OBJECT to the form.  I never said

13                        anything like that.

14   MR. SHAW:            Well, you referred to Number 22 to

15                        C.H.

16   MR. DONOVAN:          That doesn't mean that C.H.

17                        prepared the response.

18   MR. SHAW:            No.

19   MR. DONOVAN:          That question doesn't make any

20                        sense.

21   BY MR. SHAW:

22   Q          Did C.H. give you the information put in the

23              responses, was the question?

24   A          No.

25   Q          Do you know who C.H. gave the information to
```

```
 1                     to place in the response?
 2   MR. DONOVAN:           OBJECT and instruct the witness not
 3                         to answer any questions about her
 4                         communications with Counsel.
 5   BY MR. SHAW:
 6   Q       Do you know where that information came from?
 7   A       No.
 8   Q       I'm sorry?
 9   A       No.
10   Q       No, okay, all right.  Now, C., and what's the
11           other name?
12   A       C.
13   Q       C., they were not at the party, correct?
14   A       Correct.
15   Q       You also testified about H.M.  Did H.
16           graduate with you?
17   A       Yes.
18   Q       When did you graduate high school?
19   A       2017.  May 2017.
20   Q       May 2017, okay.  How old is H.'s baby?
21   A       I don't know.
22   Q       Do you know that she's had a baby?
23   A       I don't know.
24   Q       How did you know she was pregnant?
25   A       I knew.  I seen pictures.
```

| | | |
|---|---|---|
| 1 | Q | Was she pregnant when you graduated with her |
| 2 | | from high school? |
| 3 | A | I don't know. |
| 4 | Q | If you know, were any of your clothes torn? |
| 5 | A | I don't know. |
| 6 | Q | Ripped, anything of that nature? |
| 7 | A | I don't know. |
| 8 | Q | I mean, do you recall your clothes being |
| 9 | | torn? |
| 10 | A | No. |
| 11 | Q | You were asked about Mr. Gannon; that you |
| 12 | | felt like that he had the power to somehow |
| 13 | | stop this party.  What is it you think |
| 14 | | Mr. Gannon could do to stop a party -- a |
| 15 | | birthday party for someone who's not a |
| 16 | | student at his school that's taking place in |
| 17 | | another state? |
| 18 | A | Well, since Jerry Swafford was an employee of |
| 19 | | the school and there were students, I feel |
| 20 | | like something could have been said or done. |
| 21 | Q | Do you realize the police were called that |
| 22 | | evening? |
| 23 | A | For what? |
| 24 | Q | Because of the party. |
| 25 | A | Like to come to the party? |

```
 1    MR. SHAW:            Yes.

 2    MR. DONOVAN:         I OBJECT to the foundation.

 3    BY MR. SHAW:

 4    Q        Well, do you realize that Cindy Andersen

 5             testified that she called the police?

 6    A        No.

 7    Q        Did you ever seen any police officers at the

 8             party that night?

 9    A        No.

10    Q        Did you ever see any police cars patrolling?

11    A        No.

12    Q        And I understand what -- what occurred.  But

13             the fact that there were students at the

14             party drinking, that fact alone, was that any

15             different than any other party that you'd

16             been to that year?

17    A        No.

18    MR. SHAW:            Pass the witness.

19    MR. OWSLEY:          K., I promise that I have only a

20                         very few questions.

21                    RECROSS-EXAMINATION

22    By Mr. Owsley:

23    Q        You talked -- or you responded to your

24             attorney's question about several individuals

25             who had coaching responsibilities at Belfry
```

```
 1              High School.  I'm not going through all of

 2              those, but my question to you is about those

 3              coaches or assistant coaches.  Generally, did

 4              you have some understanding that the coaches

 5              had disciplined athletes on their teams for

 6              attending parties?

 7   A          Yes.

 8   Q          What is that understanding based off?

 9   A          I knew that football players had gotten in

10              trouble for attending parties.

11   Q          Now, that was not a party at Mr. Swafford's

12              house; was it?

13   A          I don't know.

14   Q          Do you have any understanding or information

15              from any source that any coach disciplined

16              any athlete at Belfry High School for

17              attending parties at Mr. Swafford's house?

18   A          I don't know.

19   Q          Your understanding is simply that they were

20              disciplined for attending parties somewhere?

21   A          Yes.

22   Q          Your attorney also asked you questions about

23              depositions that were given yesterday by C.

24              and C.H.  When is the last time you had any

25              contact with either of those two young women?
```

```
 1    A        I don't know.  I'm not like friends with
 2             them.  I don't talk to them.
 3    Q        Do you have -- are you Facebook friends or do
 4             you communicate on Instagram?
 5    A        I have been on social media, but we don't
 6             communicate or talk.
 7    Q        Do you remember seeing anything to indicate
 8             that they had posted that they had given
 9             depositions in this case yesterday?
10    A        No.
11    Q        Did you even know they had given depositions
12             in this case yesterday?
13    A        Yes.
14    Q        Did you learn that from them?
15    A        No.
16    Q        From your attorney?
17    A        Yes.
18    Q        Would it be fair to say you don't have any
19             idea what their testimony was in their
20             depositions yesterday?
21    A        Yes.
22    Q        In looking back at the information that was
23             provided to us from your attorney -- from
24             Elizabeth Davis, who you have mentioned, she
25             had indicated in a report that you scored
```

```
 1              high in a number of categories, including a
 2              wide range of interest and opportunities for
 3              career development.  Did she tell you that,
 4              too?
 5    A         I saw the report.
 6    Q         You saw the report.  Would you agree with
 7              that assessment?
 8    A         Yeah.
 9    Q         She also indicated that, in terms of
10              vocational counseling, your wide range of
11              interests would assist you and the vocational
12              counselor in finding the most appropriate
13              vocational environment.  Did you remember
14              reading that, too?
15    A         Yes.
16    Q         Do you agree with that as well?
17    A         Yes.
18    Q         She also indicated that you showed the
19              highest level of aptitude in skilled
20              technology, consumer economics, skilled
21              science, and skilled services areas.  Do you
22              recall reading that, too?
23    A         Yes.
24    Q         Would you agree with that assessment as well?
25    A         Yes.
```

```
 1    Q        From your knowledge of your own abilities?

 2    A        Yes.

 3    Q        I apologize.  I missed a name.  You told me

 4             about a cousin of yours, D.

 5    A        D.

 6    Q        Could you spell that for me?

 7    A        D.

 8    Q        And the last name?

 9    A        A.

10    Q        Could you spell that?

11    A        A.

12    Q        And, as I understand it -- you told us a

13             moment ago that D. had gotten in to some type

14             of a fight at school with another student.

15             And your cousin was suspended, you

16             understand; and the other student, you don't

17             believe, was suspended?

18    A        Right.

19    Q        Could you give me the name of that other

20             student again, please?

21    A        A.S.

22    Q        And could you spell her name?

23    A        A.

24    Q        Is it S., just like S.?

25    A        E.
```

```
 1    Q       With an "E" on the end?

 2    A       Yes.

 3    Q       Is it your understanding that that dispute

 4            between D. and Ms. S. occurred sometime in

 5            your senior year in high school after the

 6            party?

 7    A       Yes.

 8    Q       Was it in the spring semester or the fall

 9            semester?

10    A       I don't know.

11    Q       Do you know what the fight was about?

12    A       They fought because of A.'s post.

13    Q       The post that you mentioned earlier?

14    A       Yes.

15    Q       And would I be correct that you were not a

16            witness to the fight?

17    A       No.

18    Q       And you don't know who was the instigator in

19            the fight, who started the fight?

20    A       Right.

21    MR. OWSLEY:           Could I have just one moment?

22                          That's all my questions.

23                        RECROSS-EXAMINATION

24    By Mr. Shaw:

25    Q       Kevin Deskins' comment that he knew something
```

```
 1                   like this was going to happen, you didn't

 2                   hear that comment; correct?

 3    A      Correct.

 4    Q      And who told you?

 5    A      C.

 6    Q      C.?

 7    A      W.

 8    Q      C.W., okay.  When did you she tell you about

 9                   that comment?

10    A      I don't remember.

11    Q      Do you know if it's days or weeks or months

12                   after it occurred?

13    A      I don't know when she told me.

14    MR. SHAW:            That's it.  K., thank you for

15                         spending the day with us.  Wish it

16                         was under different circumstances.

17                         You've got a bright future ahead of

18                         you, and you're a pretty

19                         intelligent young lady.

20    MR. OWSLEY:          Good luck in college.

21                    * * * * * * * * *

22            THEREUPON, the taking of the deposition of

23    K.D. was concluded at 3:00 p.m.

24                    * * * * * * * * *
```

STATE OF KENTUCKY )
                  )
COUNTY OF FAYETTE )

        I, ANDREA FERRALL, the undersigned Notary
Public, in and for the State of Kentucky at Large,
certify that K.D., the aforesaid deponent, was by me
first duly sworn to testify the truth, the whole truth
and nothing but the truth in the case K.D., BY HER
GUARDIANS, RAYMOND DOTSON AND RACHELLE HAIRSTON,
Plaintiff, vs. JERRY SWAFFORD, IN HIS INDIVIDUAL
CAPACITY; THE PIKE COUNTY BOARD OF EDUCATION, REED
ADKINS, IN HIS INDIVIDUAL CAPACITY; AND MARK GANNON, IN
HIS INDIVIDUAL CAPACITY, Defendants, No.
7:17-CV-00132-KKC, now pending in the United States
District Court for the Eastern District of Kentucky.

        That the foregoing deposition was taken
digitally recorded by me and afterwards reduced to
computer transcription under my direction, and the
typewritten transcript is a true record of the
testimony given by said witness, and pursuant to
agreement of the witness and counsel for the parties to
this cause, the examination and reading of the
deposition to or by the deponent was waived by the
witness and parties; that the deposition is to be read
with the same force and effect as if signed by her.

That the Plaintiff was represented by her counsel, Hon. Ryan McCune Donovan at the taking of said deposition; that the Defendants were represented by their counsel, Hon. Jonathan C. Shaw; Hon. Neal Smith; Hon. Max K. Thompson; and Hon. Michael A. Owsley; that there were no other appearances.

That said deposition was taken on behalf of the Defendant pursuant to Notice and pursuant to the Federal Rules of Civil Procedure for the District Courts of the United States.

I do further certify that I am a disinterested person in the cause of action heretofore stated; not employed by any of the parties; and to the best of my knowledge, not related to any of the parties.

My commission expires: January 24, 2021

IN TESTIMONY WHEREOF, I have hereunder set my hand and seal of office on this the 5th day of April 2018.

ANDREA FERRALL
NOTARY PUBLIC,
STATE-AT-LARGE, KENTUCKY



_kendallhd



DEFENDANT'S
EXHIBIT
3·23·18

OCTOBER 16TH, 2016

_KENDALLHD

idk i was black out drunk. summer said that she seen your dad on top of me with no clothes on and that i didn't have any clothes on. i don't think anything happened and i didn't accuse him of anything. my dad took me to the hospital to get a rape kit just in case. i wasn't even trying to make a big deal out of because i don't think he did anything to me. haley told her parents and her parents told my dad so he made me go to the hospital. the hospital had to call the cops and cps. i'm not accusing him of anything, i don't think he did anything to me at all.

ME

he didnt cause i came in there. summer lied and got me taken away from my dad and