UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:17-CV-00132-KKC

K. D., BY HER GUARDIANS,
RAYMOND DOTSON AND
RACHELLE HAIRSTON                                    PLAINTIFFS


VS.


JERRY SWAFFORD, IN HIS INDIVIDUAL
CAPACITY; THE PIKE COUNTY BOARD OF
EDUCATION; REED ADKINS, IN HIS
INDIVIDUAL CAPACITY; AND MARK GANNON,
IN HIS INDIVIDUAL CAPACITY                          DEFENDANTS


****************************************************************

**DEPOSITION OF CHELSEA HORTON TAKEN ON
BEHALF OF DEFENDANT, MARK GANNON**

DEPONENT:                                   CHELSEA HORTON

DATE OF DEPOSITION:                         MARCH 22, 2018

****************************************************************




****************************************************************

**ATHA MAE MAGGARD**
Court Reporter
P.O. Box 1481
Prestonsburg, KY 41653
(606) 886-3377
athamaggard@gmail.com

****************************************************************

1

```
****************************************************************
```

**INDEX**

INDEX . . . . . . . . . . . . . . . . . . . . . .        2

APPEARANCES . . . . . . . . . . . . . . . . . .        3

CAPTION . . . . . . . . . . . . . . . . . . . .        4

WITNESS
    CHELSEA HORTON
    Direct Examination by Mr. Shaw . . . . . . .     5-34
    Cross Examination by Mr. Owsley. . . . . . .    34-41
    Cross Examination by Mr. Thompson. . . . . .       41
    Cross Examination by Mr. Donovan . . . . . .    41-52
    Re-Direct Examination by Mr. Shaw. . . . . .    52-56
    Re-Cross Examination by Mr. Owsley . . . . .    56-57
    Re-Cross Examination by Mr. Thompson . . . .       57
    Re-Cross Examination by Mr. Donovan. . . . .    58-59

CERTIFICATE OF SERVICE. . . . . . . . . . . . .       60

CERTIFICATION . . . . . . . . . . . . . . . . .       61

```
****************************************************************
```

```
******************************************************************
```

**APPEARANCES**

FOR THE PLAINTIFFS,                     HON. RYAN McCUNE DONOVAN
K.D., BY HER GUARDIANS,                 BAILEY GLASSER, LLP
ET AL.                                  209 CAPITOL STREET
                                        CHARLESTON, WV 25301

          ALSO PRESENT                  MS. LEIGH SHELL
                                        SHELL INVESTIGATIONS, INC.
                                        SOUTH CHARLESTON, WV


FOR THE DEFENDANT,                      HON. MAX THOMPSON
JERRY SWAFFORD                          SMITH THOMPSON PLLC
                                        P.O. BOX 1079
                                        PIKEVILLE, KY 41502


FOR THE DEFENDANT,                      HON. JONATHAN C. SHAW
MARK GANNON                             PORTER, BANKS, BALDWIN
                                           & SHAW
                                        P.O. DRAWER 1767
                                        PAINTSVILLE, KY 41240

          ALSO PRESENT                  MR. MARK GANNON


FOR THE DEFENDANTS,                     HON. MICHAEL A. OWSLEY
PIKE COUNTY BOARD OF                    ENGLISH LUCAS PRIEST &
EDUCATION AND REED ADKINS                  OWSLEY, LLP
                                        P.O. BOX 770
                                        BOWLING GREEN, KY 42102-0770

          AND                           HON. NEAL SMITH
                                        PIKE CO. BOARD OF EDUCATION
                                        316 SOUTH MAYO TRAIL
                                        PIKEVILLE, KY 41501

```
******************************************************************
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:17-CV-00132-KKC

K. D., BY HER GUARDIANS,
RAYMOND DOTSON AND
RACHELLE HAIRSTON                                    PLAINTIFFS


VS.


JERRY SWAFFORD, IN HIS INDIVIDUAL
CAPACITY; THE PIKE COUNTY BOARD OF
EDUCATION; REED ADKINS, IN HIS
INDIVIDUAL CAPACITY; AND MARK GANNON,
IN HIS INDIVIDUAL CAPACITY                           DEFENDANTS

*************************************************************

          The Deposition of Chelsea Horton was taken before

Atha Mae Maggard, Notary Public in and for the State of

Kentucky at Large, at the Law Offices of PORTER, BANKS,

BALDWIN & SHAW, PLLC, 327 Main Street, Paintsville,

Kentucky, on the 22nd day of March, 2018, at the Hour of

5:15 p.m., for the purpose of using the same upon the trial

of the above-styled action now pending before the United

States District Court on behalf of the Defendant, Mark

Gannon.

*************************************************************

```
 1              The Witness, Chelsea Horton, being first duly

 2    sworn, was examined and deposed as follows:

 3

 4    DIRECT EXAMINATION BY HON. JONATHAN SHAW:

 5              Q      Will you state your full name for the

 6    record, please.

 7              A      Chelsea Nicole Horton.

 8              Q      Chelsea, how old are you?

 9              A      Nineteen (19).

10              Q      Okay.  Not to be reflected on the record,

11    but what's your date of birth?

12              A      XX-XX-XX.

13              Q      Also not to be reflected on the record,

14    what is your social security number?

15              A      XXX-XX-XXXX.

16              Q      Okay, alright.  What's your current

17    address?

18              A      It's 131 Kentucky Avenue, South

19    Williamson, Kentucky.

20              Q      Okay.  Is that your mom's address?

21              A      Yeah.

22              Q      Okay.  How long have you lived there?

23              A      We've lived there for a few years.

24              Q      Okay, alright.  How long have you--there's

25    been some testimony that maybe you lived with your mom for
```

```
 1  awhile, didn't live with your mom...

 2          A       Yeah.

 3          Q       ... come and back forth a little bit.  How

 4  long have you been at the address this time?

 5          A       I've been there for a few months.

 6          Q       Okay.  Well, where were you living before

 7  there?

 8          A       I had an apartment.  That when I turned

 9  eighteen (18), me and my mom got into an argument, and I

10  moved out and lived with my grandma in Williamson.

11          Q       Okay.  And did you live for a time period

12  with your father?

13          A       Yeah.

14          Q       Okay, alright.  We'll get to that in a

15  minute.  Are you married?

16          A       No.  I'm engaged.

17          Q       Engaged, alright.  Any children over the

18  age of eighteen (18)?

19          A       I have a six (6) month old.

20          Q       Congratulations.

21          A       Thank you.

22          Q       Who are you engaged to be married to?

23          A       Calib Ball.

24          Q       Okay.  Is he from Pike County?

25          A       Yeah.
```

```
 1          Q         Who are his parents?

 2          A         Bob Ball and Sheila Scott.

 3          Q         Okay.  And if I ask you what families

 4    you're related to in Pike County, which families come to

 5    mind?

 6          A         My, my mom; Sherry Pyszkowski; Kristy

 7    Barrett, my aunt; John Barrett; Kasey Barrett; Hailey

 8    Barrett; and my sister.

 9          Q         Okay.  Do you have any, any cousins?

10          A         I've got Kasey and Hailey, Hailey, yeah.

11          Q         Any other cousins that live in Pike

12    County?

13          A         Hmm, Tyler Varney, Alyssa Varney.

14          Q         Okay.  Do you belong to any churches,

15    clubs, civic groups, or unions?

16          A         No.

17          Q         Do you attend church anywhere?

18          A         No.

19          Q         What's your highest level of education?

20          A         I graduated high school.

21          Q         And when did you graduate?

22          A         2016.

23          Q         Alright.  Former Homecoming queen?

24          A         Yeah.

25          Q         Back in October of 2016, you crowned the
```

1  new queen?

2          A      Yeah.

3          Q      Okay, alright.  Have you ever been in the

4  military?

5          A      No.

6          Q      Are you currently employed?

7          A      No.

8          Q      When were you last employed?

9          A      I worked at Pikeville Medical Center.

10         Q      How long did you work there?

11         A      I worked there for a year.

12         Q      Did you work anywhere before that?

13         A      Dairy Queen.

14         Q      Okay.  Dairy Queen where?

15         A      In South Williamson.

16         Q      How long did you work there?

17         A      I worked there for about a year too.

18         Q      Okay.  Before Dairy Queen, did you work

19  anywhere?

20         A      I worked at McDonald's when I was fifteen

21  (15).

22         Q      Okay, alright.  Have you ever been

23  convicted of a felony?

24         A      No.

25         Q      Charged with a crime?

```
1         A       No.

2         Q       Have you ever testified before?

3         A       No.

4         Q       Have you ever been a party to a lawsuit

5    before?

6         A       No.

7         Q       Alright.  Have you ever been on a jury?

8         A       Ut ha (negative).

9         Q       Alright.  We're here today...

10        MR. DONOVAN:      You need...

11        MR. SHAW:         I'm sorry.

12        MR. DONOVAN:      I was just going to try to

13   remind you to try to say yes or no so she can understand you

14   better instead...

15        MS. HORTON:       Oh, I'm sorry.

16        MR. DONOVAN:      ... of uh huh or ut ha.

17        MS. HORTON:       I'm sorry.

18        Q       We're here today, you were identified as a

19   witness in the case of K. D. versus Jerry Swafford, et al.

20   Do you remember the case?

21        A       Yes.

22        Q       How do you know Jerry Swafford?

23        A       I used to go to his house.  I was friends

24   with his daughter, little Jeri.

25        Q       How long had you been friends with Jeri
```

1 Brit?

2          A          First my sister was friends with her, and
3 I met her through her.  We hadn't really hung out long.  My
4 sister hung out with her longer.

5          Q          When did you first start hanging out with
6 her?

7          A          She was, she was still in middle school, I
8 believe, or a freshman, she was getting ready to come to
9 freshman year.

10         Q          Uh huh (affirmative).

11         A          So I started hanging out with her around
12 my junior year, junior or senior year.

13         Q          Okay.  So you're a little bit older than
14 Brit?

15         A          Yeah.

16         Q          Alright.  How, how much older than Brit
17 are you?

18         A          I was eighteen (18), and I believe she was
19 fifteen (15) or sixteen (16).

20         Q          Okay.  What year would that have been when
21 you first started hanging out with Brit?

22         A          2016, I believe.

23         Q          Okay.  Do you remember approximately when?

24         A          No.

25         Q          Do you remember approximately when would

```
1  have been the first time you had been at Brit's house?

2           A       No.

3           Q       Okay.  Would it have been before or after

4  vacation in July of 2016?

5           A       We went there before...

6           Q       Okay.

7           A       ... to her house.

8           Q       How, how many times had you been to Brit's

9  house before?

10          A       Hmm, I'd say about four (4) or five (5).

11          Q       Okay, alright.  Would your sister go with

12  you?

13          A       Yes.

14          Q       Okay.  Had you all stayed the night there

15  before?

16          A       Yes.

17          Q       And then, I guess, you all went on

18  vacation in July?

19          A       Yes.

20          Q       There was a bunch of boys that you all

21  knew down the way?

22          A       Yes.

23          Q       One was your ex-boyfriend?

24          A       Yes.

25          Q       And, okay, and you all got together at
```

1  Brit's motel?

2          A       We met them down at their hotel.  Actually

3  we walked down there; it was halfway down the beach.  We met

4  them, and then we went back to Jerry's hotel and hung out

5  with them there in the pool.

6          Q       Alright.  Not in the room, but you were

7  down by the pool area hanging out?

8          A       Yeah.

9          Q       Okay.  And before vacation, are we talking

10  about in the months before your vacation or had it been, I

11  mean, I mean how long had you all been around Jerry's house

12  before that, I'm sorry, Brit's house?  I'll call her Brit; I

13  hope you don't mind.

14          A       We had hung out there a few times, and

15  then my mom and my stepdad found out that there was drinking

16  involved there at the house; so then we wasn't allowed back

17  at the house for awhile.

18          Q       Okay.  Was this before or after your

19  vacation?

20          A       I believe it was before.

21          Q       Okay, alright.  Now the boys that hung out

22  there, did, did your boyfriend or ex-boyfriend--I guess you

23  all dated on and off a little bit through high school?

24          A       Yeah, we did.

25          Q       Alright.  Did he live close to Jerry?

1         A         No.  His best friend did.  His name is
2    Christian Crum.  He lived right across the hill.
3         Q         Okay.  So he was basically right across
4    the road?
5         A         He was always there, yeah.
6         Q         Okay, alright.  Were there times when
7    you'd go to Brit's house to see him?
8         A         Hmm, I only met him there maybe once.
9         Q         Okay, alright.
10         A         Because her dad actually didn't really
11    like any of those boys.
12         Q         Okay.  And it sounds like your mom didn't
13    really care too much for those boys either?
14         A         No.
15         Q         Okay.
16         A         None of them.
17         Q         Alright, okay.  Did Jerry Swafford ever
18    tell you why he didn't like those boys?
19         A         One of them, well, the one that I would
20    sneak around with, Caleb Edwards, Bre, actually Bre and his
21    daughter, Jeri, they had snuck out before and went to a
22    party, and he actually went to jail and had both of them in
23    the car, and Jerry had to pick them up from jail.
24         Q         Okay.  So he, he thought that, he agreed
25    with your mom that the boy was trouble?

1          A       Yeah.

2          Q       Okay.  Were you all dating at the time he

3   went to jail?

4          A       Yeah.  We were still talking.  I had no

5   idea about it until the next day...

6          Q       Okay.

7          A       ... and he tried to lie about it.

8          Q       Okay, alright, okay.  Where is he at now?

9          A       He is actually working at a gas station, I

10  believe.

11         Q       Okay.  I thought you were going to say in

12  jail, but, okay, alright.

13         A       Not this time, I don't guess.

14         MR. OWSLEY:      What's his name again?

15         MS. HORTON:      Caleb Edwards.

16         MR. OWSLEY:      Thank you.

17         MS. HORTON:      You're welcome.

18         Q       Had, did Jerry Swafford ever give you

19  drugs?

20         A       No.

21         Q       Okay.  And it's our understanding, I

22  guess, that, that Brit Swafford would, I guess, get

23  marijuana?

24         A       Yeah.

25         Q       Do you know where she got it from?

```
1          A      From those boys that lived...

2          Q      From those boys, okay.

3          A      ... right across from her house.

4          Q      Alright.  And I guess you all smoked it at

5   the Swafford house at times?

6          A      Uh huh (affirmative).

7          Q      Okay, alright.  Did Jerry ever, the dad,

8   Jerry, did he ever smoke with you all?

9          A      No.

10         Q      Okay.  Did big Jerry ever give you any

11  alcohol?

12         A      Yes.

13         Q      Okay.  What kind of alcohol did he give

14  you?

15         A      Raz-Ber-Ritas or Mike's Hard Lemonade.

16         Q      Okay.

17         A      Just whatever we wanted.

18         Q      Alright.  Would, ah, I think--so he would,

19  well, what's the most you had ever drank at his house?

20         A      I would usually drink as many as I could,

21  honestly, probably about five (5) or more.

22         Q      Okay.  And these were the...

23         A      Raz-Ber-Ritas.

24         Q      ... Raz-Ber-Ritas, okay.

25             OFF THE RECORD
```

1          Q        And when was the first time that you were
 2   allowed to drink alcohol at Mr. Swafford's home?

 3          A        Actually the, the first night we went
 4   there, he asked us what we wanted and if we wanted to drink.
 5   And we said yes, and we all told him what alcohol we wanted,
 6   and he went and picked it up.

 7          Q        Okay.  Was this while you were still in
 8   high school or had you already graduated?

 9          A        I was still in high school.

10          Q        You were still in high school, okay.  So
11   this would have been the school year before your vacation?

12          A        Yeah.

13          Q        Okay, alright.  And then at some point,
14   your mom--how did your mom find out that you all had been
15   drinking at the Swafford home?

16          A        Text messages.  My mom would, whew,
17   anytime we would get in trouble, the first thing she takes
18   is cell phones.

19          Q        Super sleuth.

20          A        Yeah, so.

21          Q        Alright, good for your mom.

22          A        Yeah.  I mean just everybody knows us
23   around our friends, so we're the first ones, they'll tell
24   our mom.

25          Q        Okay.  Had your mom ever stopped in and

1  checked on you while you were at the Swafford home?

2          A       No.

3          Q       Okay.  Did your dad ever stop in and check

4  on you while you were there?

5          A       No.

6          Q       And I think your, your sister testified

7  that she had spent the weekend there, I guess, several

8  times.  Did you spend the weekend there as well?

9          A       Not a lot.

10         Q       Okay.

11         A       I had only been there maybe two (2) or

12  three (3) times, I, sometimes, but I wouldn't stay.

13         Q       Okay.  When you were there, were there

14  generally a lot of girls around on the weekends?

15         A       Yeah.

16         Q       Okay.  And just number-wise, are we

17  talking three (3) or four (4) girls?

18         A       Probably four (4) or five (5).

19         Q       Four (4) or five (5), okay.  Who were the

20  girls that were generally there?

21         A       Bre was always there.  Breana Harrington,

22  she was always there.  And then me; my sister; and then my

23  friend, Katie Deaton, I got her to come there.

24         Q       Okay.

25         A       And then a girl named Hannah Thompson, she

1 come there.

2     Q     Alright.  And do you know when you were
3 last at the Swafford home?

4     A     The night of the Homecoming game.

5     Q     Okay, alright.  So you continued to go to
6 the Swafford home after...

7     A     After...

8     Q     ... the vacation, and then was it sometime
9 after vacation that your mother had found out that...

10     A     It was me and Mom...

11     Q     ... Mr. Swafford had allowed you to drink?

12     A     After me and my mom, we had got into an
13 argument, then I moved in with my grandma.  I still talked
14 to little Jeri.  And I had to work one night, and she asked
15 me if they could take me out to eat and give me a ride back
16 home to my grandma's, and we went out to eat.  And I did go
17 to her house one other time.

18     Q     Okay.  And when you say little Jeri,
19 you're talking about Brit, the daughter?

20     A     Yeah.

21     Q     Okay, alright.  Now there's been some
22 testimony that, I guess, when you and your mother had a
23 falling out and you moved out, your mom took your car?

24     A     Yes.

25     Q     You were having a hard time getting to

```
1   work, and Jerry would come and pick you up and take you to

2   work?

3           A       He, they only took me that one time to

4   eat.

5           Q       Oh, okay, so...

6           A       Yeah.

7           Q       So...

8           A       He would offer, but I never let him.

9           Q       Okay.  So Jerry took you to work one time?

10          A       Yes.

11          Q       Was it after you all had eaten?

12          A       Yes.

13          Q       Okay.  So you, Jerry, and Brit...

14          A       Yes.

15          Q       ... went out to eat; after you got done

16  eating, Jerry took you on to work?

17          A       (Nods head yes).

18          Q       Okay.  Did he pick you up from work?

19          A       He picked me up from my grandma's.

20          Q       No.  I'm talking about after your shift

21  was over with.

22          A       No.

23          Q       How did you get home after your shift?

24          A       I was talking to that, that boy again that

25  would get me in trouble all the time.
```

1       Q       Okay, alright, okay.  So there was one
2   time with, with Brit in the vehicle that Jerry took you to,
3   to work?
4       A       Uh huh (affirmative).
5       Q       Alright.  And that's after you all had
6   dinner?  Okay.
7               COURT REPORTER:  Was that yes?
8       A       Yes.  Sorry.
9       Q       Do you know when that would have happened?
10  Would it have been before or after vacation?
11      A       That was way after.
12      Q       Way after vacation?
13      A       I'm pretty sure, yeah.
14      Q       Okay, alright.  Did Jerry ever do anything
15  around you or to you that made you feel uncomfortable?
16      A       This one night we was, there was a bunch
17  of us girls there, and we was all getting ready.  And I had
18  just got out of the bathtub, and I was in a towel.  Well, I
19  saw someone standing outside of the window.  And I hollered
20  at Brit.  Is that what you call her, Britian?
21      Q       Yeah.
22      A       And I told her, I said, "Someone is out
23  here watching us."  And she said, "Let me go tell my dad."
24  Well, I knew those boys were always outside smoking, so I
25  messaged one of them and I said, "Can you guys walk down

here and see if you see anything."  And they said, "The only
person that we see outside is Jerry."  And when Britian came
back in there, she said, "My dad is in there asleep on the
couch."  And I said, "Well, those boys said your dad was
watching us through the window."; so that's, that's what
kind of creeped me out.

       Q     Is it possible the boys were watching you
through the window?

       MR. DONOVAN:    Object to the form.

       A     They--I don't think so, no.

       Q     Okay, alright.  Did big Jerry do anything
to try to scare you all that night?

       A     He come up behind the window after the
fact and knocked on the door or knocked on the window, was
pounding on the window.

       Q     Other than that incident, anything ever
occur that made you feel uncomfortable or made you feel like
that Jerry may not have the best intentions or anything of
that nature?

       A     Just the way he would talk about the
Breana girl.

       Q     Okay.  Like what?

       A     He would just make comments to me that she
was the type of girl that he always wanted to date, that he
liked things about her; and he would just get really

1  defensive over her; and he would always want her at the

2  house.  Even if she can't come over, he would beg us to

3  message her repeatedly and try to get her to come over.

4          Q       Okay.  Well, other than Bre, I mean did he

5  ever do anything to you to make you feel uncomfortable in

6  any way?  You've got...

7          A       He...

8          Q       ... to answer out loud.  Sorry.

9          A       No.  He just, he would always offer me a

10 place to stay when he knew me and my mom was arguing.

11         Q       Okay, alright.  Now your mom, at some

12 point, had made a post on Facebook.

13         A       Yes.

14         Q       Are you aware of that?

15         A       Yes.

16         Q       Let me see Defendant's seven (7),

17 Facebook, yeah.

18                 COURT REPORTER:   This is six (6).

19         Q       Six (6).  Is that a copy of what your mom

20 put on Facebook?  And what we're referring to is Cindy

21 Andersen No. 6.

22         A       Yes, that's it.

23         Q       Okay.  Did your mom talk to you about this

24 before she put it on Facebook?

25         A       No.

```
 1          Q          Were you and your mom talking at that
 2    time?
 3          A          It was on and off.  Me and her has always
 4    kind of had a bad relationship, I guess.  We're always
 5    arguing.
 6          Q          Okay.  Did your mom ever share any
 7    feelings with you that she felt like it wasn't safe to let
 8    your sister attend Belfry High School anymore?
 9          A          She just felt like people would say stuff
10    to her, I guess, after everything that went on, and everyone
11    knew about that post that my mom made.
12          Q          Okay.  Because of the post, that's why?
13          A          I guess so, yeah.
14          Q          Okay, alright.  You know, it, it alludes
15    in here that Jerry had done something to you and your
16    sister.  Did anything ever happen between Jerry and you or
17    your sister, to your knowledge?
18          A          The only thing he ever done was give us
19    alcohol.
20          Q          Okay.  Did you ever see Jerry slip any
21    drugs in anybody's drinks?
22          A          No.
23          Q          Okay.  Did Jerry ever do anything to you
24    that raised any concern or enough concern to where you ever
25    tried to contact Mr. Gannon or anybody at the Board office
```

1  to try to make any reports or to report any, any allegations
2  of inappropriate behavior or activity?

3          A       No.

4          Q       Okay.  There's been some testimony about a
5  picture of you in a towel.  Do you know anything about that?

6          A       I guess when I was getting ready at the
7  house, Jeri, little Jeri, she took a Snapchat story of us,
8  but I don't remember if the towel was around me or on my
9  head.  Honestly, I don't remember.

10         Q       Okay.  Well, would you have had clothes
11 on?

12         A       Yes.

13         Q       Oh, okay.  So you had clothes on and you
14 may have had a towel around your head?

15         A       Maybe, yes.  I don't, I don't really
16 remember.

17         Q       Have you seen the picture?

18         A       I've not seen it, no.

19         Q       Okay.  Do you know where Jerry was at in
20 the picture?

21         A       No, I don't remember.

22         Q       Okay.  I'll pass that back to the court
23 reporter.  While you went to school at Belfry, did any of
24 the kids--had you heard anything bad about Jerry?

25         A       I just, I heard multiple different

1  stories.

2      Q      I'm talking about big Jerry, not little

3  Jeri.

4      A      I just heard multiple different stories.

5  Girls would say that he would smack them on the butt in the

6  snack room.

7      Q      Okay.  Anything else?

8      A      Other than that, no.

9      Q      Who, who was the girl that told you that

10  he would smack them on the butt?

11      A      Summer Owens.

12      Q      Okay.  Do you know if she ever reported

13  that to anyone?

14      A      I don't think she did.

15      Q      Okay.  Did you ever report it to anyone?

16      A      No.

17      Q      Did Summer tell you this or is this

18  something someone told you that Summer had said?

19      A      Someone said Summer said that.

20      Q      Okay.  Did she tell you this before or

21  after the October 14th weekend?

22      A      It was after everything came out.

23      Q      Okay.  Are you aware of any photographs

24  taken in the Swafford home where you or your friends were

25  wearing nothing but towels?

```
 1          A       No.

 2          Q       Okay.  Now you were not present at the

 3   party that weekend?

 4          A       No.

 5          Q       Okay.  Did you see any of the party

 6   invitations on social media?

 7          A       It was all over Snapchat.

 8          Q       Okay.  Whose party was it?

 9          A       It was for Breana, Breana Harrington.

10          Q       Had you ever been around Kendall Dotson

11   before?

12          A       No.

13          Q       Had you ever heard of any allegations that

14   Swafford was engaging in any type of sexual conduct with the

15   girls...

16          A       I just...

17          Q       ... before that weekend?

18          A       No.

19          Q       Are you aware of or had you ever heard of

20   any, I guess, sexual contact or inappropriate sexual remarks

21   being made by Jerry Swafford on school grounds?

22          A       He would talk about how he--he would talk

23   about girls' butts on the softball team.

24          Q       Okay.

25          A       I did hear him make comments about that.
```

1     Q       Who was he talking to?

2     A       He would just say that he liked looking at
3  the girls playing softball, and he would talk about their
4  butts with his daughter.

5     Q       And he was talking to his daughter about
6  their, the girls-on-the-softball-team's butts?

7     A       Yeah, about who he thought had a nice
8  butt.

9     Q       Alright, okay.  Is that--did you hear him
10 say that or is that what his daughter told you?

11    A       Yeah, I heard him.

12    Q       Okay.  I mean so he was sitting there
13 having a conversation with his daughter or with his daughter
14 and other people?

15    A       I mean we would talk about, talk about
16 girls just like to ourselves, and he would make comments
17 about, just talking about girls.

18    Q       Okay.

19    A       He would hear us.

20    Q       Well, were you all talking about girls'
21 butts too and he was trying to join in or did he start the
22 conversation about girls' butts?

23    A       I guess he was joining in with us.

24    Q       Okay, alright.  Do you know how long Brit
25 had been living with her father?

1          A          I have no idea, no.

     2          Q          Okay.  Now the weekends that you all would

     3   stay at the Swafford home, would you see other parents

     4   around?  Would they bring their kids there or pick their

     5   kids up?

     6          A          No.

     7          Q          How did the kids get there, do you know?

     8          A          They rode with other people.

     9          Q          Okay.  When you and your sister would be

    10   there, would your parents know where you were?

    11          A          Yes.

    12          Q          Okay.  And did they ever object or say

    13   that they didn't think that was a good idea?

    14          A          When...

    15          Q          I'm talking about before they found out

    16   about the alcohol.

    17          A          No.

    18          Q          Okay.  I'm sorry.  You said no?

    19          A          No.

    20          Q          Okay.  Did you ever tell your mom that

    21   Jerry Swafford provided drugs to the kids at the parties?

    22          A          No.

    23          Q          The photograph of you with a towel, which

    24   may have been around your head, would Jerry have been

    25   standing there with his arms around you?

1          A          No.

2          Q          Okay.  Had you ever seen or have you ever

3    heard of any photographs with Jerry with his arms wrapped

4    around two (2) girls wearing nothing but towels?

5          A          No.  I've not seen any.

6          Q          Okay.  Did you make it to the Homecoming

7    game on time?

8          A          Yes, I did.

9          Q          And you, you arrived at the game with

10   Jerry and Brit, does that sound right?

11         A          He dropped us off.  Then he...

12         Q          Oh, okay.  He didn't stay for the game.

13   He just...

14         A          No.

15         Q          ... dropped you all off and left?

16         A          Well, that day, earlier that day, we went

17   and picked up Bre from Knott County at her school, because

18   her party was Saturday.  So we came back to the house and

19   she was supposed to go to the game with us.  Well, once it

20   got time to get ready and go, she didn't want to go; so she

21   stayed home alone with big Jerry.

22         Q          Okay, alright.  And after the game, did

23   you go back or...

24         A          No.

25         Q          Okay.  Where, where did you go after the

1   Homecoming?

2          A       I went to a different friend's house.

3          Q       Okay.  Not the boy you were supposed to

4   stay away from though, was it?

5          A       No.

6          Q       Alright.  So was there another party that

7   night?

8          A       I went to a different party in Logan.

9          Q       Okay, alright.  Was there any alcohol at

10  that party?

11         A       Yes.

12         Q       Okay.  Any drugs?

13         A       No.

14         Q       Any marijuana?

15         A       No.

16         Q       Okay.  Were there, were there many kids

17  from Pike County that were at the party in Logan?

18         A       No, just people that was my age.  It was

19  at a bar actually.

20         Q       Oh, okay.  So you went...

21         A       Yeah.

22         Q       ... to a bar over in Logan?

23         A       Yeah.

24         Q       Alright.  That weekend, did you go back

25  over to Jerry's house for anything?

```
1          A      No.

2          Q      Okay.  Did you talk to Brit that weekend?

3          A      I messaged her after I found out what

4   happened at the party.

5          Q      Okay.  Do you remember what the message

6   was?

7          A      She just told me that a lot happened that

8   she couldn't talk about.

9          Q      Okay.  How were your grades in school?

10         A      I had As and Bs.

11         Q      Okay.  Had you thought about taking

12  college classes?

13         A      Yes.

14         Q      Okay.  Are you taking college classes?

15         A      No, not right now.  I'm staying home with

16  my baby.

17         Q      Okay.  Did you ever see Jerry Swafford act

18  inappropriately with Bre?

19         A      He said, he made the comment in the car

20  that he was going to give her a birthday spanking.

21         Q      Okay.  Was this--when was this comment

22  made?

23         A      He made it the day of the Homecoming game.

24         Q      Okay.  So how, how many times that day had

25  you been in the vehicle with, with Mr. Swafford?
```

1         A        Hmm, I'd say maybe two (2) or three (3)

2  times.

3         Q        Okay.  What, how...

4         A        Because I had my license.

5         Q        ... when were you first in the vehicle

6  with him?

7         A        When we went to Bdubs and ate and then the

8  Homecoming game.

9         Q        I meant, I meant on the 14th, how many

10  times were you in a vehicle with him?  Did you go to Bdubs

11  and eat on the 14th?

12        A        No.

13        Q        Okay.

14        A        I don't remember the date.

15        Q        Alright.  But, but altogether you had only

16  been in a vehicle with him a couple of times?

17        A        Yes.

18        Q        Okay, alright.  But, but on the 14th, you

19  were only in the vehicle with him to go to the Homecoming

20  game?

21        A        Yes.

22        Q        Okay, alright.  Did you ever, did your

23  sister ever tell you or express any feelings that she was

24  embarrassed by your mom's Facebook post?

25        A        No.

```
 1        Q       Okay.  Did she ever tell you that the kids
 2 at school were giving her a hard time because of the
 3 Facebook post?
 4        A       No.
 5        Q       And I thought you testified a little bit
 6 earlier, something about kids at school...
 7        A       Well...
 8        Q       ... were talking or something and that's
 9 what...
10        A       ... she, she did say that people knew that
11 it was our mom, which, I mean, everyone made the comment
12 that they knew.
13        Q       That they knew what?
14        A       That they knew she made the Facebook
15 post...
16        Q       Okay.
17        A       ... and that she was involved.
18        Q       Alright.  Well, I mean, did anybody, did
19 anybody, to your knowledge, blame your sister for anything
20 that happened that weekend?  I mean you all weren't there,
21 were you?
22        A       No.  Neither of us was.
23        Q       Okay.  And other than your mom making the
24 Facebook comment, did anybody--I mean why would they, well,
25 why was your sister concerned about anything else, if you
```

1  know?

2          A        I'm not sure.

3          MR. SHAW:        Okay.  Pass the witness.

4

5  <u>CROSS EXAMINATION BY HON. MICHAEL A. OWSLEY:</u>

6          Q        Chelsea, my name is Mike Owsley.  I

7  represent, along with Mr. Smith, the superintendent and the

8  Board of Education.  I just have a few questions for you.

9  It, it sounds like that you really got to know Jeri Brit,

10 little Jeri, mostly at the vac-, during the vacation when

11 you went to Myrtle Beach.

12         A        Yes.

13         Q        Am I right about that?  Do I understand

14 that correctly or not?

15         A        Well, I had only hung out with her a few

16 times.  My sister had hung out with her multiple times

17 before me.

18         Q        But you got to know her better during the

19 time you were at Myrtle Beach?

20         A        Yes.

21         Q        And my understanding is that was probably

22 the first week in July, over the 4th of July weekend.

23         A        Yes.

24         Q        I wrote down that you said that you had

25 been at her house four (4) or five (5) times before the July

34

1  vacation.  Did I understand that right?

2          A       Yes.

3          Q       Okay.  So you had actually been to Mr.

4  Swafford's house several times?

5          A       Yes.

6          Q       Was that to spend the night or only to

7  visit before the vacation?

8          A       I would have spent the night.

9          Q       When you'd spend the night, would you

10 spend like the whole weekend, like a Friday and Saturday

11 night or would it just be one (1) night?

12         A       No, just one (1), just one (1) night.

13         Q       Okay.  And did your mom and dad know where

14 you were?

15         A       Yes.

16         Q       And they didn't have any objection at that

17 time?

18         A       No.

19         Q       It was only after they learned that Mr.

20 Swafford bought you alcohol...

21         A       Yes.

22         Q       ... that they had concerns?

23         A       Yes.

24         Q       Can you tell me about the time that Hannah

25 Thompson went to your house and hid in the closet.

1        A       She was supposed to go home.  We all had,

2  she spent the night--we had all stayed at Jerry's and then

3  we come to my house.  And she was supposed to go home, and I

4  made her park her car over at the park.  And she didn't want

5  to go back to Jerry's all by herself; so she wanted to stay

6  at our house, but she wasn't supposed to be there.  And I

7  lied to my stepdad and said she left when she didn't.

8        Q       So she was hiding in the closet because

9  you, she wasn't supposed to be at your house?

10       A       Yes.

11       Q       How, how was it determined she was in the

12  closet?  Who found her?

13       A       My stepdad.  He saw her bags in our room.

14       Q       Now did her hiding in the closet have

15  anything to do with anything Jerry Swafford did or was she

16  just not supposed to be at your house and that's why she was

17  hiding in the closet?

18       A       She didn't want to go back to Jerry's.

19       Q       Why would she be going back to Jerry's if

20  you already had left?

21       A       Well, she was supposed to stay there.  And

22  little Jeri got mad because she, because Hannah told her

23  that she didn't feel comfortable staying there without us

24  there.

25       Q       So Hannah wasn't comfortable staying at

1  Jerry Swafford's house with little Jeri, big Jerry, and

2  Hannah, just the three (3) of them?

3         A       Yes.

4         Q       Was Bre there at the time?

5         A       I believe she had already went home.

6         Q       So when you came back to your house, why

7  didn't she just go home?

8         A       I wanted her to stay there, but...

9         Q       Okay.

10        A       ... but she wasn't allowed to.

11        Q       And is that when you got in trouble with

12 your mom...

13        A       Yes.

14        Q       ... or one of the times?

15        A       Yes.

16        Q       You had conflicts off and on with your

17 mom...

18        A       Yeah.

19        Q       ... over the, over the years?  Did you get

20 grounded because of that?

21        A       No.  I got grounded because I was talking

22 to the boy I wasn't supposed to be.

23        Q       Did Hannah Thompson ever tell you that Mr.

24 Swafford did anything to her?

25        A       She just said he made her feel

1  uncomfortable.

2      Q      But nothing specific that he did that she
3  told you?

4      A      No.

5      Q      When Mr. Swafford said he was going to
6  give Bre a birthday spanking, which birthday would that have
7  been for Bre?  How old would she have been?

8      A      I believe she was going to be sixteen (16)
9  or seventeen (17).  I'm not sure of the number.

10      Q      After the, the weekend when, when the
11  party occurred at Mr. Swafford's house and you said you
12  message little Jeri...

13      A      Yes.

14      Q      ... and she said she couldn't talk about
15  it, did you ever talk to her any more after that?

16      A      Yes, I did.

17      Q      About what happened?

18      A      Yes.

19      Q      What did you learn from little Jeri?

20      A      She just said that her dad was getting
21  blamed for something he didn't do.

22      Q      Did she go into any more detail than that?

23      A      No, not really.  She didn't like talking
24  about it.

25      Q      You just, you indicated in response to Mr.

1  Shaw's questions that the party was for Bre or Breana.

2       A       Yes.

3       Q       But I've also heard the party was for big

4  Jerry.  Is that--can you shed any light on that?  Was it for

5  both of them?

6       A       I'm not sure.  I just know he just kept

7  going on about her birthday, and he was planning it all for

8  her.

9       Q       Well, there was apparently a party Friday

10 night on the 14th of October and another party on Saturday

11 night, the 15th of October, at his house.  You weren't at

12 either one though?

13      A       No.

14      Q       Were you aware from the postings on

15 Snapchat or whatever social media you were looking at, that

16 there was a party both nights?

17      A       I just thought there was one Saturday.

18      Q       Okay.  You didn't know about one on

19 Friday?

20      A       No.

21      Q       Had you, at the time you were going to Mr.

22 Swafford's house and he was buying you and other kids

23 alcohol, had you been drinking at other places where Mr.

24 Swafford wasn't buying you alcohol...

25      A       Yes, I...

```
1        Q       ... where the kids gathered?

2        A       Yes, I had been going out and drinking.

3        Q       With your peers, with other kids your

4   age...

5        A       Yes.

6        Q       ... who were all under twenty-one (21)?

7        A       Yes.

8        Q       How would you get the liquor on those

9   occasions?

10       A       We'd have older people buy them for us,

11  older guys.

12       Q       Was that a fairly regular part of your

13  social life at that time, before you had the baby?

14       A       Yeah.

15       Q       Would you generally drink on weekends, at

16  least on the weekends every weekend?

17       A       Yes.

18       Q       And that, and you didn't go to Mr.

19  Swafford's house much after your parents found out that he

20  was giving you liquor?

21       A       No.

22       Q       So you were drinking other places...

23       A       Yes.

24       Q       ... with your friends?  And if you

25  couldn't buy it yourself, you'd have an older person buy it
```

1  for you?

2          A       Yes.

3          MR. OWSLEY:      That's all I have.  Thank you.

4

5  <u>CROSS EXAMINATION BY HON. MAX THOMPSON:</u>

6          Q       Max Thompson, I just have a couple of

7  quick questions.  Are you acquainted at all with Kendall

8  Dotson?

9          A       No.

10         Q       Did you, were you all ever in school or

11 anything together?

12         A       We was in school together, but I had never

13 been around her or talked to her.

14         Q       Have, have you talked with her, texted,

15 anything at all since this happened?

16         A       No.

17         MR. THOMPSON:    I don't have any other

18 questions.  Thank you.

19         MR. DONOVAN:     I have a few this time.  Thank

20 you.  I promise we'll be fast.

21

22 <u>CROSS EXAMINATION BY MR. RYAN McCUNE DONOVAN:</u>

23         Q       I just want to verify a few things.  I

24 think Mr. Owsley touched on this, but I think there was a

25 little confusion about when your parents first found out

1 that there had been drinking about or at Jerry's.  I think

2 you clarified to Mr. Owsley that they found out about that

3 after you went to the beach.  Is that correct?

4          A      Yes.

5          Q      Okay.  You said that at times when you

6 were there, you drank as much as you could.  Is that right?

7          A      Yes.

8          Q      And you estimated maybe five (5) drinks?

9          A      Yes.

10          Q      Would you say that other girls that were

11 there drank...

12          A      Yes, they did too.

13          Q      ... about that much?  Okay.

14          COURT REPORTER:   About that much, was that yes or

15 no?

16          MS. HORTON:      Yes, yes.  Sorry.

17          Q      You're a pretty small person?

18          A      Yes.

19          Q      I won't ask, I won't ask you any more

20 detail than that.  Five (5) drinks, in your experience, does

21 that make you pretty inebriated?

22          A      Yeah.  I'm pretty drunk by then.

23          Q      Okay.  What happens when you get that

24 drunk?

25          A      I'm normally just kind of out of it.

```
1        Q         Okay.  Did you ever fall asleep?

2        A         Sometimes, yeah.

3        Q         Did you ever fall asleep at Jerry's house

4   after you drank that much?

5        A         Yeah.  We all pretty much did.

6        Q         Okay.  So was that normal for girls to

7   have a lot of drinks and get drunk and fall asleep...

8        A         Yes.

9        Q         ... at Jerry's house?  What would happen

10  when that happened?

11       A         Well, we all slept in the same bed

12  together.

13       Q         Okay.

14       A         We'd all just fall asleep in the same bed.

15       Q         Okay.  Did Jerry ever pick anybody up and

16  move them from one place to another after they passed out?

17       A         Hmm, I don't remember.

18       Q         Okay.  You, you testified or you answered

19  earlier that Jerry, big Jerry, had made some comments to you

20  about how Bre was his type of girl.  Is that right?

21       A         Yes.

22       Q         Can you be a little more specific about

23  what he said, the best you can remember.

24       A         He said that he liked how she was really

25  athletic, and he liked her personality.
```

1      Q       Uh huh (affirmative).

2      A       And he just said he was attracted to her.

3      Q       Attracted to her?

4      A       Yes.

5      Q       Did you take that to mean sexually

6  attracted?

7      A       Yes.  I thought that that was weird

8  because he had the nerve to tell me that.

9      Q       What, what context did that come up in?

10  Were you just, you were just having a conversation?

11      A       We was just talking about her.  He was mad

12  because she went to a party up on Love Branch, and he wanted

13  to go and get her.

14      Q       Okay.  Why do you think he wanted to go

15  and get her?

16      A       He said that she was ruining her

17  reputation.

18      Q       Okay.  Was he ever, did it ever seem to

19  you like he was jealous of other boys that she was with?

20      A       Yes.

21      Q       What makes you say that?

22      A       I think he actually caught her with a guy

23  at his own house in the yard, and he got mad at her.

24      Q       Okay.  But how do you know he wasn't just

25  mad at her for sneaking around?  What makes you think he was

                              44

1  jealous?

2      A      They would text all the time, and he even

3  bought her a necklace down at the beach.

4      Q      Okay.  What kind of necklace?

5      A      I don't remember, but he got mad at her

6  because she forgot it their house when they got back from

7  the beach.

8      Q      Okay.  Did he--you said he had Bre's name

9  in his phone, right...

10     A      Yes.

11     Q      ... with a heart around it?

12     A      Yes.

13     Q      What did that mean to you?

14     A      I thought it was weird.

15     Q      Did he have a heart on anybody else's

16  name?

17     A      No.

18     Q      Did he have a heart on Jeri Brit's name?

19     A      No.

20     Q      Okay.  Did Jerry ever date any women the

21  whole time you knew him?

22     A      I don't remember.  I don't think he did.

23  I don't think he had any relationships.

24     Q      Okay.  Do you, do you think that he--do

25  you know whether he texted with Brit--I'm sorry, not Brit--

1  with Bre?

2          A       Yeah.  They texted a lot.

3          MR. DONOVAN:      Okay.  Was I saying Brit for

4  some of those previous questions when I meant Bre?

5          MR. OWSLEY:       I don't think so.

6          MS. HORTON:       Ut ha (negative).

7          MR. DONOVAN:      Okay.  Just to clarify for the

8  record, every question I've asked up until now, I was asking

9  about his relationship with Bre, in case I did do that.   I

10  know we've all been a little confused about it.

11          MR. OWSLEY:       I understand that.

12          Q       So let me step back: did he, did he text

13  with Bre?

14          A       Yes, they did.

15          Q       And how do you know that?

16          A       I saw it on his cell phone.

17          Q       Okay.  Do you remember any specific texts?

18          A       He would just tell her that he was mad at

19  her and that he would want her to come to the house.  He

20  would beg her to come to the house.

21          Q       What would he be mad at her about?

22          A       When she went to that party...

23          Q       Okay.

24          A       ... on Love Branch.

25          Q       Did, did he have any custody of Bre or

1  anything, any formal responsibility for her as far as you

 2  know?

 3          A       No.  I think her family just really

 4  trusted him, because she was always there...

 5          Q       Okay.

 6          A       ... for weeks at a time.

 7          Q       Okay.  Did he buy anything else for Bre

 8  that you know of other than the necklace...

 9          A       No.

10          Q       ... and the alcohol?

11          A       Yeah, alcohol.

12          Q       Okay.  Did he take her on any trips that

13  you know of other than the beach?

14          A       Just the beach is all I know.

15          Q       Okay.  Did, ah--you said there were boys

16  at these parties from time to time?

17          A       Yes.

18          Q       Would people have sex in Jerry's house?

19          A       Yes.

20          Q       When he was there?

21          A       Yes.

22          Q       With the girls that were there?

23          A       Yes.

24          Q       Okay.  How big is Jerry's house?

25          A       It's not that big.

```
1        Q        Okay.  Is it a trailer?

2        A        Like a double-wide, I guess, maybe.

3        Q        How many bedrooms were there?

4        A        There was two (2) bedrooms.

5        Q        Okay.  Do you think Jerry knew that people

6   were having sex in the house?

7        A        I think he had an idea.

8        Q        Why do you think that?

9        A        There was just so many boys and so many

10  girls always there.

11       Q        Uh huh (affirmative).  And they would go

12  off to a room together?

13       A        Go off to a room or go outside.

14       Q        Okay.  Where did, where did big Jerry

15  sleep?

16       A        On the couch in the living room.

17       Q        Okay.  Do you have any idea why he did

18  that?

19       A        No.

20       Q        Okay.

21       A        Jeri, little Jeri had two (2) bedrooms.

22       Q        Okay.  That's a little weird, isn't it?

23       A        Yeah.

24       Q        Do you have any idea why that would be?

25       A        No.
```

1          Q          Okay.  You were asked why Hannah might--
     2   you, you said rather that Hannah didn't feel comfortable
     3   staying with Jerry.
     4          A          Yes.
     5          Q          Just to be clear, do you mean she felt
     6   uncomfortable with him because she thought he was creepy in
     7   some kind of way or, or was she uncomfortable for some other
     8   reason?
     9          A          She just...
    10   MR. SHAW:          Object to leading, but go ahead.
    11          A          She just kept saying that he made her feel
    12   uncomfortable.
    13          Q          Okay.  She didn't specify how?
    14          A          No.
    15          Q          Okay.  But it was he who made her feel
    16   uncomfortable?
    17          A          Yes.
    18          Q          Okay.  Do you remember if Jerry ever
    19   texted with you?
    20          A          Yes.
    21          Q          Okay.  Do you remember if he ever said
    22   anything to you about whether you were his type?
    23          A          He did mention that before.
    24          Q          Tell me about that.
    25          A          He just said that I was a really nice girl

```
 1  and that he liked that about me...

 2            Q       Okay.

 3            A       ... and that I was friendly.

 4            Q       Okay.  Did, did you--how did you take

 5  that?  Did you...

 6            A       Honestly, I didn't think nothing of it at

 7  the time.

 8            Q       Okay.  Do you think anything of it now?

 9            A       Now after this, yeah.

10            Q       Okay.  And how does it make you feel now?

11            A       I mean it's weird.  I'm glad that I wasn't

12  at the party.

13            Q       And why are you glad that you weren't at

14  the party?

15            A       Because it could have easily happened to

16  me or my sister or anyone.

17            Q       Okay.  Did Jeri Brit ever say anything to

18  you about how she felt about her dad?

19            A       Her dad just always made comments about

20  her weight.  You know, he didn't like the way she looked.

21            Q       Okay.  Did she make any comments to you

22  about her dad's relationship with Bre?

23            A       She would get jealous.  She felt like her

24  dad cared more about Bre than he did her.

25            Q       Okay.  Do you remember any particular
```

1    reasons why she felt that way?

2          A         Jeri and Bre, anytime they would fight,

3    they would always say that they weren't friends any more,

4    and her dad would tell her that she wouldn't be allowed to

5    go anywhere if she didn't make up with Bre.

6          Q         Okay.  Did, ah, were Jerry and Bre alone

7    together?

8          A         Yes.

9          Q         How often that you know of?

10          A         Just the Homecoming, Homecoming game, I

11   remember that.  She wanted to stay home alone with him, and

12   I didn't understand that because she was excited about going

13   to the game.

14          Q         Okay.  Do you think--obviously they were

15   never alone together when you were there.

16          A         Yeah.

17          Q         But do you think they were alone together

18   at other times?

19          A         Probably so.

20          Q         Okay.  And why do you think that?

21          A         Just because of the way he acted over her.

22          Q         Okay.  Are you aware of an incident where

23   Jerry got in bed with Bre?

24          A         No.

25          Q         Okay.  Do you know if Jerry was ever in

1  bed with Bre?

2          A       No.

3          Q       Okay.

4          COURT REPORTER:   Was that a yes or a no?

5          MS. HORTON:        No.

6          COURT REPORTER:   Okay.

7          MR. DONOVAN:      That's all I have.

8          MR. SHAW:         A few follow-ups.

9

10  <u>RE-DIRECT EXAMINATION BY HON. JONATHAN SHAW:</u>

11          Q       Any of the information that you and your

12  attorney just discussed, to your knowledge, was that ever

13  reported to any of the school officials?

14          A       I don't know.

15          Q       Okay, alright.  You said you could drink

16  five (5), I guess, kind of like wine coolers?

17          A       Yeah, like Mike's Hard.

18          Q       Okay.  You'd drink five (5) over what

19  time, time period?  Are we talking about over the whole

20  weekend or in fifteen (15) minutes?

21          A       Probably about fifteen (15) minutes.

22          Q       Alright, hey, alright.  So you would, you

23  were a power drinker?

24          A       Yeah.

25          Q       Okay.  So you drank five (5) real quick?

```
 1        A        Well, I was never really allowed to do
 2   anything like that or hang out with people that done that.
 3   And then when I found out everybody was hanging out there
 4   and drinking...
 5        Q        Okay.
 6        A        ... I kind of took advantage of it, I
 7   guess.
 8        Q        Alright.  Well, I was going to ask you:
 9   how old were you when you started drinking?
10        A        Seventeen (17).
11        Q        Okay.  Were you drinking before you
12   started going to the Swafford home?
13        A        Yeah.
14        Q        The, the boyfriend your mom didn't like,
15   is that who you'd drink with occasionally?
16        A        Yeah, I had drunk with him before.
17        Q        Okay, alright.  What is Love Bunch or Love
18   Branch?
19        A        Love Branch?
20        Q        Yeah.
21        A        It's this big mountain that everyone
22   parties upon.
23        Q        Alright.  Did you ever go to Love Branch?
24        A        Yes, I did.
25        Q        Alright.  When did you start going to Love
```

1  Branch?

2        A       Towards the end of my senior year.

3        Q       Okay.  Did you ever go with the boy you
4  weren't supposed to be hanging out with?

5        A       No, but he was there.

6        Q       Okay.  He was there?

7        A       Yeah.

8        Q       Alright.  I mean Love Branch, was it the
9  place where people would kind of party and make out in small
10 groups or was this someplace...

11       A       It was a huge...

12       Q       ... where you'd go have a bonfire?

13       A       ... huge bonfire.

14       Q       Yeah, a huge bonfire, everybody drinking
15 and partying?

16       A       Yeah.

17       Q       And okay, alright.  Did you ever stay the
18 night at Love Branch?

19       A       No.

20       Q       Okay.  When Jerry, you mentioned something
21 about Jerry being mad at Bre or telling her that he was mad
22 at her.  I mean do you think he was serious or was he joking
23 around?

24       A       I think he was serious.

25       Q       Okay.  What...

```
 1          A       He was pretty tore up that, that night.

 2          Q       Was this because she was at Love Branch?

 3          A       Yes, and she was with multiple different

 4  guys...

 5          Q       Okay.

 6          A       ... and had it on Snapchat.

 7          Q       Alright, okay.  And how old would Bre have

 8  been at the time?

 9          A       I'd say sixteen (16), sixteen (16) or

10  seventeen (17).  I'm not sure.

11          Q       Okay.  Do you know when her birthday is?

12          A       No.

13          Q       Okay.  Now you mentioned that Jerry

14  probably knew that, I guess, at times people would have sex

15  in his house.

16          A       Yes.

17          Q       Okay.  How do you know that people had sex

18  in the house?

19          A       Little Jeri would tell us.

20          Q       So Brit would tell you?

21          A       Yeah, that her dad caught her and Bre.

22          Q       I'm sorry.

23          A       That her dad caught her and Bre having sex

24  with, with guys there.

25          Q       Okay, alright.  So her dad had caught them
```

1   having sex with guys there and then...

2          A       Yes.

3          Q       ... then what happened?

4          A       He would just make the guys leave, and he

5   would get mad at them.

6          Q       Okay.

7          A       But I don't think she ever really got in

8   trouble.

9          Q       Alright.  Any other incidents that you

10  know of about, I guess, boys and girls having sex at his

11  house?

12         A       No.

13         MR. SHAW:       Okay.  Pass the witness.

14

15  <u>RE-CROSS EXAMINATION BY HON. MICHAEL A. OWSLEY:</u>

16         Q       Really, I promise, only a couple of

17  questions.  Am I understanding your testimony that not

18  withstanding these concerns that you have expressed here

19  today about Mr. Swafford, that you never reported anything

20  to anyone in the school district about his behavior?

21         A       No.

22         Q       Am I, am I correct...

23         A       Oh, yes.

24         Q       ... in that understanding?

25         A       Yes.  Sorry.

1          Q          And to your knowledge, before your mother

2     called on the afternoon of October 14, are you aware of

3     anybody else ever reporting any behavior that was

4     questionable about Mr. Swafford to any school official?

5          A          Not that I know of.

6          MR. OWSLEY:          That's it.

7

8     RE-CROSS EXAMINATION BY HON. MAX THOMPSON:

9          Q          The Snapchat stuff that you saw from time

10    to time that would have been from whatever we want to call

11    Jerry's daughter, you know, Brit, did you screenshot any of

12    those or anything that would be relevant in this?

13         A          No.  I didn't screenshot anything.

14         Q          You noted that on big Jerry's phone, that

15    there was a heart next to Bre's name.  How did you come to

16    that knowledge?

17         A          He showed me.

18         Q          He showed you his phone and showed you...

19         A          Yes, where they were arguing back and

20    forth about her going to Love Branch.

21         Q          Do you know when that was?

22         A          I'm not sure of the date, no.

23         MR. THOMPSON:          That's all I have.  Thank you.

24

25    RE-CROSS EXAMINATION BY HON. RYAN McCUNE DONOVAN:

```
 1          Q       One last little line here.  Were there
 2  ever athletes at those parties at Love Branch?
 3          A       Yes.
 4          Q       Football players?
 5          A       Yes.
 6          Q       Basketball players?
 7          A       Yes.
 8          Q       Baseball players?
 9          A       Yes.
10          Q       Are you aware of any times when any of
11  those players got in trouble with any of their coaches maybe
12  for going to some of those parties?
13          A       I believe so.  I believe they did get in
14  trouble for going, but I'm not sure.
15          Q       You don't remember any of the individuals,
16  who they were?
17          A       I just remember an adult that was actually
18  involved with the school that got in trouble, but that's,
19  that was it.
20          Q       Okay.  And that would have been Deysha
21  Smith...
22          A       Yes.
23          Q       ... right?
24          A       Yes.
25          Q       Okay.  And do you know what she did at the
```

1 school?

2          A      She was a cheerleading coach, I believe.

3          MR. DONOVAN:     Okay, alright, excellent.

4 That's all I have.

5          MR. SHAW:        That's it.

6

7                    * * * * * * * * * *

8          Thereupon the taking of the deposition of CHELSEA

9 HORTON was concluded.

10                     * * * * * * * * * *

CERTIFICATE OF SERVICE

This is to certify that the foregoing deposition has been mailed to the following persons:

ORIGINAL TO:

Hon. Jonathan Shaw
PORTER, BANKS, BALDWIN & SHAW
P.O. Drawer 1767
Paintsville, KY 41240

COPIES:

Hon. Ryan McCune Donovan
BAILEY GLASSER LLP
209 Capitol Street
Charleston, WV 25301

Hon. Michael A. Owsley
ENGLISH LUCAS PRIEST & OWSLEY, LLP
P.O. Box 770
Bowling Green, KY 42102-0770

Hon. Jonathan Shaw
PORTER, BANKS, BALDWIN & SHAW
P.O. Drawer 1767
Paintsville, KY 41240

This the 30th day of April, 2018.

_____
Atha Mae Maggard
Freelance Court Reporter

CERTIFICATE

STATE OF KENTUCKY)

COUNTY OF FLOYD  )

   I, ATHA MAE MAGGARD, Notary Public for the State of Kentucky at Large, do certify that the foregoing deposition was taken at the time and place stated in caption; that the witness was duly sworn before me before testifying; that the deposition was taken by me in shorthand notes and on tape recorder and later transcribed on the computer by me; and that the foregoing 60 pages of typewritten material is a true and correct copy of my said shorthand notes and tape recordings.

   Given under my hand this 30th day of April, 2018.

        _____
        Atha Mae Maggard
        Notary Public
        State of KY at Large

My commission expires
August 6, 2020