```
 1              UNITED STATES DISTRICT COURT
               EASTERN DISTRICT OF KENTUCKY
 2              SOUTHERN DIVISION at PIKEVILLE
               CIVIL ACTION NO. 7:17-cv-00132-KKC
 3

 4   * * * * * * * * * * * * * * * * * * * * * * * *

 5   K.D., by her guardians
     RAYMOND DOTSON AND RACHELLE HAIRSTON,
 6
               Plaintiffs,
 7
     vs.
 8
     JERRY SWAFFORD, in his individual capacity;
 9   THE PIKE COUNTY BOARD OF EDUCATION,
     REED ADKINS, in his individual capacity;
10   and MARK GANNON, in his individual capacity,

11             Defendants.

12   * * * * * * * * * * * * * * * * * * * * * * * *

13

14
               Deposition of Valerie Perkins taken by the
15   Defendants under the Federal Rules of Civil Procedure
     in the above-entitled action, pursuant to notice,
16   before Angela L. Curtis, a Certified Court Reporter, at
     Bailey & Glasser, 209 Capitol Street, Charleston, West
17   Virginia, on the 9th day of May 2018.

18

19                 REALTIME REPORTERS, LLC
                   ANGELA L. CURTIS, CCR
20                    713 Lee Street
                   Charleston, WV  25301
21                   (304) 344-8463
                   realtimereporters.net
22

23

24
```

```
 1                    APPEARANCES:

 2

   APPEARING FOR THE PLAINTIFFS:
 3
            Ryan Donovan, Esquire
 4          BAILEY & GLASSER
            209 Capitol Street
 5          Charleston, WV  25301

 6
   APPEARING FOR THE DEFENDANT
 7 MARK GANNON:

 8          Jonathan C. Shaw, Esquire
            PORTER, BANKS, BALDWIN & SHAW, PLLC
 9          327 Main Street
            Post Office Drawer 1767
10          Paintsville, KY  41240-1767

11
   APPEARING FOR THE DEFENDANT
12 PIKE COUNTY BOARD OF EDUCATION:

13          Michael A. Owsley, Esquire
            ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
14          1101 College Street
            Post Office Box 770
15          Bowling Green, KY  42102-0770

16          Neal Smith, Esquire
            316 South Mayo Trail
17          Pikeville, KY  41501

18
   APPEARING FOR THE DEFENDANT
19 JERRY SWAFFORD:

20          Max Thompson, Esquire
            SMITH THOMPSON, PLLC
21          Post Office Box 1079
            Pikeville, KY  41502
22

23

24
```

1                 EXAMINATION INDEX

2   BY MR. SHAW . . . . . . . . . . . . . 4

3   BY MR. OWSLEY . . . . . . . . . . . .50

4   RE BY MR. SHAW. . . . . . . . . . . .59

5   RE BY MR. OWSLEY. . . . . . . . . . .62

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1          V A L E R I E   P E R K I N S

2    was called as a witness by the Defendants,

3    pursuant to notice, and having been first duly

4    sworn, testified as follows:

5

                    EXAMINATION

6
     BY MR. SHAW:

7
         Q.  Will you state your full name for the

8
     record please?

9
         A.  Valerie Perkins.

10
         Q.  Ms. Perkins, have you ever given a

11
     deposition before?

12
         A.  No.

13
         Q.  I'm sure you've been over this with your

14
     counsel.  I'll ask you a series of questions

15
     today.  I need you to even out loud.  My objective

16
     today is to obtain information from you, not to

17
     try to trick you or mislead you or anything of

18
     that nature.

19
         So if I ask a question and you're not sure

20
     what I'm asking about or it sounds confusing, stop

21
     me, let me know, I'll try to rephrase it in a

22
     different way.  If you even my question, I'm going

23
     to hold you to that answer.  Is that fair?

24
         A.  Yes.

1      Q.   If you need to take a break, let us know.

2  If you need to talk to your attorney, rest room,

3  something to drink, whatever.  What is your full

4  name?

5      A.   Valerie Lynn Perkins.

6      Q.   Ms. Perkins, what's your maiden name?

7      A.   Hatfield.

8      Q.   Where you from?

9      A.   Matewan.

10      Q.   Where do you live?

11      A.   Meador, West Virginia.

12      Q.   M-E-A-D-O-R?

13      A.   Uh-huh.

14      Q.   What's your 911 address?

15      A.   4587 Mate Creek.

16      Q.   Snake Creek?

17      A.   Mate, M-A-T-E, 25670.

18      Q.   And how long have you lived there?

19      A.   About 17 years.

20      Q.   Were you born and raised in Matewan?

21      A.   Yes.

22      Q.   Not to be reflected on the record, what

23  is your Social Security number?

24      A.   ***-** --

1      Q.  ***-** --

2      A.  -- ****.

3      Q.  ****.  Also not to be reflected on the

4   record, what's your date of birth?

5      A.  *-**-**.

6      Q.  How old are you today?

7      A.  Excuse me?

8      Q.  How old are you today.

9      A.  Forty-seven.

10     Q.  Okay.  What's your highest level of

11  education?

12     A.  High school.

13     Q.  Okay.  Where did you attend high school?

14     A.  Matewan.  I have to take my age back.

15  I'm 48.

16     Q.  I was going to guess 38.

17     A.  I was wanting to stay on 47 for a little

18  longer.

19     Q.  What year did you graduate?

20     A.  Eighty-eight.

21     Q.  A lot of these questions are background

22  questions everybody gets asked.  What kind of

23  student were you, average, above average, fair?

24     A.  Good.

```
 1       Q.   Okay.   Have you ever been in the
 2  military?
 3       A.   No.
 4       Q.   After high school did you have any type
 5  of vocational training, do you hold any type of
 6  certifications, anything of that nature?
 7       A.   No.
 8       Q.   Are you currently employed?
 9       A.   No.
10       Q.   When were you last employed?
11       A.   I don't know, probably 1990.
12       Q.   Okay.   In the 1990s what did you do?
13       A.   Worked at a store in the mall.
14       Q.   Which mall?
15       A.   Williamson.
16       Q.   Have you ever been convicted of a felony?
17       A.   No.
18       Q.   Charged with a crime in the last ten
19  years?
20       A.   No.
21       Q.   Have you ever testified in court, either
22  civil or criminal court?
23       A.   No.
24       Q.   Have you ever sued or been sued?
```

1    A.  No.

2    Q.  And have you ever served on a jury?

3    A.  No.

4    Q.  All right.  Well, you're here today about

5  an incident that occurred at the home of Mr. Jerry

6  Swafford.  Does that sound familiar?

7    A.  Yes.

8    Q.  Are you familiar with the incident?

9    A.  Yes.

10    Q.  Okay.  Do you have any children?

11    A.  Yes, I have three.

12    Q.  Okay.  What are their first names and

13  ages?

14    A.  Shayla, she's 26.  S████, she's 17.

15  Kadie.

16    Q.  I'm sorry?

17    A.  Kadie, K-A-D-I-E, she's 12.

18    Q.  Does Shayla live in the Williamson area?

19    A.  No, not right now.  She lives in

20  Summerset, Kentucky.

21    Q.  Does she know anything about this case?

22    A.  Yeah.

23    Q.  Okay.  What does Shayla know about this

24  case?

1    A.  Just what we've told her.

2    Q.  Okay.  When you say we, who is we?

3    A.  Me and my daughter S███████.

4    Q.  You said S███████ is 17.  Is she in school?

5    A.  She's home schooled.

6    Q.  Okay.  Where did she last attend school?

7    A.  Mingo Central.

8    Q.  What year did she stop attending regular

9  school?

10    A.  Two years ago.

11    Q.  Two years ago.  S███████ ever attend

12  classes or attend school in the Pike County School

13  District?

14    A.  No.

15    Q.  Has she -- when she attended regular

16  school, had she always attended the Mingo County

17  school system?

18    A.  Yes.

19    Q.  Your daughter Kadie, is she in school?

20    A.  Yes.

21    Q.  In regular school or is she home

22  schooled?

23    A.  Regular school.

24    Q.  Are you married?

1    A.  Yes.

2    Q.  Who are you married to?

3    A.  Doug Perkins.

4    Q.  How long have you all been married?

5    A.  Oh, my gosh.

6    Q.  Ballpark is fine.

7    A.  Twenty-three years.

8    Q.  Shayla's last name Perkins?

9    A.  No, Justice.

10   Q.  Shayla Justice.  Okay.

11   A.  She did attend Pike County schools.

12   Q.  Oh, she did attend Pike County schools?

13   A.  Yes.

14   Q.  What year did Shayla graduate?  That's

15   okay?

16   A.  2009.

17   Q.  I'm sorry?

18   A.  2009.

19   Q.  But she graduated from the Pike County

20   schools?

21   A.  No, I think she graduated from Mingo

22   County.

23   Q.  What years did Shayla attend school in

24   Pike County?

K.D. v.                                                          VALERIE PERKINS
JERRY SWAFFORD, et al.                                              May 09, 2018

 1      A.   It was her 8th and 9th and 10th grade

 2  year I think so probably like 2005 through 2007.

 3      Q.   Okay.  And what schools did she attend in

 4  Pike County?

 5      A.   Turkey Creek and Belfry High.

 6      Q.   And did she did her junior and senior

 7  year?

 8      A.   Mingo.

 9      Q.   Is there still a Mingo High School?  I

10  don't know if that's one of the schools that

11  consolidated two years ago.

12      A.   Mingo Central.  Yeah, Matewan

13  consolidated with them.

14      Q.   Okay.  Where is Doug from?

15      A.   Matewan.

16      Q.   Who are your parents?

17      A.   Mike and Trish Hatfield.

18      Q.   Do they live in Matewan?

19      A.   Yes.

20      Q.   What's your mother ease maiden name?

21      A.   Coyer, C-O-Y-E-R.

22      Q.   Coyer?

23      A.   Yes.

24      Q.   Who are your in laws, Doug's parents?

K.D. v.                                                                    VALERIE PERKINS
JERRY SWAFFORD, et al.                                                      May 09, 2018

```
 1        A.   Doug and Linda.  His father is not alive.

 2        Q.   Do you know what Linda's maiden name is?

 3        A.   Hardesty.

 4        Q.   What does your husband do for a living?

 5        A.   He's a boss in the mines.

 6        Q.   Do you know which mine he works for?

 7        A.   Hampton Coal.

 8        Q.   Campton?

 9        A.   Hampton.

10        Q.   Hampton?

11        A.   It's Black Hawk Mines.

12        Q.   How long has he worked for Black Hawk?

13        A.   About two years.

14        Q.   Has he done anything besides mining work?

15        A.   Uh-uh.

16        Q.   Okay.  Do you or your husband have any

17   family members through second cousin who live or

18   work in Kentucky?

19        A.   Probably.

20        Q.   Okay.  When you say probably, kind of

21   give me an idea.

22        A.   It would be my husband's cousins.

23        Q.   Okay.  Just in general who are they,

24   where would they live, where would they work?
```

1    A.  I really don't know.  Ricky Hardesty is

2  the one I'm thinking of.  He lives in Kentucky,

3  but I'm not positive where he works.

4    Q.  Any other family members you can think of

5  off the top of your head?

6    A.  (Witness indicates.)

7    Q.  So we've got Ricky Hardesty which is your

8  husband's cousin.  He may or may not work in

9  Kentucky.  Does he live in Kentucky?

10    A.  Yes.

11    Q.  Okay.  Where does he live, what county?

12    A.  I think he lives at Stone.  I'm not

13  positive on that though.

14    Q.  All right.  Okay.  All right.  From what

15  I've seen in the file, your daughter S█████

16  Perkins attended a party at the home of Jerry

17  Swafford?

18    A.  Yes.

19    Q.  Could you just in general tell me what

20  you know about that?  How did she end up going to

21  the party?

22    A.  She was friends with his daughter.

23    Q.  Okay.  Is that Jeri Brit?

24    A.  Yes.

1       Q.   Do you know how she learned of the party?

2       A.   She had been staying with Jeri Brit a

3    pretty good lot of that summer.  They had become

4    friends and she hang out there a lot during that

5    summer.

6       Q.   Okay.  Which summer would that have been

7    if you recall?

8                THE DEPONENT:  It was last summer;

9    right?

10               MR. DONOVAN:  I can't help you.  You

11   can probably ask him.

12      A.   I have short term memory loss.  It was

13   last summer, so it would have been 2016.  Or '17.

14      Q.   It's 2016.  Do you know how your daughter

15   knew Jeri Brit Swafford?

16      A.   Just from other friends, social media.

17      Q.   Did you know your daughter was hanging

18   out with Jeri Brit at the Swafford home?

19      A.   Yes.  She came to my home also.

20      Q.   Okay, so Jerry Brit had been to your

21   home.

22      A.   Uh-huh.

23      Q.   Okay.  Who were some of the other

24   children I guess that would come to your home that

```
 1    were -- is there a group or was it just Jeri Brit?
 2        A.  That was related to that?
 3        Q.  Yes.
 4        A.  Briana Harrington.
 5        Q.  Okay.
 6        A.  That would be all.
 7        Q.  Okay.  Do you know Briana Harrington?
 8        A.  Yes.
 9        Q.  Who is Briana Harrington?
10        A.  She was a friend of Jeri's and Su█████met
11    her through Jeri and they all became friends.
12        Q.  Do you know where Briana was from?
13        A.  Knott County.
14        Q.  Do you know how Jeri Brit and your
15    daughter came to know Briana Harrington?
16        A.  Not sure.
17        Q.  Okay.
18        A.  I mean, my daughter came to know her
19    because she was friends with Jeri Brit first.
20        Q.  So your daughter met --
21        A.  Briana through Jeri.
22        Q.  Briana Harrington through Jeri Brit?
23        A.  Yes.
24        Q.  And to your knowledge Briana Harrington
```

1   would have attended schools in Knott County?

2       A.   Yes.

3       Q.   Did you ever talk to Briana's parents?

4       A.   No.

5       Q.   Do you know who Mark Gannon is?

6       A.   No.

7       Q.   Do you know who Reed Adkins is?

8       A.   They're the employees of the Belfry High

9   School.

10      Q.   So it's your understanding Reed Adkins is

11  employed at Belfry High School?

12      A.   And Mark Gannon.

13      Q.   Okay.  All right.  So it's your

14  understanding Gannon and Adkins are employees of

15  Belfry High School?

16      A.   (Witness indicates.)

17      Q.   Okay.  Have you ever talked to Reed

18  Adkins?

19      A.   No.

20      Q.   Okay.  Do you recall when during the

21  summer of 2016 your daughter would have started

22  spending time with Jeri Brit Swafford?

23      A.   They had been friends, you know, on and

24  off before that, but she just kind of started

K.D. v.                                                    VALERIE PERKINS
JERRY SWAFFORD, et al.                                         May 09, 2018

 1   hanging out there a lot that summer when school

 2   was out.

 3       Q.  So your daughter knew Jeri Brit

 4   previously.  How long would your daughter have

 5   known Jeri Brit, if you know?

 6       A.  I'm not positive, maybe six months.

 7       Q.  Okay.  Did your older daughter, do you

 8   know if she knew Jeri Brit Swafford?

 9       A.  Yeah, she had been at my house when she

10   was there.

11       Q.  Okay.  Had your older daughter ever been

12   to Jeri Brit Swafford's home to your knowledge?

13       A.  No.

14       Q.  After the summer of 2016, did your

15   daughter stay in contact with Jeri Brit Swafford?

16       A.  No.

17       Q.  I'm sorry?

18       A.  No.

19       Q.  Okay.

20       A.  Not that I know of.

21       Q.  Do you know how your daughter learned of

22   the party in October of 2016?

23       A.  She was there that week and she was there

24   the day before.

1    Q.  She was where?

2    A.  The party was for Briana.

3    Q.  Okay.

4    A.  It was her birthday.  I think it was also

5 Jeri's birthday.

6    Q.  How did you know that?

7    A.  My daughter.

8    Q.  Okay.  Did you know that in October of

9 2016 or is that something you learned after?

10    A.  No, I knew they were having a party.

11    Q.  Okay.

12    A.  It wasn't going to be that kind of party.

13 I mean, I knew they were getting birthday cake.

14    Q.  When you say that kind of party, what do

15 you mean?

16    A.  I did not know there was going to be

17 alcohol.

18    Q.  When did you first learn about the party

19 in October of 2016, if you recall?

20    A.  Earlier that day.

21    Q.  And who did you learn about the party

22 from?

23    A.  My daughter.

24    Q.  Did your daughter tell you she planned on

1  going to the party?

2      A.  Yes.

3      Q.  How old was your daughter at the time?

4      A.  Sixteen.  I called and talked with Jerry

5  about the party before the party.

6      Q.  Jerry or Jeri Brit?

7      A.  Jerry.

8      Q.  Okay.  All right.  Did you know Jerry

9  Swafford before?

10     A.  No.

11     Q.  Okay.

12             MR. DONOVAN:  Object to the form.

13  Might be helpful to clarify before when.

14             MR. SHAW:  I'm getting there.

15     Q.  So you didn't know Jerry Swafford prior

16  to October 2016?

17     A.  Yeah, I met him like beginning of the

18  summer when my daughter started staying there.

19     Q.  Did your daughter stay the night at the

20  Swafford home?

21     A.  The night of the party or any time?

22     Q.  Before October, during the summer of

23  2016.

24     A.  Yes.

K.D. v.
JERRY SWAFFORD, et al.

VALERIE PERKINS
May 09, 2018

1      Q.   Were you ever concerned prior to October

2  of 2016 about your daughter staying the night at

3  the Swafford home?

4      A.   No.

5      Q.   Okay.  On how many occasions had you

6  spoke with Jerry Swafford before the party in

7  October of 2016?

8      A.   Quite a bit.

9      Q.   Okay.

10      A.   Probably six times.

11      Q.   Six times.  Any red flags or concerns?

12      A.   There were a couple.

13      Q.   Okay.  What kind of red flags?  What were

14  your concerns?

15      A.   One time in particular he was suppose to

16  come and pick my daughter up to take her to a

17  track meet at Belfry High School with his daughter

18  and Briana, but when he come to pick her up, it

19  was only him and Briana.  His daughter wasn't with

20  him.  And it was like 7:00 o'clock in the morning

21  and I thought that was odd.

22      Q.   When would that have been?

23      A.   It was like around when school first

24  started so I guess the end of August.

K.D. v.                                                     VALERIE PERKINS
JERRY SWAFFORD, et al.                                      May 09, 2018

```
 1      Q.  Any other times?

 2      A.  Yes.  One time she was suppose to be at

 3  his house and I have a tracker on her phone and

 4  she knows I do so she had left her cell phone with

 5  him and told him she was going somewhere else.  So

 6  he knew she was lying to me and kept her phone

 7  there so that I would think she was there.

 8      Q.  Okay.

 9      A.  And I was calling, asking for her to call

10  me and he told me she was in the bathtub.  He lied

11  to me.

12      Q.  Okay.

13      A.  And I insisted, kept calling and insisted

14  I was not going to go to bed until I spoke with

15  her because I knew something wasn't right and he

16  finally called me back and said he had to

17  apologize, he was very sorry, it would never

18  happen again, but she had lied to him too.  She

19  was suppose to just went straight up the road and

20  came straight back, but she never came back.

21      Q.  Do you know where up the road she went

22  to?

23      A.  He said I think to a Donovan boy's house.

24      Q.  I think the record reflects there were
```

1  some boys that lived up the street or down the

2  street or something like that from the Swafford

3  home.  Is that consistent with what you know?

4      A.  It's not the same street, but, yeah,

5  pretty much.

6      Q.  To your knowledge, was your daughter

7  talking to or dating one of the boys down the

8  street?

9      A.  No.

10      Q.  Anything else that raised any red flags?

11      A.  One night they were all at my house,

12  those girls, and they were suppose to spend the

13  night with me.  They were wanting me to take them

14  to a bonfire, a party on a strip job and I was

15  refusing to take them.

16      They got mad, so they called Jerry to come and

17  get them.  They wanted to go home.  He came to

18  pick them up and I refused to let my daughter go.

19  I met him to pick up the other girls and he was

20  kind of insistent with me, you know, won't you

21  please let her go and I said, you know, no,

22  they've kind of showed their self at my house,

23  she's kind of in trouble, she's not allowed to go.

24  He acted like he got upset that I wouldn't let her

1  go and I heard later he did take them to the

2  party.

3       Q.  Who were the other girls at your house?

4       A.  Briana and there was a girl I think her

5  name was Montana.  That's the first time I ever

6  met her.  I'm not sure what her last name was.

7       Q.  Was Jeri Brit there?

8       A.  Yes.

9       Q.  Any other issues?

10      A.  Not I can think of.

11      Q.  Okay, but nothing -- nothing significant

12  enough that you prevented your daughter from going

13  back to the Swafford home; correct?

14      A.  Right.

15      Q.  Were any of these issues significant

16  enough that you called and reported them to anyone

17  or expressed any concerns to anyone about what had

18  happened?

19      A.  No.

20      Q.  Okay.  All right.  October 2016, the

21  Saturday evening party, had your daughter been to

22  the Swafford home that Friday?

23      A.  Uh-huh.

24      Q.  Okay.  How long had your daughter been at

1  the Swafford home that weekend?

2      A.  I think she went there Friday.

3      Q.  Okay and she was still there until, what,

4  Sunday?

5      A.  No, she left Saturday night.

6      Q.  She left Saturday night?

7      A.  Uh-huh.

8      Q.  When did she leave Saturday night?

9      A.  When she realized what had happened, they

10  left.

11      Q.  Okay.

12      A.  I'm not sure around what time that was.

13      Q.  You're talking about the incident between

14  Kendall Dotson and Jerry Swafford?

15      A.  Yes.

16      Q.  Okay.  Do you know what time that

17  occurred?

18      A.  (Witness indicates.)

19      Q.  You're shaking your head.  You've got to

20  answer out loud.

21      A.  I'm sorry.  I have no idea.  I was

22  actually trying to call.  I started trying to text

23  my daughter that night to get hold of her.  I

24  started texting Briana, checking on her.  Couldn't

1  get her to answer.  I called the house.  There was

2  no answer.

3     Q.  Okay.  Had you been in the Swafford home

4  before?

5     A.  Not inside, but I had been there to drop

6  my daughter off and Jerry would come out in the

7  driveway and talk to me.

8     Q.  How many times do you think you would

9  have been to the Swafford home to drop your

10 daughter off?

11    A.  That was the six times.

12    Q.  Okay, so about six times.  Any prior

13 notice there might be alcohol or something of that

14 nature --

15    A.  No.

16    Q.  -- at the Swafford home?

17    A.  Uh-uh.

18    Q.  Any prior notice of any other wild

19 parties or anything of that nature?

20    A.  No.  When he would come out in the

21 driveway and talk to me at my car, he always acted

22 like he was strict, he knew how teenage kids were.

23 He seemed just as concerned and as strict as I

24 was.  I felt that I could trust my daughter to be

 1  there.

 2      Q.  Okay.  Did Jeri Brit seem like a good

 3  kid?

 4      A.  Yeah.

 5      Q.  I don't want to get into it too much.

 6  It's my understanding you may have a claim against

 7  the Pike County Board of Education?

 8      A.  Yes.

 9      Q.  What is that claim based upon?

10      A.  That the school was informed that he was

11  going to be having a party with alcohol and then

12  nothing was done about it and the kids were -- my

13  daughter was very affected by what happened.

14      Q.  So the Pike County Board of Education is

15  located in Kentucky; correct?

16      A.  Yes.

17      Q.  And Chatteroy, is that where the party

18  was at?

19      A.  Yes.

20      Q.  And that's in West Virginia; correct?

21      A.  Yes.

22      Q.  Okay.  Do you know whether or not the

23  police had been contacted that evening or that

24  afternoon?

1      A.   They was the next morning.

2      Q.   I'm sorry?

3      A.   The next morning.

4      Q.   Contacted the next morning.  So you don't

5   know anything about the police being contacted the

6   evening before?

7      A.   No.  You meant that night?

8      Q.   Well, that afternoon or that night.

9      A.   No.

10     Q.   Okay.  Do you know a Cindy Anderson?

11     A.   Yes.

12     Q.   How long have you known Cindy Anderson?

13     A.   I've known her for a while.  I mean, not

14   very well.

15     Q.   Okay.  That's the other thing I was going

16   to ask.  Before the party or that weekend had you

17   talked to Cindy Anderson or had any communication

18   with Cindy Anderson?

19     A.   No.

20     Q.   You said that the school was informed

21   about the party with alcohol and did nothing about

22   it.  What do you know about any notice that was

23   given to the school or to any of the school

24   officials?

```
 1       A.   I was informed by Cindy that she had
 2  called after the fact.
 3       Q.   She called you after the fact; right?
 4       A.   After the incident happened, yes.
 5       Q.   What did Cindy tell you?
 6       A.   It's been a while.  I don't remember a
 7  lot of the details.  She just said, you know, let
 8  me know that she heard that it happened and that
 9  she had called the school and tried to tell them
10  that she knew that there was going to be alcohol
11  and stuff at the party and she heard what had
12  happened and she wished somebody would have
13  intervened before it happened.
14       Q.   She didn't tell you that she called the
15  police also?
16       A.   Uh-uh.
17       Q.   Okay.
18       A.   Not that I remember.
19       Q.   Okay.  That weekend, other than -- did
20  you drop your child off at the Swafford home that
21  Friday?
22       A.   Yes.
23       Q.   What time would that have been?
24       A.   Eleven or twelve o'clock.
```

 1     Q.   I'm sorry?

 2     A.   Eleven or twelve o'clock that day.  I'm

 3   not positive on that.

 4     Q.   And then when did you next talk to your

 5   daughter, if you recall?

 6     A.   I talked to her very regularly so I'm

 7   sure several times.

 8     Q.   Several times Friday or several times

 9   Saturday?

10     A.   Both.  I'm considered a nagging mom.

11     Q.   That's considered being a good mom so all

12   right.  When you talked to your daughter over the

13   weekend, did she indicate to you that there were

14   any I guess parties going on or things were

15   getting out of hand or anything of that nature?

16     A.   No, I was just wanting her to come home

17   that day and she said mom, it's Bri's birthday,

18   you're going to have a birthday party.  I had many

19   questions about what was going to be going on, who

20   all was going to be there.  She said Jerry was,

21   the dad was going to be there, they would be

22   supervised so I agreed to let her stay.

23     Q.   Uh-huh.

24     A.   She has asthma and allergies and she

```
 1   didn't have her medicine with her and I was
 2   somewhere else with my 12 year old and couldn't
 3   bring her medicine to her so my mom and dad
 4   dropped her medicine off at Jeri's house probably,
 5   it was like that evening maybe around 7:00.
 6       Q.  Saturday evening?
 7       A.  Uh-huh.  My mom and dad were there.  They
 8   dropped the medicine off.
 9       Q.  Wait a minute.  They dropped who off?
10       A.  My daughter's medicine.
11       Q.  Oh, I thought you said Madison.  Okay.
12   Sorry.  They dropped the medicine off?
13       A.  Yes.
14       Q.  About 7:00 that evening?
15       A.  Yes and I can't remember if he questioned
16   my mom and dad or if he questioned S████, but I
17   know I was questioning about her medicine which I
18   didn't think anything about at the time, but later
19   wondered if he was worrying about reactions to
20   other medicines because I was informed he had the
21   Ambien in their drinks.
22       Q.  Who informed you that he was putting
23   Ambien in their drinks?
24       A.  I think my daughter.  And I think she
```

1  said that Jeri Brit is the one that told her that.

2  She can tell you more in detail.

3      Q.  That's fine.

4      A.  But from what I remember was that his

5  excuse was that Kendall had had too much and she

6  needed to rest so he had put Ambien in her drink.

7      Q.  Did your daughter make any comment about

8  how much Kendall had had to drink?

9      A.  No.

10     Q.  So your parents were there at around 7:00

11  o'clock.  Did anything seem out of sorts at that

12  point?

13     A.  (Witness indicates.)

14     Q.  You're shaking your head again.

15     A.  I'm sorry.  If there was they --

16     Q.  They would have said something?

17     A.  Oh, yes.  She would not have stayed.

18     Q.  Did they make any comment about how many

19  kids were around at 7:00?

20     A.  No and then, like I said, I called Jerry

21  myself, asked him are you having a party for Bri,

22  he said yes.  I said okay, you know.  I know what

23  it was, it was my 12 year old was having a

24  birthday party at my house the same night and I

K.D. v.
JERRY SWAFFORD, et al.

VALERIE PERKINS
May 09, 2018

1  had a bunch of kids there and I had informed him

2  that I would be around, I know how teenagers are,

3  if he needed anything, call me.  You know, like I

4  said, I thought we were on the same page.  We

5  wanted to keep the kids in line.  I informed him

6  to call me if he needed anything.

7      Q.  When you called Jerry, roughly what time

8  would that have been?  I know it's been a couple

9  years.

10     A.  Probably around 8:00.

11     Q.  Okay, so around -- so after your mom and

12  dad had been there, you called Jerry to make sure

13  everything was --

14     A.  I think it was after that, yes.

15     Q.  Okay.  Did you hear any whooping and

16  hollering in the background or loud music?

17     A.  No.

18     Q.  Okay.  Things appeared fairly calm at

19  8:00?

20     A.  Yeah.

21     Q.  Did you talk to your daughter around 8:00

22  o'clock or when you called?

23     A.  No.

24     Q.  How far is your home from the Swafford

 1  home?

 2      A.  About 30 minutes.

 3      Q.  Do you know many people in Chatteroy?

 4      A.  No.

 5      Q.  I'm sorry?

 6      A.  No.

 7      Q.  Before this party in October, I think you

 8  indicated that you didn't have any, other than the

 9  three incidents there were kind of some red flags,

10  you didn't have any cause of concern for Jerry?

11      A.  No.

12      Q.  Had you heard anything about what was

13  going on at Jerry's house or anything about wild

14  parties or anything of that nature?

15      A.  No.

16      Q.  Do you think your daughter would have

17  told you if there had been other parties?

18      A.  No.

19      Q.  Do you have reason to believe that there

20  were other parties?

21      A.  Yes.

22      Q.  What's that based upon?

23      A.  Just from what I've been told.

24      Q.  What have you been told?

1      A.  Well, since the incident, yes, my

2  daughter has -- before she didn't tell me that

3  there were parties.

4      Q.  Okay?

5      A.  But since this has happened she has said

6  that he did give them drinks.

7      Q.  So this -- when you said that's what you

8  were told, you're saying that's what your daughter

9  told you?

10      A.  Yes.

11      Q.  Okay.  How long after the incident did

12  your daughter tell you that he had been giving

13  drinks before?

14      A.  Just, you know, as it progressed, as the

15  situation came out and every one was talking about

16  it happening, it all came out.

17      Q.  Okay.  Didn't know anything about any of

18  this before though; right?

19      A.  No.

20      Q.  I think you referred to yourself as the

21  nagging mom.  Okay, well, as a nagging mom, are

22  you generally protective over your daughters?

23      A.  Yes.

24      Q.  Do you generally want to know who they're

K.D. v.
JERRY SWAFFORD, et al.

VALERIE PERKINS
May 09, 2018

 1  with and who they're associating with?

 2      A.  Yes.

 3      Q.  Okay.  Had you done anything to vet or

 4  check out Jerry Swafford before your daughter was

 5  allowed to start spending time at the Swafford

 6  home?

 7      A.  Well, you know, I know he was employed by

 8  the school.

 9      Q.  Okay.

10      A.  Checked there.  I knew that he had full

11  custody of his daughter.

12      Q.  Okay.

13      A.  So, you know, I assumed he was deemed a

14  good father for the court system to take her away

15  from her mother and give her to her father and

16  then just from speaking with him, the things he

17  told me, he seemed --

18      Q.  Seemed okay?

19      A.  Just as much as I was.

20      Q.  Did you say you spoke with some people at

21  the school?

22      A.  No.

23      Q.  Okay.  I misunderstood you.  Did you talk

24  to anyone that knew Jerry Swafford, say, hey, what

1  kind of guy is this or anything of that nature?

2      A.   I didn't know anybody that knew him.

3      Q.   Okay.  Okay, so you talked to Jerry

4  Swafford around 8:00 o'clock, maybe a little bit

5  after on Saturday evening.  What's the next thing

6  you heard or what happened next?

7      A.   Well, like I said, you know, I talked to

8  her probably around 10:00 o'clock and then I

9  started texting her maybe around 12:00 or so to

10 see how things were going, make sure things were

11 okay.  Couldn't get an answer.

12     Q.   Okay, so around 10:00 o'clock Saturday

13 evening you spoke to your daughter again?

14     A.   I think so, yeah.

15     Q.   Did she seem okay?

16     A.   Yeah, well, it was text.

17     Q.   Okay, so you didn't talk to her, you were

18 texting with her?

19     A.   Uh-huh.

20     Q.   Okay.  Okay and then you said around

21 midnight you were texting and didn't get a

22 response?

23     A.   And calling.  Called his house.  No

24 answer.

1     Q.   Then what happened?

2     A.   The next morning -- trying to keep all

3   this straight.

4     Q.   Okay?

5     A.   I'm thinking the first notification I got

6   was from my daughter and she was at Haley McCoy's

7   house.

8     Q.   Okay.

9     A.   She informed me that she was there.  She

10  had a lot of things to tell me, but she was tired

11  and she was going to lay down.  The next phone

12  call I got was from the police station.

13    Q.   Which police station?

14    A.   Williamson, State Police.

15    Q.   So you got the West Virginia State

16  Police, not Williamson Police Department.  Okay.

17  So they called you at what time, if you recall?

18    A.   Maybe around 10:00 o'clock.

19    Q.   10:00 o'clock Sunday morning?

20    A.   Maybe earlier, maybe 9:00.

21    Q.   And what did the West Virginia State

22  Police tell you when they called?

23    A.   Said they had my daughter in there and

24  that I needed to come down.

1     Q.   Okay.  Did they tell you why they had
2  your daughter?
3     A.   I don't think they did.  I think maybe
4  S██████ had called me about that time and told me
5  what had happened.
6     Q.   Okay.  What did she tell you had
7  happened?
8     A.   She said that she couldn't find Kendall.
9  Said she went in the house.  I think she said she
10 went in to use the bathroom and I'm not sure, she
11 can tell you, like I said, a lot more about this
12 because I had never been in the home, but she said
13 there was like -- that Jeri Brit had two bedrooms.
14 I was kind of confused about it, but I'm not sure.
15    Anyway, she ended up walking into one of the
16 bedrooms and said Jerry was in there with Kendall
17 and he jumped up off the bed, his pants were down
18 and he jerked his pants up and she walked out.
19    Q.   And have you heard your daughter's
20 statement to the West Virginia State Police?
21    A.   I was there.
22    Q.   You were there?
23    A.   Yes.
24    Q.   Okay, so you heard what her details were

 1  to the state police?

 2      A.  Yes.

 3      Q.  And we've got that.  Did she ever tell

 4  you anything about that her statement wasn't

 5  accurate or she thought there was more to her

 6  statement or anything of that nature?

 7      A.  No.

 8      Q.  Did she give you any indication as to

 9  what time it was when she walked into the bedroom

10  or?

11      A.  No.

12      Q.  Okay.  You said your daughter had had

13  some issues, what type of issues has your daughter

14  had since this event?

15      A.  She's had a lot of anxiety.

16      Q.  Is this as a result of the party you

17  think.

18      A.  I feel so, yeah.

19      Q.  What type of anxiety issues has she had?

20      A.  She just stays real nervous.  She doesn't

21  really want to be an around a lot of people at a

22  time.  She seems to not have as much trust.

23  Worried about going places and doing things.

24      Q.  Okay.  Who does your daughter treat with?

1    A.   Aspire.   You're talking about therapy?

2    Q.   Yeah?

3    A.   Aspire Occupational.

4    Q.   Where is Aspire located at?

5    A.   Chapmanville.

6    Q.   How long has she treated with Aspire.

7    A.   I can't really remember when she first

8  started.

9    Q.   Do you happen to know whether or not if

10  Aspire provides any type of services to Kendall

11  Dotson?

12    A.   No, I don't know.

13    Q.   Did your daughter tell you what happened

14  after she walked in the bedroom?

15    A.   Yes.   She went back outside and got some

16  friends to go in and help get Kendall out.   They

17  got Kendall out and took her to the hospital.

18    Q.   Okay.   Did she tell you whether or not

19  they went straight to the hospital or whether they

20  went somewhere first?

21    A.   I can't remember.

22    Q.   Okay.   Did they tell you who drove to the

23  hospital?

24    A.   Haley McCoy I believe.

K.D. v.                                                                    VALERIE PERKINS
JERRY SWAFFORD, et al.                                                     May 09, 2018

1      Q.   Okay.  Do you know whether or not your

2   daughter had been drinking that evening?

3      A.   I'm not sure.

4      Q.   Okay.  Did your daughter make any comment

5   to you about how much Kendall Dotson had to drink

6   that evening?

7      A.   No.

8      Q.   After this party, did you have any

9   conversations with Jerry Swafford?

10     A.   No.

11     Q.   Did you have any conversations with Jeri

12  Brit Swafford?

13     A.   No.

14     Q.   How about Briana Harrington?

15     A.   No.

16     Q.   How about Cindy Anderson?

17     A.   Yes.

18     Q.   How many conversations would you have had

19  with Cindy Anderson about this event?

20     A.   Probably two.

21     Q.   Okay.  When would that have been roughly?

22     A.   Right after it happened.

23     Q.   Do you use social media?

24     A.   Yes.

1      Q.  Did you see Cindy's Facebook post?

2      A.  I don't think so.

3      Q.  Okay.  Is she a friend of yours on

4   Facebook?

5      A.  Yes.

6      Q.  Was she a friend of yours on Facebook

7   before this incident?

8      A.  Yes.

9      Q.  Before this incident, had you and Cindy

10  Anderson socialized before.

11     A.  No.

12     Q.  I'm trying to recall.  Cindy Anderson's

13  husband, does he happen to work with your husband?

14     A.  No.

15     Q.  Before this party in October 2016, did

16  you know Kendall Dotson?

17     A.  Yes.

18     Q.  How did you know Kendall?

19     A.  Her and S████ are friends.

20     Q.  I'm sorry?

21     A.  Her and S████ are friends.

22     Q.  How long have she and S████ been

23  friends?

24     A.  S████ could tell you more about that.

 1      Q.   Had Kendall been to your home?

 2      A.   She has been, yes.

 3      Q.   Had she been to your home before October

 4  2016?

 5      A.   I'm not positive.

 6      Q.   Okay.  But she has been to your home

 7  since October 2016?

 8      A.   Yes.

 9      Q.   Have you ever spoken to Kendall's mother?

10      A.   She went to the beach with us last year

11  so I spoke with her a little bit about our trip,

12  but other than that, no.

13      Q.   I'm sorry?

14      A.   Kendall went on vacation with us and I

15  spoke with her mother about that, but other than

16  that, no, I don't know her mother very well.

17      Q.   When was it she went on vacation with

18  you?

19      A.   Last summer.

20      Q.   In 2017?

21      A.   Uh-huh.

22      Q.   Okay.  Was your daughter being home

23  schooled in October of 2016?

24      A.   Yes.

 1      Q.   How long before October 2016 had your

 2  daughter been home schooled?

 3      A.   Probably a couple months.

 4      Q.   Couple months?

 5      A.   Uh-huh.

 6      Q.   Were there issues with the school?

 7      A.   Yeah.

 8      Q.   Okay.  What had happened at school that

 9  resulted in your daughter being home schooled?

10      A.   She -- she just didn't like the new

11  school where it was consolidated.

12      Q.   Okay.  Was she having problems?

13      A.   Not real big problems.  Just it was

14  overwhelming.  It was just the large school.

15      Q.   I guess what I was going to ask, were

16  there educational issues, social issues, was it a

17  combination of both?

18      A.   Pretty much educational.

19      Q.   Okay.  What type of student is your

20  daughter?

21      A.   She's doing okay now.  She does Penn

22  Foster.

23      Q.   Okay.  I guess what I meant was is she

24  receive any type of special services or anything

 1  like that?

 2      A.  No.

 3      Q.  So she wasn't under an IEP or anything of

 4  that nature?

 5      A.  No.

 6      Q.  And I only ask this because there's been

 7  a couple of witnesses in this case that's been the

 8  issue, but your daughter, she was not home

 9  schooled due to any pregnancy or anything of that

10  nature; correct?

11      A.  No.

12      Q.  Okay.  All right.  To your knowledge, has

13  your daughter ever been pregnant?

14      A.  No.

15      Q.  Other than, I guess, treating with

16  Aspire, has your daughter treated anywhere else

17  for anxiety issues or any issues as a result of

18  the party in October of 2016?

19      A.  No.

20      Q.  Okay.  Any issues with alcohol?

21      A.  No.

22      Q.  I'm sorry?

23      A.  No.

24      Q.  You got to speak up.  Sorry.  Any issues

K.D. v.
JERRY SWAFFORD, et al.

VALERIE PERKINS
May 09, 2018

 1  with drugs?

 2      A.  No.

 3      Q.  Okay.  You're doing a great job then.

 4  It's amazing how our area is plagued with those

 5  issues.  Any issue with depression?

 6      A.  Yes.

 7      Q.  What type of issues has your daughter had

 8  with depression?

 9      A.  She just stays in her room a lot.  She is

10  very irritated easily.  She's --

11      Q.  Okay.

12      A.  She doesn't keep contact with her

13  friends.  She's lost a lot of contact with a lot

14  of her older friends that she's had for a long

15  time.

16      Q.  This occurred after October of 2016?

17      A.  Yeah.

18      Q.  Okay.  Let's go off the record for just a

19  second.

20      (A brief recess was taken after which the

21  deposition continued as follows:)

22  BY MR. SHAW:

23      Q.  Any indication or any concerns that your

24  daughter had been provided alcohol during the

K.D. v.
JERRY SWAFFORD, et al.

VALERIE PERKINS
May 09, 2018

1  party in October 2016 or that your daughter had

2  been provided any drugs or anything of that

3  nature?

4      A.  Yeah, I have concerns that she probably

5  did if everyone else was, but I'm not aware of it.

6      Q.  Okay.

7      A.  I have concerns of what may have happened

8  the other times that she was there that maybe she

9  don't even know of if there was Ambien in her

10  drink.  That bothers me a lot.

11      Q.  Has your daughter ever indicated to you

12  she thought she had been drugged?

13      A.  No, but my mom has concerns.  They went

14  -- she wasn't feeling well one morning and my mom

15  and dad went and picked her up and mom said the

16  whole way home she kept saying she was sick and

17  she came home and threw up and we just, you know,

18  thought she was sick, thought she had a virus, but

19  after the fact of knowing the information.

20      Q.  Maybe hung over or --

21      A.  Concerned that maybe -- yeah.

22      Q.  Okay.  But you don't know anything for

23  sure?

24      A.  No.

K.D. v.
JERRY SWAFFORD, et al.

VALERIE PERKINS
May 09, 2018

1      Q.   Did your mother smell alcohol or anything
2  of that nature?
3      A.   No, no.
4      Q.   Okay.  The one morning that she came home
5  and was sick, is that the only time that you've
6  had any concern?
7      A.   Yes.
8      Q.   Okay.
9      A.   Well, I mean, I wasn't even concerned
10  about it at the time.
11      Q.   Just in hindsight, I understand.
12      A.   Yeah.
13      Q.   You mentioned your daughter had went,
14  your oldest daughter went to Belfry 8th through
15  10th grade.  Why did she leave Belfry?
16      A.   Honestly don't remember exactly her -- it
17  was difficult because I drove her everyday and it
18  was about a 30 minute drive.
19      Q.   Little bit more convenient?
20      A.   And I think she actually just kind of
21  wanted to graduate where she started with some
22  older friends.
23      Q.   Did your daughter ride the bus to school?
24      A.   No.

 1     Q.  I mean, in West Virginia did she ride the

 2  bus?

 3     A.  No, none of my kids ride the bus.

 4     Q.  Did you do anything to prepare for your

 5  deposition today?  And I don't want to know

 6  anything about what you talked to your attorney

 7  about, but did you review any documentation?

 8     A.  No.

 9     Q.  Watch any videos, listen to any audio

10  tapes, anything of that nature?

11     A.  No.

12     Q.  I don't want to know any details about

13  the relationship, but how long have you been a

14  client of Mr. Donovan and his firm?

15     A.  I'm thinking maybe since November.

16     Q.  November of what year?

17     A.  Sixteen, 2016.

18     Q.  Okay, since November of 2016.  Do you

19  anticipate filing an action in this against the

20  Pike County Board of Education?

21     A.  Yes.

22     Q.  You stated earlier that your claim was

23  based upon the fact that the party had occurred

24  and the school administrators had been put on

1  prior notice of the party?

2      A.  Yes.

3      Q.  Other than what Cindy Anderson told you

4  that she did, are you aware of any other notice

5  that school officials had that this party was

6  going to occur or that alcohol might be served at

7  this party?

8      A.  No.

9              MR. SHAW:  All right.  Pass the

10 witness.

11                 EXAMINATION

12 BY MR. OWSLEY :

13     Q.  Ms. Perkins, my name is Mike Owsley.  I

14 think I mentioned that when we started along with

15 Neal Smith we represent the Board of Education and

16 the superintendent Mr. Adkins and I have a few

17 follow up questions.  I wasn't sure who your

18 oldest daughter Shayla spells her name.

19     A.  S-H-A-Y-L-A.

20     Q.  Thank you.  When she attended Pike

21 County, particularly the Belfry High School, I

22 think you indicated it was probably about 2005 to

23 2007 when she was in the 8th to 10th grade.  Is

24 that approximately correct?

 1      A.   She graduated in 2009, so 2008, yeah.

 2      Q.   Did she ever indicate to you that she

 3  knew Jerry Swafford?

 4      A.   No.

 5      Q.   Did you ask her after this incident did

 6  she have -- did she know Mr. Swafford?

 7      A.   No.

 8      Q.   Never had any discussions with Shayla

 9  about Mr. Swafford?

10      A.   No.

11      Q.   You've already told us that you didn't

12  have any contact with Mr. Gannon, that that was

13  about Cindy Anderson and I want to be certain that

14  this is correct.  The Board of Education has five

15  members.  Did you have any contact with any

16  members of the Board of Education, Pike County

17  School District?

18      A.   No.

19      Q.   Either before this incident or after?

20      A.   No.

21      Q.   Did you ever have any contact with the

22  superintendent Reed Adkins about this matter

23  either before the incident or after?

24      A.   No.

1      Q.  Or about Mr. Swafford?

2      A.  No.

3      Q.  Is it a fair summary that you had no

4   contact with any school official in Pike County

5   about Mr. Swafford at any time?

6      A.  Yes.

7      Q.  I was a little unclear how much time your

8   daughter, S████, was spending at the Swafford

9   home the summer of 2016.  We know this weekend,

10  but before this weekend it sounded like she was

11  there fairly regularly.  Am I interpreting your

12  testimony fairly correctly?

13     A.  Yeah, she'd stay on the weekends.

14     Q.  Would it generally be she'd spend both

15  Friday and Saturday nights there and come home on

16  Sunday?

17     A.  Maybe a few times, not always.

18     Q.  So would she usually just spend one night

19  there?

20     A.  Yeah, sometimes though they'd come stay

21  at my house.

22     Q.  And when you talk about they, that would

23  be Jeri Brit?

24     A.  Yes.

```
 1      Q.   And your daughter?

 2      A.   Yes.

 3      Q.   And would Briana come too sometimes?

 4      A.   I think she maybe come one time.

 5      Q.   We'll ask S███, but from your knowledge

 6   and what you have been told, do you know who else

 7   was at the party at Mr. Swafford's house on

 8   October 15, 2016 other than the people you already

 9   mentioned?

10      A.   No.

11      Q.   The time that S███ left her phone with

12   Mr. Swafford and then went somewhere else because

13   you had the tracker on the phone and she didn't

14   want you to know where she was, can you help me

15   understand about when that would have been in

16   relation to the event of October 15 of 2016?

17      A.   Maybe a couple weeks before.

18      Q.   Probably earlier in October?

19      A.   Uh-huh.

20      Q.   Or maybe even late September?

21      A.   No, it was probably fairly close to that,

22   around that time.

23      Q.   Okay.  And that incident, I think you

24   indicated that Mr. Swafford eventually called you
```

1  back and apologized and said that S███ had lied

2  to him too.

3      A.  Well, he said that he was worried and he

4  was going to go looking for them.  And Bri was

5  with her also.  They were both suppose to be

6  staying at his house and he let them leave.

7      Q.  You said something about they had gone to

8  a Donovan boy's up the street?

9      A.  Yes, but they didn't.

10      Q.  How did you know --

11      A.  That's what he said.  He said that's

12  where he thought they were going.

13      Q.  Did you eventually learn where she did

14  go?

15      A.  Yes.

16      Q.  Where did she about?

17      A.  Pikeville.

18      Q.  Who was driving?

19      A.  I think, I'm not positive, S███ can

20  tell you, but I think probably the Montana girl.

21      Q.  In the summer of 2016, Su███ was 15

22  years old?  I'm asking.  Is that correct?

23      A.  I think so.

24      Q.  What's her birth date?

1    A.   November 22nd, 2000.  Yeah, yeah, so '15.

2    Q.   So she wasn't driving at that point in

3  time?

4    A.   No.

5    Q.   So when you finally found out from S█████

6  where they had gone, you believe the Montana girl

7  was driving.  Did she tell you why they went to

8  Pikeville?

9    A.   I honestly can't remember.

10   Q.   Was it to attend another party?

11   A.   I'm thinking so.  I'm thinking that

12 Briana knew someone over there, maybe her

13 boyfriend or something was over there.

14   Q.   As you reflect back on it now, do you

15 believe that your daughter, S█████, was drinking

16 alcoholic beverages prior to October '15 of 2016,

17 the date of the party?

18   A.   I think so.

19   Q.   Do you think she was drinking alcoholic

20 beverages other than at Jerry Swafford's home?

21   A.   Not that I know of.

22   Q.   Did she tell you that Mr. Swafford gave

23 her drinks or did you assume that?

24   A.   She said he did.

1        Q.   Did she tell you that he put Ambien in
2    her drink or did she ever say that to you?
3        A.   No.
4        Q.   How did you come to believe that
5    Mr. Swafford had put Ambien in somebody's drink?
6        A.   She could tell you more accurately, but I
7    believe she said that Jeri Brit told her that he
8    did.
9        Q.   You indicated that since the events of
10   October 2016 S█████ has had signs of depression
11   and anxiety and was treated at Aspire.  Is she
12   still being treated at Aspire?
13       A.   She hasn't been in a while.  I can't even
14   get her to go.  She says she cries when she goes
15   and she doesn't like to cry in front of people.
16   She's real withdrawn right now.
17       Q.   About when was her last time she was seen
18   at Aspire?
19       A.   Maybe four or five months ago.
20       Q.   And about how long a period was she seen
21   there from?  Was it for a month or six months, how
22   long was it?
23       A.   About a month.
24       Q.   I'm sorry?

1  A. About a month.

2  Q. She was seen for about a month.  So she

3 wasn't seen at Aspire right after this happened?

4  A. No.  She -- she had been to a couple of

5 other doctors.

6  Q. Do you remember who?

7  A. I forget the doctors' names.  I was

8 thinking it was Doctor Kelly.

9  Q. Was that a psychiatrist or counselor or

10 just a medical doctor?

11  A. It was just a family practitioner, but

12 and then he's the one that referred her to Aspire.

13  Q. At the time of this party, did S█████

14 have a boyfriend?

15  A. No.

16  Q. Was she permitted to date at that age?

17  A. No.

18  Q. So to your knowledge at least she didn't

19 have a boyfriend?

20  A. No.  Su█████still don't have a boyfriend.

21  Q. Well, you've indicated lately she really

22 doesn't want to get out, she just wants to stay in

23 her room, doesn't want to be --

24  A. I mean, she does, she does go out, but

1   she is real hesitant about it.  She's nervous.

2   She'll only go if she's got a real good friend,

3   you know.

4       Q.  Who are her good girlfriends now?

5       A.  She honestly doesn't have any at this

6   point.  She's just -- she'll get in a relationship

7   and it's like it doesn't last, you know, she's

8   constantly changing her friends.

9       Q.  Since she's home schooled she doesn't

10  have that interaction she'd have in a public

11  school setting so she doesn't have the same

12  opportunity to be with other kids?

13      A.  Mostly social media.

14      Q.  You indicated that Kendall Dotson went on

15  vacation with your family in the summer of 2017.

16  Is that the first time that Kendall had ever been

17  in that kind of a situation with your family?

18      A.  Yes.

19      Q.  Was that a trip you all took together?

20      A.  Yes.

21      Q.  Where did you all go?

22      A.  Myrtle Beach.

23      Q.  Kendall is now in college?

24      A.  Yes.

1      Q.   So do you see her anymore?

2      A.   Yeah, when she comes in on the weekends I

3   see her every now and then.

4      Q.   So she and S█████ are still friends?

5      A.   Yes.

6      Q.   Did Kendall talk to you about what

7   happened to her that evening?

8      A.   No.

9      Q.   Give me a minute.  That's all the

10  questions I have.

11              MR. THOMPSON: I don't have any

12  questions.

13              MR. DONOVAN:  Nothing from me.

14              MR. SHAW:  I've got a couple of

15  quick ones in response.

16                   EXAMINATION

17  BY MR. SHAW:

18     Q.   Are you saying your daughter does not

19  socialize at all?

20     A.   Yeah, she does.

21     Q.   How far do you all live from Belfry High

22  School?

23     A.   Twenty-five minutes, thirty minutes.

24     Q.   Do you know if your daughter travels to

```
1   that area to hang out with friends and spend time

2   with friends?

3       A.  Yes, she does?

4       Q.  She does?  Quite often?

5       A.  Uh-huh.

6       Q.  Okay.  What other areas around the Belfry

7   area, you know, your daughter will socialize

8   there, what other areas between West Virginia and

9   Kentucky will your daughter go to socialize?

10      A.  She goes to Logan sometimes.

11      Q.  Does she have many friends in Logan?

12      A.  A few.

13      Q.  Do you know whether or not your daughter

14  utilizes social media?

15      A.  Yes.

16      Q.  Do you know if that's how she keeps track

17  of or exchanges information with friends?

18      A.  Yes.

19      Q.  And did I just asked you if she used

20  Facebook or social media?

21      A.  Social media?

22      Q.  Okay.  Does she use Facebook?

23      A.  Yes.

24      Q.  Other than Facebook, do you know if she
```

 1  uses Twitter?

 2      A.  I think so.

 3      Q.  Do you know what other services she uses,

 4  utilizes?

 5      A.  I'm sure she has Snapchat, Instagram.

 6      Q.  Do you use Instagram?

 7      A.  No.

 8      Q.  Do you use Snapchat?

 9      A.  No.

10      Q.  Do you use Facebook?

11      A.  Yeah.

12      Q.  Do you use Twitter?

13      A.  No.

14      Q.  Do you monitor your daughter's Facebook

15  account?

16      A.  Yeah, I go on her page.

17      Q.  Okay.  Do you know how many friends she

18  has on her Facebook account?

19      A.  A lot.

20      Q.  Are we talking hundreds or thousands?

21      A.  Probably thousands.

22      Q.  Okay.  All right.

23              MR. SHAW:  I think that's it.

24              MR. OWSLEY :  Real quick.

```
1                      EXAMINATION
2   BY MR. OWSLEY :
3       Q.  Does your daughter now have a drivers
4   license?
5       A.  Yes.
6       Q.  So when she goes to Belfry and these
7   other areas, she drives herself generally?
8       A.  Yes.
9       Q.  Does she have her own car?
10      A.  Yes.
11      Q.  What does she drive.
12      A.  Scion TC.
13      Q.  And the text message you said that you
14  got or you exchanged with S█████ about 10:00 p.m.
15  on the night of the event at Swafford's home, did
16  you keep it?
17      A.  Probably.
18      Q.  Would you look on your phone and see if
19  it's still there?
20      A.  Yeah.
21              MR. DONOVAN:  You don't have to do
22  it right now.
23              MR. OWSLEY:  Well, I'd like to know
24  what it says so I can ask her a question about it.
```

```
 1                    THE DEPONENT:  I have no idea if
 2  it --
 3                    MR. OWSLEY:  I don't know if she
 4  kept it, but if she kept it I'd like to --
 5                    THE DEPONENT:  I don't think they
 6  store that long, do they?
 7                    MR. DONOVAN:  You can look if you
 8  want.
 9                    MR. OWSLEY:  If it's not there, it's
10  not there, but I'd like you to look.
11                    THE DEPONENT:  I don't think
12  messages store back that far.
13                    MR. OWSLEY:  I thought they stored
14  indefinitely, but I may be incorrect.
15                    THE DEPONENT:  Well, I probably --
16  every so often I have to go back and try to delete
17  some of my text messages because I don't have
18  storage on my phone.
19                    MR. DONOVAN:  I'm not suggesting --
20  this could take hours.  She's going through --
21                    THE DEPONENT:  I blow my daughter's
22  phone up, okay?  I told you, I'm a nagging mom.
23  As you can see, I nag, nag, nag, nag, nag.  No
24  answers back.
```

```
 1              MR. OWSLEY:  It sounds like you
 2   generally text her a lot more than she texts you
 3   back?
 4              THE DEPONENT:  Yeah.  Well, I get
 5   some long texts from her.
 6              MR. OWSLEY:  I was just trying to
 7   pin town that evening in terms of when the text
 8   exchange occurred that you said you thought was
 9   about 10:00 p.m. on October 15 of 2016.
10              THE DEPONENT:  I probably texted her
11   all day that day.
12              MR. OWSLEY:  Okay.
13              MR. DONOVAN:  Mike, it's going to be
14   a while.  She's scrolling.  She's still in April
15   so why don't we just go off the record.
16              MR. OWSLEY:  Maybe since we're going
17   to talk to S_____, she can look while she's
18   waiting for S_____
19              THE DEPONENT: I can look and see if
20   they go back that far.
21              MR. OWSLEY:  And whatever you find,
22   we can come back and ask her if she found
23   anything.
24              THE DEPONENT:  We talk a lot, so --
```

K.D. v.
JERRY SWAFFORD, et al.

VALERIE PERKINS
May 09, 2018

```
 1              MR. SHAW:  Since you are
 2  representing, I would make a formal request that
 3  you not delete any messages and that you attempt
 4  to locate the messages and produce screen shots of
 5  those messages.
 6              THE DEPONENT:  Which they may
 7  already be deleted.
 8              MR. SHAW:  Okay.
 9              THE DEPONENT: I honestly didn't
10  think they stored that long.
11              MR. SHAW:  I'm just making the
12  request.
13              THE DEPONENT:  But if they are
14  deleted, it wasn't on purpose.  It's just I have
15  to get rid of some space.
16              MR. DONOVAN:  Are we done?
17              MR. SHAW:  Yeah.
18              MR. DONOVAN:  Okay.
19              (Having indicated she would like to
20  waive reading and signing of her deposition,
21  further this deponent saith not.)
22                      --oOo--
23
24
```

 1 │ STATE OF WEST VIRGINIA,
   │ COUNTY OF KANAWHA, to wit;
 2 │
   │        I, Angela L. Curtis, a Notary Public within and
 3 │ for the County and State aforesaid, duly commissioned and
   │ qualified, do hereby certify that the foregoing deposition
 4 │ of Valerie Perkins was duly taken by me and before me at
   │ the time and place and for the purpose specified in the
 5 │ caption hereof, the said witness having been by me first
   │ duly sworn.
 6 │
   │        I further certify that the attached deposition
 7 │ transcript of Valerie Perkins meets the requirements set
   │ forth within Article 27, Chapter 47 of the West Virginia
 8 │ Code to the best of my ability.
   │
 9 │        I do further certify that the said deposition was
   │ correctly taken by me in shorthand notes, and that the
10 │ same were accurately written out in full and reduced to
   │ typewriting and that the witness did not request to read
11 │ her transcript.
   │
12 │        I further certify that I am neither attorney or
   │ counsel for, nor related to or employed by, any of the
13 │ parties to the action in which this deposition is taken,
   │ and further that I am not a relative or employee of any
14 │ attorney or counsel employed by the parties or financially
   │ interested in the action.
15 │
   │        My commission expires August 23, 2022.  Given
16 │ under my hand this 9th day of May 2018.
17 │
18 │
19 │
20 │
21 │         
22 │
23 │
24 │
25 │

K.D. v.
JERRY SWAFFORD, et al.

VALERIE PERKINS
May 09, 2018

---

**-**

**--ooo--** 65:22

---

**1**

**10:00** 36:8,12 37:18,19 62:14 64:9
**10th** 11:1 48:15 50:23
**12** 8:17 30:2 31:23
**12:00** 36:9
**15** 53:8,16 54:21 55:1,16 64:9
**17** 5:19 8:14 9:4 14:13
**1990** 7:11
**1990s** 7:12

---

**2**

**2000** 55:1
**2005** 11:2 50:22
**2007** 11:2 50:23
**2008** 51:1
**2009** 10:16,18 51:1
**2016** 14:13,14 16:21 17:14,22 18:9,19 19:16,23 20:2,7 23:20 42:15 43:4,7,23 44:1 45:18 46:16 47:1 49:17,18 52:9 53:8, 16 54:21 55:16 56:10 64:9
**2017** 43:20 58:15
**22nd** 55:1
**25670** 5:17
**26** 8:14

---

**3**

**30** 33:2 48:18
**38** 6:16

---

**4**

**4587** 5:15
**47** 6:17
**48** 6:15

---

**7**

**7:00** 20:20 30:5,14 31:10,19

---

**8**

**8:00** 32:10,19,21 36:4
**8th** 11:1 48:14 50:23

---

**9**

**911** 5:14
**9:00** 37:20
**9th** 11:1

---

**A**

**account** 61:15,18
**accurate** 39:5
**accurately** 56:6
**acted** 22:24 25:21
**action** 49:19
**address** 5:14
**Adkins** 16:7,10,14, 18 50:16 51:22

**administrators** 49:24
**affected** 26:13
**afternoon** 26:24 27:8
**age** 6:14 57:16
**ages** 8:13
**agreed** 29:22
**alcohol** 18:17 25:13 26:11 27:21 28:10 45:20 46:24 48:1 50:6
**alcoholic** 55:16,19
**alive** 12:1
**allergies** 29:24
**allowed** 22:23 35:5
**amazing** 46:4
**Ambien** 30:21,23 31:6 47:9 56:1,5
**Anderson** 27:10, 12,17,18 41:16,19 42:10 50:3 51:13
**Anderson's** 42:12
**answers** 63:24
**anticipate** 49:19
**anxiety** 39:15,19 45:17 56:11
**anymore** 59:1
**apologize** 21:17
**apologized** 54:1
**appeared** 32:18
**approximately** 50:24
**April** 64:14
**area** 8:18 46:4 60:1,7
**areas** 60:6,8 62:7

**Aspire** 40:1,3,4,6, 10 45:16 56:11,12, 18 57:3,12
**associating** 35:1
**assume** 55:23
**assumed** 35:13
**asthma** 29:24
**attempt** 65:3
**attend** 6:13 9:6,11, 12 10:11,12,23 11:3 55:10
**attended** 9:15,16 13:16 16:1 50:20
**attending** 9:8
**attorney** 5:2 49:6
**audio** 49:9
**August** 20:24
**average** 6:23
**aware** 47:5 50:4

---

**B**

**back** 6:14 21:16,20 23:13 40:15 54:1 55:14 63:12,16,24 64:3,20,22
**background** 6:21 32:16
**Ballpark** 10:6
**based** 26:9 33:22 49:23
**bathroom** 38:10
**bathtub** 21:10
**beach** 43:10 58:22
**bed** 21:14 38:17
**bedroom** 39:9 40:14
**bedrooms** 38:13, 16

**beginning** 19:17
**Belfry** 11:5 16:8, 11,15 20:17 48:14, 15 50:21 59:21 60:6 62:6
**beverages** 55:16, 20
**big** 44:13
**birth** 6:4 54:24
**birthday** 18:4,5,13 29:17,18 31:24
**bit** 20:8 36:4 43:11 48:19
**Black** 12:11,12
**blow** 63:21
**Board** 26:7,14 49:20 50:15 51:14, 16
**bonfire** 22:14
**born** 5:20
**boss** 12:5
**bothers** 47:10
**boy's** 21:23 54:8
**boyfriend** 55:13 57:14,19,20
**boys** 22:1,7
**break** 5:1
**Bri** 31:21 54:4
**Bri's** 29:17
**Briana** 15:4,7,9,12, 15,21,22,24 18:2 20:18,19 23:4 24:24 41:14 53:3 55:12
**Briana's** 16:3
**bring** 30:3
**Brit** 13:23 14:2,15, 18,20 15:1,14,19, 22 16:22 17:3,5,8,

---

12,15 19:6 23:7
26:2 31:1 38:13
41:12 52:23 56:7

**bunch** 32:1

**bus** 48:23 49:2,3

---

**C**

**C-O-Y-E-R** 11:21

**cake** 18:13

**call** 21:9 24:22
32:3,6 37:12

**called** 4:2 19:4
21:16 22:16 23:16
25:1 28:2,3,9,14
31:20 32:7,12,22
36:23 37:17,22
38:4 53:24

**calling** 21:9,13
36:23

**calm** 32:18

**Campton** 12:8

**car** 25:21 62:9

**case** 8:21,24 45:7

**cell** 21:4

**Central** 9:7 11:12

**certifications** 7:6

**changing** 58:8

**Chapmanville**
40:5

**Charged** 7:18

**Chatteroy** 26:17
33:3

**check** 35:4

**Checked** 35:10

**checking** 24:24

**child** 28:20

**children** 8:10
14:24

**Cindy** 27:10,12,17,
18 28:1,5 41:16,19
42:9,12 50:3 51:13

**Cindy's** 42:1

**civil** 7:22

**claim** 26:6,9 49:22

**clarify** 19:13

**classes** 9:12

**client** 49:14

**close** 53:21

**Coal** 12:7

**college** 58:23

**combination**
44:17

**comment** 31:7,18
41:4

**communication**
27:17

**concern** 33:10
48:6

**concerned** 20:1
25:23 47:21 48:9

**concerns** 20:11,14
23:17 46:23 47:4,7,
13

**confused** 38:14

**confusing** 4:20

**considered** 29:10,
11

**consistent** 22:3

**consolidated**
11:11,13 44:11

**constantly** 58:8

**contact** 17:15
46:12,13 51:12,15,
21 52:4

**contacted** 26:23
27:4,5

**continued** 46:21

**convenient** 48:19

**conversations**
41:9,11,18

**convicted** 7:16

**correct** 23:13
26:15,20 45:10
50:24 51:14 54:22

**correctly** 52:12

**counsel** 4:14

**counselor** 57:9

**county** 9:12,16
10:11,12,19,22,24
11:4 13:11 15:13
16:1 26:7,14 49:20
50:21 51:16 52:4

**couple** 20:12 32:8
44:3,4 45:7 53:17
57:4 59:14

**court** 7:21,22
35:14

**cousin** 12:17 13:8

**cousins** 12:22

**Coyer** 11:21,22

**Creek** 5:15,16 11:5

**cries** 56:14

**crime** 7:18

**criminal** 7:22

**cry** 56:15

**custody** 35:11

---

**D**

**dad** 29:21 30:3,7,
16 32:12 47:15

**date** 6:4 54:24
55:17 57:16

**dating** 22:7

**daughter** 9:3,19

13:15,22 14:14,17
15:15,18,20 16:21
17:3,4,7,11,15,21
18:7,23,24 19:3,18,
19 20:2,16,17,19
22:6,18 23:12,21,
24 24:23 25:6,10,
24 26:13 29:5,12
30:24 31:7 32:21
33:16 34:2,8,12
35:4,11 36:13 37:6,
23 38:2 39:12,13,
24 40:13 41:2,4
43:22 44:2,9,20
45:8,13,16 46:7,24
47:1,11 48:13,14,
23 50:18 52:8 53:1
55:15 59:18,24
60:7,9,13 62:3

**daughter's** 30:10
38:19 61:14 63:21

**daughters** 34:22

**day** 17:24 18:20
29:2,17 64:11

**deemed** 35:13

**Defendants** 4:2

**delete** 63:16 65:3

**deleted** 65:7,14

**Department** 37:16

**deponent** 14:8
63:1,5,11,15,21
64:4,10,19,24 65:6,
9,13,21

**deposition** 4:11
46:21 49:5 65:20

**depression** 46:5,8
56:10

**detail** 31:2

**details** 28:7 38:24
49:12

**difficult** 48:17

**discussions** 51:8

**District** 9:13 51:17

**doctor** 57:8,10

**doctors** 57:5

**doctors'** 57:7

**documentation**
49:7

**Donovan** 14:10
19:12 21:23 49:14
54:8 59:13 62:21
63:7,19 64:13
65:16,18

**Dotson** 24:14
40:11 41:5 42:16
58:14

**Doug** 10:3 11:14
12:1

**Doug's** 11:24

**drink** 5:3 31:6,8
41:5 47:10 56:2,5

**drinking** 41:2
55:15,19

**drinks** 30:21,23
34:6,13 55:23

**drive** 48:18 62:11

**drivers** 62:3

**drives** 62:7

**driveway** 25:7,21

**driving** 54:18 55:2,
7

**drop** 25:5,9 28:20

**dropped** 30:4,8,9,
12

**drove** 40:22 48:17

**drugged** 47:12

**drugs** 46:1 47:2

**due** 45:9

**duly** 4:3

## E

**earlier** 18:20 37:20 49:22 53:18

**ease** 11:20

**easily** 46:10

**education** 6:11 26:7,14 49:20 50:15 51:14,16

**educational** 44:16,18

**Eighty-eight** 6:20

**Eleven** 28:24 29:2

**employed** 7:8,10 16:11 35:7

**employees** 16:8, 14

**end** 13:20 20:24

**ended** 38:15

**evening** 23:21 26:23 27:6 30:5,6, 14 36:5,13 41:2,6 59:7 64:7

**event** 39:14 41:19 53:16 62:15

**events** 56:9

**eventually** 53:24 54:13

**everyday** 48:17

**EXAMINATION** 4:5 50:11 59:16 62:1

**exchange** 64:8

**exchanged** 62:14

**exchanges** 60:17

**excuse** 6:7 31:5

**expressed** 23:17

## F

**Facebook** 42:1,4,6 60:20,22,24 61:10, 14,18

**fact** 28:2,3 47:19 49:23

**fair** 4:23 6:23 52:3

**fairly** 32:18 52:11, 12 53:21

**familiar** 8:6,8

**family** 12:17 13:4 57:11 58:15,17

**father** 12:1 35:14, 15

**feel** 39:18

**feeling** 47:14

**felony** 7:16

**felt** 25:24

**file** 13:15

**filing** 49:19

**finally** 21:16 55:5

**find** 38:8 64:21

**fine** 10:6 31:3

**firm** 49:14

**flags** 20:11,13 22:10 33:9

**follow** 50:17

**forget** 57:7

**form** 19:12

**formal** 65:2

**Forty-seven** 6:9

**Foster** 44:22

**found** 55:5 64:22

**Friday** 23:22 24:2 28:21 29:8 52:15

## G

**Gannon** 16:5,12, 14 51:12

**gave** 55:22

**general** 12:23 13:19

**generally** 34:22,24 52:14 62:7 64:2

**girl** 23:4 54:20 55:6

**girlfriends** 58:4

**girls** 22:12,19 23:3

**give** 12:21 34:6 35:15 39:8 59:9

**giving** 34:12

**good** 6:24 14:3 26:2 29:11 35:14 58:2,4

**gosh** 10:5

**grade** 11:1 48:15 50:23

**graduate** 6:19 10:14 48:21

**graduated** 10:19, 21 51:1

**great** 46:3

**group** 15:1

**guess** 6:16 14:24 20:24 29:14 44:15, 23 45:15

## friend
**friend** 15:10 42:3,6 58:2

**friends** 13:22 14:4, 16 15:11,19 16:23 40:16 42:19,21,23 46:13,14 48:22 58:8 59:4 60:1,2, 11,17 61:17

**front** 56:15

**full** 4:7 5:3 35:10

**guy** 36:1

## H

**Haley** 37:6 40:24

**Hampton** 12:7,9, 10

**hand** 29:15

**hang** 14:4 60:1

**hanging** 14:17 17:1

**happen** 21:18 40:9 42:13

**happened** 23:18 24:9 26:13 28:4,8, 12,13 34:5 36:6 37:1 38:5,7 40:13 41:22 44:8 47:7 57:3 59:7

**happening** 34:16

**Hardesty** 12:3 13:1,7

**Harrington** 15:4,7, 9,15,22,24 41:14

**Hatfield** 5:7 11:17

**Hawk** 12:11,12

**head** 13:5 24:19 31:14

**hear** 32:15

**heard** 23:1 28:8,11 33:12 36:6 38:19, 24

**helpful** 19:13

**hesitant** 58:1

**hey** 35:24

**high** 6:12,13 7:4 11:5,9 16:8,11,15 20:17 50:21 59:21

**highest** 6:10

**hindsight** 48:11

**hold** 4:23 7:5 24:23

**hollering** 32:16

**home** 8:5 9:5,21 13:16 14:18,19,21, 24 17:12 19:20 20:3 22:3,17 23:13, 22 24:1 25:3,9,16 28:20 29:16 32:24 33:1 35:6 38:12 43:1,3,6,22 44:2,9 45:8 47:16,17 48:4 52:9,15 55:20 58:9 62:15

**honestly** 48:16 55:9 58:5 65:9

**hospital** 40:17,19, 23

**hours** 63:20

**house** 17:9 21:3,23 22:11,22 23:3 25:1 30:4 31:24 33:13 36:23 37:7 38:9 52:21 53:7 54:6

**hundreds** 61:20

**hung** 47:20

**husband** 12:4,16 42:13

**husband's** 12:22 13:8

## I

**idea** 12:21 24:21 63:1

**IEP** 45:3

**incident** 8:5,8 24:13 28:4 34:1,11 42:7,9 51:5,19,23 53:23

**incidents** 33:9

**incorrect** 63:14

**indefinitely** 63:14

K.D. v.
JERRY SWAFFORD, et al.

VALERIE PERKINS
May 09, 2018

indication 39:8
46:23

information 4:16
47:19 60:17

informed 26:10
27:20 28:1 30:20,
22 32:1,5 37:9

inside 25:5

insisted 21:13

insistent 22:20

Instagram 61:5,6

interaction 58:10

interpreting 52:11

intervened 28:13

irritated 46:10

issue 45:8 46:5

issues 23:9,15
39:13,19 44:6,16
45:17,20,24 46:5,7

**J**

Jeri 13:23 14:2,15,
18 15:1,11,14,19,
21,22 16:22 17:3,5,
8,12,15 19:6 23:7
26:2 31:1 38:13
41:11 52:23 56:7

Jeri's 15:10 18:5
30:4

jerked 38:18

Jerry 8:5 13:16
14:20 19:4,6,7,8,15
20:6 22:16 24:14
25:6 29:20 31:20
32:7,12 33:10 35:4,
24 36:3 38:16 41:9
51:3 55:20

Jerry's 33:13

job 22:14 46:3

jumped 38:17

junior 11:6

jury 8:2

Justice 10:9,10

**K**

K-A-D-I-E 8:17

Kadie 8:15,17 9:19

Kelly 57:8

Kendall 24:14
31:5,8 38:8,16
40:10,16,17 41:5
42:16,18 43:1,14
58:14,16,23 59:6

Kendall's 43:9

Kentucky 8:20
12:18 13:2,9 26:15
60:9

kid 26:3

kids 25:22 26:12
31:19 32:1,5 49:3
58:12

kind 6:22 12:20
16:24 18:12,14
20:13 22:20,22,23
33:9 36:1 38:14
48:20 58:17

knew 14:15 17:3,8
18:10,13 21:6,15
25:22 28:10 35:10,
24 36:2 51:3 55:12

Knott 15:13 16:1

knowing 47:19

knowledge 15:24
17:12 22:6 45:12
53:5 57:18

**L**

large 44:14

late 53:20

laws 11:24

lay 37:11

learn 18:18,21
54:13

learned 14:1 17:21
18:9

leave 24:8 48:15
54:6

left 21:4 24:5,6,10
53:11

level 6:10

license 62:4

lied 21:10,18 54:1

Linda 12:1

Linda's 12:2

listen 49:9

live 5:10 8:18 11:18
12:17,24 13:9,11
59:21

lived 5:18 22:1

lives 8:19 13:2,12

living 12:4

locate 65:4

located 26:15 40:4

Logan 60:10,11

long 5:18 10:4
12:12 17:4 23:24
27:12 34:11 40:6
42:22 44:1 46:14
49:13 56:20,22
63:6 64:5 65:10

longer 6:18

loss 14:12

lost 46:13

lot 6:21 14:3,4 17:1
28:7 37:10 38:11
39:15,21 46:9,13
47:10 61:19 64:2,
24

loud 4:15 24:20
32:16

lying 21:6

Lynn 5:5

**M**

M-A-T-E 5:17

M-E-A-D-O-R 5:12

mad 22:16

Madison 30:11

maiden 5:6 11:20
12:2

make 31:7,18
32:12 36:10 41:4
65:2

making 65:11

mall 7:13,14

Mark 16:5,12

married 9:24 10:2,
4

Mate 5:15,17

Matewan 5:9,20
6:14 11:12,15,18

matter 51:22

Mccoy 40:24

Mccoy's 37:6

Meador 5:11

meant 27:7 44:23

media 14:16 41:23
58:13 60:14,20,21

medical 57:10

medicine 30:1,3,4,
8,10,12,17

medicines 30:20

meet 20:17

members 12:17
13:4 51:15,16

memory 14:12

mentioned 48:13
50:14 53:9

message 62:13

messages 63:12,
17 65:3,4,5

met 15:10,20 19:17
22:19 23:6

midnight 36:21

Mike 11:17 50:13
64:13

military 7:2

mine 12:6

mines 12:5,11

Mingo 9:7,16 10:21
11:8,9,12

mining 12:14

minute 30:9 48:18
59:9

minutes 33:2
59:23

mislead 4:17

misunderstood
35:23

mom 29:10,11,17
30:3,7,16 32:11
34:21 47:13,14,15
63:22

monitor 61:14

Montana 23:5
54:20 55:6

month 56:21,23
57:1,2

months 17:6 44:3,
4 56:19,21

morning 20:20
27:1,3,4 37:2,19
47:14 48:4

mother 11:20
35:15 43:9,15,16

K.D. v.
JERRY SWAFFORD, et al.

VALERIE PERKINS
May 09, 2018

48:1

**music** 32:16

**Myrtle** 58:22

**N**

**nag** 63:23

**nagging** 29:10
34:21 63:22

**names** 8:12 57:7

**nature** 4:18 7:6
25:14,19 29:15
33:14 36:1 39:6
45:4,10 47:3 48:2
49:10

**Neal** 50:15

**needed** 31:6 32:3,
6 37:24

**nervous** 39:20
58:1

**night** 19:19,21 20:2
22:11,13 24:5,6,8,
23 27:7,8 31:24
52:18 62:15

**nights** 52:15

**notice** 4:3 25:13,18
27:22 50:1,4

**notification** 37:5

**November** 49:15,
16,18 55:1

**number** 5:23

**O**

**Object** 19:12

**objective** 4:15

**obtain** 4:16

**occasions** 20:5

**Occupational**
40:3

**occur** 50:6

**occurred** 8:5
24:17 46:16 49:23
64:8

**October** 17:22
18:8,19 19:16,22
20:1,7 23:20 33:7
42:15 43:3,7,23
44:1 45:18 46:16
47:1 53:8,16,18
55:16 56:10 64:9

**odd** 20:21

**official** 52:4

**officials** 27:24
50:5

**older** 17:7,11 46:14
48:22

**oldest** 48:14 50:18

**opportunity** 58:12

**overwhelming**
44:14

**Owsley** 50:12,13
61:24 62:2,23 63:3,
9,13 64:1,6,12,16,
21

**P**

**p.m.** 62:14 64:9

**pants** 38:17,18

**parents** 11:16,24
16:3 31:10

**parties** 25:19
29:14 33:14,17,20
34:3

**party** 13:16,21 14:1
17:22 18:2,10,12,
14,18,21 19:1,5,21
20:6 22:14 23:2,21
26:11,17 27:16,21
28:11 29:18 31:21,
24 33:7 39:16 41:8
42:15 45:18 47:1

49:23 50:1,5,7 53:7
55:10,17 57:13

**Pass** 50:9

**Penn** 44:21

**people** 33:3 35:20
39:21 53:8 56:15

**period** 56:20

**Perkins** 4:9,10 5:5,
6 10:3,8 13:16
50:13

**permitted** 57:16

**phone** 21:3,4,6
37:11 53:11,13
62:18 63:18,22

**pick** 20:16,18
22:18,19

**picked** 47:15

**Pike** 9:12 10:11,12,
19,24 11:4 26:7,14
49:20 50:20 51:16
52:4

**Pikeville** 54:17
55:8

**pin** 64:7

**places** 39:23

**plagued** 46:4

**planned** 18:24

**point** 31:12 55:2
58:6

**police** 26:23 27:5
28:15 37:12,13,14,
16,22 38:20 39:1

**positive** 13:3,13
17:6 29:3 43:5
54:19

**post** 42:1

**practitioner** 57:11

**pregnancy** 45:9

**pregnant** 45:13

**prepare** 49:4

**pretty** 14:3 22:5
44:18

**prevented** 23:12

**previously** 17:4

**prior** 19:15 20:1
25:12,18 50:1
55:16

**problems** 44:12,
13

**produce** 65:4

**progressed** 34:14

**protective** 34:22

**provided** 46:24
47:2

**psychiatrist** 57:9

**public** 58:10

**purpose** 65:14

**pursuant** 4:3

**put** 31:6 49:24
56:1,5

**putting** 30:22

**Q**

**question** 4:19,22
62:24

**questioned** 30:15,
16

**questioning** 30:17

**questions** 4:14
6:21,22 29:19
50:17 59:10,12

**quick** 59:15 61:24

**R**

**raised** 5:20 22:10

**reactions** 30:19

**reading** 65:20

**real** 39:20 44:13
56:16 58:1,2 61:24

**realized** 24:9

**reason** 33:19

**recall** 14:7 16:20
18:19 29:5 37:17
42:12

**receive** 44:24

**recess** 46:20

**record** 4:8 5:22 6:4
21:24 46:18 64:15

**red** 20:11,13 22:10
33:9

**Reed** 16:7,10,17
51:22

**referred** 34:20
57:12

**reflect** 55:14

**reflected** 5:22 6:3

**reflects** 21:24

**refused** 22:18

**refusing** 22:15

**regular** 9:8,15,21,
23

**regularly** 29:6
52:11

**related** 15:2

**relation** 53:16

**relationship** 49:13
58:6

**remember** 28:6,18
30:15 31:4 40:7,21
48:16 55:9 57:6

**rephrase** 4:21

**reported** 23:16

**represent** 50:15

**representing** 65:2

request 65:2,12

response 36:22 59:15

rest 5:2 31:6

result 39:16 45:17

resulted 44:9

review 49:7

Ricky 13:1,7

rid 65:15

ride 48:23 49:1,3

road 21:19,21

room 5:2 46:9 57:23

roughly 32:7 41:21

**S**

S-H-A-Y-L-A 50:19

saith 65:21

Saturday 23:21 24:5,6,8 29:9 30:6 36:5,12 52:15

school 6:12,13 7:4 9:4,6,9,12,16,17, 19,21,23 10:23 11:9 16:9,11,15 17:1 20:17,23 26:10 27:20,23 28:9 35:8,21 44:6, 8,11,14 48:23 49:24 50:5,21 51:17 52:4 58:11 59:22

schooled 9:5,22 43:23 44:2,9 45:9 58:9

schools 10:11,12, 20 11:3,10 16:1

Scion 62:12

screen 65:4

scrolling 64:14

Security 5:23

senior 11:6

September 53:20

series 4:14

served 8:2 50:6

services 40:10 44:24 61:3

setting 58:11

shaking 24:19 31:14

SHAW 4:6 19:14 46:22 50:9 59:14, 17 61:23 65:1,8,11, 17

Shayla 8:14,18,23 10:10,14,23 50:18 51:8

Shayla's 10:8

she'd 52:13,14 58:10

she'll 58:2,6

short 14:12

shots 65:4

showed 22:22

sick 47:16,18 48:5

significant 23:11, 15

signing 65:20

signs 56:10

situation 34:15 58:17

Sixteen 19:4 49:17

smell 48:1

Smith 50:15

Snake 5:16

Snapchat 61:5,8

social 5:23 14:16 41:23 44:16 58:13 60:14,20,21

socialize 59:19 60:7,9

socialized 42:10

somebody's 56:5

sorts 31:11

sound 8:6

sounded 52:10

sounds 4:20 64:1

space 65:15

speak 45:24

speaking 35:16

special 44:24

spells 50:18

spend 22:12 52:14, 18 60:1

spending 16:22 35:5 52:8

spoke 20:6 21:14 35:20 36:13 43:11, 15

spoken 43:9

start 35:5

started 16:21,24 19:18 20:24 24:22, 24 36:9 40:8 48:21 50:14

state 4:7 37:14,15, 21 38:20 39:1

stated 49:22

statement 38:20 39:4,6

station 37:12,13

stay 6:17 17:15 19:19 29:22 52:13, 20 57:22

stayed 31:17

staying 14:2 19:18 20:2 54:6

stays 39:20 46:9

Stone 13:12

stop 4:20 9:8

storage 63:18

store 7:13 63:6,12

stored 63:13 65:10

straight 21:19,20 37:3 40:19

street 22:1,2,4,8 54:8

strict 25:22,23

strip 22:14

student 6:23 44:19

stuff 28:11

sued 7:24

suggesting 63:19

summary 52:3

summer 8:14 9:3, 4,11 13:15 14:3,5, 6,8,13 15:10 16:21 17:1,14 19:18,22 30:16 38:4 42:19, 21,22,24 43:19 52:8,9 53:5,11 54:1,19,21 55:5,15 56:10 57:13,20 58:15 59:4 62:14 64:17,18

Summerset 8:20

Sunday 24:4 37:19 52:16

superintendent 50:16 51:22

supervised 29:22

suppose 20:15 21:2,19 22:12 54:5

Swafford 8:6 13:17 14:15,18 16:22 17:8,15 19:9, 15,20 20:3,6 22:2 23:13,22 24:1,14 25:3,9,16 28:20 32:24 35:4,5,24 36:4 41:9,12 51:3, 6,9 52:1,5,8 53:12, 24 55:22 56:5

Swafford's 17:12 53:7 55:20 62:15

sworn 4:4

system 9:17 35:14

**T**

talk 5:2 16:3 25:7, 21 29:4 32:21 35:23 36:17 52:22 59:6 64:17,24

talked 16:17 19:4 27:17 29:6,12 36:3, 7 49:6

talking 22:7 24:13 34:15 40:1 61:20

tapes 49:10

TC 62:12

teenage 25:22

teenagers 32:2

ten 7:18

term 14:12

terms 64:7

testified 4:4 7:21

testimony 52:12

text 24:22 36:16 62:13 63:17 64:2,7

texted 64:10

texting 24:24 36:9, 18,21

texts 64:2,5

K.D. v.
JERRY SWAFFORD, et al.

VALERIE PERKINS
May 09, 2018

therapy 40:1

thing 27:15 36:5

things 29:14 32:18 35:16 36:10 37:10 39:23

thinking 13:2 37:5 49:15 55:11 57:8

thirty 59:23

THOMPSON 59:11

thought 20:21 30:11 32:4 39:5 47:12,18 54:12 63:13 64:8

thousands 61:20, 21

threw 47:17

time 16:22 19:3,21 20:15 21:2 23:5 24:12,16 28:23 30:18 32:7 35:5 37:17 38:4 39:9,22 46:15 48:5,10 52:5, 7 53:4,11,22 55:3 56:17 57:13 58:16 60:1

times 20:10,11 21:1 25:8,11,12 29:7,8 47:8 52:17

tired 37:10

today 4:15,16 6:6,8 8:4 49:5

told 9:1 21:5,10 31:1 33:17,23,24 34:8,9 35:17 38:4 50:3 51:11 53:6 56:7 63:22

top 13:5

town 64:7

track 20:17 60:16

tracker 21:3 53:13

training 7:5

travels 59:24

treat 39:24

treated 40:6 45:16 56:11,12

treating 45:15

trick 4:17

trip 43:11 58:19

Trish 11:17

trouble 22:23

trust 25:24 39:22

Turkey 11:5

twelve 28:24 29:2

Twenty-five 59:23

Twenty-three 10:7

Twitter 61:1,12

type 7:4,5 39:13,19 40:10 44:19,24 46:7

—————
**U**
—————

Uh-huh 5:13 14:22 23:23 24:7 29:23 30:7 36:19 43:21 44:5 53:19 60:5

Uh-uh 12:15 25:17 28:16

unclear 52:7

understand 48:11 53:15

understanding 16:10,14 26:6

upset 22:24

utilizes 60:14 61:4

—————
**V**
—————

vacation 43:14,17 58:15

Valerie 4:9 5:5

vet 35:3

videos 49:9

Virginia 5:11 26:20 37:15,21 38:20 49:1 60:8

virus 47:18

vocational 7:5

—————
**W**
—————

Wait 30:9

waiting 64:18

waive 65:20

walked 38:18 39:9 40:14

walking 38:15

wanted 22:17 32:5 48:21

wanting 6:17 22:13 29:16

Watch 49:9

week 17:23

weekend 24:1 27:16 28:19 29:13 52:9,10

weekends 52:13 59:2

weeks 53:17

West 5:11 26:20 37:15,21 38:20 49:1 60:8

whooping 32:15

wild 25:18 33:13

Williamson 7:15 8:18 37:14,16

wished 28:12

withdrawn 56:16

witnesses 45:7

wondered 30:19

work 12:14,18,24 13:8 42:13

worked 7:13 12:12

works 12:6 13:3

worried 39:23 54:3

worrying 30:19

—————
**Y**
—————

year 6:19 9:8 10:14 11:2,7 30:2 31:23 43:10 49:16

years 5:19 7:19 9:10,11 10:7,23 11:11 12:13 32:9 54:22