UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:17-CV-00132-KKC

K. D., BY HER GUARDIANS,
RAYMOND DOTSON AND
RACHELLE HAIRSTON                                    PLAINTIFFS


VS.


JERRY SWAFFORD, IN HIS INDIVIDUAL
CAPACITY; THE PIKE COUNTY BOARD OF
EDUCATION; REED ADKINS, IN HIS
INDIVIDUAL CAPACITY; AND MARK GANNON,
IN HIS INDIVIDUAL CAPACITY                          DEFENDANTS


****************************************************************

**DEPOSITION OF RAYMOND DOTSON TAKEN ON
BEHALF OF DEFENDANT, MARK GANNON**

DEPONENT:                                 RAYMOND DOTSON

DATE OF DEPOSITION:                       APRIL 23, 2018

****************************************************************




****************************************************************

**ATHA MAE MAGGARD**
Court Reporter
P.O. Box 1481
Prestonsburg, KY 41653
(606) 886-3377
athamaggard@gmail.com

****************************************************************


1

```
*****************************************************************
```

# INDEX

INDEX & APPEARANCES . . . . . . . . . . . . . . .  2

CAPTION . . . . . . . . . . . . . . . . . . . .  3

WITNESS
    RAYMOND DOTSON
      Direct Examination by Mr. Shaw . . . . . . .  4-41
      Cross Examination by Mr. Owsley. . . . . . .  41-59

CERTIFICATE OF SERVICE. . . . . . . . . . . . .  60

CERTIFICATION . . . . . . . . . . . . . . . . .  61

```
*****************************************************************
```

# APPEARANCES

FOR THE PLAINTIFFS,             HON. RYAN McCUNE DONOVAN
K.D., BY HER GUARDIANS,       BAILEY GLASSER, LLP
ET AL.                        209 CAPITOL STREET
                              CHARLESTON, WV 25301

FOR THE DEFENDANT,           HON. MAX THOMPSON
JERRY SWAFFORD              SMITH THOMPSON PLLC
                              P.O. BOX 1079
                              PIKEVILLE, KY 41502

FOR THE DEFENDANT,           HON. JONATHAN C. SHAW
MARK GANNON                PORTER, BANKS, BALDWIN
                                & SHAW
                              P.O. DRAWER 1767
                              PAINTSVILLE, KY 41240

        ALSO PRESENT         MR. MARK GANNON

FOR THE DEFENDANTS,          HON. MICHAEL A. OWSLEY
PIKE COUNTY BOARD OF        ENGLISH LUCAS PRIEST &
EDUCATION AND REED ADKINS     OWSLEY, LLP
                              P.O. BOX 770
                              BOWLING GREEN, KY 42102-0770

           AND              HON. NEAL SMITH
                                PIKE CO. BOARD OF EDUCATION
                              316 SOUTH MAYO TRAIL
                              PIKEVILLE, KY 41502

```
*****************************************************************
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:17-CV-00132-KKC

K. D., BY HER GUARDIANS,
RAYMOND DOTSON AND
RACHELLE HAIRSTON                                    PLAINTIFFS


VS.


JERRY SWAFFORD, IN HIS INDIVIDUAL
CAPACITY; THE PIKE COUNTY BOARD OF
EDUCATION; REED ADKINS, IN HIS
INDIVIDUAL CAPACITY; AND MARK GANNON,
IN HIS INDIVIDUAL CAPACITY                           DEFENDANTS

*************************************************************

          The Deposition of Raymond Dotson was taken before

Atha Mae Maggard, Notary Public in and for the State of

Kentucky at Large, at the Law Offices of PORTER, BANKS,

BALDWIN & SHAW, PLLC, 327 Main Street, Paintsville,

Kentucky, on the 23rd day of April, 2018, at the Hour of

12:15, for the purpose of using the same upon the trial of

the above-styled action now pending before the United States

District Court on behalf of the Defendant, Mark Gannon.

*************************************************************

1          The Witness, Raymond Dotson, being first duly

2     sworn, was examined and deposed as follows:

3

4     <u>DIRECT EXAMINATION BY HON. JONATHAN SHAW:</u>

5          Q     Mr. Dotson, could you state your full name

6     for the record, please.

7          A     Raymond Dotson.

8          Q     Okay.  Have you ever given a deposition

9     before?

10         A     No.

11         Q     Okay.  I'm assuming you've gone over the

12    rules with your attorney.  But just in case you haven't, in

13    brief, I'm going to ask you a series of questions.  I need

14    you to answer out loud.  If you need to take a break for any

15    reason, just let me know, and we can.  If I ask you

16    something that's confusing or that I might, you know, not

17    phrase it in a way that you understand what I'm saying, let

18    me know, and I'll try to rephrase it in a different way.

19    I'm not here to try to trip you up or to trick you or

20    anything like that.  I just want to, you know, find out what

21    you know about the case.  Is that fair?

22         A     Okay.

23         Q     Alright.  And if you answer my question,

24    I'm going to hold you to the answer.  Is that fair?

25         A     Yes.

```
 1        Q        Okay.  What's your full name?

 2        A        Raymond Dotson.

 3        Q        Okay.  Where are you from?

 4        A        Williamson, West Virginia.

 5        Q        How long have you lived in Williamson?

 6        A        Well, I was born and raised there, but I

 7  left and went to Georgia.  Here recently I've been back six

 8  (6), about six (6) years.

 9        Q        Okay.  How long did you live in Georgia?

10        A        Hmm, about fifteen (15) years.

11        Q        Okay.  What did you do in Georgia?

12        A        I worked at a cabinet shop.

13        Q        Okay.  Is your family from Williamson?

14        A        Yeah.

15        Q        Who are your parents?

16        A        Paul Dotson and Elizabeth Dotson.

17        Q        What's your mother's maiden name?

18        A        Morris, Elizabeth Morris.

19        Q        Okay.  Through second cousin, do you have

20  any family that lives or resides in Kentucky?

21        A        No.

22        Q        Okay.  How about that works in Kentucky?

23        A        No.

24        Q        Okay.  Where do you live, your 911

25  address?
```

| | | |
|---|---|---|
| 1 | A | ███████ Street. |
| 2 | Q | How long have you lived there? |
| 3 | A | Six (6) years. |
| 4 | Q | Okay. Are you married? |
| 5 | A | No. |
| 6 | Q | Have you ever been married? |
| 7 | A | No. |
| 8 | Q | Who all lives in the household? |
| 9 | A | Just me. |
| 10 | Q | Do you have any children over the age of |
| 11 | eighteen (18)? | |
| 12 | A | Yes, one (1). |
| 13 | Q | Okay. Is that K██████? |
| 14 | A | Yeah. |
| 15 | Q | Okay. How many brothers and sisters do |
| 16 | you have that live in Williamson? | |
| 17 | A | Sisters, I have one (1); brothers, I have |
| 18 | three (3). | |
| 19 | Q | Okay. What are their, just their first |
| 20 | names? | |
| 21 | A | My sister is Beverly. My brothers are |
| 22 | Paul, Joe, and Stevie. | |
| 23 | Q | Okay. Not to be reflected on the record, |
| 24 | what's your social security number? | |
| 25 | A | XXX-XX-XXXX. |

```
 1          Q      And also not to be reflected on the
 2   record, what's your date of birth?
 3          A      XX-XX-19XX.
 4          Q      How old are you today?
 5          A      Forty-eight (48).
 6          Q      What's your highest level of education?
 7          A      Senior in high school.
 8          Q      Okay.  Where did you attend high school?
 9          A      Williamson High School.
10          Q      Have you ever been in the military?
11          A      No.
12          Q      Did you complete high school?
13          A      Yeah.
14          Q      Okay.  Any, any type of certificates or
15   vocational certifications or anything of that nature...
16          A      No.
17          Q      ... that you hold?  Okay.  Are you
18   currently employed?
19          A      Yes.
20          Q      Where are you employed at?
21          A      Suddenlink Communications.
22          Q      How long have you worked at Suddenlink?
23          A      Hmm, it will be six (6) years in July.
24          Q      What do you do for Suddenlink?
25          A      I'm a technician, broadband technician.
```

```
 1        Q       Okay.  What's your service area, how big

 2  of an area?

 3        A       Ah.

 4        Q       Do you work, do you work in Kentucky any?

 5        A       Yeah.

 6        Q       Okay.

 7        A       I work the Kentucky side.

 8        Q       What areas do you work in Kentucky?

 9        A       Up to Stone, Kentucky.

10        Q       Okay.  Do you work outside of Pike County?

11        A       Yeah.

12        Q       Okay.  Do you work in Martin County any?

13        A       Yes.

14        Q       Do you work in Johnson County any?

15        A       No.

16        Q       Do you work in Letcher County any?

17        A       No.

18        Q       Okay.  Any other counties besides Pike and

19  Martin?

20        A       On the Kentucky side?

21        Q       Yeah.

22        A       No, that's it.

23        Q       That's a pretty big area, just Pike and

24  Martin.  Alright.  These are general background questions

25  everybody gets asked.  Have you ever been convicted of a
```

```
 1  felony?

 2          A       No.

 3          Q       Charged with a crime in the last ten (10)

 4  years?

 5          A       No.

 6          Q       Testified in court, either civil court or

 7  criminal court?

 8          A       No.

 9          Q       Have you ever sued or been sued?

10          A       No.

11          Q       And have you ever served on a Jury?

12          A       No.

13          Q       Okay, alright.  If you would, please,

14  briefly--and it doesn't have to be anything, you know, drawn

15  out, but just in summary what, what interaction have you had

16  in your daughter, Ke████s life, like what time periods has

17  she lived with you?  I know her mother is deployed at times.

18          A       Uh huh (affirmative).

19          Q       And maybe she has lived with other family

20  members during some of those deployments, but how, how often

21  would Ke████ live with you?

22          A       When, when her mom wasn't deployed, she

23  stayed with her mom at all times.

24          Q       Okay.

25          A       But like when her mom got deployed, she
```

1  came and started living with me, which I would say was

2  roughly two (2) or three (3) years ago.

3         Q      Okay, alright.  Was that the only time

4  that she came to live with you during the school year?

5         A      Yeah.

6         Q      Okay, alright.  And how long had she been

7  living with you at that time?  Was it--had she lived with

8  you the prior school year or...

9         A      That was the first year.

10        Q      The first year?

11        A      Yeah.

12        Q      Okay, alright.  So she had only been

13 living with you a couple of months when this incident

14 occurred...

15        A      Yeah.

16        Q      ... or had she been...

17        A      Well, she had came to live with me prior

18 to before school started, yes.

19        Q      Right, okay, like in the summertime or

20 something?

21        A      Yeah.

22        Q      Okay, alright.  Had she spent the summers

23 with you before?

24        A      Not the complete summers, no.

25        Q      Okay.  Now at some point, did K██████'s

1  mother live in or around Williamson that K██████ would have

2  been attending the school, the Pike County School System at

3  some other time before she lived with you?

4          A       No.

5          Q       Okay, alright.  Because I thought K█████,

6  and I could be wrong, but I thought she had testified that

7  she had attended Pike County Schools one time before, a few

8  years before.  I could be mistaken.

9          A       No.

10         Q       Okay.

11         A       I'm sorry; I'm soft-spoken.  No.

12         Q       Were there times when K██████ would live

13 with, with your mom or her, her grandmother?

14         A       Her grandmother, not my mom.

15         Q       Okay, alright.  So this would have been

16 her mother's mom?

17         A       Right.

18         Q       And where does she live?

19         A       On Vinson Street.  I don't know the exact

20 address.

21         Q       Was it in Williamson?

22         A       Yeah.

23         Q       Okay, alright.  And how many times would

24 she have lived with her maternal grandmother during the

25 school year, if you know?

1      A      I mean she, she stayed with me, but she
2 would, I mean she would stay there like overnight or
3 something on occasion, but not like...
4      Q      Oh, I, I mean would she have lived with
5 her grandmother during the school year...
6      A      No.
7      Q      ... at any time before that school year
8 that she stayed with you?
9      A      No.
10      Q      Okay, alright, alright.  Would K██████'s
11 mother be deployed--she, she was deployed in October of
12 2016.  Would that have been her first deployment or had she
13 been deployed before that you know of?
14      A      She had been deployed before.
15      Q      Okay.  And during her other deployments,
16 where, where did K██████ live?
17      A      I'm trying to think.  She probably stayed
18 with her grandmother at that time, but I don't--it was
19 awhile, way back though.
20      Q      Okay.  Well, that's...
21      A      Yeah.
22      Q      ... maybe early middle or early, you know,
23 like elementary school or something like that?
24      A      Yeah.
25      Q      Okay, alright, okay.  And before that

1 year, is it fair to say that you would generally see her

2 during the summers and during the holidays?

3          A     Yeah.

4          Q     Okay.  And before October of 2016, did you

5 know Billy McCoy?

6          A     No.

7          Q     Do you know Billy McCoy?

8          A     I think I do now, but like, you know.

9          Q     Okay, alright.  How about Cindy Andersen,

10 did you know her before?

11          A     No.

12          Q     Okay.  What about Michael Ray Andersen,

13 did you know him before?

14          A     No.

15          Q     How about Jerry Swafford, did you know him

16 before?

17          A     No.

18          Q     Okay.  Dustin Wilkerson, is that someone

19 you're related to or would that be someone that her, that's

20 through her mother's side of the family?

21          A     That's through her mother's side of the

22 family.

23          Q     Okay, alright.  Did you know Dustin?

24          A     Yeah, I know him.

25          Q     Okay.  Who, who are your grandparents?

1  Sorry, sorry.

2          A       Vivian Morris.

3          Q       Okay.

4          A       I don't know my granddad's name, ah.

5          Q       That's okay.

6          A       I don't know his name.

7          Q       Okay.  What about on the, do you know any

8  of the names on the Dotson side?

9          A       What do you mean?

10         Q       Who are your grandparents on the Dotson

11  side?

12         A       Oh, that's what I'm trying to think of.

13  The man, I can't think of.  No, I don't know.  I can't think

14  of it.

15         Q       Okay, alright.  Well, to, to your

16  knowledge, did your grandparents live in West Virginia or

17  did they live in Kentucky?

18         A       West Virginia.

19         Q       Okay, alright.  Do you belong to any

20  churches, clubs, civic groups, or unions?

21         A       No.

22         Q       Okay.  In October of 2016, what, your work

23  week, were you travelling much or a forty (40) hour week,

24  seventy (70) hour week?  What kind of...

25         A       We do about ten (10) hours overtime, so

1  it's about fifty (50) hours a week.

2        Q       Okay.  Now with K███████s maternal

3  grandmother, does she live close to you or...

4        A       Yeah.

5        Q       Okay.  How close?  I mean a mile, five (5)

6  miles, ten (10)?

7        A       Hmm, probably not even a mile.

8        Q       Okay, alright.  Do you know where K█████l

9  got the alcohol that she was drinking the night of the

10 party?

11       A       No.

12       Q       Okay.  Would it surprise you if she

13 testified that she got it from her cousin, Dustin Wilker-,

14 Wilkerson?

15       A       No.

16       Q       Okay.  Is Dustin, would Dustin be quite a

17 bit older than K██████ or are they similar in age?

18       A       I don't know how old Dustin is, so I

19 can't...

20       Q       Okay.

21       A       I don't know.

22       Q       Well, when you think of him, do you think

23 of them as being around the same age or do you think of him

24 being much older than her?

25       A       Not much older; he, he can't be much

1  older.

2       Q       Okay, alright.  K██████ wasn't sure if

3  they had checked her blood alcohol content at the hospital

4  or if they did a toxicology screen to see if there were any

5  drugs in her system.  She thought that maybe you might know

6  about that.  Do you know if anything showed up in her blood

7  system?

8       A       As far as the alcohol...

9       Q       Alcohol was there; we know...

10      A       Yeah.

11      Q       ... we know that.

12      A       And from the--I had her go down and see

13  Dr. Beckett to do another report.

14      Q       Okay.

15      A       And he said it came back as, as negative.

16      Q       Okay.

17      A       But he also mentioned that it depends on

18  how, if there was some type of drug present, how it was

19  taken if it would be in the system still or not.

20      Q       Okay.  How long after, I guess, the, the

21  evening when this occurred, was it when your daughter took a

22  drug test, if you know?  Would it have been the following

23  morning?  And I know it's been a couple of years, so I

24  apologize.

25      A       Yeah.  I'm trying to think if they did at

1  the hospital.  I think it was that morning.

2          Q       Okay.  And the drug screen came back

3  negative, and Dr. Beckett had told you depending on what the

4  substance was and how it...

5          A       And how it was...

6          Q       ... was taken, it could have flushed

7  through quicker?

8          A       Right.

9          Q       Before October, 2016, did you have any

10 indication that your daughter was occasionally drinking

11 alcohol?

12         A       No.

13         Q       Okay, alright.  Your daughter had

14 testified that you knew she was going somewhere that

15 evening, but you didn't necessarily know she was going to

16 the Swafford house.  Does that sound accurate?

17         A       I knew she was going to a birthday party.

18         Q       Okay.  Did you know she was staying the

19 night?

20         A       Yes.

21         Q       Okay.  Did you know where that party was

22 going to be?

23         A       Not the exact address...

24         Q       Okay.

25         A       ... but I knew...

1        Q        Generally where?

2        A        ... where it was at, yeah.

3        Q        Okay.  I, I just didn't know if she had
4    told you she was going to be with so-and-so, ah, or did she
5    tell you whose birthday party it was going to be?

6        A        Yeah.

7        Q        Okay.  Whose, whose birthday party was it?

8        A        It was Jeri's, which is the daughter.

9        Q        The daughter, the daughter's, okay.  So
10   you did or did not know that she was going to the Swafford
11   home?

12       A        I mean that's where she said the party was
13   at, yes.

14       Q        Okay, alright.  Now your daughter had also
15   testified that she didn't really have a curfew when she
16   stayed with you.  Is that accurate?

17       A        Hmm, her curfew was based upon like if she
18   was going somewhere.  Like she usually would go somewhere on
19   Fridays like the football game and hang out.  And she would
20   be like, "What time do I need to be home?"  And I would say,
21   "One (1:00) o'clock or twelve thirty (12:30).", to that
22   extent.

23       Q        Okay.  And did she, did she have a cell
24   phone with her where you could check up on her or things of
25   that nature?

```
 1          A        She had a cell phone.

 2          Q        Okay.  Did she, if you recall, did she

 3    tell you who was going to be staying the night at this party

 4    or anything, any details?  Okay.

 5          A        No.

 6          MR. DONOVAN:        You've got to speak up.  Sorry.

 7          MR. DOTSON:        Okay.  No.

 8          Q        Have you ever talked to Jerry Swafford?

 9          A        No.

10          Q        Have you ever heard of a place called Love

11    Branch?

12          A        Yes.

13          Q        And what's, what is Love Branch?

14          A        I think it's a little place where the kids

15    would go and hang out at.

16          Q        Okay.

17          A        I don't know exactly where it's at.

18          Q        That's what I was getting ready to ask, do

19    you know if it's in Kentucky or in West Virginia?

20          A        It's in Kentucky.

21          Q        It's in Kentucky, okay.  Had you ever had

22    occasion to--well, Mark Gannon is back over in the corner.

23    Have you ever, have you ever talked to Mr. Gannon before?

24          A        Hmm, yeah.

25          Q        Okay.  When, when would you have spoke
```

1   with Mr. Gannon?

2           A       Shortly after this incident.

3           Q       Okay.  And after the incident, you're
4   talking about after the party that occurred in...

5           A       Yeah.

6           Q       ... October of 2016?  Okay.  When would
7   that have taken place or what, what do you recall about the
8   conversation?

9           A       I just called and asked him, I think I
10  asked him about the, about Jerry Swafford working there.
11  And I also asked him about is there anyone at the school I
12  could talk to or K█████ could talk to as far as like to
13  find out, you know, like what's going on, what she needed to
14  do, and stuff like that.

15          Q       Did he tell you Swafford was no longer
16  working there?

17          A       I don't recall.

18          Q       Okay.  Now when you say that you were
19  checking to see what K█████ needed to do, was, was that
20  from where she missed school for a couple of days?

21          A       No.  This was more like, like, I suppose,
22  like a guidance counselor, stuff like that.

23          Q       Okay, alright.  And what did Mr. Gannon
24  tell you, if you recall?

25          A       I don't recall exactly what he said.

1      Q      Okay.  Do you know if, if K████ saw the
2 guidance counselor or talked to the guidance counselor?

3      A      Yeah.  I think she did, yes.

4      Q      Alright.  Do you, do you know why K████
5 would have thought that you did not know that she was going
6 to a party at the Swaffords?

7      A      No.

8      Q      Okay.

9      COURT REPORTER:  Was that no?

10      MR. DOTSON:      No.  I'm sorry.

11      Q      You testified a moment ago that you didn't
12 know, before October, 2016, who Billy McCoy was, but you
13 indicated that you might know who he is now.  What, what's
14 your understanding of who Billy McCoy is?

15      A      If I'm not mistaken, I, I think he's the
16 guy that, that took K████ to his home that morning...

17      Q      Okay, alright.

18      A      ... if that's, if I'm correct.  That's
19 how, that's how I'm saying I possibly know him, if that's
20 the guy.

21      Q      Okay.  Did you have any conversations with
22 Mr. McCoy?

23      A      No.

24      Q      How far is Chattaroy from Williamson?

25      A      Hmm, about three (3), three (3) or four

1   (4) miles.

2          Q       Okay.

3          A       Five (5) at the most.

4          Q       Did K███████ ever indicate to you that she
5   thought she had been drugged?

6          A       K███████ didn't, so, no.

7          Q       Okay.  Did, did anyone ever indicate to
8   you that they thought that K███████ had been drugged?

9          A       It had got back to me, but I don't
10  remember how it got back to me...

11         Q       Okay.

12         A       ... that it was possible.

13         Q       Alright.  Did you hear any specifics or
14  just that, you know, "Hey, it's possible she was drugged."?

15         A       Yeah, by, I can't think of what they said
16  it was at the time, what the drug was, but--and then from
17  talking to her, she was like, like what happened, like where
18  she just blacked out...

19         Q       Right.

20         A       ... and it kind of like--and then after
21  the fact of the, the lady that was telling me about the
22  alcohol content, her blood alcohol content level, she was
23  like it wasn't high enough that next day to where she could
24  say the night before that Ke██████ was that drunk to pass out
25  or black out.

```
 1        Q        Who, who told you that the alcohol content
 2   probably wasn't high enough for her to black out or pass
 3   out?
 4        A        That was, I don't know her name, but she
 5   was, she works with the--what's the organization for like go
 6   in and take kids from homes and stuff like that?  They, they
 7   came...
 8        Q        Social services?
 9        A        Yeah, yeah, yeah.
10        Q        Do you, do you know what your daughter's
11   alcohol content was the next day?
12        A        I can't remember what she told me...
13        Q        Okay.
14        A        ... what that woman told me.
15        Q        Did the doctor ever express any concerns
16   about the level of her alcohol content?
17        A        No.
18        Q        Okay.  Did anybody ever tell you that they
19   thought it was high or extremely high?
20        A        No.
21        Q        Okay.  You're, you're no longer a party to
22   this suit, correct?
23        A        No.  I guess that's, what you say, once
24   she turned eighteen (18).
25        Q        Yeah, right.  From when she turned
```

1 eighteen (18), she's pursuing it.  Okay.  I didn't see in
2 the Complaint where you had any independent claims or
3 anything of that nature.
4          A       No.
5          Q       So you're, at this point, you're a witness
6 on your daughter's behalf, okay, alright.
7          A       Yes.
8          Q       Okay.  Did you ever see any social media
9 postings or anything of that nature from Cindy Andersen or,
10 or any of the witnesses in this case?
11          A       No.
12          Q       Okay.  Do you now know who Cindy Andersen
13 is?
14          A       Yeah.
15          Q       How, how did you first meet Cindy
16 Andersen, if you recall?
17          A       The last time you all had depositions, I
18 was out there in the hallway while she was.
19          Q       Okay.  So that's the first time you met
20 Cindy Andersen, okay, alright.
21          A       I mean from my recollection.  I mean I
22 might have seen her like in town or something like that,
23 but...
24          Q       Okay, okay, alright.  There's an
25 allegation in the Complaint that your daughter was raped.

1  There's not any--you don't know of any medical, I guess,

2  medical records or medical tests that were performed or even

3  through your, what your daughter has told you to support

4  that she was raped, do you?

5          A       I mean there was a rape test done.

6          Q       Right, but it came back negative, correct?

7          A       I've never known what the results of it

8  was.

9          Q       Okay, alright, okay.  Have you reviewed

10 any of your daughter's medical records or do you know

11 anything about what, what they did at the hospital?

12         A       No, I didn't; her mom probably.

13         Q       Okay.  I figured that the mom may be the

14 main one to talk to at some point.  Do you know when her

15 mother will be back in the country?

16         A       She left, she left in February or March;

17 probably the later, the later part of this year or this,

18 this year, yeah.

19         Q       Okay.

20         A       I don't know exactly.

21         Q       Right.

22         A       I think she's doing a nine (9) month, ah,

23 stay right now.

24         Q       Okay.  It sounds like you still maintain a

25 good relationship with K███████ mom.

                            25

1          A       Yeah.  We, we chitchat.

2          Q       Okay, alright.  Now prior to the weekend

3    that this party occurred, had you ever had any problems or

4    any issues that you went to the school administration about

5    or talked to anyone at the school about?

6          A       No.

7          Q       Okay.  You've got to speak up.  Sorry.

8          A       No.

9          Q       Okay, alright.  Do you know whether or not

10   K████████ mom, if she had ever reached out to the school for

11   anything that went unaddressed?

12         A       I don't know.

13         Q       Or during that time period, would that

14   have been something that you, you would have mainly handled?

15         A       I would have mainly handled it, but still

16   I don't know, I mean.

17         Q       Okay, alright.  Do you know anything--

18   apparently the afternoon before this party occurred, Ms.

19   Andersen may have contacted the local police in Chattaroy.

20   Do, do you know anything about that or anything about the

21   police?

22         A       No.

23         Q       Okay.

24         A       No.

25         Q       Okay.  Did, did you help in putting the,

the Complaint together in this case?

2      A      What do you mean, like...

3      Q      Well, there, there are a lot of facts, asserted facts in the case.  Did, to your knowledge, did any of the factual background in the Complaint come from you directly or would it have came through maybe an investigator or other witnesses that your attorney would have interviewed?

9      A      Probably came through other people.

10      Q      Okay, alright.  Other than this party that occurred in October, 2016, do you know anything about any other parties that would have occurred at the Swafford home?

13      A      No.

14      Q      Okay.  The weekend that this party took place was Homecoming weekend for Belfry.  Do you know whether or not your daughter went to the Homecoming game before going to the party?

18      MR. DONOVAN:      Ah, well, go ahead.

19      A      I can't remember if that game was that Friday or that Saturday.  I don't...

21      Q      Okay.

22      A      ... that's what I don't remember.

23      Q      Okay.  Well, Friday or Saturday either one, do you know whether or not your daughter went to the Homecoming game?

```
 1          A       I'm trying to remember.

 2          Q       And if you don't recall, that's fair.

 3          A       I don't, I don't remember.

 4          Q       Alright.  And your daughter, did she

 5   continue to attend Pike County Schools after this incident?

 6          A       Yes.

 7          Q       Okay.

 8          A       Yes.

 9          Q       And she, she graduated...

10          A       Yes.

11          Q       ... and is now in college?

12          A       Yes.

13          Q       Seems to be doing really well?

14          A       Yes.

15          Q       Also seems to be a very bright young lady,

16   so congratulations.

17          A       Thank you.

18          Q       Do you know anything about any--I mean as

19   a result of this incident, do you know anything about any

20   therapy or counseling or anything that she's had or had to

21   engage in as a result of this?

22          A       Yeah.  She was, she was going to

23   counseling.

24          Q       Okay.  Do you know who she, who she went

25   to counseling with or where she went to counseling at?
```

1        A       I don't know who her counselor was, but it
2   was in Williamson.
3        Q       Okay.  Is that--how did she end up seeing
4   a counselor?  Was that something you had set up for her or
5   did somebody else set it up?
6        A       I'm not sure.
7        Q       Okay.
8        A       I know I, I might have known--like I think
9   the lady that she was seeing was through Dr. Beckett like.
10       Q       Okay, okay.  And then Dr. Beckett, was
11  that the doctor she usually saw or was that just somebody
12  that, who treated her the one time?
13       A       Well, he's, he's my doctor.
14       Q       Oh, okay.
15       A       We're real close friends, so.
16       Q       Okay.  So you treat with Dr. Beckett and
17  that's how you knew to go to Dr. Beckett?
18       A       Right.
19       Q       And Dr. Beckett is at Williamson Memorial,
20  is that...
21       A       He's on the staff there, but he's got his
22  own office downtown Williamson.
23       Q       Okay.  Because your daughter had testified
24  that she went initially, I guess, to the ARH Hospital...
25       A       On the Kentucky side.

29

1      Q      ... on the Kentucky side, and then you
2  took her to the, to Williamson Memorial?

3      A      Right.

4      Q      But she, she had thought that maybe ARH
5  wouldn't see her again or--did you try to go back to ARH
6  first?

7      A      Yes.

8      Q      What was, why wouldn't they see her?  Do
9  you know?

10      A      They--it had something to do with her age
11  and the, when whoever took her to the hospital first that
12  morning, when initial that morning, from my understanding
13  they did some, some test, not a complete like a rape kit
14  test or whatever, and for some reason decided they couldn't
15  see her because of her age and there wasn't no parent
16  present.

17      Q      Okay.

18      A      So then they released her to some minors
19  then.

20      Q      Okay.  But then when you took her back as
21  a parent, they, they didn't want to see her?

22      A      They said that the reason why they
23  couldn't, because she had been there and they couldn't go
24  through it again.  They, you know...

25      Q      Okay, alright.

1         A      ... like a refusal almost.

2         Q      Or that they had already done everything
3 that they would have done?

4         A      Hmm.

5         Q      Okay.  Do, do you know at Williamson
6 Memorial, what tests they ran?  Do you know if they did
7 another rape kit or if...

8         A      That's where they done the rape kit.

9         Q      Oh, okay, alright.

10        A      They didn't do a rape kit on the Kentucky
11 side.

12        Q      Okay, alright.  Did you go with your
13 daughter to pick her vehicle up?

14        A      No.

15        Q      Okay, alright.  The cousin through the
16 mother's side, let's see, Dustin, do you know whether or not
17 Dustin stayed with her that evening?

18        A      I don't know.

19        Q      Okay.  Have you talked to Dustin about
20 what happened?

21        A      Ut ha (negative).

22        Q      Okay.

23        A      No.

24        Q      Have you talked to any of the girls or
25 anyone that was present at the party about what happened

```
1   other than to your daughter?

2          A       No.

3          Q       Okay.  Have you heard any of the interview

4   tapes with the West Virginia State Police?

5          A       No.

6          MR. SHAW:        Let's take just a quick break.

7          OFF THE RECORD

8          Q       Okay.  The morning this had occurred--do

9   you work weekends much?

10         A       No.

11         Q       Okay.  The morning that you found out

12  about what had happened, who contacted you and what was

13  reported that had happened and what did you do first?

14         A       Her mom contacted me.

15         Q       Okay.

16         A       And I was getting me something, actually I

17  was getting me a bite to eat when she contacted me.

18         Q       Okay.

19         A       And then when she told me, I told her I'd

20  go get K███████.  But on my way to go get her, she called

21  back and told me that she wasn't at the house where the

22  party was at.

23         Q       Okay.

24         A       She was, to my understanding, which I'm

25  thinking is at Billy McCoy's house.
```

1    Q        Okay.

2    A        Someone had taken her there.

3    Q        Alright.

4    A        So that's, that's when I went over to
5    Billy McCoy's house.

6    Q        Okay.  But when you went to Billy McCoy's
7    house, how, how, how was K█████████

8    A        Well, when I first got there, no one came
9    to the door because, like I say, if this is the Billy McCoy
10   who I'm thinking it is, him and his wife was at K████████s
11   grandmother's house at the time.

12   Q        Okay.

13   A        So I was over there by myself knocking on
14   the door, which I'm thinking is the house, because when they
15   tried to tell me where he lived at; so I'm knocking on the
16   door, but nobody ever came to the door.

17   Q        Okay.

18   A        And I think I even called back to, to
19   Teresa, which is K███████'s grandmother, and either Billy or
20   his wife at the time said, "We'll come over there and get
21   her."

22   Q        Okay.

23   A        So they came over there, and she came
24   outside, and that's when we went to the hospital.

25   Q        Okay.  When you saw your daughter, did she

33

seem, did she appear like she was still intoxicated or
buzzing or anything like that or what, how was her demeanor,
if you recall?

A    It didn't look like she was buzzing to
that, to my effect, because I wasn't--that's the last thing
on my mind.  I wasn't even looking at that.

Q    Okay.

A    I was just wondering like, "We've got
something to do.  We've got to take care of some things.",
so.

Q    Okay.  Did she tell you anything?

A    Not, no talking.

Q    Okay.

A    It was a quiet, it was a quiet ride.

Q    Okay, alright.  Did you all go straight to
the hospital?

A    Yeah.

Q    Okay, alright.  If you need to take a
break for a second, we can.

A    We're good.

Q    Okay, so you got her in the car and you
took her to the hospital.  How long were you at the
hospital?

A    At the first hospital, ten (10), fifteen
(15) minutes at the most, that's, that's the one on the

1 Kentucky side.

2    Q        Kentucky side, okay.  And then from there,
3 did you go straight to the other hospital?

4    A        Yes.

5    Q        Okay.  And how long were you there?

6    A        Whew, all day seemed like, probably five
7 (5), six (6), seven (7) hours at the most.

8    Q        Okay.  Well, did your daughter...

9    A        Well, she was; I was back and forth.

10    Q        Okay.  Did your daughter ever say, "You
11 know, Dad, this is what happened.", or, "You know, this is
12 what I remember.", or...

13    A        No.  But after the fact, through her, her,
14 her remembering through conversations, she was like, "I just
15 remember we was taking some pictures", she said, "and that's
16 it.  I don't remember anything after that."

17    Q        Okay.  Did she remember who she was taking
18 pictures with?

19    A        She didn't say.  I don't know.

20    Q        Okay, alright.  She testified a little bit
21 about that.

22    A        Okay.

23    Q        She remembered taking pictures outside
24 with some of her friends.

25    A        Okay.

```
 1          Q          Now would this have been on a Sunday?
 2          A          I think it was, yeah.
 3          Q          Alright.  Who was the first person that
 4     is, I guess, in any way related to the school that you would
 5     have contacted, if you recall?
 6          A          That's related?
 7          Q          To the school or that works for the
 8     school.
 9          A          I called him, Mr. Gannon, I'm sorry, but
10     I, I went and seen--and I don't know if it was before I
11     talked to him or after--to Ruth Marie Polly, which...
12          Q          Okay.  That's the school guidance
13     counselor...
14          A          Yeah.
15          Q          ... right?
16          A          Yeah.
17          Q          Okay, alright.  And that would have been
18     on that Sunday evening that you would have went?
19          A          Yeah.
20          Q          Okay.  Now how do you know Ruth Marie
21     Polly?
22          A          Through David Cook.
23          Q          Okay.  Now are they married or dating?
24          A          Dating, they're dating.
25          Q          Okay.  How did you know David Cook?
```

```
 1          A       I grew up with him.

 2          Q       Okay, alright, so you went and talked to

 3   Ruth Marie Polly.  And then would it sound accurate that

 4   Ruth Marie Polly got ahold of the principal, gave the

 5   principal your phone number, and then Mr. Gannon called you

 6   a little bit later that evening?

 7          A       I don't know.  She may have gave me his

 8   number.

 9          Q       Okay.  Did you try to go, did you try to

10   go to Mr. Gannon's house that evening to talk to him and

11   find out what was going on, but they had given you the wrong

12   address or something?

13          A       Yes.  Well, I took it upon myself that I

14   thought I was going to the right house.  Through my job, I'm

15   like kind of--I don't know if I'd ever been to his house...

16          Q       Okay.

17          A       ... on a call or anything.

18          Q       Okay.

19          A       So where I went to was not his address,

20   was not his home.

21          Q       Okay, alright.  But then did Mr. Gannon

22   end up calling you that evening or call you back or do you

23   remember?

24          A       I think I called him.  And I don't, when I

25   called him, I don't know--I can't remember if we talked the
```

1  first time I called or if he called back from me leaving a

2  message.  I don't, I don't remember.

3          Q        Did he seem concerned when you told him

4  about what had happened?

5          A        Yeah.

6          Q        Okay.  And then after that conversation

7  with Mr. Gannon, is that when you said you were calling to

8  find out what your daughter needed to do?

9          A        And also informing him of what had

10 happened...

11         Q        Right.

12         A        ... what had happened, yeah.

13         Q        Okay, alright.  So you talked to him that

14 Sunday evening, and then did you have any other

15 conversations with, with Mr. Gannon after that?

16         A        I don't think so.  I don't remember

17 correct, but I don't think so.

18         Q        Okay, alright.  Do you remember what you

19 told Mr. Gannon?

20         A        No.  I think I just questioned, asked him

21 about this guy.

22         Q        Okay.  I mean did you...

23         A        And then I let him know...

24         Q        ... tell him that your daughter had had

25 some problems over there that night or, or the night before?

1        A       I, I'm not quite sure what I said or what
       2   our conversation was like...
       3        Q       Okay.
       4        A       ... as far as that's concerned.
       5        Q       That's fair.  Did the West Virginia State
       6   Police, did they ever interview you?
       7        A       No.
       8        Q       Okay.  Other than the cousin, Dustin, does
       9   K█████ have any other family or cousins that live around
      10   Williamson or Chattaroy...
      11        A       Yes.
      12        Q       ... or in that area...
      13        A       In Will-, Williamson.
      14        Q       ... that she runs around with?
      15        A       She, yeah, she's got cousins that live in
      16   Williamson.
      17        Q       Okay.  Well, I mean cousins that she
      18   would, you know, basically, I guess, ride around with and...
      19        A       Yeah.
      20        Q       ... spend time around?
      21        A       Yes.
      22        Q       Who, who would those cousins be?
      23        A       I don't know their names.
      24        Q       Okay.
      25        A       I don't know their names.

```
 1        Q        That's alright.  Would they all be on the
 2   mother's side or would they be on your side?
 3        A        On, on the mother, on her mother's side.
 4        Q        Is the mother, is she from a pretty large
 5   family?
 6        A        Yeah.
 7        Q        Okay.  I remembered somebody saying that
 8   there were thirteen (13) brothers and sisters.
 9        A        That's on my side too.
10        Q        That's on your, okay, alright.  So you,
11   you've got thirteen (13) brothers and sisters?
12        A        Yeah.
13        Q        Okay, alright.  So the brothers and
14   sisters we talked about earlier are just the ones that live
15   around you in Williamson?
16        A        That, yeah.
17        Q        Okay, alright, okay.  Well, on your side,
18   were there any, any--do you have any nieces or nephews that
19   are around the same age as K█████...
20        A        No.
21        Q        ... that ran around with her or anything?
22        A        No, no.
23        Q        Okay.  Do you have any other family
24   members on your side that would have attended school in Pike
25   County?
```

```
 1        A        No.

 2        Q        Okay.  To your knowledge, would Ke████
 3   have had any cousins on her mother's side that attended
 4   school in Pike County?

 5        A        I think, I'm not sure, but I think her,
 6   her brother went to school in Pike County; I think K████'s
 7   mom's brother.

 8        Q        Oh, K██████s mom's brother?

 9        A        Yeah.

10        Q        Okay, alright.  Would, would he have been
11   quite a bit older than K█████?

12        A        Yeah.

13        Q        Okay, alright.  To your knowledge, is
14   K██████ related to anyone that works for the Pike County
15   Board?

16        A        No.

17        MR. SHAW:        Okay.  Pass the witness.

18

19   CROSS EXAMINATION BY HON. MICHAEL A. OWSLEY:

20        Q        Mr. Dotson, let me ask you just a few
21   questions.  Mr. Smith and I represent the superintendent,
22   Mr. Adkins, and the Board.  And I appreciate it's difficult
23   for you, so if you have a concern or question even for a
24   minute, just let me know.

25        A        Okay.
```

```
 1        Q        About what time did Ke██████'s mother call
 2   you on that Sunday morning to let you know that something
 3   had happened?
 4        A        I'd say around eight (8:00), eight thirty
 5   (8:30).
 6        Q        And did you immediately go to what you
 7   believed to be Mr. McCoy's residence?
 8        A        No, not...
 9        Q        What did you do first?
10        A        I was going to get K██████, which I
11   thought she was still at the house which at the time was Mr.
12   Stafford's house, Swafford's house, I'm sorry.
13        Q        And did you know where that house was?
14        A        By the number, no, but, by the physical
15   address, no, but...
16        Q        How did you find it?
17        A        Well, when K████l mentioned that she was
18   going to a birthday party for--when I say Jeri, I'm talking
19   about his daughter.
20        Q        Jeri Swafford, the daughter?
21        A        The daughter.  There was no physical
22   address, but I just knew that it was on what they call
23   Howard Holler or View Holler, whatever you want to call it.
24   And I went to school with a guy named Bryan Burgett and Mike
25   May.  And she told me that the house was up above, not many
```

42

1   houses above where Bryan Burgett lived.

2          Q       And you knew where he lived?

3          A       Yeah.  And also Mike May, I knew where he

4   lived.  And come to find out, he lived actually next door,

5   like two (2), two (2) houses down.

6          Q       Did you go to Mr. Swafford's house that

7   morning?

8          A       No.

9          Q       Did you start there and...

10         A       Yes.

11         Q       ... and then something happened?

12         A       That's when they called and told me that

13  K██████l wasn't there, she had been taken to Mr. McCoy's

14  house, I guess.

15         Q       And so then you turned and went to Mr.

16  McCoy's house?

17         A       Right.

18         Q       And you got to Mr. McCoy's house about

19  what time?

20         A       Nine (9:00).

21         Q       Something after nine (9:00)...

22         A       Yeah.

23         Q       ... or nine (9:00) or something after

24  that?

25         A       Yeah.

```
1        Q        And that, you've told us that the McCoys
2    weren't home; they were...
3        A        They was at...
4        Q        ... at K██████'s grandmother's?
5        A        Right.
6        Q        But they did come back?
7        A        Right.
8        Q        And brought K████l with them?
9        A        No.  K██████ was at their house.
10       Q        Okay.  At the McCoys' home?
11       A        Right.
12       Q        So they had gone to the grandmother's, but
13   without K██████
14       A        Right.
15       Q        Just to tell the grandmother what had
16   occurred, as you understand it?
17       A        Yeah, as I understand it.
18       Q        When you picked up K██████at the McCoys'
19   home and you went to A-, to the first hospital, ARH, about
20   what time do you think you probably got there?
21       A        Anywhere between nine thirty (9:30) and
22   ten (10:00) o'clock.
23       Q        You weren't there long because...
24       A        No.
25       Q        ... they wouldn't see her?  About what
```

```
1  time do you think you had got to the South Williamson

2  Hospital?

3          A      No later than ten (10:00).

4          Q      And that's where you said you were for

5  five (5) or six (6)...

6          A      For awhile.

7          Q      ... or seven (7) hours...

8          A      Yeah.

9          Q      ... and back and forth?

10         A      Right.

11         MR. DONOVAN:     Just try, if you can, to let him

12 finish his question...

13         MR. OWSLEY:     Yeah.  She's...

14         MR. DONOVAN:     ... before you answer.

15         MR. DOTSON:     Oh, okay.

16         MR. DONOVAN:     You're making it hard on the

17 court reporter there.

18         MR. DOTSON:     Okay.

19         MR. OWSLEY:     Yes.

20         MR. SMITH:     The first hospital was in

21 Kentucky.  The second hospital was Williamson Memorial in

22 Williamson.

23         MR. OWSLEY:     That, I, I...

24         COURT REPORTER:  I'm sorry.  I didn't hear you,

25 Neal.
```

```
 1              MR. SMITH:          Well, I was just...

 2         Q         I, I misspoke.  The second hospital was

 3    Williamson Memorial in West Virginia?

 4         A         Correct.

 5         Q         Okay.  I'm sorry for that error.

 6         A         That's okay.

 7         Q         So that's the hospital where you took

 8    K█████ after the first hospital wouldn't see her again?

 9         A         Correct.

10         Q         And that's the hospital where K█████l was

11    for five (5) or six (6) or seven (7) hours?

12         A         Correct.

13         Q         You need to answer out loud.

14         A         Correct, yes.

15         Q         I think you said you came and went?

16         A         Yeah.

17         Q         What were you doing when you weren't at

18    the hospital?

19         A         One time I left, me and my brother went

20    and got her car.

21         Q         Where was the car?

22         A         It was over at the McCoys' house.

23         Q         How did her car get there?

24         A         I have no idea.

25         Q         Okay.
```

```
 1          A       But we went and got her car and took it to
 2   her grandmother's.  And then I went back to the hospital; my
 3   brother was there with me too.  I left again because Trooper
 4   Rose from the state police wanted me to read the statement;
 5   so I went down to the West Virginia State Police Department.
 6          Q       Wanted you to read a statement?
 7          A       Yeah.
 8          Q       Who was it a statement from?
 9          A       I don't remember who gave him that
10   statement, but it was like whoever had given him the
11   statement was somebody, I guess, at the party and reported
12   it.
13          Q       Was it a handwritten statement or a tape
14   recorded statement?
15          A       It was written.
16          Q       What did the statement reveal to you?
17          A       That to, to a degree, that K███████ was
18   sexually taken advantage of.
19          Q       And as you sit here today, you don't
20   recall whose statement you were reviewing?
21          A       Right.
22          Q       But it was someone who was at the party?
23          A       Correct.
24          Q       Is that the only statement you were asked
25   to read?
```

47

```
 1          A       Yes.

 2          Q       Had Ke████l told you that she had been

 3   sexually taken advantage of at that point in time?

 4          A       No, she hadn't told me.

 5          Q       I think you said that ride to the hospital

 6   was very quiet?

 7          A       Right.

 8          Q       And she didn't talk about it at all?

 9          A       No.

10          Q       And you didn't either?

11          A       No.

12          Q       After you read the statement from someone

13   that was at the party that indicated K████l, Ke██████ had

14   been taken advantage of, did you subsequently talk to

15   K███████ about it?

16          A       No, because once I read that statement and

17   I got back to the hospital, she was still in the hospital

18   room.  She was still in, in the room.  I didn't--I wasn't

19   allowed to go back there because, I guess--I don't know.  I

20   don't know if they was doing the rape kit then.  I don't

21   know what they was doing at the time.

22          Q       Did you take K████l home from the

23   hospital that evening...

24          A       Yes.

25          Q       ... when, whenever she was discharged?
```

```
1          A       Yes.

2          Q       Did you and K█████l talk about what had

3   occurred after you left the hospital with her that evening?

4          A       Hmm, not in detail, no.

5          Q       Was that because she didn't want to talk

6   about it or you were reluctant to talk about it?

7          A       Because I probably was reluctant; I didn't

8   want to rehash it, so to speak.

9          Q       Did she spend that Sunday night at your

10  home?

11         A       Yes.

12         Q       And did she continue to spend the time at

13  your home up until she went back to school?

14         A       Yes.

15         Q       How much time did she lose from school?

16         A       If I remember, sir, correct, I think it

17  was about, about, about a week, if that.  I'm pretty sure it

18  was about a week.

19         Q       And you've told us about the one call that

20  you had with Mr. Gannon, the principal.  And you're not sure

21  if he called you or you called him, but in any event, you

22  spoke on the phone?

23         A       Yeah.

24         Q       Was that from your cell phone?

25         A       I'm not sure if I called him from my cell
```

1 phone or my home phone.  I'm not sure.

2          Q          Do you mind, what are your two (2)

3 numbers, both your landline and your, and your cell phone

4 numbers?

5          A          My landline is (304) XXX-XXXX.  Cell is

6 (304) XXX-XXXX.

7          MR. DONOVAN:      Can we have these not in the

8 record.

9          MR. OWSLEY:      Yes, that's fine.  I agree.

10 Don't put those in the record.

11          Q          And who is your cell phone service

12 through?

13          A          Verizon through my, through my job.

14          Q          Is it a phone provided to you by your

15 company?

16          A          Uh hmm, yes, sir.

17          Q          But you're permitted to use it for

18 personal use?

19          A          Yes.

20          Q          Who is your landline service through?

21          A          Suddenlink, the company that I work for.

22          Q          Suddenlink, I guess you better be using

23 their service, hadn't you?

24          A          Yeah.

25          MR. DONOVAN:      I don't think you have an

1   option, do you?

2           MR. DOTSON:        Not with them.

3           Q        You've told us that the call that you had

4   with Mr. Gannon was sometime Sunday evening; I think that's

5   what you said.  Do you remember that?

6           A        It would have been that evening, yeah.

7           Q        And I think you told us that was the last

8   time you spoke with Mr. Gannon about this matter involving

9   K██████, correct?

10          A        Yes.

11          Q        Am I correct that you never spoke to Reed

12  Adkins, who is the superintendent of the Pike County Board

13  of Education?

14          A        No, I haven't.

15          Q        Nor tried to?

16          A        No.

17          Q        Am I also correct that you never spoke to

18  any member of the Pike County Board of Education?  There are

19  five (5) members.  You never spoke to any of them?

20          A        Right.

21          Q        Nor tried to?

22          A        No, sir.

23          Q        Now you did speak to the guidance

24  counselor that Sunday, apparently maybe before you spoke to

25  Mr. Gannon, that's Ms. Polly?

```
 1         A        Ruth Marie.

 2         Q        And what did you tell Ruth Marie Polly?

 3         A        Just what had--I don't know the word I

 4    want to use--just like what was being said, and I told her

 5    about Jerry and what supposedly he had done.

 6         Q        Had you read the statement from the person

 7    who was at the party by the time you met with Ms. Polly?

 8         A        Yes.

 9         Q        So did you tell her essentially what you

10    had understood from that statement or not?

11         A        No.  I'm thinking that our conversation

12    was simply he's being accused of raping my daughter, that's,

13    that simple.

14         Q        Did Ms. Polly give you any advice?

15         A        I don't remember what she, what--I don't

16    remember.  I don't know if she said something about--well,

17    she did mention about like counseling at the school, if it

18    was needed.

19         Q        For K█████?

20         A        Yeah.

21         Q        Did Ms. Polly give you Mr. Gannon's phone

22    number?

23         A        I'm thinking that's how I got it.

24         Q        You think...

25         A        Yeah.
```

1    Q    ... that was probably a cell phone since
2  it was a Sunday, not a landline, or don't know?

3    A    Don't, don't know, because I'm thinking
4  when I called him, I was at home.

5    Q    Okay.  But I mean the call on his phone
6  was probably on a cell phone?

7    A    I don't know.

8    Q    Don't know.  Whatever number she gave
9  you...

10   A    That's what I used.

11   Q    ... that's the number you called?  And
12 you're not sure if you called him and he called you back;
13 you're just...

14   A    Right.

15   Q    ... not sure which...

16   A    Right.

17   Q    ... sequence it was?

18   A    Right.

19   Q    Do you think you told Mr. Gannon that you
20 believed your daughter might have been raped or that there
21 was some incident with Mr. Swafford?  I know you don't
22 remember exactly what you told him.  What's your best memory
23 of what you said?

24   A    I'm not sure.  I think my only thing was
25 that I asked him about Mr. Swafford.  It's just vague to me.

1   And he let me know that he did work for, at Belfry High

2   School.  And then I don't know if I mentioned--well, I know

3   I told him what was being said.

4           Q       And by what was being said, you mean what

5   you read in that statement that the state police gave you?

6           A       And what, everything that was going on,

7   not just by that statement, just the whole situation.

8           Q       At that point in time, did you know Cindy

9   Andersen?

10          A       No.

11          Q       Or her husband, Michael Andersen?

12          A       No.

13          Q       Did you subsequently come to know Cindy

14  Andersen?

15          A       Just, I mean, I might have heard the name,

16  but didn't know who she was until that day out here in the

17  lobby.

18          Q       Here in Mr. Shaw's office...

19          A       Right.

20          Q       ... where she was here for a deposition

21  and you were here for a deposition?

22          A       Right.

23          Q       Did you and K███████ ever discuss in any

24  more detail what had occurred to her that evening up until

25  today?

1 　　　　A　　　As far as our conversation with that, it
2 was basically simple like.  And I can't remember if K█████,
3 I can't say Ke█████ told me this, but I'm thinking she did
4 because we were--it's just the fact of she remembered taking
5 some pictures and blacking out, that was basically like--as
6 far as anything past that point, no.
7 　　　　Q　　　And you never spoke to any of the other
8 people who were at the party that evening?
9 　　　　A　　　No.
10 　　　　Q　　　You mentioned that you did know Dustin
11 Wilkerson...
12 　　　　A　　　Uh huh (affirmative).
13 　　　　Q　　　... who is on K█████l's mother's side of
14 the family, as I understand it.
15 　　　　A　　　Yeah.
16 　　　　Q　　　And I think you were asked by Mr. Shaw
17 whether it would surprise you if K█████l had indicated he
18 bought the liquor for her that day, and you sort of smiled
19 and said, no, it wouldn't surprise you.  What kind of a guy
20 is Dustin?
21 　　　　A　　　Ah, I mean he's just a guy, I mean, he
22 don't work; so he's just out there.
23 　　　　Q　　　Okay.  In response to Mr. Shaw's question,
24 I think you said he might be older than Ke█████, but not
25 much.

```
1          A        Correct.

2          Q        Would he be twenty-one (21) now or, or

3   still under twenty-one (21), if you know?

4          A        He's over twenty-one (21), yeah.

5          Q        Now he is?

6          A        Yeah.

7          Q        But you don't know when he became twenty-

8   one (21)?

9          A        No.

10         Q        You don't know his birthdate?

11         A        No, no.

12         Q        You also said Dr. Beckett was your doctor,

13  and you've known Dr. Beckett a long time?

14         A        Yeah.

15         Q        Had ██████l ever been to see Dr. Beckett

16  as a patient before this incident in October of 2016?

17         A        It's possible.

18         Q        You just don't recall one way or the

19  other?

20         A        Right.

21         Q        Do you know whether K██████ whether Dr.

22  Beckett ever prescribed any kind of antidepressants for

23  Ke█████ after this incident?

24         A        I think so.

25         Q        Do you know whether K██████ quit taking
```

1    those on her own?

2           A       I don't know.  I don't know.

3           Q       I believe you said you were not asked to

4    give a statement to the state police in West Virginia?

5           A       That's correct, I was not asked to.

6           Q       Did you ever give a statement or were you

7    interviewed by anyone in connection with the claims in this

8    particular lawsuit?

9           A       Rephrase, I mean.

10          Q       Well, I'm trying to figure out whether

11   you've previously given a statement to someone other than

12   the state police, but about the claims in this lawsuit...

13          A       No.

14          Q       ... that K██████has made, just not...

15          MR. DONOVAN:     I would just preserve an

16   objection as to privilege; anybody other than me or...

17          MR. OWSLEY:      Well...

18          MR. DONOVAN:     ... somebody that works for me.

19          MR. DOTSON:      Okay, that's what I was--I

20   didn't know if he was, if he was...

21          Q       No, I'm not.  I apologize.  I'm not...

22          A       Okay.

23          Q       ... asking about Mr. Donovan.  I'm, I'm

24   asking about anyone else.

25          A       Oh, okay, well, no.

1      Q       And you never spoke to any of the experts

2 that Mr. Donovan might have hired on K████'s behalf in

3 this lawsuit, any doctors or anything like that?

4      A       No, no.

5      Q       After you met with Billy McCoy and his

6 wife when they came back from K████'s grandmother's that

7 Sunday, did you meet with Mr. McCoy again at some later

8 time?

9      A       No, I don't, no.

10      Q       Did you ever speak to him on the phone

11 after that?

12      A       I'm not sure.

13      Q       Do you remember Mr. McCoy's wife's name?

14      A       No.

15      Q       When you went to Mr. McCoy's home and

16 eventually picked up K████l there, was she there alone or

17 were any of her friends with her?

18      A       I don't know, because when the parents got

19 there, they went and got K████ and brought her outside.

20 No one else came out of the house.  So I don't know if their

21 kids was home; I don't know.

22      MR. OWSLEY:      Give me just a moment, please.

23      OFF THE RECORD

24      MR. OWSLEY:      Thank you for your time, Mr.

25 Dotson.

```
 1          MR. DOTSON:        No problem.

 2          MR. OWSLEY:        I don't know if there's any

 3    additional questions by either Mr. Thompson or Mr. Shaw.

 4          MR. THOMPSON:      No questions for me.

 5          MR. SHAW:          I don't have anything.

 6          MR. DONOVAN:       Nothing for me.

 7

 8                    *  *  *  *  *  *  *  *  *  *

 9          Thereupon the taking of the deposition of RAYMOND

10    DOTSON was concluded.

11                    *  *  *  *  *  *  *  *  *  *
```

CERTIFICATE OF SERVICE

This is to certify that the foregoing deposition has been mailed to the following persons:

ORIGINAL TO:

Hon. Jonathan Shaw
PORTER, BANKS, BALDWIN & SHAW
P.O. Drawer 1767
Paintsville, KY 41240

COPIES:

Hon. Ryan McCune Donovan
BAILEY GLASSER LLP
209 Capitol Street
Charleston, WV 25301

Hon. Michael A. Owsley
ENGLISH LUCAS PRIEST & OWSLEY, LLP
P.O. Box 770
Bowling Green, KY 42102-0770

Hon. Jonathan Shaw
PORTER, BANKS, BALDWIN & SHAW
P.O. Drawer 1767
Paintsville, KY 41240

This the 21st day of May, 2018.


_____
Atha Mae Maggard
Freelance Court Reporter

CERTIFICATE

STATE OF KENTUCKY)

COUNTY OF FLOYD  )

I, ATHA MAE MAGGARD, Notary Public for the State of Kentucky at Large, do certify that the foregoing deposition was taken at the time and place stated in caption; that the witness was duly sworn before me before testifying; that the deposition was taken by me in shorthand notes and on tape recorder and later transcribed on the computer by me; and that the foregoing 60 pages of typewritten material is a true and correct copy of my said shorthand notes and tape recordings.

Given under my hand this 21st day of May, 2018.

_____
Atha Mae Maggard
Notary Public
State of KY at Large

My commission expires
August 6, 2020