IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

K.D, by her guardians,
RAYMOND DOTSON and
RACHELLE HAIRSTON

        Plaintiff,

v.                                                               Civil Action No. 7:17-cv-132-KKC

JERRY SWAFFORD, in his individual capacity;
THE PIKE COUNTY BOARD OF EDUCATION,
REED ADKINS, in his individual capacity; and
MARK GANNON, in his individual capacity.
        Defendants.

## Plaintiff's Rule 26(a)(1) Initial Disclosures

Plaintiff makes her disclosures in accordance with Rule 26(a)(1) the Federal Rules of Civil Procedure, as follows:

### A. Individuals Likely to Have Discoverable Information

The following individuals are likely to have discoverable information regarding the Plaintiff's claims:

**1. Jerry Swafford**

Mr. Swafford is currently incarcerated at the Southwest Regional Jail in Holden, WV. He will provide testimony regarding the Board's knowledge of his history of misconduct and his sexual assault on K.D.

**2. Mark Gannon[1]**

Principal Gannon will testify concerning his personal knowledge of Mr. Swafford's history of misconduct, his personal knowledge of misconduct by other Board employees and agents, and the Board's knowledge of similar misconduct.

---

[1] Defendants are in possession of the latest contact information for all current and former Pike County BOE employees.

Exhibit 1

3. **Rod Varney**

Mr. Varney will testify concerning his personal knowledge of Mr. Swafford's history of misconduct, his personal knowledge of misconduct by other Board employees and agents, as well as the Board's knowledge of similar misconduct.

4. **Jeremy Howard**

Principal Howard will testify concerning his personal knowledge of misconduct by Board employees and the Board's knowledge thereof.

5. **Reed Adkins**

Mr. Adkins will testify concerning his personal knowledge of Mr. Swafford's history of misconduct and his personal knowledge of misconduct by other Pike County Board of Education employees and agents. He will also testify concerning the Board's policies and procedures for preventing and responding to incidents of employee misconduct.

6. **Hon. Neal Smith**

Mr. Smith will testify concerning his investigation of the allegations against Mr. Swafford, his past investigations into prior similar incidents, and the Board's policies and procedures for preventing and responding to incidents of employee misconduct.

7. **Danny Adkins**

Mr. Adkins will testify concerning Mr. Swafford's employment history, the Board's knowledge of Mr. Swafford's misconduct, and the Board's knowledge of and response to similar incidents of employee misconduct.

8. **Jim Blankenship**

Mr. Blankenship will testify concerning Mr. Swafford's employment history, his personal knowledge of Mr. Swafford's misconduct, and the Board's knowledge of Mr. Swafford's misconduct

9. **Tammy Swafford**

Ms. Swafford resides at Howard Hollow, Chattaroy WV. Her telephone number is 304-235-0669. She will testify concerning her personal knowledge of Mr. Swafford's misconduct.

10. **Phillip Haywood**

Coach Haywood will testify concerning his personal knowledge of Mr. Swafford's misconduct, his personal knowledge of similar misconduct by Board employees and agents, the Board's

knowledge of Mr. Swafford's misconduct and similar misconduct by other Board employees, and the efforts of Board employees and agents to cover up allegations of employee misconduct.

### 11. Mark Thompson

Coach Thompson will testify concerning his personal knowledge of Mr. Swafford's misconduct, his personal knowledge of similar misconduct by Board employees and agents, the Board's knowledge of Mr. Swafford's misconduct and similar misconduct by other Board employees, and the efforts of Board employees and agents to cover up allegations of employee misconduct.

### 12. Kevin Deskins

Coach Deskins will testify concerning his personal knowledge of Mr. Swafford's misconduct, his personal knowledge of similar misconduct by Board employees and agents, the Board's knowledge of Mr. Swafford's misconduct and similar misconduct by other Board employees, and the efforts of Board employees and agents to cover up allegations of employee misconduct.

### 13. Cameron Smith

Coach Smith will testify concerning his personal knowledge of Mr. Swafford's misconduct, his personal knowledge of similar misconduct by Board employees and agents, the Board's knowledge of Mr. Swafford's misconduct and similar misconduct by other Board employees, and the efforts of Board employees and agents to cover up allegations of employee misconduct.

### 14. David Jones

Mr. Jones will testify concerning his personal knowledge of Mr. Swafford's misconduct, his personal knowledge of similar misconduct by Board employees and agents, the Board's knowledge of Mr. Swafford's misconduct and similar misconduct by other Board employees.

### 15. Maggie Paige

Ms. Paige resides at 1251 Vinson Street, Williamson, WV. Her telephone number is 304-235-5076. She will testify concerning her personal knowledge of Mr. Swafford's misconduct, her personal knowledge of similar misconduct by Board employees and agents, the Board's knowledge of Mr. Swafford's misconduct and similar misconduct by other Board employees, and the efforts of Board employees and agents to cover up allegations of employee misconduct.

### 16. Daysha Smith

Ms. Smith will testify concerning her attendance at the party at which K.D. was assaulted, her relationships with the minors in attendance at the party, her actions during and following K.D.'s hospitalization, her personal knowledge of Mr. Swafford's misconduct, her personal knowledge of similar misconduct by Board employees and agents, the Board's knowledge of Mr. Swafford's misconduct and similar misconduct by other Board employees, and the efforts of Board employees and agents to cover up allegations of employee misconduct.

Exhibit 1

**17. Mark Kohari**

Mr. Kohari resides at 164 Howard Hollow, Williamson, WV. His telephone number is 304-369-9311. He will testify concerning the Board's knowledge of and response to allegations of misconduct by its employees and agents.

**18. Jerry Roberts**

Mr. Roberts will testify concerning his personal knowledge of Mr. Swafford's history of misconduct and the Board's knowledge thereof.

**19. Mildred May**

Ms. May will testify concerning her personal knowledge of Mr. Swafford's history of misconduct and the Board's knowledge thereof.

**20. Rocky Hall**

Mr. Hall may be reached at the Mingo County Board of Education, 110 Cinderella Road, Williamson, WV. The Board's telephone number is 304-235-3334. Mr. Hall will testify concerning Mr. Swafford's employment with the Mingo County Board of Education and the reasons for the termination of his employment.

**21. J.B.S.[2]**

J.B.S. will testify concerning her personal knowledge of Mr. Swafford's misconduct and her presence at the party at which K.D. was assaulted.

**22. B.H.**

B.H. will testify concerning her personal knowledge of Mr. Swafford's misconduct and her presence at the party at which K.D. was assaulted.

**23. S.P.**

S.P. will testify concerning her personal knowledge of Mr. Swafford's misconduct and her presence at the party at which K.D. was assaulted.

**24. H.M.**

H.M. will testify concerning her personal knowledge of Mr. Swafford's misconduct and her presence at the party at which K.D. was assaulted.

---

[2] Minors will be identified via separate private communication to defendants' counsel.

Exhibit 1

### 25. C.H.

C.H. will testify concerning her personal knowledge of Mr. Swafford's misconduct.

### 26. C.H.

C.H. will testify concerning her personal knowledge of Mr. Swafford's misconduct.

### 27. K.D.

K.D. can be reached through the undersigned counsel. K.D. will testify concerning her personal knowledge of Mr. Swafford's misconduct and the bases for compensatory and punitive damages.

### 28. Cindy Andersen

Ms. Anderson can be reached through the undersigned counsel. Ms. Anderson will testify concerning her personal knowledge of Mr. Swafford's misconduct and the Board's knowledge thereof.

### 29. Valerie Perkins

Ms. Perkins can be reached through the undersigned counsel. She will testify concerning her knowledge of Mr. Swafford's misconduct.

### 30. Billy McCoy

Mr. McCoy will testify concerning his knowledge of the Mr. Swafford's misconduct.

### 31. Heather Brooks

Ms. Brooks will testify concerning her knowledge of Mr. Swafford's misconduct.

### 32. Raymond Dotson

Mr. Dotson can be reached through the undersigned counsel. He will testify concerning the bases for compensatory and punitive damages.

### 33. Rachelle Hairston

Ms. Hairston can be reached through the undersigned counsel. She will testify concerning the bases for compensatory and punitive damages.

### 34. Williamson City Police Officer Joshua Tincher

The Williamson Police Department is located at 108 East Fourth Avenue, Williamson, WV. Its telephone number is 304-235-2570. Officer Tincher will testify concerning his personal knowledge of Mr. Swafford's misconduct.

### 35. West Virginia State Police Trooper H.A. Rose

The Williamson Detachment is located at 200 East Third Avenue, Williamson, WV. Its telephone number is 304-235-6000. Trooper Rose will testify concerning the criminal investigation, prosecution, and conviction of Mr. Swafford.

### 36. Belfry High School Faculty Members

Based on the results of Plaintiff's initial investigation, numerous members of the BHS faculty will testify concerning their personal knowledge of Mr. Swafford's misconduct and the Board's knowledge thereof.

### 37. Belfry High School Staff

Based on the results of Plaintiff's initial investigation, numerous members of the BHS staff will testify concerning their personal knowledge of Mr. Swafford's misconduct and the Board's knowledge thereof.

### 38. Pike County B.O.E. Staff

Based on the results of Plaintiff's initial investigation, numerous members of the Pike County BOE staff will testify concerning their personal knowledge of Mr. Swafford's misconduct and the Board's knowledge thereof.

Plaintiff notes that discovery is ongoing in this matter, and she will supplement this disclosure as necessary.

### B. **Documents, ESI, and Tangible Things That May Be Used to Support Claims.**

Plaintiff has in her possession, control, or custody, the following documents, ESI, and tangible things she may use to support her claims:

1. West Virginia State Police Report of Criminal Investigation.
2. Audio recorded statement of S.P.
3. Audio recorded statement of K.D.
4. Audio recorded statement of Jerry Swafford.
5. Audio recorded statement of H.M.
6. Williamson Memorial Hospital Medical Records.

Exhibit 1

7. Appalachian Regional Hospital Medical Records.
8. Audio recording of Mark Gannon and Cindy Andersen.
9. Social media archives.
10. Cell phone extraction reports.

Plaintiff may also use:

11. All documents produced by the parties in response to discovery requests.
12. All documents produced by third parties pursuant to subpoenas issued in this case.
13. All depositions taken by the parties which may be relevant to this case.
14. All pleadings on file with the Court along with any exhibits attached thereto, including any documents of which the Court may take judicial notice.
15. All documents obtained or produced during discovery that do not fall under the categories listed above.

Plaintiff notes that discovery is ongoing in this matter, and she will supplement this disclosure as necessary.

## C. **Damages**

Plaintiff seeks compensatory damages, punitive damages, attorneys' fees and costs, and all other damages alleged in the Complaint or that the Court deems appropriate, just, and fair. Computation of the Plaintiff's damages will require expert economic and medical testimony, which will be disclosed in accordance with the Court's scheduling order.

Dated: November 30, 2017  /s/ Michael B. Hissam
Michael B. Hissam (KY Bar No. 97147)
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
mhissam@baileyglasser.com
*Counsel for Plaintiff*

Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

**K.D, by her guardians,**
**RAYMOND DOTSON and**
**RACHELLE HAIRSTON**

        Plaintiff,
v.                                                                      Civil Action No.  7:17-cv-132-KKC

**JERRY SWAFFORD, in his individual capacity;**
**THE PIKE COUNTY BOARD OF EDUCATION,**
**REED ADKINS, in his individual capacity; and**
**MARK GANNON, in his individual capacity.**
        **Defendants.**

## **CERTIFCATE OF SERVICE**

      I certify that on November 30, 2017, I served all necessary parties with this document via email and U.S. Mail.

                                                                          */s/ Michael B. Hissam*

Exhibit 1