# AFFIDAVIT

Comes the Affiant, Rodney Varney, and does hereby state as follows:

That I was the Principal at Belfry High School during the 1999-2013 school years. During my tenure as Principal I never witnessed nor did anyone ever report to me any sexual misconduct relative to female students with regard to Jerry Swafford. No one ever reported to me that Mr. Swafford was seen masturbating in his office. I knew Mr. Swafford to be an employee of excellent character who had a respectful reputation in the community. I never received any complaints or reports of misconduct of any kind relating to Mr. Swafford.

The statement contained herein is true and accurate to the very best of my knowledge and belief.

_____
Rodney Varney

COMMONWEALTH OF KENTUCKY

COUNTY OF PIKE

The foregoing Affidavit was subscribed, sworn to and acknowledged before me by Rodney Varney, on this the 4th day of May, 2018.

My Commission Expires: 9/9/18

_____
NOTARY PUBLIC

Exhibit 2

# AFFIDAVIT

Comes the Affiant, Rodney Varney, and does hereby state as follows:

That I was the Principal at Belfry High School during the 1999-2013 school years. During my tenure as Principal I never witnessed nor did anyone ever report to me any sexual misconduct relative to female students with regard to Jerry Swafford. No one ever reported to me that Mr. Swafford was seen masturbating in his office. I knew Mr. Swafford to be an employee of excellent character who had a respectful reputation in the community. I never received any complaints or reports of misconduct of any kind relating to Mr. Swafford.

The statement contained herein is true and accurate to the very best of my knowledge and belief.

_____
Rodney Varney

COMMONWEALTH OF KENTUCKY

COUNTY OF PIKE

The foregoing Affidavit was subscribed, sworn to and acknowledged before me by Rodney Varney, on this the 4th day of May, 2018.

My Commission Expires: 9/9/18

_____
NOTARY PUBLIC

Exhibit 2