# AFFIDAVIT OF DANNY ADKINS, JR.

Comes now the affiant, Danny Adkins, Jr., and having been first duly sworn, hereby states as follows:

I formerly served as the personnel director for the Pike County Board of Education and currently serve as Floyd County Schools Superintendent. It is my understanding that I have been identified as a witness for the plaintiff in the matter of *K.D. v. Swafford, et al.* Contrary to what is stated in Plaintiff's disclosures, other than the incident that occurred at Mr. Swafford's home in Chattaroy, WV on October 15, 2016 – I am unaware of any other incidents of misconduct concerning Mr. Swafford and never received any complaints or reports of misconduct of any kind relating to Mr. Swafford. Had any incidents of misconduct concerning Mr. Swafford been reported to me, I would have advised Superintendent Adkins immediately for him to address. I am likewise unaware of any similar incidents wherein any other employees of the Pike County District have allowed parties to take place at their home and then sexually abuse a child in attendance. Further, I know of no efforts by those employed by the board to cover up any employee misconduct. I do know that Mr. Swafford was not allowed back on Belfry High School grounds after the events that occurred October 15, 2016.

FURTHER THE AFFIANT SAYETH NAUGHT

_____
Danny Adkins, Jr.

Exhibit 3

COMMONWEALTH OF KENTUCKY)

                        ) ss

COUNTY OF FLOYD        )

    SUBSCRIBED, SWORN TO AND ACKNOWLEDGED before me, a Notary Public, this 21st day of May, 2018, by Danny Adkins, Jr.

    My commission expires: __12-08-19__

                                          _____
                                          NOTARY PUBLIC-STATE AT LARGE

Exhibit 3