# AFFIDAVIT

Comes the Affiant, Mark Thompson, and does hereby state as follows:

That on the late afternoon of Friday, October 14, 2016 Principal Mark Gannon requested that I keep a look out for Jerry Swafford at the Belfry High School football game. Mr. Swafford virtually always attended the high school football and basketball games. Upon seeing Mr. Swafford, I was directed to bring him to Mr. Gannon for a conversation. I searched for Mr. Swafford at the ballgame, but did not see him. It appeared that he was not at the game that evening. I later advised Mr. Gannon that I was unable to locate Mr. Swafford on the evening of October 14, 2016.

The statement contained herein is true and accurate to the very best of my knowledge and belief.

_____
Mark Thompson

COMMONWEALTH OF KENTUCKY

COUNTY OF PIKE

The foregoing Affidavit was subscribed, sworn to and acknowledged before me by Mark Thompson, on this the 4th day of May, 2018.

My Commission Expires: 9/9/18

_____
NOTARY PUBLIC

Exhibit 14