

GEORGE R. NICHOLS, II, M.D.
PRESIDENT

FELLOW CAP, AAFS, ASCP
DIPLOMATE AMERICAN BOARD OF PATHOLOGY (AP, CP, FP)

# COMMONWEALTH MEDICAL LEGAL SERVICES, INC.

May 3, 2018

Jonathan C. Shaw, J.D., M.B.A.
Porter, Banks, Baldwin & Shaw
327 Main Street
P.O. Drawer 1767
Paintsville, KY 41240

RE:   K▇▇ll D▇▇n
      CMLS18-055

Dear Mr. Shaw:

You have asked me to perform a determination of chemical impairment/intoxication in this case.

At your request I have reviewed the following materials concerning the above captioned person:

1. Copy of Complaint
2. Deposition of K▇▇ D▇▇
3. Medical Records - Williamson Memorial Hospital
4. West Virginia State Police - Report of Criminal Investigation

I, George R. Nichols, II, M.D., am a licensed physician certified in anatomic pathology, clinical pathology and forensic pathology. Since 1990 I have also practiced clinical forensic medicine, a field of medicine for which there is no available certification process except in pediatrics.

The contents of this report are based upon extensive training and experience in clinical and forensic pathology. The opinions are expressed with reasonable medical and/or scientific certainty or probability.

This case presents with several variables, which are not well remembered by K▇▇ D▇▇ to have occurred on Oct. 15-16, 2016. What is known is that a blood alcohol test (BAC) was administered at 10:16 A.M. Oct. 16, 2016. It was reported to be 0.070%.

MAY 0 8 2018

BROWNSBORO OFFICE PARK • 6013 BROWNSBORO PARK BLVD. SUITE D • LOUISVILLE, KY 40207
PHONE: (502) 899-9837 • Toll Free 1-877-333-2614 • FAX: (502) 899-9840
EMAIL: REAPERGRN@AOL.COM
WEBSITE: www.commonwealth-medical.web.iglou.com

Jonathan C. Shaw, J.D., M.B.A.
May 3, 2018
Page 2

She may have arrived at a party at 10:30 P.M., already intoxicated causing her to throw up and be placed in bed. She may have lost consciousness, perhaps between midnight and 02:00. She may have stopped drinking at 10:40 P.M.

Her deposition testimony lacks details.

It is known that K▮▮▮ll D▮▮▮n was sixteen years old and weighed 119 pounds.

Using the Widmark formula, I have calculated these BAC's which correspond to earlier times in the night:

- BAC at 01:00 A.M.              Range 0.2125 to 0.26%
- BAC at 00:00 A.M.              Range 0.2275 to 0.28%
- BAC @ 11:00 P.M.               Range 0.2452 to 0.30%
- BAC @ 10:00 (if arrived drunk) Range 0.2575 to 0.32%

Usual "toxicology" testing detected no drugs of abuse.

As you can see these are exceedingly high BAC's especially for a 16 year old. At ranges of approximately .30 in this age group one expects the effect to be coma (passed out). I have seen young drinkers die from alcohol poisoning at this level.

I conclude that K▮▮▮ll D▮▮▮ consumed alcohol which was proven to be BAC = 0.07% at 10:16 A.M. Oct. 26, 2016. By retrospective calculation her BAC may have reached or exceeded 0.30%.

I, George R. Nichols, II, M.D. am a practicing physician licensed in the state of Kentucky and Ohio. I am board certified by the American Board of Pathology in Clinical Pathology, Anatomic Pathology and Forensic Pathology. I have practiced clinical pathology, anatomic pathology and forensic pathology since 1977. I was the Medical Director of a Clinical Laboratory from 1977 to 2005. I was the Chief Medical Examiner of the Commonwealth of Kentucky from 1977 until Sept. 1, 1997 when I retired. I was the Medical Director of an Anatomic Pathology Laboratory from 1983 to 2006. I held a faculty appointment at the University of Louisville School of Medicine in Pathology from 1972 - 2016 and formerly in Pediatrics.

Jonathan C. Shaw, J.D., M.B.A.
May 3, 2018
Page 3

I have been qualified as an expert witness in Federal Courts and in state courts in KY, IN, OH, MI, WV, SC, TN, AL, LA, TX, VA, IL, NE, GA, FL, MO, CO, CT, SD, OR, AZ, IA, NV, NY, MD and WI.

I have performed 10,000 post mortem examinations and supervised 30,000 autopsies. My curriculum vitae, Rule 26 disclosures and fee schedule are attached.

Sincerely,

*[signature]*

George R. Nichols, II, M.D.