UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE
CIVIL ACTION NO. 7:17-cv-00132-KKC

K.D, by her guardians,
RAYMOND DOTSON and RACHELLE HAIRSTON          PLAINTIFFS

-vs-                          **ORDER**

JERRY SWAFFORD, in his individual capacity;
THE PIKE COUNTY BOARD OF EDUCATION,
REED ADKINS, in his individual capacity; and
MARK GANNON, in his individual capacity          DEFENDANTS

The Defendant, MARK GANNON, in his individual capacity, having moved the Court for entry of an order allowing the filing of an amended memorandum in support of motion for summary judgment, and the Court, after considering the matter, finds that the requested amendment should be granted.

IT IS THEREFORE ORDERED that the amended memorandum in support of motion for summary judgment shall be filed in place of the memorandum in support of motion for summary judgment currently filed at R. 143-1.

This ____ day of _____, 2018.

_____
JUDGE, U. S. DISTRICT COURT