# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY

**K.D.,**

    **Plaintiff,**

**v.**                                                                                         **Civil Action No. 7:17-cv-132-KKC**

**JERRY SWAFFORD, in his individual capacity;**
**THE PIKE COUNTY BOARD OF EDUCATION,**
**REED ADKINS, in his individual capacity; and**
**MARK GANNON, in his individual capacity.**

    **Defendants.**

## Order Granting Plaintiff's Motion for Sanctions

Pending is Plaintiff K.D.'s Motion for Sanctions under Federal Rule of Civil Procedure 56(h). (DE 148). Rule 56(h) provides that a party or attorney who submits an affidavit in bad faith is subject to "appropriate sanctions." Plaintiff's motion will be **GRANTED.**

Based on the evidence submitted by the parties in connection with this motion, the Court **FINDS** that Defendant Mark Gannon has submitted affidavits in bad faith, in violation of Rule 56(h). Specifically, exhibits 10, 11, and 12 to Mr. Gannon's Motion for Summary Judgment (DE 143) contain the false allegation that Plaintiff's counsel allowed an investigator to misrepresent herself to be an attorney. Mr. Gannon has refused to withdraw these affidavits, despite knowing that they are false in this material respect.

Accordingly, the Court **ORDERS** that Mr. Gannon's Motion for Summary Judgment (DE 143) be stricken from the docket. Further, Mr. Gannon's counsel of record is **ADMONISHED** for his violation of Rule 56(h).

This the ___ day of June, 2018.

                                                                                    _____
                                                                                        Hon. Hanley A. Ingram
                                                                                        United States Magistrate Judge