K. D., BY HER GUARDIANS,
RAYMOND DOTSON AND
RACHELLE HAIRSTON                                    PLAINTIFFS


VS.


JERRY SWAFFORD, IN HIS INDIVIDUAL
CAPACITY; THE PIKE COUNTY BOARD OF
EDUCATION; REED ADKINS, IN HIS
INDIVIDUAL CAPACITY; AND MARK GANNON,
IN HIS INDIVIDUAL CAPACITY                           DEFENDANTS


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEPOSITION OF C‖‖‖‖‖ H‖‖‖‖ TAKEN ON
BEHALF OF DEFENDANT, MARK GANNON**

DEPONENT:                                 CARRIGAN HORTON

DATE OF DEPOSITION:                       MARCH 22, 2018

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*




\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ATHA MAE MAGGARD**
Court Reporter
P.O. Box 1481
Prestonsburg, KY 41653
(606) 886-3377
athamaggard@gmail.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## INDEX

INDEX . . . . . . . . . . . . . . . . . . . . . .    2

APPEARANCES . . . . . . . . . . . . . . . . . .    3

CAPTION . . . . . . . . . . . . . . . . . . . .    4

WITNESS
    CARRIGAN HORTON
    Direct Examination by Mr. Shaw . . . . . . .    5-33
    Cross Examination by Mr. Owsley. . . . . .    33-53
    Cross Examination by Mr. Thompson. . . . .    53-55
    Re-Direct Examination by Mr. Shaw. . . . .    55-58

CERTIFICATE OF SERVICE. . . . . . . . . . . .    60

CERTIFICATION . . . . . . . . . . . . . . . .    61

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

******************************************************************

## APPEARANCES

FOR THE PLAINTIFFS,   HON. RYAN McCUNE DONOVAN
K.D., BY HER GUARDIANS,  BAILEY GLASSER, LLP
ET AL.        209 CAPITOL STREET
           CHARLESTON, WV 25301

   ALSO PRESENT    MS. LEIGH SHELL
           SHELL INVESTIGATIONS, INC.
           SOUTH CHARLESTON, WV


FOR THE DEFENDANT,    HON. MAX THOMPSON
JERRY SWAFFORD     SMITH THOMPSON PLLC
           P.O. BOX 1079
           PIKEVILLE, KY 41502


FOR THE DEFENDANT,    HON. JONATHAN C. SHAW
MARK GANNON      PORTER, BANKS, BALDWIN
             & SHAW
           P.O. DRAWER 1767
           PAINTSVILLE, KY 41240

   ALSO PRESENT    MR. MARK GANNON


FOR THE DEFENDANTS,   HON. MICHAEL A. OWSLEY
PIKE COUNTY BOARD OF   ENGLISH LUCAS PRIEST &
EDUCATION AND REED ADKINS    OWSLEY, LLP
           P.O. BOX 770
           BOWLING GREEN, KY 42102-0770

    AND       HON. NEAL SMITH
           PIKE CO. BOARD OF EDUCATION
           316 SOUTH MAYO TRAIL
           PIKEVILLE, KY 41501


******************************************************************

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE
CIVIL ACTION NO. 7:17-CV-00132-KKC

K. D., BY HER GUARDIANS,
RAYMOND DOTSON AND
RACHELLE HAIRSTON                                      PLAINTIFFS


VS.


JERRY SWAFFORD, IN HIS INDIVIDUAL
CAPACITY; THE PIKE COUNTY BOARD OF
EDUCATION; REED ADKINS, IN HIS
INDIVIDUAL CAPACITY; AND MARK GANNON,
IN HIS INDIVIDUAL CAPACITY                             DEFENDANTS

*************************************************************

          The Deposition of C█████ H████ was taken before

Atha Mae Maggard, Notary Public in and for the State of

Kentucky at Large, at the Law Offices of PORTER, BANKS,

BALDWIN & SHAW, PLLC, 327 Main Street, Paintsville,

Kentucky, on the 22nd day of March, 2018, at the Hour of

4:00 p.m., for the purpose of using the same upon the trial

of the above-styled action now pending before the United

States District Court on behalf of the Defendant, Mark

Gannon.

*************************************************************

1          The Witness, C██████ H████, being first duly

2   sworn, was examined and deposed as follows:

3

4   <u>DIRECT EXAMINATION BY HON. JONATHAN SHAW:</u>

5          Q       Would you state your full name for the

6   record, please.

7          A       C██████ R███ H████.

8          Q       C█████, how old are you?

9          A       Seventeen (17).

10          Q       Okay.  And I believe you probably went

11   through the rules with your attorney.  I'm going to ask you

12   a series of questions.  I need you to answer out loud.  If

13   you need to take a break at any time for any reason, just

14   let me know and we can.  Okay.  If I ask something that

15   you're not clear about, it's okay to ask me to rephrase it

16   or to tell me that, "I don't quite understand what you're

17   saying.", which occasionally happens.  Then I'll, I'll try

18   to rephrase it in a different way.  Have you ever given a

19   deposition before?

20          A       Ut ha (negative).

21          Q       Okay.  Instead of saying uh huh and ut ha,

22   you've...

23          A       Yeah.

24          Q       ... got to say yes or no.  And if you can,

25   try to speak up just a little bit because the court reporter

                              5

```
 1  will have a hard time getting your response on the, on the
 2  record.  Okay?  Yes?
 3          A       Yes.
 4          Q       Okay.
 5          A       Sorry.
 6          Q       No, you're okay.  Alright, okay.  I'm
 7  going to burn through several questions fairly quickly.
 8  I've already got your full name.  Where do you live?
 9          A       ███████████████.
10          Q       What's your address?
11          A       ███████████████.
12          Q       And you live with your mother, correct?
13          A       Yes.
14          Q       And your stepdad?
15          A       Yeah.
16          Q       And not to be reflected on the record,
17  what's your date of birth?
18          A       XX-XX-20XX.
19          Q       Also not to be reflected on the record,
20  what's your social security number?
21          A       XXX-XX-XXXX
22          Q       Are you married?
23          A       No.
24          Q       Any children over the age of eighteen
25  (18)?
```

```
 1          A       No.

 2          Q       No, okay.  Do you belong to any churches,

 3   clubs, civic groups, or unions?

 4          A       No.

 5          Q       Do you attend church?

 6          A       No.

 7          Q       Are you related to many people in Pike

 8   County?

 9          A       Yes.

10          Q       Okay.  If I asked you what names you're

11   related to in Pike County, which, which families come to

12   mind?

13          A       The Pyszkowskis and the Hortons and the

14   Barretts.

15          Q       Okay.  Anyone else?

16          A       Hmm, I can't think of anyone else.

17          Q       Okay.  Do you have any family members that

18   work at Belfry High School?

19          A       No.

20          Q       Or Belfry, how about the elementary school

21   there; I guess it's Belfry Elementary?

22          A       No.

23          Q       Okay.  Do you have any family members, to

24   your knowledge, that work for the Pike County Board of

25   Education?
```

```
 1        A        No.

 2        Q        Okay.  Do you have any cousins or family

 3   members that currently attend the Pike County School System?

 4        A        Yes.

 5        Q        Who?

 6        A        Hailey Barrett and my sister, Mikelle

 7   Andersen.

 8              MR. OWSLEY:        C██████, I'm having a little

 9   trouble hearing you.  Could you speak up just a little...

10              MS. HORTON:        Yeah.

11              MR. OWSLEY:        ... bit, please.  And what were

12   those names again, Hailey who?

13              MS. HORTON:        Hailey Barrett.

14              MR. SHAW:          And her sister, Mikelle.

15              MR. OWSLEY:        Thank you.

16              MR. SMITH:         Andersen.

17              MS. HORTON:        Mikelle, M-I-K-E-L-L-E.

18        Q        Have you ever been in the military?

19        A        No.

20        Q        Okay.  You currently work at McDonald's?

21        A        Yes.

22        Q        How long have you worked there?

23        A        Three (3) years, since I was fifteen (15).

24        Q        Does Bob Hutchison stop out there much and

25   visit?
```

```
 1          A       Tom does, but not...

 2          Q       Tom does, okay, alright.  Have you ever

 3   been charged with any crimes?

 4          A       No.

 5          Q       Have you ever testified before?

 6          A       No.

 7          Q       And have you ever been a party to a

 8   lawsuit before?

 9          A       No.

10          Q       Okay, alright.  We are here today over a

11   case involving Jerry Swafford.  Do you remember Mr.

12   Swafford?

13          A       Yes.

14          Q       Were you or your sister friends with Mr.

15   Swafford's daughter?

16          A       Yes.

17          Q       Okay.  How long had you known--is it, what

18   do you call, do you call her J██ B██ or B██?

19          A       He called her B██, but we just called her

20   J██.

21          Q       Okay.  I'm going to refer to her as B██

22   since there's two (2) Jerrys.  Okay, alright.  How long had

23   you been friends with J██ or with B██?

24          A       I knew her since middle school, but we

25   didn't get close until my sophomore year.
```

1        Q       Okay.  Was she older than you?

2        A       She's younger.

3        Q       Younger.  So you all didn't really get

4    close until your sophomore year in school?

5        A       Yeah.

6        Q       Okay.  What year was your sophomore year?

7        A       2016.

8        Q       Okay.  So your sophomore year would have

9    began in August of 2015 or August of 2016, if you recall?

10       A       Well, I was sixteen (16) my sophomore

11   year, so I'd say during then.

12       Q       You're going to have to speak up just a

13   little bit.  You were?

14       A       I was sixteen (16) my sophomore year; so I

15   would say it was in like 2016.

16       Q       Okay.

17       MR. SMITH:       Are we talking about the '16-'17

18   school year?

19       MR. SHAW:        That's what it sounds like.

20       MR. SMITH:       I'm hearing about half what she

21   says.  I'm sorry, I can't.

22       MS. HORTON:      I'm sorry.

23       MR. DONOVAN:     Maybe ask, try to maybe ask the

24   question, ask, maybe ask her what year, just so we're clear.

25       Q       What year--she said 2016.  What I was

1  trying to find out is did your sophomore year start in 2016?

2          A       I'm trying to understand.  I don't know.

3          MR. THOMPSON:    What class are you in now?

4          MS. HORTON:      I'm, I'm, I'm seventeen (17); so

5  I'm a senior.

6          Q       Okay.  Did you stop going to school your

7  sophomore year?

8          A       Junior, my junior year.

9          Q       In your junior year...

10         A       Yeah.

11         Q       ... you stopped going to school.  Okay,

12  alright.  Okay.  There's been some testimony--I guess do, do

13  you recall in July of 2016, your family vacation?

14         A       Yes.

15         Q       Okay.  Did you and your sister go visit

16  the Swaffords' room while on vacation?

17         A       Yes.

18         Q       Were you there to see Mr. Swafford or were

19  you there to see B█?

20         A       B█.

21         Q       Okay.  Who else would have been there?

22         A       Me; Chelsea; and B█, J█'s friend;...

23         Q       Okay.

24         A       ... and J█'s dad.

25         Q       Now you said B█, Je█'s friend.  Would

1  that have been B██, was that B██'s friend or Jerry's

2  friend?

3          A       J██'s friend, I mean B██.

4          Q       B██'s friend, okay.

5          A       Yeah.

6          Q       Alright.  How did B██ know B██, do you

7  know?

8          A       I guess they sort of became friends

9  through Instagram...

10         Q       Uh huh (affirmative).

11         A       ... because she's from Knott County; so

12 I'd say that's how they became close.

13         Q       Okay.  What, what happened that B██--at

14 some point, did B██ live with B██ or move in with B██ or

15 something?

16         A       All through summer break, they would go

17 and pick her up in Knott County, and she would stay for like

18 weeks during the summer.

19         Q       Okay.  Who would go pick her up, B██ and

20 her dad?

21         A       Yeah.

22         Q       Okay.

23         A       They met them, and her grandparents would

24 pick, would meet J██'s dad, and they would, brought her

25 over here.

1        Q        Okay.  Why, why was B█, do you know why

2  B█ was staying with B█ so much?

3        A        They just got really close.

4        Q        Okay, alright.  Had you stayed at B█'s

5  house before or had you been to B█'s house before July of

6  2016?

7        A     No.

8        Q        Okay.  So you hadn't been, before

9  vacation, you had never been to B█'s house?

10       A     No.  We didn't ever hang out until the

11  beach, and then that's when we started staying with them all

12  the time.

13       Q       Okay.  And when you say "staying with them

14  all the time", days at a time or how, how often would you

15  stay?

16       A     Through summer break on the weekends, we

17  would stay like the whole weekend.

18       Q       Okay.  So you'd stay the weekend at B█'s

19  house?

20       A     Yeah.

21       Q       Would your sister stay also?

22       A     Yes.

23       Q       Okay.  Did your mom ever come to the

24  Swafford house to check on you?

25       A     No.

```
 1          Q       Okay.  Did your dad ever come to the
 2   Swafford house to check on you?
 3          A       No.
 4          Q       Okay.  There's been some--did you ever see
 5   Jerry Swafford give drugs to anyone?
 6          A       No.
 7          Q       Okay.  When I say drugs, I include
 8   marijuana.  Did you ever see Jerry Swafford give marijuana
 9   to anyone?
10          A       No.
11          Q       Okay.  When did you--did you first meet
12   B███'s dad while on vacation or had you met him before?
13          A       No.  I met him at school.
14          Q       At school?
15          A       Yeah.
16          MR. DONOVAN:     I didn't want to interrupt your
17   question, but alcohol is a drug, if you want to clarify that
18   part of that question.
19          MR. SHAW:       I'll...
20          MR. DONOVAN:     It sounded like you were
21   referring to illicit drugs, but...
22          MR. SHAW:       I'll get back to that.
23          MR. DONOVAN:     Okay.
24          MR. SHAW:       Okay.
25          MR. SMITH:       Well, not according to Dr.
```

1   Clayman, but I suppose I would probably agree with you.

2            Q        The, ah, you had met B███'s dad at school

3   before.  Okay, alright.

4            A        I knew him ever since freshman year, ever

5   since school, since he was a janitor.

6            Q        Okay.  But you had known B███ since middle

7   school?

8            A        Yeah.

9            Q        Okay.  Had you ever met B███'s dad while

10  you were in middle school?

11           A        Yeah, because I seen him with her.

12           Q        Okay.  Do you know why B███ was living

13  with her father and not her mother?

14           A        I, I think they said before that her mom

15  had got like in trouble for like drugs; so she had to move

16  in with her dad.

17           Q        Okay.  Did you ever see B███'s mom around

18  the house or anything while you were there?

19           A        No, but we went to her mom's house before

20  and talked to her.

21           Q        Okay, alright.  Was her mom nice?

22           A        Yeah.

23           Q        Okay.  At some point you, did you decide

24  you wanted to be home-schooled or did your mom decide she

25  wanted you to be home-schooled?

```
 1          A       I wanted to be.

 2          Q       Okay.  When did you decide you wanted to

 3  be home-schooled?

 4          A       In the middle of junior year.

 5          Q       Okay.  Why was that?

 6          A       I, I was having just a really rough time.

 7  Like with my grades and everything, I wasn't doing too good.

 8          Q       Okay.

 9          A       And then like after everything, once

10  everyone knew everything that was going on, I just didn't

11  feel comfortable going anymore.

12          Q       Okay.  When you say "everything that was

13  going on", are you talking about the, what had occurred...

14          A       Yeah.

15          Q       ... with, with Mr. Swafford?

16          A       Because everyone started talking about it

17  at school.

18          Q       Okay.

19          A       After I quit, people was telling me about

20  it.

21          Q       And it's my understanding you were not at

22  that party that weekend, right?

23          A       Ut ha (negative).

24          Q       Okay.  Your sister was not at the party

25  that weekend?
```

```
 1          A       No.

 2          Q       Okay.  Had Mr. Swafford ever done anything

 3  or acted in any way towards you that made you feel

 4  uncomfortable or that made you think there was anything

 5  wrong?

 6          A       I just thought it was weird that he would

 7  text my sister and text B██.  She--he would text B██ when

 8  J██ and him would argue and would try to tell her to be

 9  friends with B██ again, that they needed to be friends and

10  make up, and Jerry would get upset because she didn't want

11  to be friends with her anymore.

12          Q       Okay.  When you say J██, you're talking

13  about B██?

14          A       Yes.

15          Q       Okay.  So whenever B██, if B██ and B██

16  had an argument...

17          A       Yeah.

18          Q       ... Jerry would try to intercede and try

19  to talk B██ into being friends with...

20          A       Because they got in a fist fight and

21  everything at the house and Jerry made her go home, but then

22  once they were arguing, he wanted her to text and make back

23  up with her and J██ didn't want to.

24          Q       Okay.  "J██ didn't want to" as in B██...

25          A       Right.
```

```
 1        Q      ... J███  B███?

 2        A      Yes.

 3        Q      Okay, alright.  Anything else that seemed

 4   odd?

 5        A      He had a heart beside her name in his

 6   phone.

 7        Q      Okay.

 8        A      And he bought her a necklace with her name

 9   on it and threw her a party.  And when J███ would come to

10   our house, she would talk to us about how she was upset and

11   even told my mom that she felt like he was too close with

12   B██ and not with her, and it made her sad, and she would

13   like to come to our house instead of us going there.

14        Q      So B██ was, or I'm sorry, B███ was jealous

15   because of...

16        A      Yeah, and felt like B██ got more

17   attention.

18        Q      Okay.  Well, did Jerry ever do anything to

19   you directly that made you feel uncomfortable, that made you

20   feel like something might not be right?

21        A      Just one night when we was sitting in the

22   floor, Chelsea had got out of the shower and had a towel on.

23   And we was sitting in the floor talking, and then we looked

24   over and Chelsea said she thought she seen somebody looking

25   at us.  So just across the road, there was these boys that
```

1  we know, and we asked them to walk down the hill and look

2  and see if they seen anything.  They said they seen J█████'s

3  dad.  So we asked J████ to go in there and see if her dad was

4  awake, and she said that he, he was asleep.  And then the

5  next thing we know, he comes like near the window to like

6  spook us, I guess.

7           Q      Okay.  So he tried to scare you?

8           A      Yeah.

9           Q      Okay.  Was he banging on the windows or

10 going...

11          A      He like had...

12          Q      ... boogie woogie woogie or what?

13          A      ... something outside like a, like a pole

14 thing or something like...

15          Q      Okay.

16          A      ... like a rake or something.  He was

17 holding it.

18          Q      Okay.  Did it scare you?

19          A      Yeah.

20          Q      Okay.  Did it scare the other girls?

21          A      Yeah.

22          Q      Okay.  And your, your attorney made a

23 comment a moment ago.  Did, did Jerry ever give you alcohol?

24          A      Yes.

25          Q      Okay.  What, what kind of alcohol did he

19

1 give you and when?

2　　　A　　Bud Light Margaritas, the Raz-Ber-Ritas.
3 And when we would stay, he would ask us what we would want.
4 And we would say that, and he would go down there and pick,
5 pick it up for us.

6　　　Q　　Okay.  And this was during the summer, I
7 guess, in July of 2016?

8　　　A　　Yes.  But when we went to the beach, they
9 already had everything in the fridge when we came to their
10 hotel.

11　　　Q　　Okay.

12　　　A　　He had already had them beer and the Raz-
13 Ber-Ritas.

14　　　Q　　Okay.

15　　　A　　And they would just invite us, and he
16 would let us.  And he would sit on the balcony, and he told
17 us if he seen my mom and my stepdad walk by, he was going to
18 keep an eye so they wouldn't catch us...

19　　　Q　　Okay.

20　　　A　　... because we was on the balcony
21 drinking.

22　　　Q　　Alright.  So, I mean, he was keeping an
23 eye out making sure that they didn't catch you all drinking,
24 right?

25　　　A　　Yeah.

1      Q      Were, I guess on the vacation, was anybody
2  smoking dope in the, in the hotel room?
3      A      Our friends had it, but we didn't.
4      Q      Okay, alright.  When you say your friends,
5  who, who was it that had the dope?
6      A      C███ E██████, and there was multiple boys
7  at a different hotel that we walked down to, and then they
8  came with us to Jerry's hotel and swam.  But we didn't do
9  any drugs; we just drank.
10     Q      Okay.  Was one of the boys, that came up
11 from the other hotel to visit, your sister's boyfriend?
12     A      Yeah, or her...
13     Q      Who was that?
14     A      ... ex-boyfriend, C███ E██████.
15     Q      Her ex-boyfriend?
16     A      Yeah.
17     Q      Okay.  Do you know if that's why the boys
18 came up to visit was because your sister was there?
19     A      Yeah.  We was talking to them all.
20     Q      Okay.
21     A      It was C███ E██████, B██ C███, and L██
22 S█████ that came with us to, and D███ D██████ came with us
23 to the hotel.
24     Q      Okay, alright.  Now your mom, I guess,
25 right after this event happened in October, your mom posted

21

1  a message on Facebook.

2        A        Yes.

3        Q        Did you see that message?

4        A        Yes.

5        Q        Did it embarrass you?

6        A        I, I mean a little bit, because that's

7  what everyone was--after I wasn't going to school, that's

8  what people were talking about, that's what I heard.

9        Q        Okay.

10       A        My friends would tell me that the teachers

11 and the students were talking about it.

12       Q        Okay.  Were talking about your mom's

13 Facebook post?

14       A        Yes.

15       Q        Okay, alright.  Before the weekend of this

16 party, had you ever talked to anyone at school about any

17 problems or issues you were having with Mr. Swafford or, or

18 with B███ S███████ even?

19       A        No.

20       Q        Okay.  There have been some allegations

21 made that maybe Mr. Swafford would come sit beside of you at

22 lunch.  Do you recall that?

23       A        Yes.

24       Q        Okay.  What, what would he talk to you

25 about or what was the conversation whenever...

```
 1          A       He just would come and sit with us at

 2    lunch, with me and my friends.  He done that with a lot of

 3    students, so.

 4          Q       Okay.  Was his daughter there?

 5          A       No, but he would bring her and her friends

 6    food before...

 7          Q       Okay.

 8          A       ... like she would tell me that.

 9          Q       Well, I mean, did you have lunch at the

10    same time that, that B███ had lunch or...

11          A       No.

12          Q       ... did you all have lunch at separate

13    time periods?

14          A       At separate times, but he came in my

15    lunch.

16          Q       Okay.  Did he ever say anything out of the

17    way or act inappropriately?

18          A       Just when I went to the bathroom one time

19    and he came up to me and asked me how my sister was doing,

20    because that's when she, she wasn't staying with us and he

21    asked me how she was doing.

22          Q       Okay.  Did your sister ever stay with B███

23    or live with B███?

24          A       She never lived there.

25          Q       Okay.
```

1          A          But she stayed there when I wasn't ever--
        2  and he was giving her rides back and forth to work.
        3          Q          Okay.  Well, that's, that's, that was what
        4  I was going to ask: was, were there times when your sister
        5  was there that you weren't there?
        6          A          Yes.
        7          Q          Okay, alright.  Did your sister ever tell
        8  you or, or did you ever see anything inappropriate or that
        9  caused you concern about any relationship between your
       10  sister and Mr. Swafford?
       11          A          No.
       12          Q          Okay.  Did you ever see any--you know, in
       13  talking about B█, you mentioned that Mr. Swafford, maybe he
       14  had gotten her a locket with her name on it.
       15          A          Yeah.
       16          Q          And he had a heart by her name on the
       17  phone.  Did you ever see anything strange in the way that
       18  they acted towards each other?
       19          A          She didn't stay when we stayed there.
       20          Q          She didn't?
       21          A          No.
       22          Q          Okay, okay.  Did you know B█ very well?
       23          A          Yeah.
       24          Q          Okay.  Do you know whether--did she ever
       25  express to you girls or to you that she had feelings for Mr.

                                  24

1  Swafford or anything like that?

2       A       She never told us that, but she, she

3  didn't like it, like how he would get mad at her if they

4  wanted to hang out with us at the beach.  He got mad because

5  they was hanging out with us so much and said that he, they

6  wasn't spending no time with him.

7       Q       They who?

8       A       J███ B███  and B██.

9       Q       Right.  He wanted his daughter to spend

10 time around him at the...

11      A       Yeah.

12      Q       ... beach while they were on vacation.

13 And she and her friend, B██, wanted to go spend time with

14 you all?

15      A       Yeah.

16      Q       Unfortunately that, that happens at some

17 point in life...

18      A       Yeah.

19      Q       ... that you'd rather spend time with your

20 friends than your parents, so.

21      A       Yeah.

22      Q       Okay, alright.  There, there was an

23 allegation or an issue or something that somebody had taken

24 a picture of your sister wearing a towel at the Swafford

25 home.

```
 1          A       Yes.

 2          Q       What, what do you know about that?  When

 3   did that occur?

 4          A       It was Homecoming night...

 5          Q       Okay.

 6          A       ... Friday before the party.  It was the

 7   day before the party.

 8          Q       Were, were you with them that afternoon?

 9          A       No.

10          Q       Okay.  How, how did--what's your

11   understanding of what, what that picture reflects?

12          A       It was on Snapchat.  And I think it was on

13   B█'s Snapchat story, the picture where Chelsea had her

14   towel wrapped around her.  I think they was just talking

15   about getting ready.

16          Q       Getting ready to go to the, the

17   Homecoming?

18          A       Yes.

19          Q       And why--your sister had graduated at the

20   time, right?

21          A       Yes.

22          Q       Okay.  Why was she going to the

23   Homecoming?

24          A       She was going to crown the queen.

25          Q       Because she was the Homecoming queen the
```

1   year before?

2           A       Yes.

3           Q       Okay, that makes sense.  Alright.  So your

4   sister was going back to crown the new Homecoming queen?

5           A       Uh huh (affirmative).

6           Q       They got ready at the Swafford home?

7           A       Yes.

8           Q       And then she went to Homecoming?

9           A       Yes.

10          Q       Did you go to Homecoming?

11          A       Yes.

12          Q       Okay.  Was your sister there on time?

13          A       I'm not sure.

14          Q       Okay.  Well, did she seem okay?

15          A       Yes.

16          Q       Okay.  Did it seem like that she or, or

17  B██ or anybody had been drinking or anything of that

18  nature?

19          A       No.

20          Q       Okay.  How many times had you been at the

21  Swafford home where you believe that Mr. Swafford went and

22  purchased alcohol for the girls?

23          A       A lot.

24          Q       Okay.

25          A       He always got it for us.  Anytime that we

27

```
1   wanted it, he would go and get it.

2           Q       Okay.  Did you ever see anybody drink too

3   much?

4           A       No.

5           Q       Okay.

6   MR. DONOVAN:       Object to the form.

7           Q       What would, well, what would you drink?

8           A       Raz-Ber-Rita.

9           Q       Okay.  What would your sister drink?

10          A       The same.

11          Q       Okay.  Would J██ B██ drink?

12          A       Yes.

13          Q       What would she drink?

14          A       We all drank the same.

15          Q       Okay, alright.  Well, I mean, what's the

16  most you had, had drank at any one time at the Swafford

17  home?

18          A       Well, we asked him for, I know, I remember

19  me and J██ asking him for like vodka before, and he

20  wouldn't get it.  He would only get the Raz-Ber-Ritas,

21  that's the only thing he would get, so Bud Light.

22          Q       Okay.  Well, I mean, would you drink a six

23  (6) pack or drink one (1) or drink...

24          A       Yeah.

25          Q       ... two (2) or...
```

1      A        We would drink like a six (6) pack.  We
2  all would just share it.
3      Q        Okay.  Well, that's what I mean.  The, the
4  girls that were there would split a six (6) pack?
5      A        Yes.  And then our friend, K████, brought
6  more alcohol because her dad owns the business.  And she
7  would go and get it, and she brought some too.
8      Q        K████?
9      A        D████.
10     Q        I'm sorry.
11     A        K████ D████.
12     Q        K████ D████'s...
13     A        Yes.
14     Q        ... father owned a liquor store or...
15     A        Yes.
16     Q        Okay, alright.  And she would go pick up
17  alcohol and bring it...
18     A        Yes.
19     Q        ... because she could get it for free from
20  the store that her dad owned, is that...
21     A        Yeah.
22     Q        Okay, alright.  Do you know if that's
23  where Mr. Swafford--I mean so who brought the alcohol?  Did
24  K████ bring the alcohol up or did Mr. Swafford go get it?
25     A        K████ just stayed before and she brought

1  some when she came, but we already had some from J███'s dad

2  too...

3          Q       Okay, alright.

4          A       ... that was already in the fridge.

5          Q       Okay.  While you there, I guess, on the

6  weekends at the Swafford home, did, did you ever see the

7  girls doing drugs?

8          A       I, I didn't.

9          Q       Okay.  So what...

10         A       Me and J███ and our friend, S███

11  P███████, we all smoked.

12         Q       Okay.  Would Jerry smoke with you all?

13         A       No.

14         Q       Okay.

15         A       But he knew we were.

16         Q       Pardon.

17         A       He knew that we was though.

18         Q       How do you know that he knew that you all

19  were?

20         A       We told him.  He knew what we was doing.

21  We done it in J███'s bathroom.  And when we went to sleep,

22  the next day we woke up and he had cleaned up our mess for

23  us.

24         Q       Okay.

25         A       Because we had it all in the bathroom.

```
 1          Q       Alright.

 2          COURT REPORTER:   When you, when you said you did

 3   it in J███'s bathroom, did you mean Jerry, the dad, or...

 4          MS. HORTON:      J███, J███ B███.

 5          COURT REPORTER:   ... J███, the daughter?

 6          MS. HORTON:      J███ B███.  She had, she had a

 7   twin bedroom and then she had the master bedroom.  I don't

 8   ever even know where J███'s dad slept at.  I only seen him

 9   on the couch.  She had both bedrooms.  And she had a master

10   bathroom, and we done it in there.  And we, we left like

11   everything out and he cleaned it up, because we had like

12   where we'd, like on the, on the sink, and he had cleaned it

13   all up.

14          Q       Alright.  But to your knowledge, Jerry,

15   the dad, never gave you girls drugs?

16          A       No.

17          Q       Okay.  Not alcohol, but drugs, okay,

18   alright.  Before October the 14th, 2016, had anyone ever

19   expressed any concerns to you about Jerry Swafford maybe

20   engaging in any type of inappropriate activity at school or

21   at home with the girls or with B███'s friends?

22          MR. DONOVAN:      Object to the form.

23          A       Well, one of our, my sister's friends said

24   that he used to smack her on the butt.

25          Q       And who was that?
```

```
 1          A        S████ O████.

 2          Q        Okay.  He'd just smack her on the butt

 3 or...

 4          A        I mean she didn't like it.  It was in a

 5 way that she didn't like.

 6          MR. SMITH:        I'm sorry.  S████ who?

 7          MS. HORTON:       O████.

 8          MR. OWSLEY:       Is that the same as S████

 9 P████?

10          MS. HORTON:       No.

11          MR. OWSLEY:       A different person?

12          MS. HORTON:       S████ O████.

13          MR. OWSLEY:       Okay.

14          MS. HORTON:       And I mean there was...

15          Q        Where would this happen at, do you know?

16          A        Just in the hallways and in the snack

17 room.

18          Q        Okay.  Was this a slap or a backhand on

19 the butt or do you know how?

20          A        I guess just a slap.

21          Q        Okay.  Do you know if she ever reported

22 that to anyone?

23          A        I don't think so.

24          Q        Okay, alright.  Did you talk to Mr. Gannon

25 much?
```

```
 1      A      No.

 2      Q      Did you ever have reason to talk to Mr.
 3  Gannon over any concerns that you had with school or how you
 4  were treated at school or Mr. Swafford or what your friends
 5  might have been saying about your mother's Facebook post or
 6  anything of that nature?

 7      A      No.

 8      MR. SHAW:        Okay.  I'll pass the witness.

 9

10  CROSS EXAMINATION BY HON. MICHAEL A. OWSLEY:

11      Q      I have a few questions.  My name is Mike
12  Owsley.

13      A      Uh huh (affirmative).

14      Q      And I, along with Neal Smith, represent
15  the superintendent and the Board of Education.  But I just,
16  I don't have many, but I need to follow up on a few things.
17  You said that the girls would smoke marijuana at his house,
18  at Mr. Safford's house, Stafford.

19      MR. SHAW:        Swafford.

20      Q      Mr. Swafford, excuse me, I apologize.  Mr.
21  Swafford's house in the bathroom, and he would clean it up.
22  Who were the girls who were smoking marijuana?

23      A      Me and J███ and S██████ P███████.

24      Q      Any others?

25      A      No.
```

1        Q       Was that once or several times?

2        A       Several.

3        Q       Was it a common occurrence, when you would

4 go there, to smoke marijuana in the bathroom?

5        A       Yes.

6        Q       And was it common that Mr. Swafford would

7 clean it up...

8        A       Yeah.

9        Q       ... or was that just one time?

10       A       He, he did it.  He didn't care, because

11 when we...

12       Q       I mean he, was it common for him to clean

13 it up?

14       A       Yes.

15       Q       You made a statement, or I think you did,

16 that B██ wouldn't stay there when you all stayed at Mr.

17 Swafford's house.

18       A       There wasn't--where J██ and B██ was

19 fighting at the time, that's when I was staying.

20       Q       Okay.  Well, where was B██ in school?

21       A       Knott County, but I don't know what school

22 that she goes to though.

23       Q       How old is B██ now?

24       A       Eighteen (18).

25       Q       And do you know when she turned eighteen

```
1   (18)?

2         A        Just in October.

3         Q        This is last October?

4         A        Yes.

5         Q        Now is, is B█ still in school?

6         A        Yes.

7         Q        A senior?

8         A        Yes.

9         Q        Somewhere in Knott County?

10        A        Yes.

11        Q        How far is it from where B█ was living in

12   Knott County to where Mr. Swafford's house was?

13        A        A couple of hours; I'm not sure.

14        Q        How would she get from one place to the

15   other?

16        A        They met halfway, J██'s dad and her

17   grandparents.

18        Q        And would, would J██ B██ go with him

19   when they would go get her?

20        A        Yes.

21        Q        Did Mr. Swafford take your sister to work

22   after...

23        A        Yes.

24        Q        ... she had moved out of the house?

25        A        Yes.
```

1   Q  Where was she working then?

2   A  Pikeville Medical Center.

3   Q  Do you know what time she had to be at

4 work?

5   A  Usually around like seven (7:00).

6   MR. DONOVAN:  A.M. or P.M.?

7   MS. HORTON:  P.M.

8   Q  In the evening.  So he would take her to

9 work after his school day was over?

10   A  Yes.

11   Q  What time would she get off at the end of

12 her shift?

13   A  In the morning.

14   Q  You mean seven (7:00) o'clock or

15 earlier...

16   A  Yes.

17   Q  ... than that?

18   A  Yes.  She worked till morning.

19   Q  Was she working twelve (12) hour shifts,

20 from seven (7:00) to seven (7:00)?

21   A  Yeah.  She worked all night until, until

22 morning.

23   Q  How would she get home from the hospital?

24   A  I wasn't talking to her at the time...

25   Q  Oh.

```
1        A       ... so I'm not sure.

2        Q       Had you all fallen out a bit?

3        A       When she moved out, we hadn't talked in

4   months.

5        Q       Why did she move out?

6        A       There was like a lot going on with like

7   our family, and my mom and her got into it, and she moved

8   out.

9        Q       Is that when your mom took her car away

10  from her?

11       A       Yes.

12       Q       So the only way she could get to, to work

13  was with somebody taking her...

14       A       Yes.

15       Q       ... since she didn't have a car?  You need

16  to answer for her, yes or no.

17       A       Yes.

18       Q       So how is it that you knew that Mr.

19  Swafford was taking her to work?

20       A       I found out from Snapchat of them hanging

21  out where I had J███ on there...

22       Q       What, what was...

23       A       ... and they was her pictures.

24       Q       ... on Snap--I'm sorry.  Go ahead.

25       A       They would take pictures together, so
```

1  that's how I knew.

2         Q       How you knew he was taking her to work?

3         A       Yes.

4         Q       What kind of pictures were you seeing on

5  Snapchat?

6         A       Just pictures of Chelsea and, and J██

7  together.

8         MR. DONOVAN:        Which Jerry?

9         MS. HORTON:         J██ S██, I mean J██ B██.

10        Q       Okay.  But how did that show you that he,

11 that her dad, that J██'s dad was taking her to work?

12        A       Because I knew that she would be with

13 J██'s dad because J██ couldn't drive.

14        MR. SMITH:          We've got an awful lot of Jerrys

15 in here.

16        MR. OWSLEY:         Yeah.

17        MS. HORTON:         Uh huh (affirmative).

18        MR. SMITH:          I mean I know we talked about

19 this at the beginning.  I'm going to be confused.  You're

20 going to have to say J██ B██, I think...

21        MS. HORTON:         Okay.

22        MR. SMITH:          ... when you're talking about

23 it.

24        MR. OWSLEY:         Yeah.

25        MR. DONOVAN:        And try to remember that.  I

1   know you've got a lot to remember right now.

2           MR. SMITH:       It's very confusing.

3           MR. OWSLEY:      It is, and I apologize.

4           MS. HORTON:      I'm sorry.

5           Q      I'll try to make my questions clear.  So

6   you and J███ B███ became friends during your sophomore year?

7           A      Yeah, that's when we started getting

8   close.

9           Q      And that really started, to some extent,

10  during the vacation at Myrtle Beach?

11          A      Yes.

12          Q      But it continued when you came back to...

13          A      Yes.

14          Q      ... Kentucky?  You said something about

15  staying at Mr. Swafford's home the whole weekend.

16          A      Yeah.

17          Q      And I'm not quite sure I understand that.

18  Do you mean from Friday to Monday?

19          A      Like Friday through Saturday and Sunday,

20  because I would go to work too.  So Chelsea would take me to

21  work, and I would stay through the weekend and come back.

22          Q      Was Chelsea also staying there during the

23  weekend?

24          A      Yes.

25          Q      And who else was staying there at the

1  time?

2         A        Just us, and then on other weekends

3  sometimes S████ P██████ would come and then K████, K████

4  D., and then H██████ T█████ came before.

5         Q        When they would come, would they stay the

6  weekend or would they...

7         A        Yes.

8         Q        ... just come and visit and then go back

9  home?

10        A        They would just stay the weekend.

11        Q        And, and would typically J███ B███ be

12  present?

13        A        Yes.

14        Q        And her dad?

15        A        Yes.

16        Q        How often did it occur that you and the

17  other girls you mentioned would stay the weekend at Mr.

18  Swafford's?

19        A        The whole weekend, like from Friday to

20  Sunday.

21        Q        I didn't make myself clear.  How

22  frequently would that occur?

23        A        Oh, a lot.

24        Q        You mean every weekend or...

25        A        Yes.

```
 1            Q        Really?  Where did your parents think you

 2  were?

 3            A        She knew that we was going, but she didn't

 4  know what we did there.  She didn't know that we drank.

 5            Q        Did your mom know that you were staying

 6  the whole weekend there?

 7            A        Yes.

 8            Q        And she was okay with that?

 9            A        Yes.

10            Q        When did your mother first express any

11  concerns to you about J██  B██'s dad?

12            A        I guess after the party.

13            Q        After the party where he, ah, the party in

14  October?

15            A        Yes.

16            Q        So if I'm understanding what...

17            A        And once she found out that we was

18  drinking...

19            Q        Okay.  When, when...

20            A        ... through my phone.

21            Q        ... when was that in relation to, to the

22  party in October?

23            A        A little bit after, a little bit after the

24  beach, she found out on my phone that we had been going over

25  there and we was drinking.  And she took my phone from me,
```

1  and we wasn't allowed to go out any more.  And then that's
2  when like it all, the argument with Chelsea and my mom
3  started and she got her car took.  And Chelsea moved out
4  because she couldn't do anything anymore, like she couldn't
5  go out because she got grounded and didn't have a car; so I
6  guess that's when she started living with my dad, so she
7  could go out.

8          Q      Now we believe school started the first
9  week in August, around the 7th or so of, of August of 2016.
10 Does that sound right to you?

11         A      Yes.

12         Q      Did your mom check your phone before
13 school would have started that year?

14         A      I didn't have my phone for awhile, but,
15 yes.

16         Q      Well, did she say anything to you about
17 your going to Mr. Swafford's house and drinking?

18         A      Yes.  I got in trouble.

19         Q      Were you grounded?

20         A      Yes.

21         Q      For how long?

22         A      A long time, yeah.

23         Q      How long do you think it was?

24         A      Maybe a couple of months.

25         Q      Now at that stage in 2016, did you have a

```
 1  driver's license?

 2          A       No.  I just now got my driver's license.

 3          Q       Were you and your friends spending the

 4  weekend at Mr. Swafford's house up until your mother checked

 5  your phone and grounded you?

 6          A       Yes.

 7          Q       And did that occur prior to the start of

 8  school...

 9          A       Yes.

10          Q       ... but not much before?

11          A       Yeah.

12          Q       Did your mother or your father or your

13  stepfather ever say anything to you about having any

14  conversations with Mr. Swafford...

15          A       That's when...

16          Q       ... about this?

17          A       That's when he called him, because Jerry

18  came up to McDonald's.  He knew that, I guess he knew--

19  there's only a certain amount of hours that you can go and

20  get your schedule.  So while I was at work, he brought it up

21  to me, after my stepdad had told him not to talk to us

22  anymore.

23          Q       Were you concerned that he brought you

24  your schedule?

25          A       Yeah, because I thought it was funny
```

1  because I wasn't talking to Chelsea and I hadn't talked to

2  B█, I mean, J███ B█, and they brought my schedule up

3  there and it was just J██'s dad.  So I thought that was

4  weird, because I hadn't talked to my sister or them, so I

5  didn't know why he would bring that to me.

6          Q       Was that--did he come alone when he

7  brought the schedule?

8          A       Yes.  He was alone.

9          Q       Was that in the morning or the afternoon?

10         A       That was around the afternoon.

11         Q       Did he give you a reason why he brought it

12  to you?

13         A       He just said, "I knew that you wouldn't be

14  able to go and pick it up because you can only go a certain

15  amount of hours.", and I would be at work all day.

16         Q       Was this your class schedule for the fall

17  of 2016?

18         A       That was my schedule, yes, my schedule for

19  junior year.

20         Q       Did he say anything to you inappropriately

21  on that occasion?

22         A       No.  He just brought it up there to me...

23         Q       Did you...

24         A       ... and then he left.

25         Q       Did you tell your mom about it?

```
 1       A       Yes.

 2       Q       You said your dad had called him to stay

 3   away from you girls?

 4       A       Yes, that he told him that he knew that we

 5   were drinking up there and that he didn't want him to be

 6   around us any more or talk to us, and then he brought that

 7   up there.

 8       Q       When Mr. Swafford was sitting with you and

 9   your friends at lunch, was that after your stepdad had said

10   something to him?

11       A       No, that was before.

12       Q       That was before.  So that was in the prior

13   semester?

14       A       Yes.

15       Q       Who were the friends that would typically

16   sit with you when he would join you for lunch?

17       A       Me and S█████ H█████ and S██ S██████ and

18   there was a bunch of boys.

19       Q       Did you all object to Mr. Swafford sitting

20   with you at lunch?

21       A       No.  He was coming to talk to the boys

22   mostly sometimes.

23       Q       Were they athletes?

24       A       No.

25       Q       Did anything happen during those lunch
```

1   periods that he was with you and the others that you thought

2   was inappropriate?

3           A       No.

4           Q       And you said the one thing, you did

5   mention that when you came out of a rest room, he asked how

6   your sister was doing.

7           A       Yes.

8           Q       Did he know your sister was not living at

9   home at that time?

10          A       Yes.

11          Q       Did, did he express concern about her, her

12  well-being...

13          A       Yeah.

14          Q       ... how she was doing?

15          A       Yes.

16          Q       Did you think that was appropriate or okay

17  with you that he asked about her?

18          A       Yeah.

19          Q       This incident where you were at the house,

20  Mr. Swafford's house, and you all checked with the boys

21  across the street because they thought somebody was outside

22  looking in?

23          A       We seen, we seen someone looking.  Chelsea

24  seen it first, and then she messaged them and asked them if

25  they would walk over and come and look.  So they went down

the hill and they looked, and they said they seen J██'s

dad.

        Q        Did they say what he was doing?

        A        They just said that he looked like he was

staring.

        Q        Were you all in the house dressed?

        A        Chelsea had a towel on, but the rest of us

had clothes on.  She had just got out of the shower.

        Q        Was that the same occasion that, that was

going to be Homecoming or was...

        A        No.

        Q        ... that a different time?

        A        This was a different time.

        Q        So that would have been during the summer

sometime...

        A        Yes.

        Q        ... when you all were staying there more

often?

        A        Yes.  We was all sitting there in the

floor.  And then Chelsea said, "I think I just seen someone

look through the window at us."  And she said, "I'm going to

message them and tell them to come down here and look."  She

did, and they said they seen J██'s dad.  So then we asked

her to go check and see if he was asleep or not to see if it

was him, and she said that he was in there asleep.  And then

```
 1   the next thing we knew, he pops up and he's trying to scare

 2   us.

 3            Q        From outside?

 4            A        Yes.

 5            Q        The boys that had said they saw Mr.

 6   Swafford outside...

 7            A        That's the same boys that hung out with us

 8   at the beach.

 9            Q        And their names again?

10            A        C███ E██████ and B██ C███ and D████

11   D██████.  And there was someone else new there that wasn't

12   there at the beach, and his name is J████ T██████.

13            Q        Did you get all those?

14            COURT REPORTER:    I didn't get the T██████'s first

15   name.

16            MS. HORTON:        J████.

17            Q        Am I correct that at no time prior to the

18   incident with Mr. Swafford on October 15, 2016, did you ever

19   complain to any school official about his actions?  Is that

20   accurate?  Do you want me to try it again?  You looked

21   like...

22            A        Yeah.

23            Q        ... I confused you.

24            A        Something like that.

25            Q        Did you, at any time before Mr. Swafford
```

48

1  had the incident at his house on October 15 of 2016, did you

2  complain to any school official about his actions?

3        A       No, just my mom did.

4        Q       And that was just the day before?

5        A       Yes.

6        Q       And I think you said the one girl that

7  you, that, that you knew that he slapped on the butt, you

8  don't think that, that she complained about it either?

9        A       No.

10       Q       Are you being home-schooled now?

11       A       Yes.

12       Q       And will you finish your home-schooling

13  and graduate this May?

14       A       Uh huh (affirmative).

15       Q       That's--you have to answer out for her.

16       A       Yes.

17       Q       Who does your, who teaches you through the

18  home-school environment?

19       A       I do online, Penn Foster; so I do it by

20  myself.

21       Q       I don't know what Penn Foster means.  Is

22  that a program?

23       A       Yes, that's the school.

24       Q       Is that through the Pike County School

25  System?

```
 1          A       No.

 2          Q       Who is it through?

 3          A       It's like its own.

 4          Q       You have to pay for it?

 5          A       Yes.

 6          MR. SMITH:      It's like a correspondence

 7   course.

 8          Q       Okay.  And you've been doing that ever

 9   since you were withdrawn from school after...

10          A       Yes.

11          Q       ... Mr. Swafford's incident?

12          A       Yes.

13          Q       Do you remember how long it was after that

14   Saturday night, October 15 of 2016, that you withdrew from

15   school?

16          A       I think it was around, it was around

17   Halloween.

18          Q       So later in October?

19          A       Yes, like around the beginning.

20          Q       The beginning of November?

21          A       I remember, because I remember Halloween.

22          Q       Which is, I think, the last day of October

23   or thereabouts.  Is that about right?

24          A       Yes.

25          Q       So it was a couple of weeks...
```

```
1          A       Uh huh (affirmative).

2          Q       ... after the incident at Mr. Swafford's

3  house?

4          A       Yes.

5          Q       Did you attend school during that two (2)

6  week period?

7          A       I didn't go to school, no.

8          Q       Were you home-schooled and received any...

9          A       I was going through...

10         Q       ... kind of education?

11         A       ... I was going through my home-school and

12  getting all my stuff together.

13         Q       Did anything happen to you at school after

14  Mr. Swafford's incident on October 15, 2016, that caused you

15  any problems with other kids or with school officials?

16         A       Just it took me awhile to get my

17  transcripts and my stuff from school, that was it.

18         Q       That was probably a poor question on my

19  part.

20         A       That's the only thing.

21         Q       Between the time that Mr. Swafford had

22  this incident at his house on Saturday night, October 15 of

23  2016, it was a couple of weeks before you started your other

24  program, but you didn't attend school during that time,

25  right?
```

1       A      Yes.

2       Q      What was the reason you didn't attend

3  school at that time?

4       A      I just didn't want to go and hear everyone

5  talk about everything that was going on.

6       Q      Were you aware that he was never at school

7  after that Saturday night, October 15?

8       A      Yes.

9       Q      Were the other kids giving you a hard way

10  to go?

11       A      Everyone was just talking about it, and

12  they knew that my mom made a status and that's what they

13  kept bringing up.

14       Q      It wasn't really that you were being

15  bullied or anything of that nature; it was just that they

16  were talking about it?

17       A      Yes.

18       Q      Did you ever see a school counselor

19  about...

20       A      No.

21       Q      ... any problems you were having there at

22  school?

23       A      Ut ha (negative).

24       Q      And I assume you didn't see the school

25  principal or any assistant principal...

```
 1          A       No.

 2          Q       ... or the superintendent or anybody in

 3   his office...

 4          A       No.

 5          Q       ... or any Board member?

 6          A       No.

 7          MR. OWSLEY:      Can I have just a moment?

 8          MR. DONOVAN:     Yeah.  Yeah, sure.  Are we going

 9   off the record?

10          MR. OWSLEY:      Well, just, yeah, just for a

11   second.

12          OFF THE RECORD

13          MR. OWSLEY:      I don't have any further

14   questions.

15          MR. DONOVAN:     None?

16          MR. THOMPSON:    Trust me, I've got a--not, not

17   very many at all.

18

19   CROSS EXAMINATION BY HON. MAX THOMPSON:

20          Q       I'm trying to just get the timeline down

21   and that's it.  The trip to the beach was in July of 2016?

22          A       Yes.

23          Q       And your mom found out about some things

24   going on through your phone at some point before school

25   started?
```

```
1          A       Yes.

2          Q       After your mom found out what was going on

3   through your phone, did you ever go back to Jerry Swafford's

4   house?

5          A       No.

6          Q       So the weekends that you're talking about

7   staying at Jerry Swafford's house are between the beach

8   trip...

9          A       Yes.

10         Q       ... and when your mom found out through

11  your phone?

12         A       Yes.

13         Q       Alright.  And so we're talking about a

14  period from the beginning of July of 2016 to some point

15  either the end of July, 2016 or the very beginning of

16  August, 2016?

17         A       Yes.

18         Q       Alright.  During any of the times that you

19  had been drinking around Jerry Swafford, did you ever see

20  him put any sort of foreign substance that could have been a

21  drug or something in somebody's drink?

22         A       No.

23         Q       When you were talking about some of the

24  Snapchats that you saw from your sister or from J███ B███,

25  did you screenshot any of those Snapchat stories or
```

1  anything?

2       A       No, because Chelsea wasn't talking to me.
3  I didn't know if she would be upset with me.

4       MR. THOMPSON:    Okay.  That's all the questions
5  I've got.  Thank you.

6       MS. HORTON:      Yeah.

7       MR. DONOVAN:     Can you give me five (5)
8  minutes...

9       MR. THOMPSON:    Sure.

10      MR. DONOVAN:     ... and we'll see if we're done
11  here.

12      MR. SHAW:        I've got a few.  I mean go
13  ahead.

14      MR. DONOVAN:     You've got more?

15      MR. SHAW:        It's your turn.

16      MR. DONOVAN:     Well, you...

17      MR. SHAW:        I have a few follow-ups.

18      MR. DONOVAN:     Well, you go ahead; that way
19  I'll, alright.

20      MR. SHAW:        This will be really quick.  I
21  think Max already cleared some of them up.

22

23  RE-DIRECT EXAMINATION BY HON. JONATHAN SHAW:

24      Q       So you did not go back to the Swafford
25  home after your dad talked to Jerry Swafford...

```
 1          A       No.

 2          Q       ... and said, "Don't be around my daughter

 3  any more.", right?

 4          A       Yeah.

 5          Q       Okay, alright.

 6          A       Once Chelsea moved out, J███ didn't talk

 7  to me any more and only Chelsea, and she blocked me and

 8  wouldn't talk to me any more.

 9          Q       Your older sister wouldn't?

10          A       No, J███ B███ wouldn't talk to any more.

11          Q       Oh, B███, okay.

12          A       Yeah.

13          Q       Alright.  Well, when, when Jerry brought

14  you your, your schedule, was that before or after you

15  stopped going to their home?

16          A       That was after.

17          Q       Okay, alright, okay.  But the, if I

18  understood you correctly, when he would sit in the lunchroom

19  with everyone, that was the year before?

20          A       He had, like all through the years, sat

21  with me before...

22          Q       Well...

23          A       ... or at my table.

24          Q       ... did he sit...

25          A       He came to mine a lot.
```

```
 1          Q          ... did he sit around your table after
 2  August of 2016?
 3          A          No.  He just talked to me when I went to
 4  the bathroom.
 5          Q          Okay, that one time asking about how your
 6  sister was?
 7          A          Yes.
 8          Q          Okay, alright, okay.  So and, okay, and I
 9  believe you stated a moment ago that your mom had done a
10  status.  Is that, is that...
11          A          That's that post that you're talking
12  about.
13          Q          Okay, alright.  And that's...
14          A          Yes.
15          Q          ... that's what I'm referring to as a post
16  on Facebook?
17          A          Yes.
18          Q          Okay.  Do you know how long that post
19  stayed up?
20          A          I'm not sure.
21          Q          Okay.  Do you know when it came down?
22          A          No.
23          Q          Okay, alright.  How would the, the kids
24  that stayed there on the weekends at B███'s house, how did
25  they get there?
```

```
 1          A         From J████'s dad would pick us up or S███
 2    P██████' mom would bring her.

 3          Q         Who?

 4          A         S█████ P██████' mom would bring her.

 5          Q         So S█████'s mom would take her and then

 6    would pick her up also?

 7          A         Yes.

 8          Q         Okay.

 9          A         She, she didn't have her license yet until

10    after.

11          Q         Alright.  Did, other than S████'s

12    parents, would any of the other parents...

13          A         No.

14          Q         ... bring their kids or pick their kids

15    up?

16          A         No.  Chelsea drove me, and we would pick

17    up K█████ or H██████ when they would stay with us.

18          Q         Okay, alright.  To your knowledge, the

19    other girls that stayed there, did their parents know where

20    they were staying at?

21          A         Yes.

22          MR. SHAW:         Okay.  That's it.

23          MR. DONOVAN:      Alright.  Give me five (5)

24    minutes.

25          OFF THE RECORD
```

1        MR. DONOVAN:      I have no more questions for the

2   witness.

3

4                      * * * * * * * * * * *

5        Thereupon the taking of the deposition of C███████

6   H█████ was concluded.

7                      * * * * * * * * * * *

CERTIFICATE OF SERVICE

This is to certify that the foregoing deposition has been mailed to the following persons:

ORIGINAL TO:

Hon. Jonathan Shaw
PORTER, BANKS, BALDWIN & SHAW
P.O. Drawer 1767
Paintsville, KY 41240

COPIES:

Hon. Ryan McCune Donovan
BAILEY GLASSER LLP
209 Capitol Street
Charleston, WV 25301

Hon. Michael A. Owsley
ENGLISH LUCAS PRIEST & OWSLEY, LLP
P.O. Box 770
Bowling Green, KY 42102-0770

Hon. Jonathan Shaw
PORTER, BANKS, BALDWIN & SHAW
P.O. Drawer 1767
Paintsville, KY 41240

This the 30th day of April, 2018.

_____
Atha Mae Maggard
Freelance Court Reporter

CERTIFICATE

STATE OF KENTUCKY)

COUNTY OF FLOYD  )

   I, ATHA MAE MAGGARD, Notary Public for the State of Kentucky at Large, do certify that the foregoing deposition was taken at the time and place stated in caption; that the witness was duly sworn before me before testifying; that the deposition was taken by me in shorthand notes and on tape recorder and later transcribed on the computer by me; and that the foregoing 60 pages of typewritten material is a true and correct copy of my said shorthand notes and tape recordings.

   Given under my hand this 30th day of April, 2018.

          _____
          Atha Mae Maggard
          Notary Public
          State of KY at Large

My commission expires
August 6, 2020