UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE
CIVIL ACTION NO. 7:17-cv-00132-KKC

K.D., by her guardians,
RAYMOND DOTSON and RACHELLE  HAIRSTON          PLAINTIFFS

VS:

JERRY SWAFFORD, in his individual capacity;
THE PIKE COUNTY BOARD OF EDUCATION,
REED ADKINS, in his individual capacity; and
MARK GANNON, in his individual capacity          DEFENDANTS

## I N D E X

| Name of Witness: H▆ P▆ M▆ | Page Number |
| --- | --- |
| Caption and Appearances. . . . . . . . . . . . . . . . . . . . . . . . . . . . | 1 - 2 |
| EXAMINATION By Mr. Shaw . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 3 - 28 |
| EXAMINATION By Mr. Owsley. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 28 - 37 |
| EXAMINATION By Mr. Donovan . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 37 - 56 |
| RE- EXAMINATION By Mr. Shaw . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 57 - 63 |
| RE-EXAMINATION By Mr. Owsley. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 64 - 67 |
| Reporter's Certificate. . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 68 |

**69**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE
CIVIL ACTION NO. 7:17-cv-00132-KKC


K.D., by her guardians,
RAYMOND DOTSON and RACHELLE HAIRSTON          PLAINTIFFS


VS:


JERRY SWAFFORD, in his individual capacity;
THE PIKE COUNTY BOARD OF EDUCATION,
REED ADKINS, in his individual capacity; and
MARK GANNON, in his individual capacity          DEFENDANTS


_____

DEPOSITION OF
H███ P███ M███
_____

       The deposition of **H███  P███  M███** was

taken pursuant to Second Amended Notice To Take Deposition on

Thursday, May 10, 2018, at the Pike County Judicial Center, Jury

Assembly Room, Pikeville, Kentucky.  Said deposition to be used as

evidence for and on behalf of the Defendant, Mark Gannon, at the trial of

this action, and any and all other purposes permitted under the Federal

Rules of Civil Procedure.

Plaintiffs were represented by counsel, Hon. Ryan McCune Donovan, of Bailey Glasser LLP, 209 Capitol Street, Charleston, WV, 25301.

Defendant, Jerry Swafford, was represented by counsel, Hon. Max K. Thompson, of Smith Thompson PLLC, P.O. Box 1079, Pikeville, Kentucky, 41502.

Defendants, Pike County Board of Education and Reed Adkins, were represented by counsel, Hon. Michael A. Owsley, of English Lucas Priest & Owsley, LLP, P.O. Box 770, Bowling Green, Kentucky, 42102-0770; and Hon. Neal Smith, Pike County Board of Education, 316 South Mayo Trail, Pikeville, Kentucky, 41501.

Defendant, Mark Gannon, was represented by counsel, Hon. Jonathan C. Shaw, of Porter Banks, Baldwin & Shaw, PLLC, P.O. Drawer 1767, Paintsville, Kentucky, 41240.

Deponent was represented by counsel, Hon. Nathan D. Brown of Ferrell & Brown, PLLC, 160 East 2nd Avenue, Williamson, West Virginia, 25661.

*************************************************

**H███ P████ M████**, the witness, after first being duly sworn, was examined and states as follows:

EXAMINATION

By Mr. Shaw

Q1     H███, could you state your full name for the record, please?

A      H███ P████ M████.

Q2     How old are you?

A      19.

MR. SHAW:

Not to be reflected on the record.

(Reporter's Note:

Record stopped briefly resuming thereafter, as follows:)

MR. SHAW:

I'm gonna ask you several background questions.

Q3     What is your current address?

A      ███████████████████████████.

Q4     How long have you lived there?

A.     Five years; four or five.

Q5     Did you graduate from high school?

A      Um hmm.

Q6                              What year did you graduate?

A                               '17.

Q7                              Where did you graduate from?

A                               Belfry High School.

Q8                              Was K▮▮▮▮ D▮▮▮▮ in your class or a year behind you?

A                               She was in my class.

Q9                              She was in your class.  What about S▮▮▮▮ P▮▮▮▮, was she in your class?

A                               Hmm um, she's homeschooled.

Q10                            Were either one of the H▮▮▮▮ girls in your class?

A                               No.

Q11                            Are you currently employed?

A                               Yeah.

Q12                            Where do you work?

A                               Starter's.

Q13                            What is Starter's?

A                               It's a restaurant.

Q14                            Where is that located?

A                               In Williamson.

Q15                            How long have you worked there?

A                               About three months.

| | |
|---|---|
| Q16 | Before that, did you work anywhere? |
| A | No. |
| Q17 | Ever been in the military? |
| A | No. |
| Q18 | You ever been convicted of a felony? |
| A | No. |
| Q19 | Charged with a crime in the last ten years? |
| A | No. |
| Q20 | Ever testified in Court before? |
| A | No. |
| Q21 | Have you ever sued or been sued? |
| A | No; or, yeah.  Yeah. |
| Q22 | You have sued? |
| A | Yeah. |
| Q23 | Who did you sue? |
| A | I don't remember her name; I's in a car wreck. |
| Q24 | How long ago would that have been? |
| A | Last February. |
| Q25 | Is your case still going? |
| A | Hmm um, no. |
| Q26 | Where did the accident occur? |
| A | In South Williamson. |
| Q27 | Have you ever served on a jury? |

| | |
|---|---|
| A | No. |
| Q28 | We took your dad's deposition a few minutes ago and he went over your family members' ages, things of that nature. It's my understanding that -- did you go to Belfry High School freshman through senior year? |
| A | Yeah. |
| Q29 | Was J█ B█ S███████ in your class? |
| A | No. |
| Q30 | Was she older or younger than you? |
| A | Younger. |
| Q31 | How much younger, if you know? |
| A | I think she was two grades below me. |
| Q32 | Before the summer of 2016, had you ever been to the Swafford home before? |
| A | No. |
| Q33 | When did you first go to the Swafford home? |
| A | That night. |
| Q34 | On the night for the party? |
| A | Yeah. |
| Q35 | Which would've been October the 15th, 2016, does that sound right? |
| A | Yeah. |

Q36         Do you recall what time you arrived that evening?

A         Ten or 11.

Q37         Was K█████ D█████ there when you arrived at the party?

A         No.

Q38         Do you recall her arriving at the party?

A         Yeah.

Q39         Do you remember who she came with?

A         K█████ B███████.

Q40         Do you know whether or not K█████ had been drinking when she came to the party?

A         Yeah.

Q41         Did she appear --

A         Yeah.

Q42         Was she -- was she trashed when she got there or was it --

A         No, but she -- I could tell.

Q43         Do you know what she was drinking?

A         No.

Q44         Do you know where she had been before she --

A         No.

| | |
|---|---|
| Q45 | -- came to the party?  How did you learn about the party? |
| A | Me and J▉, the girl, were friends. |
| Q46 | So, you and J▉ B▉ were friends before. |
| A | Yeah. |
| Q47 | You had just not been to her house before. |
| A | Yeah. |
| Q48 | Did J▉ B▉ tell you about the party? |
| A | Yeah. |
| Q49 | What did she tell you about the party? |
| A | That it was a birthday party for one of her friends. |
| Q50 | Do you know who that friend was? |
| A | B▉ H▉▉▉. |
| Q51 | Do you know B▉ H▉▉▉? |
| A | No. |
| Q52 | Had you ever met B▉ H▉▉▉ -- |
| A | Yeah. |
| Q53 | -- before?  Do you know where B▉ H▉▉▉ was from? |
| A | Prestonsburg maybe. |

Q54                    And there were some girls, I guess, had stayed the night at the Swafford home a few nights before the party. You were not one of those girls, correct?

A                    No.

Q55                    Were you drinking that evening?

A                    Yeah.

Q56                    Was S███████ P██████ drinking that evening?

A                    Yeah.

Q57                    Was pretty much everybody at the party drinking?

A                    Yeah.

Q58                    The alcohol that you drank that evening, where did you get it from?

A                    I don't even remember.

Q59                    Did you bring any alcohol to the --

A                    Yeah.

Q60                    -- party with you? Do you remember what you brought to the party with you?

A                    It was Heaven Hill.

Q61                    Vodka?

A                    Yeah.

Q62.                   How big of a bottle of Heaven Hill Vodka did you bring to the party if --

A                       I don't --

Q63                     -- you recall?

A                       -- remember.

Q64                     Did K█████ drink any of your Vodka?

A                       Probably, because I just left it setting there

'cause I quit drinking it.

Q65                     Do you recall anyone mixing drinks that night in

--

A                       Yeah.

Q66                     -- the kitchen?

A                       He was making them.

Q67                     Who was?

A                       Jerry.

Q68                     Do you know what Jerry was making?

A                       No; it was some smoothie type thing.

Q69                     Were there any other adults at the party?

A                       No.

Q70                     Did it surprise you to see Jerry mixing drinks in

the kitchen?

A                       No.

Q71                     It did not?  Why is that?

A                       Because he was like the type of person to like

act like one of the kids, like, I don't know.

Q72            You said he would act like one of the kids?

A              Yeah.

Q73            Do you know how long J█ B█ had been

staying with her dad?

A              No.

Q74            Do you know the circumstances surrounding

why J█ B█ was staying with her dad?

A              No.

Q75            How many people were at the party when you

arrived?

A              Five, maybe.

Q76            Did that number grow as the evening --

A              Yeah.

Q77            -- went on?  So, you arrived between ten and

11:00, there were five people at the party.  Do you recall who those five

people were?

A              J█, B█, C████ E████ and I don't remember

the other one, S██████.

Q78            S██████?

A              Yeah.

Q79            So, J█ B█ --

A              Yeah.

Q80                          -- B███ H████████, C███ E████, and
S██████ P█████ were there when you got to the party.

A                          Yeah.

Q81                          Big Jerry was there.

A                          Yeah.  Jordan was the other one.  I don't know
her last name.

Q82                          I was getting ready to say, was that a boy or a
girl?  It's a girl.

A                          It's a girl.

Q83                          Did you know Jerry Swafford from school?

A                          Yeah.

Q84                          Had you ever had any issues with Jerry
Swafford before?

A                          No.

Q85                          Are you aware or do you know of others who
may have had any problems or issues with Jerry Swafford before October
the 15th, 2016?

A                          I've heard rumors but --.

Q86                          I'm not really concerned about rumors.  Do you
have any firsthand knowledge or are you aware of any --

A                          Like I know he let people party at his house
and smoke weed but --.

MR. OWSLEY:

I'm sorry; I didn't hear that answer.  Would you say that again?

MR. SHAW:

"-- let people party and smoke weed."

MR. OWSLEY:

Thank you.

Q87        How do you know that?

A        Because it was people I was friends with that he would let do it and I'd seen Snapchats of them at his house.

Q88        Like who -- who were some of the friends that he would let --

A        The H████ girls, and B██, and J██.

Q89        When did you first become aware that -- that he was allowing this type of conduct to occur at his home?

H████ P████ M████:

That night or before?

MR. SHAW:

Before.

A        I don't remember.  They was always posting pictures and videos.

Q90        Well, would it have been in the weeks before?

A        Yeah.

Q91             Were you friends with J█ before she went to live with her dad?

A               I don't know when she went to live with her dad.

Q92             So, was this something that had occurred maybe that summer and spilled over into the fall --

A               Maybe.

Q93             -- or do you know?

A               I don't know.

Q94             But you do know in the weeks before this incident that there were people partying at Jerry Swafford's home.

A               Yeah.

Q95             And you hadn't attended any of those parties.

A               No.

Q96             And you knew about the parties from your conversations with the H█████ girls, J█ B█, and then who?

A               Not from conversation, from videos and pictures that they had posted.

Q97             And these were posted where?

A               On Snapchat.

Q98             Snapchat, are those -- so, would someone have to take a video or a picture and then send it directly to you or would it --

A               No.

Q99             -- go out to groups or how?

A               They can post it -- it's called their story.  They can post it on there and anybody can see it, or they can send it to you just like --.

Q100            Were these videos that were sent to you or were these --

A               No, they was posted.

Q101            Do you know whether or not these photos or videos were reported to anyone at the school?

A               No.

Q102            Did you ever report the rumors that you heard or the fact that you received videos or pictures to anyone at the school?

A               No.

Q103            How about to any other adults?

A               I don't remember.

Q104            It's my understanding you have a newborn.

A               Yeah.

Q105            Boy or girl?

A               Girl.

Q106            When was she born?

A               March 26, 2018.

Q107            You graduated --

| | |
|---|---|
| A | 2017. |
| Q108 | Did you get -- did you get pregnant after -- |
| A | Yeah. |
| Q109 | -- graduation?  The videos and pictures you saw on Snapchat, was -- was Big Jerry in any of those photos? |
| A | I don't remember. |
| Q110 | The couple weeks before the party, was there anything that you knew or had heard before that that led you to believe there was any type of misconduct going on at Mr. Swafford's home? |
| A | No. |
| Q111 | Had you ever heard anything while at school that led you to believe that Mr. Swafford would be capable or that he might sexually assault a student? |
| A | Yeah, I had heard that he had a pair of underwear in his desk drawer at the high school. |
| Q112 | Do you know whose underwear these were? |
| A | No. |
| Q113 | Who did you hear that from? |
| A | Multiple people; like even some of the teachers would agree with it. |
| Q114 | Like who? |
| A | I don't remember. |
| Q115 | Is this one of the rumors that you had heard? |

A                    Yeah.

Q116                 Is what you had heard was that he had a pair
of panties in his desk drawer?

A                    Yeah.

Q117                 Do you recall when you heard that?

A                    My junior year.

Q118                 That would've been in 2016?

A                    Yeah.

Q119                 Would that have occurred before or after this
event that you had heard those rumors?

A                    It was before.

Q120                 How long before, if you know.

A                    I'm mighta been a freshman or in eighth grade.

Q121                 I thought you said you heard the rumors your
junior year in high school.

A                    Oh, it was my junior year.  I thought you was
asking like when he had them in his desk drawer.

Q122                 So, they were not -- you hadn't heard that they
were in his desk drawer during your junior year.  Your junior year, you had
heard that back when you would've been maybe a freshman --

A                    That he had --

Q123                 -- that he had them.

A                    -- them in his desk.

Q124      What -- what did you hear about that or what --
what was the rumor?

A      That he had panties in his desk drawer that he
would smell all the time.

Q125      You don't know whose panties they were?

A      No.

Q126      Do you know whether or not that was true?

A      No.

Q127      If you could, just -- you arrived at the party
between ten and eleven o'clock on the evening of October the 15th.

A      Yes.

Q128      K██████ D█████ was at the party, appeared to
already to have been drinking quite a bit.

A      Yes.

Q129      She may or may not have drank some of your
Vodka that you brought.

A      Yeah.

Q130      And at some point, did K██████ start acting
funny, or pass out, or what -- what happened, if you know.

A      Well, she -- I left and I came back.  We went to
Muncy's earlier that night; I went to Muncy's twice.

Q131      What's Muncy's?

A                    A gas station. We went to get food and then, when I came back, S█████ P█████ came out of the house and said that she needed to leave because Jerry had just raped K█████. So, when I went in the bedroom, she was asleep on the bed and I tried to wake her up and she wasn't waking up; and Jerry offered to help her out to my car 'cause I said that we was gonna leave, and then I got all of her stuff, her keys and everything, and put her in my car and we left.

Q132            Do you know what time that would've been?

A                No later than one o'clock.

Q133            You had went to Muncy's twice that night before you put her --

A                I went --

Q134            -- in the vehicle with you?

A                No, I went once before and once after.

Q135            When you left the Swafford home around 1 a.m., where did you go then?

A                I went to Muncy's to meet the person that I was talking to at the time, because I didn't know what to do with her; because I was freaking out.

Q136            Who was with you?

A                S█████ P█████ and K█████.

Q137            So, S█████ P█████, K█████, and you went to Muncy's. Was K█████ passed out, was --

A                          Yeah, she --

Q138                       -- she awake?

A                          She was out, like there was no waking her up.

Q139                       Had she been throwing up or anything of that
nature?

A                          Yeah.

Q140                       When did you first notice that she was throwing
up?

A                          She was in my back seat puking up blood and
puke.

Q141                       Is that when you started freaking out a little bit?

A                          Yeah.

Q142                       Did -- how long after you left the Swafford
home, went in -- she start throwing up?

A                          I mean it was from their house to Walmart but
she was puking. Say about five minutes after we left his house.

Q143                       Did you all go to Walmart also or just to
Muncy's?

A                          Yeah, I left his house and I went to Walmart to
meet the person I was talking to because I didn't know what to do with her,
and that's when he said, "Take her to the hospital."

Q144                       Who was the person you were talking to?

A                          J███ J███████.

Q145                And he said take her to the hospital.

A                Yeah.

Q146                What did you all do after that?

A                I was taking her to ARH Hospital and you have to pass Muncy's to get there, and I seen my sister and her roommates there which is K████'s cousin.  So --

Q147                Who?  Give me some names.  Sorry. Which one of your sisters?

A                A████  M████.

Q148                Which cousin?

A                E██████  W███.

MR. SHAW:

                I'm sorry?

A                E██████  W███.

Q149                E██████  W███?

A                That's K████'s cousin, yeah.  So, we stopped there because that that was her cousin and I was freaking out.

Q150                What did her cousin say?

A                She went to the hospital with us but while we was there, Jerry came there because he came looking for K████; and he was calling my phone and messaging me, too, and he was asking where she was; and said that S██████'s mom was trying to get ahold of her because I guess he called S██████'s mom to tell her that we -- that we

had left his house.  And while we was there, E███████'s boyfriend told

Jerry that he needed to leave us alone and get out of there; and I guess

they got in -- I wouldn't say a big fight but they got rough with each other;

and that's when we left and went to the hospital.

Q151                     What time would that have been, if you know?

A                        1:10, 1:15.

Q152                     So, not long after --

A                        Yeah.

Q153                     -- you left the Swafford home.

A                        Yeah.

Q154                     So, Jerry had told you --.  So, Jerry drove to

Muncy's --

A                        Yeah.

Q155                     -- got out and said, "Hey, S██████'s mom's

been calling?"

A                        He texted my phone.  He was texting and

calling my phone saying that.

Q156                     Did you save any of those messages by any

chance?

A                        They're on one of my old phones.  I can look.  I

don't re' -- I don't -- I can't say "yes" or "no" if I have them or not.

MR. SHAW:

> Well, if you don't mind, check, and if you could, provide a copy to your counsel.  We'd request a copy of those if they could be produced.

MR. BROWN:

> Yeah, she'll make --

MR. SHAW:

> Thank you.

Q157                Did S█████ have a cellphone with her?

A                No, she left it at his house.  She left all her stuff at his house and went and got it the next morning.

Q158                So, S█████ told you that -- what did she say that she saw?

A                That she seen Jerry rape K█████, 'cause she was in the bathroom that was in that bedroom.

Q159                When you went into the bedroom, was Jerry in the bedroom with K█████?

A                Yes.

Q160                And what did you see?

A                She was laying on her stomach and her pants, they were pulled halfway down her butt but they wasn't all the way off of her; and then, he was covering her up with a blanket and that's when I

tried to wake her up to get her to leave, and she wasn't waking up and he offered to help me.

Q161                    Did he have his clothes on?

A                       Yeah.

Q162                    Now, let me make sure I've got this right. When you left the Swafford house, you went to Walmart parking lot first.

A                       Yes.

Q163                    Then, you went to Muncy's --

A                       Then the hospital.

Q164                    -- then, you went to the hospital.

A                       Yeah.

Q165                    What happened when you got to the hospital?

A                       K████ started waking up a little bit after we put her in the wheelchair, 'cause we's wheeling her in 'cause none of us could carry her in there 'cause it was dead weight; and then, when we got in there, she started crying, begging us not take her in there because she didn't want her dad to find out; and then, her cousin and one of the other girls that was there talked her into going back and then, the nurses took her back there.

Q166                    Who was the other girl that was there besides her cousin?

A                       Dasha Smith.

Q167                    How do you know Dasha Smith?

A                          I've known her for forever, she's just a friend.

Q168                       I mean is she your age, is she older than you?

A                          She's older.

Q169                       How much older?

A                          23, maybe.

Q170                       You said you had a hard time; that you couldn't
carry K██████ because she was dead weight?

A                          Yeah, that's why he offered to carry her outta
the house, because I couldn't pick her up.

Q171                       That's what I was gonna ask. How did you get
her outta the house.

A                          Two of the other boys there helped me.

Q172                       Do you recall who those --

A                          No.

Q173                       -- who those were?

A                          Because I was getting her stuff while they was
carrying her out.

Q174                       Do you recall what they said at the hospital or
what happened at the hospital?

A                          They wouldn't let us back there where she was
underage and her parents weren't there.

Q175                       So, they took her into the hospital. How long
were you all at the hospital?

A                          An hour.  And then, we left there and we went to my house.  Because she didn't wanna go to her house and tell her dad, she asked if she could come to my house and sleep everything off and then she'd tell her dad in the morning.  Then, we got to my house and we fell asleep.  My parents went and found her parents, her dad and her grandmother, and told them what had happened; and then, they took her to Williamson Memorial.

Q176                       Other than the panties rumor, had you ever heard anything else about Jerry Swafford?

A                          I mean people -- like some people would be like creeped out by him, which I could see why because he was a very touchy person.  Like he would walk up and poke you in the side or something like or hug you and stuff like that; but if nothing ever happened to you before, you wouldn't think nothing about it until after and then, you're like, "Oh, well, yeah, I could see that happening."

Q177                       So, in hindsight, it seemed --

A                          Yeah; and then, he would like always like if I would leave J█ -- like after I would drop her off at the school or something, because where he was the janitor, he would have to stay there till like after games and practices.  If I would drop is daughter to him, he'd be like, "Love you, be careful;" but I mean most people's parents do tell other kids to be careful and stuff like that.  I tell people I love them all the time, I'm like, "See ya, love you," but --.

Q178                Nothing --

A                    Yeah.

Q179                -- and after the event --

A                    Yeah.

Q180                -- it kinda made you wonder a little bit but at the time --

A                    Yeah.

Q181                -- it didn't -- didn't freak you out --

A                    No.

Q182                -- or seem out -- out of the ordinary.

A                    No.  I mean when he would poke me and stuff like that, like sometimes it would get annoying and stuff.  'Cause like if it was just me in the hallway and he'd see me or something, he would -- like I wouldn't say try to tickle you; like, you know how people will poke you in the side.

MR. SHAW:

                    Yeah.

A                    Like he would do that and you'd just be like, "Where'd you come from?"

Q183                Would you flinch --

A                    Yeah.

Q184                -- whenever he would poke?  Were you ticklish?

A                          I mean, yeah, I -- I guess, I don't know.  I mean
if someone poked you in the side, you would flinch, too.

MR. SHAW:

                           I would, yeah.

Q185                       Did you ever report to anyone that he poked
you in the side or --

A                          No.

MR. SHAW:

                           Pass the witness.


MR. OWSLEY:

                           My name is Mike Owsley, I represent the

                           Superintendent and the Board of Education,

                           along with Neal Smith.  I have a few followup

                           questions.

                           EXAMINATION

                           By Mr. Owsley

Q1                         You said that Jerry, at the party, was making a
smoothie type drink.  Do you know what was in it?

A                          No. It was pink, I know that much.  I didn't drink
any of it.  I mean, I knew better but --.

Q2             You said that the rumor at school that you heard during your junior year was that a couple years earlier he had -- Mr. Swafford had girls' panties in his desk drawer.

A             Yes.

Q3             You said that was -- I think you said students and employees or teachers knew that or -- or at least said that.

A             Yeah. They would joke about it.

Q4             Do you remember any teachers that joked about it?

A.             No.

Q5             No names of anybody?

A             That I remember.

Q6             Did any teachers joke with you about it?

A             No. Like it would be just like one of those things where you'd be sitting in class and be like, "Oh, there's Jerry," and then it just like get brought up. No one -- I don't -- I don't remember.

Q7             But you can't remember any specific teacher or other employee of the school district that ever joked about it with you.

A             No.

Q8             Or in your presence.

A             No.

Q9             You can't remember the name of any students that joked about it in your presence.

A                              I mean it was two years ago.  I talked to a lot of
students in high school.  I don't remember.

Q10                            You indicated that you got to the party between
ten and eleven and K█████ came sometime later.

A                              Yeah.

Q11                            What is your best estimate of the time that
K████ arrived at the party?

A                              Maybe 30 minutes later.

Q12                            11, 11:30 --

A                              Yeah.

Q13                            -- something like that?  And when she got
there, she was with K████████ --

A                              Yeah.

Q14                            -- B████████?

A                              Yes.

Q15                            K████████ was younger than K██████?

A                              Yes.

Q16                            You indicated K█████ had been drinking, you
could obviously tell that at the time.  Could you tell if K██████ was also
drinking?

A                              I do not remember.  I did not talk to her much
at that party.  She left before all that happened with K█████, 'cause we
picked her up when I went to Walmart.

Q17          Who picked her up?

A          Me.  She got in my car.  When we went to Walmart, yeah, I went to pick her and then when she was like, "Well, I'll just ride with the people I was with."  So, she came to the hospital later.

Q18          She didn't come to the hospital with you.

A          No.

Q19          You don't know who -- how she got there.

A          No.  She did leave the hospital with me.

Q20          To go to your house?

A          Yeah.

Q21          You indicated that K███ continued to drink at the party.

A          Yeah.

Q22          And from your observation was pretty smashed?

A          Yeah.

MR. DONOVAN:

          Object to the form.

Q23          You understood what "smashed" means, don't you, to you?

A          Drunk.

MR. OWSLEY:

          Yeah, drunk.

Q24                           Do you remember about what time you last saw K████ before you left that first time to go to Walmart?

A                             Maybe 12.

Q25                           How long do you think you were gone?

A                             I mean I went to Muncy's to get food and left, so ten, 15 minutes.

Q26                           So, you were only gone from the party maybe 15 or 20 minutes?

A                             Ten or 15 minutes, yeah.

Q27                           Ten or 15 minutes. When you got back, did you see anything different than when you had left? Not talking about --

A                             There wasn't as many people there when I got back.

Q28                           Some had left.

A                             Yeah.

Q29                           How many do you think were there at the most at one time?

A                             30 people; but that was people in and out, like they would stop by and leave and --.

Q30                           Did you have any understanding that K████ was having any problems until S████ P████ told you?

A                             No. I mean she was drunk but --.

Q31                           I mean the problems with Jerry.

A                                 No.

Q32                          When S█████ told you that, were you inside or outside?

A                                 I was outside in the car. We had just pulled up and she came out to the car and got in it and asked for us to leave, to get her outta there; and when we asked her why, she said, "Jerry just raped K█████."

Q33                          When she said "to get her outta there," did it mean get S█████ outta there or get K█████ outta there?

A                                 S█████ wanted outta there.

Q34                          She wasn't asking you to get K█████ outta there.

A                                 No.

Q35                          And you think that was around 12:15, 12:30 --

A                                 Yeah.

Q36                          -- in the morning?

A                                 Yeah.

Q37                          What caused you to go into the house?

A                                 I mean that'd be commonsense if you heard --

Q38                          What S█████ said to you.

A                                 Yeah.

Q39                          When you went in, did you go into the bedroom or was the door open?

A                          I went -- I can't remember if the door was open
or not.  I know I went in the bedroom because that's where she was.

Q40                        My understanding is that that -- that there's two
bedrooms in that house.

A                          Yeah.

Q41                        And that they were in one of the two.

A                          They were in his daughter's room.

Q42                        In J█ B█'s room.

A                          Yeah.

Q43                        And when you went in, whether you opened
the door or whether it was already open, you saw K█████ on her stomach
with her pants pulled down about halfway?

A                          Yeah.

Q44                        And Jerry was putting a blanket over her and
was dressed.

A                          Yeah.

Q45                        That's when Jerry indicated that he would help
you carry her?

A                          Yeah.

Q46                        But two other boys helped --

A                          Yeah.

Q47                        -- instead and you don't know who they were.

A                          No.

Q48                          Was K█████, from your observation,

unconscious until the time you reached the hospital?

A                            Yeah; besides her puking, which I mean I --

she was puking while she was knocked out but, she was out of it, there

was no getting her up.

Q49                          You couldn't talk to her --

A                            No.

Q50                          -- she wasn't responsive.

A                            No.

Q51                          And you said she started to come around some

when you put her in the wheelchair at the hospital.

A                            Yeah.

Q52                          Tell me again what it is she said of why she did

not wanna go to the hospital.

A                            She didn't want her dad to find out about her

partying that night.

Q53                          Wasn't specifically about Jerry; it was about

partying and drinking?

A                            She didn't want her dad to know about any of

it.

Q54                          Any of it.  Did you and K█████ socialize before

this event?

A                           We were best friends before and then we had got in a fight and we wasn't friends during the party; but I mean even if you hear something about that, you're still gonna go in there and check on somebody.  I mean that'd be the right thing to do.

Q55                         When did you get to a fight with K████?

A                           I don't remember.

Q56                         Before the party.

A                           Yeah.

Q57                         Do you remember what it was about?

A                           No.

Q58                         A boy?

A                           No.

MR. OWSLEY:

                            Not a boy, okay.

A                           I mean you're in high school and you're girls, and you fight about stupid stuff, so --.

MR. OWSLEY:

                            I think we could all agree with that.

Q59                         So, at the time of the party, you and K████ were not really friends.

A                           No.

Q60                         You had been but you weren't at that time, correct?

A                              Yeah.

Q61                            After the party and after K████'s situation, did
you and she become friends again?

A                              We just -- we didn't fight but we weren't friends.
We just didn't socialize with each other.

Q62                            Just acquaintances --

A                              Yeah.

Q63                            -- but not really friends.  Am I correct that you
don't have any knowledge of anyone reporting problems or concerns
about Jerry Swafford to anybody at the school or the Board of Education,
prior to the party?

MR. DONOVAN:

                               Object to the form.

MR. OWSLEY:

                               Okay.  You can answer.

H████ P████ M████:

                               Can I answer?

MR. OWSLEY:

                               Yes.

A                              They did after, not before.

MR. OWSLEY:

                               That's all the questions I have.

A                              That I know, that I know of.

MR. OWSLEY:

    That you knew.

MR. THOMPSON:

    No questions for me.


MR. DONOVAN:

    My name is Ryan, I'm K████'s lawyer.

    Thank you for coming here today.

H████ P████ M████:

    You're welcome.

MR. DONOVAN:

    I know it wasn't convenient.

    EXAMINATION

    By Mr. Donovan

Q1    You testified that K████ -- you could tell K████ had been drinking.  How could you tell that?

A    She was being very loud and obnoxious and we were friends before, and I had obviously been around her before when she had been drinking, so --.

Q2    So, that was your perception that was just based on the way she was acting.

A    Yeah.

Q3 Do you recall ever actually seeing her drinking that night?

A Yeah, she was drinking the drink that Jerry made.

Q4 Drinking the drink that Jerry made for her.

A. Yeah.

Q5 That's the only drink that you saw -- you, yourself, saw her drink that night.

A That I can remember of.

Q6 So, you said earlier that it was possible that she drank some of your Vodka but you didn't actually see that.

A No.

Q7 So, you described the drink that Jerry was making as a smoothie thing, is that --

A It was in a blender, yeah.

Q8 Is your understanding that was an alcoholic drink?

A Yeah.

Q9 Did anyone tell you that?

A Yeah.

Q10 Who told you that?

A His daughter. She was saying, "My dad made drinks," and said that it was in the fridge.

Q11               And that's the drink that you saw --

A               Yeah.

Q12               -- Jerry Swafford give to K█████.

A               Yeah.

Q13               Did Jerry Swafford put anything in that drink other than alcohol?

A               What I know of was an Ambien but I didn't know about that until after the party.

Q14               How did you come to know that?

A               He said it.

Q15               Jerry himself said it.

A               Yeah.

Q16               Who did he say that to?

A               His daughter and I'm not sure who else he said it to.

Q17               So, as best you can recall the way you heard it, what did Jerry tell his daughter about the Ambien?

A               That he -- he agreed to putting it in there; that he said he did put it in there.

Q18               Why did he do that?

H█████ P█████ M█████:

               Why did he do any of it?

Q19            Is that the only time you'd ever heard of him doing that?

A              Yeah.

Q20            Do you know if he did that -- if he put an Ambien in anyone else's drink that night?

A              No.

Q21            But it's your understanding Jerry Swafford himself said that.

A              Yeah.

Q22            You said something about Jerry acting like one of the kids.  I think I know what you mean but can you -- can you explain that a little bit more to me?

A              Like he would do whatever he had to do to like get the kids to like him; and like he would act like -- I don't know.  He tried to live through the kids I guess.

Q23            Can you give me some examples of what kinds of things he would do to get people to like him?

A              He would make them drinks.  Instead of being the parent and say, "No, don't drink that," he would be making them for you; and he would throw parties at his house for the kids.

Q24            And it was your understanding that he did that more than once --

A              Yeah.

Q25                     -- not just the night that K█████ got assaulted.

A                   Yeah.

Q26                   Do you have any idea how long he'd been doing that?

A                   I have no clue.

Q27                   How did you come to know that?

H█████ P█████ M█████:

                     That he was having parties?

MR. DONOVAN:

                     Um hmm.

A                   Through Snapchat and people talking about it throughout the school.

Q28                   People would talk about it at school?

A                   Like parties; they'd be like, "Oh, did you see who was at their house last night?" and be saying like how they got drunk that night at his house.

Q29                   Explain -- we're all kinda old people here. Explain the Snapchat to me a little bit.  I think Mr. Shaw had some questions.  You said that the videos you had seen were posted on someone's --

A                   Story.

Q30                   -- story?

A                   Yeah.

Q31             And the story, is that something anyone can see?

A               Yeah.

Q32             So, if you have --

A               Anyone that's friends with them on Snapchat can see it.

Q33             Friends with who?

A               Like whoever post it.

Q34             So, who -- who was posting these stories?

A               J██, C██████.

Q35             J██ B██?

A               Yeah; S██████.

Q36             So, they would post those videos just for the whole world to see.

A               Yeah.  Not the whole world, people that were friends with them.

Q37             Can you tell me what kinds of things were in the video?

A               It would just be them drinking or smoking weed and that was it.

Q38             How did you know it was at Jerry Swafford's house?

A                                     Because J█ would always talk about how
people would stay at her house and ask if like people wanted to stay
there.

Q39                                   When you post a video on Snapchat, can you
put a description --

A                                     Yeah.

Q40                                   -- or caption?  Do you remember if there were
sometimes descriptions or captions that would have told you --

A                                     I can't remember.

Q41                                   But it was clear to you that these things were
happening at Jerry Swafford's house?

A                                     Yes.

Q42                                   You said they were posted by J█ B█ and
C█████, and S█████?

A                                     Yes.

Q43                                   Can you think of anyone else who would have
ever posted any pictures like that?

A                                     That's the only three I had on my Snapchat.

Q44                                   Can you see how many friends another person
has on Snapchat?

A                                     You can see how many people's viewed your
story.

Q45                                   Could you get on there, for example --

A       I could count them one by one and see but it does not tell you.

MR. DONOVAN:

        I'm not asking the question the right way. The older you are, the harder it is to know all the right terms for this.

Q46      Do you have friends on Snapchat, is that how that works?

A       Yeah.

Q47      Just like Facebook.

A       Yeah.

Q48      So, if I go on Facebook, I can see that H█ M███ has 1,000 friends, right?

A       Yeah; other people can't see, they can't tell.

Q49      So, you couldn't tell how many friends --

A       You had on Snapchat.

Q50      But you could tell how many people viewed these videos.

A       You could.  Like if you was to post a story, I could not go on there and say "20 some people's seen his story," but you could go on there and look.

Q51      But it was -- did you understand that a lotta people had seen these videos?

A       Yeah.

Q52      And that was -- I think you said that was from
talking to them at school.

A       Yeah.

Q53      You said there was drinking in the videos,
right?

A       Yes.

Q54      And you said people were smoking pot in the
videos.

A       Yes.

Q55      Were there ever people running around kinda
in --

H█████ P█████ M█████:

       Bras and panties?

MR. DONOVAN:

       Yeah.

A       I do not remember.

Q56      Well, why did you -- why did that come to your
mind?  I'm just curious.

A       Because when all that blew up, there was
people that was saying that and I already know what you was gonna say,
so --.

Q57            So, you don't remember ever seeing anybody running around like that.

A            No, I don't.  I cannot say "yes" or "no."  I don't remember.

Q58            You don't remember.

A            I mean it could probably happen, because as girls, we're like that, but I do not remember.

Q59            Was that the kind of thing that you think they would've done over there?

A            Yeah.

Q60            So, it's believable to you that there woulda been pictures --

A            Yeah.

Q61            -- in bras and panties --

A            Yeah.

Q62.            -- at Jerry's house.

A            Yeah.

Q63            You said earlier I think when Mr. Shaw asked you if you'd reported any of the things you'd heard or seen to any adults, you said you couldn't remember if you had; is that right?

A            Yeah.

Q64      Sometimes it can be hard when you're around this age 'cause you think people -- adults as old people; but when I say "adults," what I mean is anyone over 18.

A      Yeah, I -- I cannot remember.

Q65      But you said you were friends with Dasha Smith?

A      I'm not friends with her but she's -- like I've known her, she's like one of those people that you just know.

Q66      I think you said earlier she was a friend.

A      Yeah.

Q67      Would you characterize her that way?

A      Yeah.

Q68      Would you have talked to her about any of this?

A      No.

(Reporter's Note:

      Record stopped briefly resuming

      thereafter, as follows:)

Q69      Earlier, in response to question from Mr. Shaw, you said you heard some rumors about Jerry Swafford; and he said he wasn't interested in those rumors but I am.  You mentioned the underwear in the desk story.  What other rumors had you heard about Jerry Swafford that come to mind after having heard all this?

A               That he was just like -- I don't know, like some girls were like scared to be around him and stuff; like 'cause he stayed in the gym a lot at our school and like if a girl was in there, like sometimes they wouldn't wanna go in the locker room by theirselves if he was in there, like if it was just them.

Q70             Do you remember who would've told you that?

A               No.  Like I -- there was more than one girl that was sketched out, creeped out by him.

Q71             Sketched out.

A               Yeah; like creepy, like --.

Q72             Do you remember any other specific stories --

A               No.

Q73             -- things that you might've heard about Jerry? When it comes to these parties, you said people talked about them at school.  What kind of people talked about them?

A               The kids that would go to the parties.  They'd be like, "Oh, are you goin' to that party tonight?"

Q74             Eventually, did that sorta get around to everybody?

A               Yeah.

Q75             By everybody, I mean you think the --

A               The school, like the whole school.

Q76             The whole school.

| | |
|---|---|
| A | Yeah. |
| Q77 | Knew about these parties. |
| A | Yeah. |
| Q78 | Did you talk about them in school? |
| A | Yeah. |
| Q79 | Where in school would you have talked about them? |
| A | In class. |
| Q80 | With teachers in the room? |
| A | Yeah. |
| Q81 | Did the teachers ever hear you talking about this? |
| A | I -- I don't know. |
| Q82 | Well, they were in the room. |
| A | Yeah, they were in the room but I don't know if they were listening or not, like --. |
| Q83 | Is it normal for them to be in their room and just not pay any -- |
| A | Yeah. |
| Q84 | -- attention at all what's going on? |
| A | Yeah. |
| Q85 | Really? |
| A | Not all of them, some of them. |

Q86                    But you weren't -- when you were talking about these things in the classroom, you weren't trying to keep it secret, were you?

A                    No.

Q87                    So, it's possible it could've been heard.

A                    Yeah.

Q88                    So, if someone else -- assuming that a teacher had heard about it, it would have been reasonable to assume they could've heard about it by listening to these conversations in the classroom.

MR. SMITH:

                    Objection.

A                    Yeah.

Q89                    Sorry, what was your answer?

A                    Yes.

Q90                    You said Jerry followed you to Muncy's, is that correct?

A                    He did not follow me.  He showed up there.

Q91                    He showed up at Muncy's.  When did he show up at Muncy's?

A                    Right after I left his house.

Q92                    How do you think he knew you were there?

A                         He was driving down the road and seen us and pulled in there.

Q93                   So, do you think he was looking for you?

A                         Yeah.

Q94                   Why do you --

A                         I knew he was.  He was calling and texting me.

Q95                   Oh, he was calling and texting you.

A                         Yes.

Q96                   So, you're saying after you left the house, he was calling and texting you --

A                         Yes.

Q97                   -- to figure out where you were.  How did he have your number?

A                         Because I had hung out with his daughter before and if you had a kid and someone was with them, you'd want that other kid's number.

Q98                   So, he had your number and was calling.

A                         Yeah.

Q99                   Had he called or texted with you ever before?

A                         No.  He might've -- J█ might -- his daughter mighta called him on my phone before but me and him never -- just like, "oh."

Q100            Was texting one of the things that he did
sometimes to try to seem cool with the kids?

A               Not with me.

Q101            With others?

A               I don't know.

Q102            Do you know -- just to be clear.  Do you know
of him ever texting with any of your friends or anyone that you --

A               No.

Q103            -- knew from school?  Do you think he had a lot
of his daughter's friends' phone numbers?

A               Oh, I don't know.

Q104            It might've just been yours.

A               I don't know.

Q105            So, when Jerry arrived at Muncy's, what was
the first thing that happened?

A               I got back in the car with K███████, because I
didn't wanna be around him after S██████ said that had happened and I
seen what shape she was in, K██████.  So, I got back in the car and then
he ended up -- I wouldn't say they fought but they got rough with each
other, with my sister's roommate.

Q106            How would you describe Jerry's attitude at that
time?

A               He was scared and panicking.

Q107                    Did you hear any of the conversation between him and your sister's boyfriend?

A                       My sister's roommate's boyfriend.

Q108                    Your sister's roommate's boyfriend.

A                       Yeah.  He told him that he needed to get outta there and leave us alone; and then, he -- Jerry grabbed her roommate by his shirt right here [indicates] and I pulled out after that.

Q109                    Did you hear anything Jerry said?

A                       No.

Q110                    Do you know where Jerry went after that?

A                       No.

Q111                    Why do you believe Jerry was texting you to find out where you were?

A                       He was checking on S█████, too, and I believe that it was because he knew S█████ had seen what happened; because she was in the bathroom that was in that bedroom and he didn't know she was in there until she came out.

Q112                    Why would he wanna text you because you had seen what happened?

A                       To find out where we were.  He was texting, calling me to find out where we were and asking about S█████.

Q113                    And why do you think he wanted to know where you were?

A          Because he knew he had done something he shouldn't have.

Q114          Do you think he wanted to try to stop you?

A          Maybe.  I mean there was a reason for it.  I can't tell you what that reason was 'cause I didn't talk to him after that.

Q115          Did you actually speak to him on the phone?

A          Yeah.

Q116          What did he say in that phone call?

A          He was asking where we were at and if S███ was okay.

Q117          Did he ask about K████?

A          No.

Q118          You said he texted you also?

A          Yes.

Q119          Do you recall what any of the texts said?

A          He was asking about S███.

Q120          Basically the same as the call.

A          Yeah.

Q121          Did he ever ask you if you had told anyone what happened?

A          I don't remember.

Q122          You mentioned that he had a habit of touching girls at school.  Was this something that happened --

MR. SHAW:

        Objection to characterization.

Q123        Did I characterize that correctly?

A        Yeah.

Q124        Was this something that would happen in secret?

A        No, he would do it out in the hallway in front of everybody.

Q125        And I'm assuming that Belfry High School's like most high schools. When the kids are in the hallway --

A        There's teachers in the hallways.

MR. DONOVAN:

        That's all I got.

MR. SHAW:

        A few followups.

(Reporter's Note:

        Witness requested short break, record stopped resuming thereafter, as follows:)

RE-EXAMINATION

By Mr. Mr. Shaw

Q1     You testified earlier that Jerry would poke people in the ribs.

A     Yeah.

Q2     Would he do that to boys and girls or just girls?

A     Mostly girls.

Q3     But sometimes, boys also.

A     Yeah.

Q4     Other than that, did you ever see Jerry touch anyone any other way in the hallways?

A.     He would hug people but that's it.

Q5     You said you knew that Jerry put an Ambien in the blender with the mixed drinks.

A     Um hmm.

Q6     And you did not know that because of any direct conversations you had with Jerry.

A     No.

Q7     Did you have that from -- did you know that from direct conversations you had with J█ B█ or somebody that J█ B█ had told that to?

A     Both.

Q8     What was it that J█ B█ told you?

A                          That he did agree to putting a sleeping pill in
with the mixed drink.

Q9                         So, Big Jerry Swafford hadn't told you that.

A                          No.

Q10                        And you didn't overhear him tell anyone that.

A                          No.

Q11                        Do you know if Big Jerry had a Snapchat
account?

A                          I do not know that.

Q12                        Do you know if Big Jerry had any type of social
media account?

A                          I don't know.

Q13                        Your friends on Snapchat, were any adults on
Snapchat or was it just kids?

H█████ P█████ M█████:

                           In the videos and pictures?

MR. SHAW:

                           No, in the Snap -- you said you had friends.

H█████ P█████ M█████:

                           Like do I have friends that are older?

MR. SHAW:

                           Yes.

H████ P████ M████:

Or was there older people in the videos and pictures?

MR. SHAW:

Well, both.

A          I don't remember if they were in the videos and pictures but I do have people over the age of 18 on Snapchat and I know they do, too.

Q14          Well, would any of them have been school officials or school employees?

A          I don't have any on there.  I don't know if they do.

Q15          I'm just asking about you; and that was gonna be the other question is: if somebody sends a picture on Snapchat that ends up going to your account, can other people that aren't friends with that individual see those photos and videos?

A          No, it would just go straight to me.

Q16          So, you would have to be a friend of whoever took the video or photo to be able to see what is on that account.

A          You have to be friends with them before they can see it, yeah.

Q17          Well, what I'm saying is your other friends can't see it, though, right?

A                              No, just me unless they posted it on their story; then everybody can see it that they're friends with.

Q18                      How soon before the party had you began seeing Snapchat videos and photos?

A                              A month, two months.

Q19                      You said a lot of people saw the videos?

A                              Yeah.

Q20                      How do you know that?

A                              'Cause they would talk about it in school.

Q21                      Who's "they?"

A                              Other students.

Q22                      Can you tell me some of the students?

A                              I don't remember. Like I said, it was two years ago and you talk to a lotta people in high school, so --.

Q23                      I just didn't know if any particular conversations stood out that you and a couple your friends may have even talked about in school.

A                              I don't remember who.

Q24                      You were in high school?

A                              I'm graduated.

Q25                      I said, "You were in high school."

A                              Oh, yeah.

Q26                      Did you attend many parties in high school?

A          Some; some, yeah.

Q27        When you say "some," I mean did you go to parties other than at Jerry Swafford's house?

A          Yeah.

Q28        It was J██ B█'s party, right?

A          Yeah.  No, it was B█ H████████'s birthday party.

Q29        Which was a similar age to you all.

A          Yeah.

Q30        Well, but you had been to other high school parties.

A          Yeah.

Q31        Had you been to other high school parties where there was alcohol?

A          Yeah.

Q32        Had you been to other high school parties where people were smoking dope?

A          Yeah.

Q33        Was that common or uncommon at the parties that you attended while you were in high school?

A          Common.

Q34        Would people take Snapchat photos and videos at other parties?

| | |
|---|---|
| A | Yeah. |
| Q35 | Would they post those? |
| A | Yeah. |
| Q36 | Photos taken at other parties, would that show people drinking? |
| A | Yeah. |
| Q37 | Did you ever have parties? |
| A | Yeah. |
| Q38 | At your house? |
| A | At my mother's house. |
| Q39 | At your mother's house. Where is your mother's house? |
| A | Slaters Branch. |
| Q40 | Is it in Pike County or is it in -- |
| A | It's in Belfry. |
| Q41 | Belfry. How often would you have parties at your mother's house? |
| A | Every other weekend for about two months. |
| Q42 | When you had those parties, would people bring alcohol? |
| A | Yeah. |
| Q43 | Would they bring dope? |
| A | I -- I wouldn't let them at my parties. |

Q44                              What do you mean, you wouldn't let them?

A                                I would let them drink but I wouldn't let people
do drugs.

Q45                              You wouldn't let them smoke.

A                                No.

Q46                              That was gonna be the question.  How do you
keep them from doing drugs or from smoking?

A                                You tell them to leave.

Q47                              Well, how would you know that they were
doing it, necessarily?

A                                You could smell it, for one, and I would see it,
too, if it was going on in my house.

Q48                              How large a parties would you have in high
school?

A                                20 people at the most.

Q49                              Did the kids at school ever talk about your
parties?

A                                Yeah.

MR. SHAW:

                                 Pass the witness.

MR. OWSLEY:

H███, I have a question where you can educate me about Snapchat 'cause I'm a lot older than people you just mentioned.

RE-EXAMINATION

By Mr. Owsley

Q1          I have an understanding that when you post a photograph or a video on Snapchat that after a period of time, it disappears, it's gone.

A          After 24 hours, if they don't delete it before then.

Q2          So, you can either delete it as the recipient of that video or that photo; or if you don't, 24 hours later, it's gone anyway.

A          Yeah.

Q3          And the only people that can see that picture, photo, or video are the people --

A          That they're friends with.

Q4          -- that they're friends with.

A          Yeah.

Q5          No one else can go see it except a friend.

A          Yeah.

Q6          You indicated that at one point and I think you termed the whole school knew about the parties at Mr. Swafford's house

but, I don't think you've ever told us that any teacher ever knew specifically. Is there any teacher that you have knowledge of that actually knew about the parties at Mr. Swafford's house?

A                              I do not remember.

Q7                             You just don't know one way or the other.

A                              Yeah.

Q8                             You also said that Mr. Swafford agreed to put a sleeping pill or the Ambien pill in K████'s drink. Did someone request he put a sleeping pill in their drink?

A                              No.

Q9                             There was a funny term, you said he agreed to do it like someone had asked.

A                              He agreed to saying that he did it. Like he said that he did it, not --

MR. OWSLEY:

                               I understand now.

A                              -- someone asked him to.

Q10                            And that's what you've learned from what B██'s told you.

A                              Yeah. They call J██, B██ and B██.

MR. OWSLEY:

                               Excuse me, thank you for the correction.

                               J██ -- J██ B██ -- J██ B██.

Q11             Did you know B█ H███████ before that night?

A               I knew of her.

Q12             Hadn't been to any parties with her?

A               No.

Q13             Did you have any understanding as to whether
or not she had an Ambien put in her drink that evening?

A               I don't know.

Q14             You don't know anything about it.  You don't
know anything about the -- except the one with --

A               I mean it was in a drink and there was multiple
drinking what he was making.

Q15             Was he making them in the blender?

A               Yeah.

Q16             It wasn't that he put the Ambien, at least from
your understanding, directly into K██████'s drink; it was in the blender and
whoever drank out of the blender would get some of the Ambien?

A               Yeah.

Q17             And that's what --

A               But not everybody was drinking outta the
blender, it was just whoever wanted to.

Q18             And you understand that from J█ B█.

A               Yeah.  I mean I was there.  I seen who was
drinking outta the blender.

Q19                              But in terms of putting the Ambien --

A                                    Yeah.

Q20                              -- in the blender, that's -- you learned about

that from J█ B█.

A                                    Yeah.

MR. OWSLEY:

                                    That's all I have; thank you.

MR. DONOVAN:

                                    I have nothing else; thank you very much.

                                    (DEPOSITION CONCLUDED)

STATE OF KENTUCKY

COUNTY OF PIKE

I, Shirley S. Hensley, Notary Public in and for the State of Kentucky at Large, whose commission as such will expire March 25, 2021, do hereby certify that the foregoing deposition of **H** **P** **M** was taken at the time, place, and for the purposes stated in the caption hereto.

I further certify that said taking was pursuant to Notice To Take Deposition; that appearances were as stated in said caption; that the witness was first duly sworn by me before testifying; that said testimony was taken by me in shorthand notes and by tape-recording and later reduced to typewritten material herein, which is a true, full, complete and accurate transcript thereof; that the parties did not request the reading and signing of the deposition of said witness.

IN TESTIMONY WHEREOF, I have hereunto set my hand at Pikeville, Kentucky, this 24th day of May, 2018.

_____
SHIRLEY S. HENSLEY, REPORTER