1             UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF KENTUCKY
2             SOUTHERN DIVISION at PIKEVILLE
              CIVIL ACTION NO. 7:17-cv-00132-KKC
3

4  * * * * * * * * * * * * * * * * * * * * * * * *

5  K.D., by her guardians
   RAYMOND DOTSON AND RACHELLE HAIRSTON,
6
              Plaintiffs,
7
   vs.
8
   JERRY SWAFFORD, in his individual capacity;
9  THE PIKE COUNTY BOARD OF EDUCATION,
   REED ADKINS, in his individual capacity;
10 and MARK GANNON, in his individual capacity,

11            Defendants.

12 * * * * * * * * * * * * * * * * * * * * * * * *

13

14
              Deposition of S█████ F██████ taken by the
15 Defendants under the Federal Rules of Civil Procedure
   in the above-entitled action, pursuant to notice,
16 before Angela L. Curtis, a Certified Court Reporter, at
   Bailey & Glasser, 209 Capitol Street, Charleston, West
17 Virginia, on the 9th day of May 2018.

18

19            REALTIME REPORTERS, LLC
              ANGELA L. CURTIS, CCR
20               713 Lee Street
              Charleston, WV  25301
21             (304) 344-8463
              realtimereporters.net
22

23

24

```
 1                    APPEARANCES:

 2

     APPEARING FOR THE PLAINTIFFS:
 3
             Ryan Donovan, Esquire
 4           BAILEY & GLASSER
             209 Capitol Street
 5           Charleston, WV  25301

 6
     APPEARING FOR THE DEFENDANT
 7   MARK GANNON:

 8           Jonathan C. Shaw, Esquire
             PORTER, BANKS, BALDWIN & SHAW, PLLC
 9           327 Main Street
             Post Office Drawer 1767
10           Paintsville, KY  41240-1767

11
     APPEARING FOR THE DEFENDANT
12   PIKE COUNTY BOARD OF EDUCATION:

13           Michael A. Owsley, Esquire
             ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
14           1101 College Street
             Post Office Box 770
15           Bowling Green, KY  42102-0770

16           Neal Smith, Esquire
             316 South Mayo Trail
17           Pikeville, KY  41501

18
     APPEARING FOR THE DEFENDANT
19   JERRY SWAFFORD:

20           Max Thompson, Esquire
             SMITH THOMPSON, PLLC
21           Post Office Box 1079
             Pikeville, KY  41502
22

23

24
```

1                  EXAMINATION INDEX

2     BY MR. SHAW . . . . . . . . . . . . . 4

3     BY MR. OWSLEY . . . . . . . . . . . . .49

4     BY MR. SHAW. . . . . . . . . . . . . 70

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

1          S█████████        P██████████████

2    was called as a witness by the Defendants, pursuant to

3    notice, and having been first duly sworn, testified as

4    follows:

5                          EXAMINATION

6    BY MR. SHAW:

7        Q.  Would you state your full name for the record

8    please?

9        A.  S██████  B██████  P█████████.

10       Q.  I'm sorry, what's your middle name?

11       A.  S██████  B██████  P█████████.

12       Q.  B████████?

13       A.  Huh?

14       Q.  S████████  E████████  P████████?

15       A.  B██████.

16       Q.  B██████, B█████████████.

17       A.  Yeah.

18       Q.  All right.  S███████, have you ever given a

19   deposition before?

20       A.  No.

21       Q.  As your attorney has probably told you, I'm

22   going to ask you a series of questions, need you to

23   answer out loud.  Have to speak up just a little bit so

24   the court reporter can get your responses.

 1      A.   Okay.

 2      Q.   If I ask you anything you're not sure about,

 3  just tell me and I'll try to rephrase it, state it in a

 4  different way.  My objective today is to obtain some

 5  information from you, not to try to trick you or

 6  anything of that nature.  If you need a take a break at

 7  any time, just let us know.

 8      A.   Okay.

 9      Q.   Sound good?

10      A.   Uh-huh.

11      Q.   All right.  Full name is S▆▆▆▆▆ B▆▆▆▆▆

12  Perkins.  How old are you?

13      A.   ▆▆▆▆▆▆▆▆.

14      Q.   And not to be reflected on the record, what's

15  your date of birth?

16      A.   **-**-****.

17      Q.   Also not to be reflected on the record, what

18  is your Social Security number?

19      A.   I have no idea.

20      Q.   Okay.  And you live in ▆▆▆▆▆, ▆▆▆▆▆▆▆▆▆▆▆▆?

21      A.   Yeah.

22      Q.   ▆▆▆▆▆▆▆▆▆▆▆▆?

23      A.   Yeah.

24      Q.   Okay.  And have you lived there pretty much

1  all your life?

2      A.  Yeah.

3      Q.  Okay.  What year are you currently a

4  sophomore, junior in school?

5      A.  I'm a junior.

6      Q.  Okay.  And your mother testified that you're

7  home schooled; is that correct?

8      A.  Yeah.

9      Q.  And when did you start being home schooled?

10     A.  It was like the middle of my sophomore year.

11     Q.  Middle of your sophomore year?

12     A.  Yeah.

13     Q.  Okay.  Do you remember the month and year that

14  you started?

15     A.  Home school?

16     Q.  Uh-huh.

17     A.  Uh-uh.

18     Q.  Your mom testified she thought it was the

19  '16-'17 school year.  Does that sound right?

20     A.  Yeah.

21     Q.  Okay.  Did you complete the '15-'16 school

22  year at school?

23     A.  Yeah.

24     Q.  Okay.  Why did you decide to become home

 1  schooled?

 2      A.  I just didn't like school.

 3      Q.  Okay.  Any particular issues or problems that

 4  you were having at school?

 5      A.  No.

 6      Q.  And when you last attended school where did

 7  you attend?

 8      A.  Mingo Central.

 9      Q.  Have you ever attended school in the Pike

10  County School District?

11      A.  No.

12      Q.  Okay.  You know J███ B███ S███████; is that

13  correct?

14      A.  Yeah.

15      Q.  Okay, and you know B███████ H████████?

16      A.  Yeah.

17      Q.  Your mom testified about another girl whose

18  name I think was M██████ or something of that nature.

19      A.  Yeah.

20      Q.  Who is M██████?  Do you know her last name?

21      A.  M██████ M████, M████.

22      Q.  Where is M██████ from?

23      A.  Prestonsburg.

24      Q.  Okay.  B██████ was from Hima; is that correct?

1     A.   Yeah.

2     Q.   Got to speak up just a little bit.  Sorry.

3     A.   Okay.

4     Q.   And J███ B███ was from Chatteroy?

5     A.   Yeah.

6     Q.   How did you first meet J███ B██t?

7     A.   I just, I knew her through social media pretty

8  much.

9     Q.   Any certain app?

10     A.   Huh?

11     Q.   Any certain app that you use for social media?

12     A.   Snapchat, Instagram.

13     Q.   Okay.  Is that -- did you meet J███ B███

14  through Snapchat or Instagram or would that have been

15  through Facebook?

16     A.   No, pretty much those, those apps.

17     Q.   Okay.  Who did you know first, B████

18  H█████████, J██ B██ S████████ or M██████ M████?

19     A.   J███.

20     Q.   Okay.  When would you have first met J███,

21  J███ B███, if you recall?

22     A.   It was like a summer before that we started

23  talking.

24     Q.   Okay.  So the summer of 2015?

 1     A.  Yeah.

 2     Q.  Okay.  When was the first time that you went

 3   to J███ B███'s house, if you recall?

 4     A.  I'm not sure.

 5     Q.  Would that have been in the summer of 2015 as

 6   well?

 7     A.  No.  It was that summer.

 8     Q.  When you say that summer, are you talking

 9   about the summer of 2016?

10     A.  Yeah.

11     Q.  And from your mom's testimony, I take it you

12   spent quite a bit of time at the Swafford home during

13   the summer of 2016?

14     A.  Yes.

15     Q.  And you would occasionally stay the night?

16     A.  Yes.

17     Q.  And would you occasionally stay the weekend?

18     A.  Yes.

19     Q.  Okay.  Now, J███ B███ would stay at your house

20   occasionally as well, correct?

21     A.  Yeah.

22     Q.  Okay.  Would B███ stay at your house also?

23     A.  Uh-huh.

24     Q.  Did you ever go to B███ H████████'s house?

1    A.  No.  I went with Jerry, the man, to drop her

2  off one day, B█, but I never went to her house, no.

3    Q.  I'm sorry.

4    A.  I never went to her house.

5    Q.  When you say drop her off, just drop her off?

6    A.  He met her grandparents somewhere.

7    Q.  Okay.  All right, so Jerry Swafford, ████

8  ████'s dad, had taken B████ to meet her grandparents?

9    A.  Yeah.

10   Q.  Had you ever been to M██████ M████'s home.

11   A.  No.

12   Q.  Had M██████ M████ been to your home?

13   A.  Yes.

14   Q.  Were there any other girls that you all

15  associated with during the summer of 2016 on a regular

16  basis that you would be at their home or they would be

17  at your home?

18   A.  K██████ H████.

19   Q.  K██████ H████.

20   A.  Yeah.

21   Q.  Okay.  Anyone else?

22   A.  Chelsea Horton.

23   Q.  Chelsea Horton.  Okay.  Anyone else?

24   A.  (Witness indicates.)

1      Q.  Okay.  Chelsea and C███████ (sic), did you

2  know them before you knew J███ B███ or did you know

3  J███ first?

4      A.  I knew J███ first.

5      Q.  The summer of 2016, do you remember when you

6  first started actually hanging out at J███ B███'s home?

7      A.  That summer.

8      Q.  I know, but, I mean, do you recall when in the

9  summer?

10     A.  No.

11     Q.  Beginning of the summer, mid-summer?

12     A.  It was after July.  I know that.

13     Q.  After July.

14     A.  Yeah.

15     Q.  Do you remember at some point that year they

16  had taken a trip to the beach or something like that?

17     A.  Yeah, it was like right after that.

18     Q.  It was right after that?

19     A.  Yeah.

20     Q.  Between July 2016 and October 2016, had you

21  had any issues at the Swafford home before?

22     A.  No.

23     Q.  When I reference October 2016, I'm talking

24  about the weekend when the party occurred.

1    A.   The time that I was laying in bed with B█ and

2  Jerry, the dad, he crawled in there and he was trying

3  to do something with B█.

4    Q.   When was that?

5    A.   That was like a couple nights before the party

6  I think.

7    Q.   I think I saw somewhere, did you tell the West

8  Virginia State Police about that?

9    A.   Uh-huh.

10    Q.   Okay.  And how old is B███ H█████?

11    A.   Seventeen I think, maybe eighteen.

12    Q.   So a couple nights before the party, had you

13  stayed the week before at the Swafford home?

14    A.   Uh-huh, yes.

15    Q.   Okay, so if you recall, how many nights before

16  the party had you stayed at the Swafford home?

17    A.   Maybe twice.

18    Q.   No, you said you stayed the week before at the

19  Swafford home.

20    A.   Yeah.

21    Q.   Are you talking about you stayed Wednesday

22  night, Thursday night, Friday night?  Or what nights

23  would you have stayed at the home, if you recall?

24    A.   I'm not sure the exact day.  I would say

1  before the weekend, yeah, like Wednesday, Thursday,

2  Friday.

3       Q.  Okay.  So you had stayed maybe Wednesday

4  night, Thursday night, Friday night and Saturday night

5  was the party?

6       A.  Yes.

7       Q.  You would have stayed at the Swafford home?

8       A.  Yes.

9       Q.  Okay.  And during that time period, that's

10  when you said Jerry came into the room one night when

11  you and B██ were asleep?

12       A.  Yes.

13       Q.  Were you and B██ asleep in the same bed?

14       A.  Yes.

15       Q.  Okay.  Who else was staying at the home the

16  night you're talking about, if you recall?

17       A.  Just J██, the daughter.

18       Q.  Where was J██ B██ at at this time?

19       A.  She was in her own bedroom.

20       Q.  Okay, so J██ B██ was staying in one room,

21  you and B████ H██████ were staying in another room?

22       A.  Uh-huh.

23       Q.  Okay.  When that happened, did you report that

24  to anyone or did you call and tell anyone about it?

1      A.  No.

2      Q.  When you told the West Virginia State Police

3  about it, is that the first time that you reported or

4  told anyone about that?

5      A.  Yes.

6      Q.  The week following up to the party, who all

7  was staying at the house?

8      A.  K██████, Chelsea, me and B██ and J██.

9      Q.  Okay.  Anything out of the way happen before

10  that Saturday night other than the incident you were

11  talking about?

12      A.  No.

13          MR. DONOVAN:  Object to the form.

14      Q.  On the Wednesday night, Thursday night or

15  Friday night, had you seen any alcohol around the

16  house?

17      A.  Yes.

18      Q.  Okay.  Who brought the alcohol in?

19      A.  Jerry.

20      Q.  What type of alcohol was it?

21      A.  It was like Smirnoff and bottles of vodka.

22      Q.  Do you recall which evening the alcohol was

23  brought into the house?

24      A.  No.

1      Q.  Was Jerry drinking the alcohol or was everyone

2  drinking it?

3      A.  Everybody was drinking.

4      Q.  When you say everybody, who was everybody?

5      A.  J██, the other Jerry, me and B██, K███████

6  and Chelsea.

7      Q.  Before that week, had you seen alcohol in the

8  home before?

9      A.  Yes.

10     Q.  Had you drank alcohol in the home before that

11 week?

12     A.  Yes.

13     Q.  What type of alcohol would you drink?

14     A.  Whatever he got.  It was like an everyday

15 thing really.

16     Q.  Are you talking about straight vodka or are

17 you talking about the little Smirnoff vodka cooler

18 things?

19     A.  It was both.

20     Q.  Pardon?

21     A.  It was both.

22     Q.  Okay.  Did you ever tell your mom that there

23 was alcohol at the Swafford home?

24     A.  No.

1     Q.  Did you tell anyone that there was alcohol at

2  the Swafford home --

3     A.  No.

4     Q.  -- before the party that occurred in October

5  2016?

6     A.  No.

7     Q.  The week before, were you not going to school

8  during that time period?

9     A.  No, I was home schooled.

10     Q.  Okay.  What about B███ H███████?

11     A.  No.

12     Q.  Was J██ B██ going to school during the day?

13     A.  No.

14     Q.  Would anyone stay with you all while Jerry

15  Swafford was at work?

16     A.  Yeah.

17     Q.  Who was staying with you?

18     A.  They would call random guys over.

19     Q.  Who would call random guys?

20     A.  B█ and J██.

21     Q.  You say J██, you're talking about J██ B██?

22     A.  Yeah.

23     Q.  Okay.  All right so while Jerry was at work,

24  B█████ and J██ B██ would call guys and have them come

1  over?

2      A.  Yes.

3      Q.  Okay.  What I meant was, would there be any

4  adults at the home with you all while Jerry was gone to

5  work?

6      A.  No.

7      Q.  Okay.  All right.  Who were the guys that

8  would come over while Jerry was gone to work?  Do you

9  recall any of their names?

10      A.  No.

11      Q.  Would anything out of the way happen when the

12  boys came over?

13      A.  No.

14          MR. DONOVAN:  Object to the form.

15          MR. SHAW:  I'm going to try to clarify

16  here in a second.

17      Q.  When I say anything out of the way, were you

18  all drinking?

19      A.  No.

20      Q.  When the boys came over?  Okay.

21      A.  Yeah, I changed my mind.  Yes, we did.

22      Q.  Anything other than drinking?  Anybody smoking

23  dope?

24      A.  Yes.

1      Q.   Okay.  Any type of drugs or anything of that

2  nature?

3      A.   Just weed.

4      Q.   Just weed.  Okay.  Would you smoke weed?

5      A.   Yes.

6      Q.   How old were you when you first smoked weed?

7      A.   Sixteen.

8      Q.   Now, during this time period you would have

9  been 15; is that correct?

10     A.   I think I was 16.

11     Q.   Birthday is in November?

12     A.   Uh-huh.  So I was 15.  I was 15, I guess.

13     Q.   Okay.  You were 15?

14     A.   Yeah, I think so.

15     Q.   Okay.  Did you -- do you know if Jerry

16  Swafford smoked marijuana, weed?

17     A.   Yes.  Wait, the guy?

18     Q.   The dad.

19     A.   No, not that I know of.

20     Q.   So while Jerry was gone to work, guys would

21  come over, you all would smoke weed occasionally?

22     A.   Yes.

23     Q.   Do you know who brought the weed?

24     A.   C█████ E███████.

```
 1      Q.  I'm sorry?

 2      A.  C██████ E██████.

 3      Q.  C██████ E████████?

 4      A.  Yes.

 5      Q.  Okay.  Do you know where C██████ lived?

 6      A.  Lived across the road.

 7      Q.  Do you know why he wasn't in school?

 8      A.  He was graduated.

 9      Q.  Do you remember any of the other boys' names?

10      A.  C██████ E██████.

11      Q.  I'm sorry?

12      A.  C██████ E██████.

13      Q.  C██████ E██████?

14      A.  Uh-huh.

15      Q.  Anyone else?

16      A.  I can't remember.

17      Q.  To your knowledge would C██████ E████████ or C██████

18  E██████ come over while big Jerry was home?

19      A.  Yes.

20      Q.  And while big Jerry was home, would C█████

21  E██████ bring marijuana into the house?

22      A.  Yes.

23      Q.  Were you all smoking in the house?

24      A.  Yes.
```

1    Q.  Do you think that big Jerry knew that you all
2  were smoking in the house?
3    A.  Yes.
4    Q.  Was big Jerry ever in the room with you when
5  you were smoking it in the house?
6    A.  No.
7    Q.  I have a few background questions everybody
8  gets asked.  Have you ever been in the military?  No?
9    A.  No.
10    Q.  Have you ever been convicted of a felony?
11    A.  No.
12    Q.  Charged with a crime in the last ten years?
13    A.  No.
14    Q.  Have you ever testified in court before?
15    A.  No.
16    Q.  Served on a jury?
17    A.  No.
18    Q.  Ever sued or been sued?
19    A.  No.
20    Q.  Okay.  Let's see, so Saturday, October 15th,
21  2016, you had been at the Swafford home for a few days?
22    A.  Yes.
23    Q.  Is that fair to say?  Okay.  How did you get
24  to the Swafford home?

1      A.  He would pick me up.

2      Q.  Who would?

3      A.  Jerry.

4      Q.  Jerry?  Okay.  Where would he pick you up at?

5      A.  My house or my mom would take me.

6      Q.  Did your mom know Jerry?

7      A.  Yes.

8      Q.  Do you know how long your mom had known Jerry?

9      A.  The time that I did.

10     Q.  Okay.  So your mom would have known Jerry from

11  the summer of 2015?

12     A.  Yes.

13     Q.  Had you ever -- the party that occurred

14  October 15th, 2016, would you consider that a large

15  party?

16     A.  Yes.

17     Q.  Okay.  How many people do you think attended

18  that party?

19     A.  Twenty or more.

20     Q.  Twenty or more?

21     A.  Uh-huh.

22     Q.  Had you been to a party at the Swafford home

23  before where 20 or more people showed up?

24     A.  No.

1    Q.  Do you think that it was expected for that

2  many people to show up?

3    A.  Yes.

4    Q.  Why do you think it was expected for that many

5  people to show up?

6    A.  Because it was posted on social media.

7    Q.  Do you know who posted it on social media?

8    A.  Me, B██, J███, K██████.

9    Q.  What about K██████ D█████, do you know if she

10  posted it?

11    A.  No.

12    Q.  Had K██████ D█████ been to the Swafford home

13  before to your knowledge?

14    A.  No.

15    Q.  Okay.  Do you know K██████?

16    A.  Yes.

17    Q.  How long have you known K██████?

18    A.  Maybe three years.

19    Q.  Would you have known her the year before the

20  party occurred --

21    A.  Yes.

22    Q.  -- in October of 2016?  Okay.  Do you remember

23  what time K██████ got to the party that evening?

24    A.  No.

1    Q.   Do you recall socializing or speaking to

2  K█████ at the party?

3    A.   Yes.

4    Q.   Did K█████ appear to be drunk at the party?

5    A.   No.

6    Q.   Had you been drinking?

7    A.   Yes.

8    Q.   What were you drinking that evening?

9    A.   A Four Loko.

10   Q.   What's a Four Loko?

11   A.   I don't know really.  It's just a drink.

12   Q.   Could you describe a Four Loko?

13            MR. DONOVAN:  F-O-U-R, L-O-K-O.

14   A.   Huh?

15   Q.   Could you describe a Four Loko?

16   A.   It's like a tall can.  It's like 12 percent

17  alcohol.

18   Q.   Where did you get the Four Loko at?

19   A.   Jerry got it for me.

20   Q.   Big Jerry?

21   A.   Yeah.

22   Q.   Did you see K█████ D█████ drinking?

23   A.   Yeah.

24   Q.   Do you know what she was drinking?

1    A.   I think she had a bottle of vodka.

2    Q.   Okay.  Now, do you know K████'s cousin?

3    A.   Who?

4    Q.   I may think of his name, I may not.

5    A.   D████?

6    Q.   Yes.

7    A.   Yeah.

8    Q.   How long have you known her cousin?

9    A.   Maybe three years.

10   Q.   Three years, okay.  Did you say D████?

11   A.   Yeah.

12   Q.   Had D████ ever bought alcohol for you?

13   A.   No.  He's not old enough.

14   Q.   Did you know that he bought alcohol for

15   K████ that evening?

16   A.   No.

17        MR. OWSLEY:  Jonathan, D████ W██████?

18   Q.   Do you know D████ W██████?

19   A.   Yes.

20   Q.   Is that one of K████'s cousins?

21   A.   Yes.

22   Q.   Okay.  Has D████ W██████ ever bought

23   alcohol for you?

24   A.   No.

1      Q.  Do you know whether or not D██████ W████████

2  ever bought alcohol for K███████?

3      A.  No.

4      Q.  The bottle of alcohol that you saw K███████

5  with, was it a small bottle or was it a pretty good

6  size bottle?

7      A.  It was small.

8      Q.  Small?

9      A.  Yes.

10     Q.  Bigger than the water bottle in front of you?

11     A.  No.

12     Q.  Do you know where K███████ got her vodka that

13  evening?

14     A.  No.

15     Q.  Do you know how much alcohol K███████ brought

16  to the party with her that evening?

17     A.  No.

18     Q.  What do you recall about the party that

19  evening?

20     A.  About the party?

21     Q.  Yeah, do you recall anything in particular

22  about times or when certain things occurred or anything

23  of that nature?

24     A.  No.

1   Q.   Okay.  At some point you walked into a
2 bedroom?
3   A.   Yes.
4   Q.   And you found Jerry Swafford in a compromising
5 position?
6   A.   Yes.
7   Q.   Do you recall what time that would have been
8 approximately?
9   A.   Around 11:00 maybe.
10   Q.   Around 11:00 p.m.?
11   A.   Uh-huh.
12   Q.   What did you do after that?
13   A.   When I walked in?
14   Q.   Uh-huh.
15   A.   I tried to pick her up and I couldn't do it so
16 I went outside and got my friends.
17   Q.   Who were your friends that you got?
18   A.   D███  V██████████ and A██████ H███.
19   Q.   A██████  H███?
20   A.   H████, H████████.
21   Q.   What's D████'s last name?
22   A.   V█████████.
23   Q.   Do you know how to spell that?
24   A.   V████████████████  maybe.

1      Q.   Okay.  And is that D█████ the cousin you were

2  referencing?

3      A.   Yeah.

4      Q.   Okay.  All right.  Do you know if K███████ had

5  any other cousins attending the party?

6      A.   No.

7      Q.   So around 11:00 o'clock you would have walked

8  in.  You -- did Jerry say anything or just leave the

9  room or what?

10      A.   His pants were down.  He just pulled his pants

11  up and I think he walked out of the room to see what

12  was going on, like what people were saying and doing.

13      Q.   Okay, and did you stay in there with K███████?

14      A.   No.

15      Q.   At what point did you try to pick her up?

16      A.   As soon as I walked in there and I seen that

17  her pants were down.

18      Q.   Okay.  Her pants were not down; is that

19  correct?

20      A.   Her pants were down.

21      Q.   Her pants were down?  Okay.  Did you pull her

22  pants back up?

23      A.   No.

24      Q.   Okay.  Other than that evening with K███████

1  and a couple nights before with B███ H███████, had
2  you ever seen Jerry acting the way to make you think
3  something wasn't right with him or that he was capable
4  of acting that way?
5      A.  Like on drugs or something, is that what
6  you're saying?
7      Q.  Well, on drugs or that he would try to, I
8  guess, make a pass at a younger girl?
9      A.  He would lay in the bed with us all the time
10 and ask us questions about, like, boys that we were
11 talking to.  And he didn't like when B█ would talk to
12 other guys.
13     Q.  When he'd lay in the bed with you all, did he
14 ever appear to touch anyone inappropriately?
15     A.  No.
16     Q.  Did he ever touch you in a way that made you
17 feel uncomfortable?
18     A.  No.
19     Q.  Okay.  You went in, tried to pick K███████ up,
20 couldn't pick her up.  Did you go straight out to get
21 help?
22     A.  Yes.
23     Q.  Okay, and then what did you do after you went
24 out to get help?

1      A.   They went in there and they picked her up and

2  I think they were too drunk to even realize what was

3  going on.  And they put her in somebody's car.  And

4  then I put her in another car and I made that person

5  take us to the hospital.

6      Q.   Who was the other person?

7      A.   H█████ M████.

8      Q.   Okay, so you put her in H█████ M████'s car.

9  What time would that have been?

10     A.   Like 12:00, 12:30.

11     Q.   So would have an hour to hour and a half

12  elapsed between finding K██████ and Jerry and then

13  putting her in the vehicle?

14     A.   It was like 30 minutes maybe.

15     Q.   Okay.  After you got her in the vehicle, where

16  did you all go?

17     A.   Haley went to Walmart to see a guy.  And then

18  we went to the gas station and Jerry was there, and he

19  had got in a fight with some guy there.  I don't know

20  the reason.

21     Q.   Big Jerry?

22     A.   Yes.

23     Q.   Had got in a fight with?

24     A.   Another guy.

```
 1      Q.  Another guy?

 2      A.  Uh-huh.

 3      Q.  Like a student or a parent or?

 4      A.  I think it was H████'s, H█████ M████'s,

 5  sister's friend.

 6      Q.  Do you know who that would have been?

 7      A.  No.

 8      Q.  How long were you all at Walmart?

 9      A.  Maybe ten minutes.

10      Q.  Okay.  Did K█████ go in with you?

11      A.  No, she wasn't able.  We didn't go in.  We

12  just parked in the parking lot and H████ was talking to

13  the guy.

14      Q.  Okay, so you all went to the parking lot at

15  Walmart, parked, H████ was talking to the guy, she

16  didn't go into Walmart?

17      A.  Uh-uh.

18      Q.  Okay.  Who was the guy that she met, if you

19  recall?

20      A.  I think his name was J█████.  I don't know his

21  last name.

22      Q.  And then from Walmart you went --

23      A.  That was C█████ E███████'s friend.

24      Q.  That was C█████ E███████'s friend J█████?
```

1       A.   Yeah.

2       Q.   Okay.   Then from Walmart you went to -- do you

3  recall what gas station you went to?

4       A.   They call it Muncy's.   It's like right across

5  from CVS.

6       Q.   How long were you at the gas station?

7       A.   Like five minutes.

8       Q.   Were you there to get gas or to meet somebody?

9       A.   She stopped to talk to her sister.

10       Q.   Her sister?

11       A.   Yeah, H████'s sister.

12       Q.   What's H████'s sister's name?

13       A.   A█████.

14       Q.   Do you know H██████ M█████ real well?

15       A.   Yeah.

16       Q.   And then from the gas station where did you

17  go?

18       A.   To the hospital.

19       Q.   Which hospital?

20       A.   ARH.

21       Q.   And how long were you at the hospital?

22       A.   Like an hour, maybe two.

23       Q.   Did you have to wait very long to get into the

24  hospital or did they take K██████ on in?

1       A.   We had to wait for a while.

2       Q.   How did K██████ get into the hospital?

3       A.   We helped her walk in there.

4       Q.   Do you recall why you took her to the

5  hospital?

6       A.   Because I seen that and then she was puking

7  blood.

8       Q.   And you had to wait.  When you say you had to

9  wait a while, what, half an hour, hour, two hours

10 before you got in to see a doctor?

11      A.   It was like 30 minutes.

12      Q.   Was she puking blood during this time?

13      A.   No, just in the car.

14      Q.   Do you know what they did for her at the

15 hospital?

16      A.   I think they done a rape kit.

17      Q.   Do you know if they did anything to check her

18 blood alcohol levels or anything of that nature?

19      A.   No.

20      Q.   Do you know whether or not they did any

21 testing to see if she had any drugs in her system?

22      A.   No.

23      Q.   Did any adults show up to the hospital while

24 you were there that evening?

1      A.  No.

2      Q.  Did you all contact any adults to have them

3  come to the hospital?

4      A.  No.

5      Q.  When I say adults, I'm talking about anyone

6  that would have been over the age of 21.

7      A.  No.

8      Q.  Did anyone at the hospital express any

9  concerns that there were no adults with you that

10 evening?

11     A.  Huh?

12     Q.  Did anyone at the hospital express any

13 concerns that there were no adults with you that

14 evening?

15     A.  No.

16     Q.  The evening of October 15th, 2016, do you

17 recall the police stopping by the party?

18     A.  No.

19     Q.  What about on October the 14th, do you recall

20 the police stopping by?

21     A.  No.

22     Q.  Had you ever been at the Swafford home when

23 the police stopped?

24     A.  No.

1     Q.  Before the evening of October the 15th, 2016,

2  when you were at the Swafford home, what would have

3  been the most people you'd seen there before?

4     A.  B█, J███, K██████.

5     Q.  You said there were over 20 people that showed

6  up on the evening of the 15th.  Did you know all those

7  individuals?

8     A.  Yeah.

9     Q.  I'm sorry?

10     A.  Yeah.

11     Q.  You did?  Okay.  Did you have any family

12  members that went to the party?

13     A.  No.

14     Q.  Any cousins, anything of that nature?

15     A.  No.

16     Q.  Do you recall speaking to your mother that

17  evening?

18     A.  Yeah.

19     Q.  Okay.  How many times would you have talked to

20  your mom and do you recall approximately what time that

21  would have been?

22     A.  It was before -- no.  Yeah, it was before that

23  stuff happened I think.

24     Q.  When you say that stuff, are you talking about

1   Jerry, finding Jerry in the room?

2       A.   Yeah.   Something had happened because I called

3   my mom.   I told my mom that I had to go get B█, but I

4   was lying about it.   I don't know what happened.   I

5   can't really remember.   I just know that that happened.

6       Q.   Do you recall what time that evening that

7   would have been?

8       A.   No.

9       Q.   Would it have been dark?

10      A.   Uh-huh.

11      Q.   Okay.   So it was after dark and it would have

12  been before 11:00 o'clock, is that a fair?

13      A.   Yeah.

14      Q.   Okay.   Time frame?   So you don't recall where

15  you went or --

16      A.   No.

17      Q.   Did you talk to your mother after you got

18  back?

19      A.   No, he had my phone.

20      Q.   I'm sorry?

21      A.   Jerry had my phone.

22      Q.   Oh, okay.   Does your mom have a tracker on

23  your phone?

24      A.   Uh-huh, yeah.

 1      Q.  Do you know whether or not that evening Jerry

 2  had talked to your mom?

 3      A.  No.

 4      Q.  You don't know or he didn't?

 5      A.  No, he didn't.

 6      Q.  Had you left your phone with Jerry before?

 7      A.  Yes.

 8      Q.  Okay.  When would you leave your phone with

 9  Jerry?

10      A.  When me and B█ would go places in the car

11  because she would drive his car and my mom doesn't

12  really let me go places like that.

13      Q.  So at this time you were 15, correct?

14      A.  Yeah.

15      Q.  Okay.  It was, oh, okay, you said B█, not

16  J███ B██.  B█ was driving?

17      A.  Yeah.

18      Q.  Okay.  Do you know where B█ is now?

19      A.  No.

20      Q.  When is the last time you talked to B█ or

21  messaged with B█?

22      A.  Like two weeks ago.

23      Q.  What did you all message about?

24      A.  She told me that she missed me and that she

1  wanted to hang out again soon.

2      Q.  Does she still live in Knott County?

3      A.  Yes.

4      Q.  When is the last time you actually saw B█?

5      A.  That night.

6      Q.  In October of 2016, would you have been dating

7  anyone?

8      A.  No.

9      Q.  Okay.  Are you currently dating anyone?

10     A.  No.

11     Q.  When is the last time that you dated anyone?

12     A.  October, last October.

13     Q.  Last October?  October 2017?

14     A.  Yeah.

15     Q.  And how long was that relationship?

16     A.  We got together October and I don't know when

17 we broke up, but we were together six months I think.

18     Q.  So the relationship would have just ended

19 maybe in March of this year?

20     A.  Yeah.

21     Q.  Okay, so after -- you took K█████ to the

22 hospital that Sunday morning and then where did you all

23 go after that?

24     A.  We went to H████'s house.

1    Q.  Do you remember what time you would have

2  gotten to H████'s house?

3    A.  No.

4    Q.  Do you recall what you all did after you got

5  to H████'s house?

6    A.  I think we slept until the next morning and

7  then we went to the police department.

8    Q.  Was K██████ with you?

9    A.  Yes.

10    Q.  Okay.  Was K██████ with you when you went to

11  the police department?

12    A.  I can't remember.

13    Q.  Okay.  Do you recall K██████'s dad coming to

14  get her?

15    A.  No.

16    Q.  Do you recall speaking to K██████'s dad that

17  morning?

18    A.  I know he called me, but I don't know if it

19  was that morning or not.

20    Q.  All right.  So when you left the party, was it

21  just you, H████ M████ and K██████ D█████ left the

22  party?

23    A.  Somebody was up front, but I don't remember

24  who it was.  I was in the back with K██████.

1    Q.  Do you recall how much you had to drink that

2  evening?

3    A.  A lot.

4    Q.  Okay.  Do you know if H████ M████ had been

5  drinking that evening?

6    A.  Yes.

7    Q.  There's a claim in this case that the school

8  administration, Pike County Schools, were aware that

9  Jerry Swafford was having parties and providing alcohol

10 and drugs to students.

11   A.  Uh-huh.

12   Q.  Do you know anything about that?

13   A.  No.

14   Q.  Okay.  You said no, right?

15   A.  No.

16   Q.  Okay.  No you didn't say no or you said no?

17   A.  I said no.

18   Q.  Okay.  All right.  Do you know Cindy Anderson?

19   A.  Yes.

20   Q.  How long have you known Cindy Anderson?

21   A.  Like four years.

22   Q.  Four years.  Okay.  There are some allegations

23 that Jerry Swafford may have put pills in somebody's

24 drink or something of that nature.  Do you know

1  anything about that?

2       A.  Yeah.  I mean --

3       Q.  What do you know about that?

4       A.  I know that J███ said that.  His daughter said

5  that that happened.

6       Q.  J██ B██ told you that that happened?

7       A.  She didn't tell me, but she told other people.

8       Q.  Do you know who she told that to?

9       A.  No.  I just remember that.

10      Q.  Okay.  Did you ever see that happen?

11      A.  No.

12      Q.  Okay.  Do you have any reason to believe that

13  ever happened to you?

14      A.  No.

15      Q.  H████ has since had a baby; is that correct?

16      A.  Yes.

17      Q.  Do you recall when she had her baby?

18      A.  Like last month.

19      Q.  Last month?  Okay.  Little boy or little girl?

20      A.  It's a girl.

21      Q.  Have you seen the baby?

22      A.  Uh-huh.

23      Q.  How old is H████?

24      A.  I'm not sure.

1    Q.   Do you know where H████ went to high school?

2    A.   Belfry High School.

3    Q.   Do you know when H████ graduated from high

4  school?

5    A.   No.

6    Q.   Has H████ told you who the father of the child

7  is?

8    A.   No.  She don't know.

9    Q.   Has she told you that she doesn't know who the

10  father is?

11    A.   Uh-huh, yeah.

12    Q.   Do you know Maggie Paige?

13    A.   Who?

14    Q.   Maggie Paige.

15    A.   No.

16    Q.   Do you know Daysha Smith?

17    A.   Yes.

18    Q.   Who is Daysha Smith?

19    A.   I'm not sure.  I mean, I know her I just --

20    Q.   Do you remember her being at the party?

21    A.   No.

22    Q.   Do you recall her being with you all at all

23  that evening?

24    A.   She did come to the hospital.

1     Q.   Okay.  Do you know who called her to ask her

2  to come to the hospital?

3     A.   H████.

4     Q.   Okay.  Do you know Joshua Tincher?  He's a

5  police officer.

6     A.   Uh-uh.

7     Q.   Your mom had testified that you had, I guess,

8  been to a therapist at Aspire?

9     A.   Yes.

10    Q.   How many times have you treated there, do you

11  recall?

12    A.   Like twice I think.

13    Q.   Okay.  Do you know why you went there?

14    A.   Just social anxiety, anxiety.

15    Q.   Do you know when you began having social

16  anxiety?

17    A.   After the whole Jerry thing I think really.

18    Q.   Had you complained while attending regular

19  school of issues with anxiety?

20    A.   Yes.

21    Q.   Do you recall what grade you were in when you

22  first started having issues with social anxiety?

23    A.   Sophomore year.

24    Q.   Your sophomore year in high school, is that

1  the -- did you go to a consolidated school?

2      A.  Yeah, public school, yeah.

3      Q.  Well, was your sophomore year the first year

4  of the consolidation?

5      A.  No.

6      Q.  Did you attend your freshman and sophomore

7  year at the same school?

8      A.  Yeah.

9      Q.  Okay.

10     A.  I went to a private school, but I don't really

11  -- I don't remember when.

12     Q.  You went to the private school your freshman

13  year?

14     A.  Maybe.  I can't remember really.

15     Q.  Okay.  Well, do you remember the name of the

16  private school?

17     A.  No.

18     Q.  Do you remember where the private school was

19  located?

20     A.  Matewan.

21     Q.  Okay.  In your sophomore year --

22          MR. DONOVAN:  Sorry to interrupt you.  At

23  noon I need to talk to the IT guy.

24          MR. OWSLEY:  Let's go off a second.

1              (An off the record discussion was held

2     after which the deposition continued as follows:)

3     BY MR. SHAW:

4        Q.  Your sophomore year in high school, did you

5     participate in any extracurricular activities?

6        A.  No.

7        Q.  Run track, cheer, anything of that nature?

8        A.  No.

9        Q.  How about drama, music, anything?

10       A.  No.

11       Q.  Okay.  You just went to school and went home?

12       A.  Yeah.

13       Q.  Did you just not like public school?

14       A.  No, I just didn't like it.

15       Q.  No particular situation, it was just public

16    schools in general you didn't like?

17       A.  I just didn't like the teachers there.

18       Q.  Okay.  I didn't know if you had any

19    altercations with any individuals?

20       A.  No.

21       Q.  Okay.  All right.  And are these tattoos on

22    your arms?

23       A.  Yeah.

24       Q.  Okay.  What are those referencing?

1      A.   What do they mean?

2      Q.   Pardon?

3      A.   What do they mean?  Like are you saying what

4  are they?

5      Q.   Yeah.

6      A.   This is moon phases and this is my uncle's

7  death date.

8      Q.   You said moon phases?

9      A.   Yeah.

10     Q.   Okay.  Did you get both of those at the same

11 time?

12     A.   No.

13     Q.   When did you first get your tattoo?

14     A.   This was after my 17th birthday.

15     Q.   Okay.  Is that the one you got first?

16     A.   Yeah.

17     Q.   I noticed that was a date, I just wasn't sure

18 what that referenced.  Okay.  All right.

19              MR. OWSLEY:  John, let's stop a second.

20     (A brief recess was taken after which the

21 deposition continued as follows:)

22 BY MR. SHAW:

23     Q.   Do you know if any of the other parents knew

24 that you all were drinking at the Swafford home?

1      A.   No.

2      Q.   Did you all actually try to conceal that from

3   your parents?

4      A.   Yeah.

5      Q.   While you were at the Swafford home, do you

6   know or did you ever see anyone else that worked for

7   the Pike County Board of Education stop by or spend

8   time at the Swafford home that you're aware of?

9      A.   No.  I know after it happened I went back, my

10  mom took me up there to get my stuff and there was a

11  guy, he was from the Board of Education.

12     Q.   Do you know who that was?

13     A.   I think it was Jerry's brother maybe or

14  something like that.

15     Q.   Jerry's?

16     A.   Brother.

17     Q.   Brother?

18     A.   Yeah, I think so.

19     Q.   You think Jerry's brother works for the Board

20  of Education?

21     A.   I think.  He was getting stuff out of Jerry's

22  building and his car, his vehicle.

23     Q.   When you say stuff, what kind of stuff?

24     A.   Like tools and stuff.

1    Q.  Oh, okay.  All right.  Was this a few days
2  after the event?
3    A.  Yeah.
4    Q.  So it wasn't like Sunday, it was a couple days
5  later?
6    A.  Yeah.
7    Q.  Okay.  What did your mom take you back up to
8  get?
9    A.  I had clothes up there, my makeup.
10    Q.  Was anybody home?
11    A.  Yes.
12    Q.  Who was?
13    A.  Wait, no.
14    Q.  Nobody was home?
15    A.  No.  It was J███'s mom and another lady I
16  think.
17    Q.  J███ B███'s mom?
18    A.  Yeah, they were getting all their stuff out of
19  there I guess.
20    Q.  Was J███ B███ there?
21    A.  Yes.
22    Q.  Okay.  Did you talk to J███ B███?
23    A.  No, she wouldn't come out.
24    Q.  When is the last time you talked to J███ B███?

1      A.   About a month ago.

2      Q.   What did you all talk about?

3      A.   I was just asking her how she was doing.

4      Q.   What did she tell you?

5      A.   She just she told me about how she's on

6   antidepressants and stuff like that.

7      Q.   How she's --

8      A.   She's on antidepressants.

9      Q.   Before coming in for your deposition today,

10  and I don't want to know what you and your attorney

11  discussed, but did you do anything to prepare for your

12  deposition?

13     A.   No.

14     Q.   In particular, did you review any documents,

15  any statements, anything of that nature?

16     A.   Yeah.

17     Q.   Okay.  What types of materials did you review?

18     A.   Just what I said to the police department.

19     Q.   Okay.  Was that a typed version of what you

20  said or did you listen to the audio?

21     A.   It was written out.

22     Q.   Okay.  In your review of what you told the

23  police, is there anything that you think was inaccurate

24  or not accurate about your statement to the police?

1    A.   Just the alcohol at first.  I didn't tell them
2 about the alcohol at first.
3    Q.   Okay.  What do you mean didn't tell them about
4 the alcohol at first?
5    A.   There was a part where I said I didn't know
6 that he was going to get the alcohol.
7    Q.   Okay.  Did you review anything else to prepare
8 for your deposition?
9    A.   No.
10    Q.   Okay.
11              MR. SHAW:  Pass the witness.
12                    EXAMINATION
13 BY MR. OWSLEY:
14    Q.   Summer, my name is Mike Owsley.  I'm just
15 going to ask you just a few questions to follow up on
16 what Mr. Shaw asked you.  I'm a little unclear about
17 how much time you were spending at J██ B██'s home
18 with her father and the other girls before this party.
19    A.   Uh-huh.
20    Q.   As I understand what you told us, sometime
21 probably after they went to Myrtle Beach in July --
22    A.   Yeah.
23    Q.   -- you started spending more time there?
24    A.   Yeah.

1    Q.  Would you generally, from July on until

2  October 15 of 2016, spend most weekends there?

3    A.  Yes.

4    Q.  Would that generally be a Friday, Saturday

5  night or not?

6    A.  It was like Friday, Saturday, Sunday and

7  sometimes Monday.

8    Q.  So it could be a long weekend, three or four

9  days?

10    A.  Yes.

11    Q.  Would that generally be true most weekends

12  from say mid-July on to mid-October?

13    A.  Yes.

14    Q.  People who would normally be there, at least

15  part of the time, would be J██ B██ and D████

16  (sic) --

17    A.  B██, B████.

18    Q.  Excuse me, I apologize, B████ and K██████?

19    A.  K██████ was there like twice.

20    Q.  Okay, and Chelsea some?

21    A.  Chelsea was there once.

22    Q.  Okay, so mostly it was Jerry Swafford, his

23  daughter J██ B██ and you?

24    A.  Yeah.

1      Q.  And you all were there pretty much every

2   weekend from mid-July until mid-October?

3      A.  Yes.

4      Q.  During that time, was Mr. Swafford providing

5   alcohol every time you were there?

6      A.  Yes.

7      Q.  Was he providing alcohol that you and the

8   other girls requested?

9      A.  Yes.

10     Q.  Was that only for you or was it for all the

11  girls including his daughter?

12     A.  It was all of us.

13     Q.  Including his daughter?

14     A.  Yes.

15     Q.  At the party that we've been talking about on

16  October 15 of 2016, one of the persons who was there

17  said there was a red liquid in pitchers.  Do you know,

18  do you remember seeing anything like that?

19     A.  No.

20     Q.  I understand you never saw Mr. Swafford put a

21  pill in anybody's drink?

22     A.  No.

23     Q.  Yourself, you didn't see that?

24     A.  No.

1  Q.  You understand that J██ B██ said that he did
2  that?
3  A.  Yes.
4  Q.  Did you have some understanding of who J██
5  B██ said her dad put the pill, whose drink her dad put
6  the pill in?
7  A.  No, I don't remember.
8  Q.  The event on Saturday night in 2016, October
9  15, it sounds like you and the others had been there
10 Wednesday, Thursday, Friday and Saturday.  Do I have an
11 understanding that's correct about that?
12 A.  Yes.
13 Q.  And you spent, you and the others had spent
14 every night there during that period of time?
15 A.  Yes.
16 Q.  And that would include K███████ and Chelsea?
17 A.  No.
18 Q.  Just included you and B█████?
19 A.  Yes.
20 Q.  And J███ B███?
21 A.  Yes.
22 Q.  And Mr. Swafford?
23 A.  Yes.
24 Q.  So Chelsea and K███████ didn't come to the

1  party?

2      A.  No.

3      Q.  You said you knew who was at the party and I

4  have never had a clear understanding.  Can you tell me

5  the names of the people that you remember that were at

6  the party?

7      A.  Yeah.  J█████ T██████ was there.

8      Q.  Now go slow.  J████?

9      A.  Yeah.

10     Q.  T██████?

11     A.  Yes.

12     Q.  T████████████?

13     A.  Yes.

14     Q.  Okay.

15     A.  B████ H█████.

16     Q.  Is that H███████████.

17     A.  Yeah.  B█████ P█████ was there.

18     Q.  Okay.

19     A.  T███ -- shit, I can't remember his last name.

20     Q.  T███ somebody?

21     A.  Yeah.

22     Q.  Okay.

23     A.  C██████ E██████ was there.

24     Q.  C█████'s last name again?

1      A.   E████.

2      Q.   Thank you.

3      A.   A████ H██.  A████ F████, D███ V████████

4   was there.  E████ W████████ I think.

5      Q.   Who?

6      A.   E████ W████████.  That's all I can remember.

7      Q.   Were all of those persons you just named

8   students in the school system or were any of them

9   adults and out of school?

10      A.   They were all in school.

11      Q.   So none of them had graduated from high school

12   by that time?

13      A.   No, not that I know of.

14      Q.   Let me ask you about a couple of things that I

15   was given and you tell me if they ring any bells with

16   you.  Do you remember a girl named K██████ B████████

17   who may have come with K█████?

18      A.   Yes.

19      Q.   I think that's K██████████ maybe?

20      A.   Yeah.

21      Q.   Do you remember whether H██████B█████ was at

22   the party?

23      A.   No.

24      Q.   Do you know H██████ B█████?

```
 1      A.   Yes.

 2      Q.   Where does she go to school?

 3      A.   She's graduated I think.

 4      Q.   Do you know where she did go to school?

 5      A.   Belfry.

 6      Q.   Was S██████ C████ at the party?

 7      A.   I think so.

 8      Q.   Do you know whether she also went to school at

 9 Belfry?

10      A.   Yeah.

11      Q.   Did you know H██████ T████████?

12      A.   Yes.

13      Q.   Did she go to Belfry?

14      A.   No.

15      Q.   Did she go to the party?

16      A.   No.

17      Q.   How do you know H██████?

18      A.   She was one of my good friends for maybe like

19 two years and then we just -- we're not friends

20 anymore.

21      Q.   Do you know where she is now?

22      A.   She's in cosmetology school.  She goes to

23 Southern in Logan.

24      Q.   Was C██████ W██████ at the party?
```

1      A.  I don't think so.

2      Q.  Was M█████ W██████████ at the party?

3      A.  Yes.

4      Q.  Did you know M█████ before?

5      A.  Yes.

6      Q.  With those additional names, is that everybody

7   that you can remember who attended the party?

8      A.  Yes.

9      Q.  I want to ask you about the time that you said

10  Mr. Swafford crawled in the bed with you and B██████,

11  and I think you said it was that same week?

12     A.  Yeah.

13     Q.  Do you remember how many days before the

14  Saturday night that this incident occurred that he

15  crawled in bed with you and B██████?

16     A.  It was probably like two days before.

17     Q.  I wrote down, and correct me if I'm wrong,

18  that he crawled in bed with you and B██████ and he tried

19  to do something to B██████, but it's not clear what

20  you're saying.

21     A.  He didn't get in the bed.  He crawled on the

22  floor so I wouldn't see him if I woke up.  And he went

23  over to her side of the bed and he was trying to do

24  stuff with her.  She said no.

1    Q.  Could you see what he was trying to do?

2    A.  No.  We wasn't really asleep.  We were acting

3  like we were asleep because we planned to leave that

4  night.

5    Q.  So did you learn later what he was trying to

6  do?

7    A.  No.

8    Q.  Did she tell you, for example?

9    A.  No, she wouldn't ever tell me that stuff.

10   Q.  Did he leave the room then after that, after

11 that incident?

12   A.  Yeah.  No, he tried to talk her into it and

13 then I acted like I kind of woke up and then he left.

14   Q.  When you say he tried to talk her into it, can

15 you help me understand what he was trying to talk her

16 into doing?

17   A.  No, he was just saying telling her that she

18 promised him that she would do it.

19   Q.  Does do it mean have sex or do you mean

20 something else?

21   A.  No, do something sexual I guess.

22   Q.  You don't know what?

23   A.  No.

24   Q.  When the boys would come over that you

1  mentioned in response to Mr. Shaw's questions during

2  the day --

3       A.  Yeah.

4       Q.  -- did they have sex with some of the girls?

5       A.  Yes.

6       Q.  Did you ever see any of the boys that attended

7  the parties or that came over when Mr. Swafford was not

8  present have sex with any of the girls when he was

9  present?

10      A.  Yeah.  They were caught one time and he didn't

11 care that his daughter was doing it, but he got mad

12 whenever B█ was doing -- was with another guy.

13      Q.  Let me understand.  Who got caught?

14      A.  Like, okay, there was two rooms.

15      Q.  There's two separate bedrooms as I understand

16 it?

17      A.  Yeah.  And in one room there was two couples,

18 like two people, like you know what I'm saying?

19      Q.  Two young people?

20      A.  Two boys and two girls.

21      Q.  Yes?

22      A.  And they were all doing the same thing.

23      Q.  They were having sex?

24      A.  Yes.  And he didn't care that his daughter was

1  doing it, but he was mad because of B██ was doing it.

2      Q.  Were the two girls B██ and J████ B████?

3      A.  Yes.

4      Q.  In the same bedroom?

5      A.  Yes.

6      Q.  And when was that in relation to this party?

7      A.  It was like a week before maybe.

8      Q.  Were you present?

9      A.  No, they called me and told me about it.

10      Q.  Who called you?

11      A.  M██████.  M██████ was there.

12      Q.  Okay, so as I understand what you're saying,

13  the two boys were having sex with J██ B████ and B████

14  in the same bedroom.

15      A.  Yes.

16      Q.  And Jerry Swafford caught them?

17      A.  Yes.

18      Q.  Or came in on them, and you said that it was

19  reported to you by M██████?

20      A.  Yes.

21      Q.  That he was upset at B████, but not at J██

22  B██?

23      A.  Yes.

24      Q.  And that's what M██████ told you?

1    A.  Yeah, because Jerry had took B███ home after

2  that.

3    Q.  Jerry had to what?

4    A.  He took B███ home after that because he was

5  upset with her.

6    Q.  Back to Knott County?

7    A.  Yeah.

8    Q.  Who were the two boys?

9    A.  I remember one was T████ W█████.  I don't know

10  who the other one was.  I think it was B████.  T██████

11  W█████ and B█████ H██████.

12    Q.  Were those boys high school age or were they

13  older?

14    A.  High school.

15    Q.  Did either of the two girls who were

16  supposedly involved in this, B██████ or J███ B███, ever

17  confirm that that occurred?  Did they tell you that

18  that occurred?

19    A.  Yeah.

20    Q.  Which one?

21    A.  They both did.

22    Q.  They both told you it happened?

23    A.  Yeah.  They just laughed about it.  They were

24  just telling me how it happened, how they got caught by

1   her dad.

2       Q.  This was about a week before the party on the

3   15th of October?

4       A.  Yeah.

5       Q.  The drink that you were talking about that

6   Mr. Swafford bought for you and I frankly don't know

7   what Four Loko is.  Is it a wine cooler or beer?  What

8   is it?

9       A.  I don't know really.  It's like -- I don't

10  know.

11      Q.  Does it come in a bottle like wine or a bottle

12  like beer?

13      A.  It's like a tall can.

14      Q.  Oh, it's in a can?

15      A.  Yeah.

16      Q.  Is that what you asked him to buy for you?

17      A.  Yeah.

18      Q.  And you said you saw K███████ drinking vodka.

19  Was she drinking it straight out of the bottle on the

20  night of the party?

21      A.  Yeah.  I think she had it in a vehicle and

22  then she would, like, go to the car and drink it and

23  coming back to the party.

24      Q.  When you went into the bedroom where K███████

1  had been put to bed, do you have some approximation of

2  what time that was?

3      A.  I think around 11:00, 11:30, something like

4  that.

5      Q.  Did you help put K█████ to bed?

6      A.  No.

7      Q.  Do you know who did?

8      A.  I guess Jerry.

9      Q.  You just don't know for sure.  You didn't see

10 anybody put her to bed?

11     A.  No.

12     Q.  You said at one point that K█████ did not

13 appear to be drunk to you.  Did she have any trouble

14 waking up from --

15     A.  Yeah.

16     Q.  -- in bed?

17     A.  Yes.

18     Q.  And you don't actually know how much she had

19 to drink, do you?

20     A.  She only took a couple drinks.

21     Q.  That you saw?

22     A.  Yeah.  I had talked to her before she --

23 before I couldn't find her and she was fine.  She

24 didn't even --

1      Q.  How long was it between the time you spoke to

2  her and she was fine and the time that you went into

3  the bedroom around 11:00?

4      A.  It was like 20 minutes.

5      Q.  As I understand it, the two guys, I think you

6  said J████    and I've forgotten the other boy's name,

7  had to help her get up because she was too heavy for

8  you to lift.

9      A.  Yeah.

10      Q.  Was she still -- did she have her panties

11  pulled down at that time when they came in the room?

12      A.  I wasn't in there when they went in there, but

13  I never pulled her pants up or anything.

14      Q.  Was it her pants or her panties that were

15  pulled down?

16      A.  Her pants and her panties.

17      Q.  What did she have on at the top?

18      A.  I think it was a sweatshirt.  I'm not sure, I

19  don't remember.

20      Q.  She still had that on when you saw her?

21      A.  Yeah, her top was still on.

22      Q.  You indicated they put her in a car, but then

23  you changed and put her in a different car.  Why was

24  that?

1        A.   Because those people were smoking weed and

2    they wasn't able to take her to the hospital.

3        Q.   How did you decide to put her in H████'s car?

4        A.   I picked her up and I put her in.

5        Q.   Could you actually pick her up?

6        A.   Yeah.

7        Q.   Was she conscious at that time?

8        A.   No.

9        Q.   So you picked up K████ D████ unconscious

10   and put her, moved her from one car to another by

11   yourself?

12       A.   Yes.

13       Q.   Then, as I understand it, you and H████ and

14   perhaps someone else whose name you don't remember,

15   took her to the hospital, but you made a couple stops

16   first?

17       A.   Yes.

18       Q.   One was at Walmart where H████ wanted to see a

19   guy she knew named J████?

20       A.   Yes.

21       Q.   That was maybe ten minutes?

22       A.   Yeah.

23       Q.   And then you went to Muncy's, the gas station,

24   and she was there.  Did she stop there to see her

1   sister, did you say?

2       A.   Yes.

3       Q.   Is that A█████?

4       A.   Yes.

5       Q.   And at that point or at some point Jerry

6   Swafford comes up to the gas station?

7       A.   Yes.

8       Q.   Was he there before you guys got there or

9   after?

10      A.   He pulled in.  Like when we got there he

11  pulled in and then he got in a fight with another guy.

12      Q.   Could you see what they were fighting about or

13  hear what they were fighting about?

14      A.   I think H█████ told her sister A█████ what

15  happened and then her friend, her sisters's friend got

16  mad and went over there and said something to Jerry and

17  Jerry got mad.

18      Q.   They actually had a physical fight, blows were

19  struck?

20      A.   Yeah.

21      Q.   Did that just last a few seconds?

22      A.   Yeah and Jerry pulled out.

23      Q.   He left?

24      A.   Yeah.

1    Q.  And that's when you and H▇▇▇ and the other

2  girl went to ARH and took her there?

3    A.  Yes.

4    Q.  You think you waited about 30 minutes before

5  you were seen and then you think you were there

6  something between one and two hours, is that accurate?

7    A.  Yes.

8    Q.  When you left the hospital, was it you and

9  Haley and Kendall?

10   A.  Yes.

11   Q.  Was the other girl who you don't remember

12  still with you or had she gone on by then?

13   A.  Who?

14   Q.  The one you said was in the front seat and you

15  didn't remember her name?

16   A.  That was K▇▇▇▇▇.

17   Q.  That was K▇▇▇▇▇?

18   A.  Yeah.  I think.  I'm pretty sure.

19   Q.  So K▇▇▇▇▇ was with you as well?

20   A.  Yeah.

21   Q.  And then when you left the hospital, was it

22  the four of you, you, K▇▇▇▇▇, H▇▇▇ and K▇▇▇▇▇ that

23  went to the M▇▇▇ residence?

24   A.  Yes.

1      Q.  Did you talk to your mother at any time during

2   the evening either on the phone or by text?

3      A.  No, I didn't have my phone until the next

4   morning because my phone was at Jerry's house.

5      Q.  What about earlier that evening before you

6   caught Jerry in bed with K███████?

7      A.  Yes.

8      Q.  Did you talk to your mom then?

9      A.  Yes.

10      Q.  Either by phone or by text?

11      A.  Yes.

12      Q.  Okay.  About when would you say in relation to

13   the time you went in the bedroom?

14      A.  Like an hour.

15      Q.  Was she texting you to see if you were okay or

16   were you texting her?

17      A.  Yeah, she was just talking to me, asking me

18   who's there, what was going on.

19      Q.  And at that stage there were probably 20

20   people or close to that?

21      A.  Yeah.

22      Q.  One question about your phone.  You indicated

23   that you left your phone with Mr. Swafford before so

24   that you and B██████ could go places and your mom

1 wouldn't be able to track where you were; is that

2 right?

3     A.  Yeah.

4     Q.  How many times you think you did that?

5     A.  Like five times maybe.

6     Q.  Was it to see boys or to go just where you

7 wanted to go and your mom wouldn't approve of it?

8     A.  We seen boys a couple times and then other

9 times we were just driving around drinking.

10     Q.  And you knew your mom wouldn't approve and

11 that's why you had Jerry keep your phone?

12     A.  Yes.

13     Q.  You said you went back to get your stuff at

14 Mr. Swafford's home and you first said you thought

15 Mr. Swafford's brother was present, but then I'm not

16 sure because --

17     A.  No, the first time --

18     Q.  -- then you said the mom so I'm not sure what

19 you're telling us.  Who was present when you went to

20 the home?

21     A.  The first time I went there, Jerry was still

22 there.  Like nobody had gotten him out of the house.

23 It was him, Jordan, Jerry and B██.

24     Q.  Who's Jordan?

1     A.   Nobody really knows her last name.  She's, I

2 don't really know, she's a mess.  I don't really know.

3     Q.   Is she a student somewhere or is she older?

4     A.   She's old.  She's like 23 maybe.

5     Q.   Yeah, that's ancient.  I'm sorry.  And the

6 second time you went there, J█████ B█████'s mom was there?

7     A.   Yeah.  Jordan's last name is Shepherd.

8     Q.   The last area I want to cover with you is your

9 treatment at Aspire.  You said that you went to Aspire

10 you think twice?

11     A.   Yeah.

12     Q.   And you think that it was over a period of

13 about one month total.  I mean, you didn't go for

14 months and months, just for an about a month?

15     A.   Yeah.  I mean, I had seen -- I seen another

16 therapist and then I seen one in Gilbert and then I

17 seen one in Chapmanville.

18     Q.   Are you seeing anyone now?

19     A.   No.

20     Q.   When is the last time you saw anyone for your

21 social anxiety?

22     A.   Maybe two months ago.

23     Q.   And your social anxiety began when you were

24 still in regular school which you didn't like?

1      A.   Yeah.   One moment.

2      Q.   You mentioned at one time you were friends

3  with H███████ T████████ but you were no longer friends

4  with her.

5      A.   Yes.

6      Q.   What caused you to no longer be friends with

7  █████████?

8      A.   She was seeing my boyfriend.

9      Q.   Oh, behind your back?

10      A.   Yes.

11      Q.   And he was seeing her behind your back, too?

12      A.   Yes.

13      Q.   So you're no longer with him?

14      A.   No.

15              MR. OWSLEY:   That's all I have unless you

16  have any follow-up.

17                      EXAMINATION

18  BY MR. SHAW:

19      Q.   Quick follow-up.   Are you currently prescribed

20  any medication?

21      A.   Zoloft, but I don't take it.

22      Q.   Who prescribed Zoloft to you?

23      A.   The doctor in Chapmanville I think, maybe or

24  the one in Gilbert.

1      Q.  Other than Zoloft, do you ever take any other

2  type of medication?

3      A.  There was another antidepressant.  I don't

4  remember what it was.

5      Q.  Do you currently take any other medication?

6      A.  No.

7      Q.  Okay.

8              MR. SHAW:  That's it.

9              MR. DONOVAN:  Give me a second.  I don't

10  have anything.

11             MR. OWSLEY:  Thank you, S█████.

12             THE DEPONENT:  You're welcome.

13             (Having indicated she would like to waive

14  reading and signing of her deposition, further this

15  deponent saith not.)

16

17                      --oOo--

18

19

20

21

22

23

24

25

1   STATE OF WEST VIRGINIA,
    COUNTY OF KANAWHA, to wit;

2

3           I, Angela L. Curtis, a Notary Public within and
    for the County and State aforesaid, duly commissioned and
    qualified, do hereby certify that the foregoing deposition

4   of S███████ P████████ was duly taken by me and before me at
    the time and place and for the purpose specified in the

5   caption hereof, the said witness having been by me first
    duly sworn.

6

7           I further certify that the attached deposition
    transcript of S███████ P████████ meets the requirements set
    forth within Article 27, Chapter 47 of the West Virginia

8   Code to the best of my ability.

9           I do further certify that the said deposition was
    correctly taken by me in shorthand notes, and that the

10  same were accurately written out in full and reduced to
    typewriting and that the witness did not request to read

11  her transcript.

12          I further certify that I am neither attorney or
    counsel for, nor related to or employed by, any of the

13  parties to the action in which this deposition is taken,
    and further that I am not a relative or employee of any

14  attorney or counsel employed by the parties or financially
    interested in the action.

15          My commission expires August 23, 2022.  Given

16  under my hand this 9th day of May 2018.

17

18

19                        OFFICIAL SEAL
                       STATE OF WEST VIRGINIA
20                        NOTARY PUBLIC
                         Angela L. Curtis
21                      731 Downalong Drive
                       Ravenswood, WV 26164
22                 My Commission Expires Aug. 23, 2022

23

24

25