UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE
CIVIL ACTION NO. 7:17-cv-00132-KKC


K.D., by her guardians,
RAYMOND DOTSON and RACHELLE HAIRSTON  PLAINTIFFS


VS:


JERRY SWAFFORD, in his individual capacity;
THE PIKE COUNTY BOARD OF EDUCATION,
REED ADKINS, in his individual capacity; and
MARK GANNON, in his individual capacity  DEFENDANTS

_____

DEPOSITION OF
OFFICER JOSHUA DAVID TINCHER
_____

  The deposition of **OFFICER JOSHUA DAVID TINCHER** was taken pursuant to Second Amended Notice to Take Deposition on Thursday, May 10, 2018, at the Pike County Judicial Center, Jury Assembly Room, Pikeville, Kentucky. Said deposition to be used as evidence for and on behalf of the Defendant, Mark Gannon, at the trial of this action, and any and all other purposes permitted under the Federal Rules of Civil Procedure.

Plaintiffs were represented by counsel, Hon. Ryan McCune Donovan, of Bailey Glasser LLP, 209 Capitol Street, Charleston, WV, 25301.

Defendant, Jerry Swafford, was represented by counsel, Hon. Max K. Thompson, of Smith Thompson PLLC, P.O. Box 1079, Pikeville, Kentucky, 41502.

Defendants, Pike County Board of Education and Reed Adkins, were represented by counsel, Hon. Michael A. Owsley, of English Lucas Priest & Owsley, LLP, P.O. Box 770, Bowling Green, Kentucky, 42102-0770; and Hon. Neal Smith, Pike County Board of Education, 316 South Mayo Trail, Pikeville, Kentucky, 41501.

Defendant, Mark Gannon, was represented by counsel, Hon. Jonathan C. Shaw, of Porter Banks, Baldwin & Shaw, PLLC, P.O. Drawer 1767, Paintsville, Kentucky, 41240.

**********************************************

cellphone number and she advised me that a guy worked at Belfry High School -- I'm not sure what his employment was -- was giving underage girls weed and alcohol in trade for sleeping with them, or having parties and having them come to the house and trying to sleep with them. She said that she wanted -- said she wanted to know if I could help stop it. I informed her that I was injured and I told her also Chattaroy would've been out of my jurisdiction at the time; that she needed to contact State Police or Deputies; and I told her that I would contact -- try and contact the Sheriff's Office as well. I have a brother-in-law on the Sheriff's Office, told him try and see if he could patrol through the area, Chattaroy, that night see if he seen anything going on, a lotta cars at a house or anything 'cause it was supposed to been up Howard Hollow and Howard Hollow is pretty much one way in, one way out.

Q21     Do you know whether or not she contacted the police in Chattaroy or if she contacted West Virginia State Police after she talked to you?

A     It woulda been the Deputy Sheriffs or the State Police that she woulda contacted.

Q22     I mean, do you know one way or another whether or not she --

A     No, sir.

Q23     -- contacted them?

A     No, sir.

6

STATE OF KENTUCKY

COUNTY OF PIKE

       I, Shirley S. Hensley, Notary Public in and for the State of Kentucky at Large, whose commission as such will expire March 25, 2021, do hereby certify that the foregoing deposition of **OFFICER JOSHUA DAVID TINCHER** was taken at the time, place, and for the purposes stated in the caption hereto.

       I further certify that said taking was pursuant to Amended Notice To Take Deposition; that appearances were as stated in said caption; that the witness was first duly sworn by me before testifying; that said testimony was taken by me in shorthand notes and by tape-recording and later reduced to typewritten material herein, which is a true, full, complete and accurate transcript thereof; that the parties did not request the reading and signing of the deposition of said witness.

       IN TESTIMONY WHEREOF, I have hereunto set my hand at Pikeville, Kentucky, this 24th day of May, 2018.

_____
SHIRLEY S. HENSLEY, REPORTER