UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at PIKEVILLE
CIVIL ACTION NO. 7:17-cv-00132-KKC

*Electronically filed*

K.D.                                                                                   PLAINTIFF

v.                **DECLARATION OF FREDDIE BOWLING**

JERRY SWAFFORD, in his individual capacity;
THE PIKE COUNTY BOARD OF EDUCATION,
REED ADKINS, in his individual capacity; and
MARK GANNON, in his individual capacity           DEFENDANTS

The Declarant, Freddie Bowling, states as follows under penalty of perjury.

1. My name is Freddie Bowling. I am over 18 years of age and am competent to testify. This Declaration is made pursuant to 28 U.S.C. §1746.

2. I am the Assistant Superintendent of the Pike County School District. I have held that position for three years.

3. I am familiar with the records maintained by the Pike County Board of Education (the "Board").

4. The statements set forth herein are made based on the records of regularly conducted activity maintained by the Pike County Board of Education. Said records are made at or near the time by, or from information transmitted by, someone with knowledge. Said records are kept in the course of regularly conducted activity of the Board and the making of said records was a regular practice of that activity.

5. In responding to K.D.'s Interrogatories and preparing the Board's Second Supplemental Discovery Responses, 15 employees worked from 8:00 a.m. to 4:30 p.m. every day

1

2743880

from June 4 through June 8, 2018, reviewing personnel records consisting of approximately 6,500 files relating to the 10 years before the Complaint in this case was filed. In addition, 14-15 coaches were interviewed to determine whether they knew of any alleged incidents of sexual misconduct by any Board employee during the 10 years preceding the filing of the Complaint.

6. During the ten years preceding the filing of the Complaint in this case the Pike County Board of Education employed approximately 7,000 faculty and staff.

7. During the 2016-2017 school year the Pike County Board of Education served approximately 8,419 students.

8. During the 10 years preceding the filing of the Complaint in this case, the Pike County School District served approximately 14,250 students.

9. Kennith Brown, a bus driver at East Ridge High School and Elkhorn Elementary School.

10. Lincoln Bentley taught at East Ridge High School.

11. Mark Kohari was a volunteer softball coach at Belfry High School.

12. Frances Launa Stanley was a teacher at Belfry High School.

13. Laura Barker was an assistant principal at Pike County Central High School.

14. Paige Danielle Johnson was a teacher at Elkhorn Elementary School.

Further the Declarant sayeth not.

This _16_ day of July, 2018.

_/s/ Freddie Bowling_
Freddie Bowling