

**EASTERN KENTUCKY UNIVERSITY**  **OFFICIAL GRADE REPORT**
Office of the Registrar
SSB CPO 58
521 Lancaster Avenue
Richmond, KY 40475

# STUDENT GRADE REPORT
# Fall 2017

**Name:** K████ R. H████████
**ID:** ████████
**Address:** ████████████████

**Level:** Undergraduate
**Degree:** Bachelor of Science
**Major:** Psychology
**Academic Standing:** *GOOD ACADEMIC STANDING*

**Undergraduate coursework**

| Course | CRN | P/T | Course title | Grade | Credit hours | Earned hours | GPA hours | Quality points |
|---|---|---|---|---|---|---|---|---|
| CMS 100 | 12417 | 1 | Intro to Human Communication | B | 3.00 | 3.00 | 3.00 | 9.00 |
| GSD 101 | 15206 | DEV | Foundations of Learning | A | 3.00 | 3.00 | 3.00 | 12.00 |
| PSY 200 | 15757 | 1 | Introduction to Psychology | B | 3.00 | 3.00 | 3.00 | 9.00 |
| SOC 131 | 12929 | 1 | Introductory Sociology | B | 3.00 | 3.00 | 3.00 | 9.00 |
| STA 215 | 13147 | 1 | Intro to Statistical Reasoning | D | 3.00 | 3.00 | 3.00 | 3.00 |

|  |  |  | GPA |
|---|---|---|---|
| **Term:** | 15.00 | 15.00 | 42.00 | 2.80 |
| **EKU:** | 15.00 | 15.00 | 42.00 | 2.80 |
| **Overall:** | 21.20 | 21.20 | 66.80 | 3.15 |

NR = Faculty failed to meet grade submission deadline. Please contact instructor.

\* = Grade for a developmental course. These are excluded from GPA.