```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE
```

| | |
|---|---|
| **K.D.**, <br><br> **Plaintiff,** <br><br> V. <br><br> **JERRY SWAFFORD, THE PIKE COUNTY BOARD OF EDUCATION, REED ADKINS and MARK GANNON,** <br><br> **Defendants.** | **CIVIL ACTION NO. 7:17-132-KKC** <br><br><br> **JUDGMENT** |

\*\*\* \*\*\* \*\*\*

In accordance with the Opinion and Order entered contemporaneously with this Judgment, the Court hereby **ORDERS AND ADJUDGES** as follows:

1. Defendant the Pike County Board of Education's motion for summary judgment, (DE 164), is **GRANTED**;

2. Defendant Reed Adkins' motion for summary judgment, (DE 163), is **GRANTED**;

3. Defendant Mark Gannon's motion for summary judgment, (DE 143), is **GRANTED**;

4. Defendant Swafford's motion to dismiss, (DE 165), is **DENIED**;

5. K.D.'s motion for sanctions, (DE 148), is **DENIED**;

6. **ALL CLAIMS** against the Pike County Board of Education, Reed Adkins, and Mark Gannon, are **DISMISSED WITH PREJUDICE**;

7. K.D.'s Section 1983 claim against Swafford is **DISMISSED WITH PREJUDICE**;

8. The jury trial scheduled for this matter, (DE 27), is **RESCHEDULED** to commence on **March 18, 2019 at 1:00 p.m. in PIKEVILLE**; and

9. This Judgment is **FINAL** and **APPEALABLE**.

Dated November 9, 2018.

*Karen K. Caldwell*
KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY