IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

K.D.,

    **Plaintiff,**

v.                                          Civil Action No.    7:17-cv-132-KKC

**JERRY SWAFFORD, in his individual capacity;**
**THE PIKE COUNTY BOARD OF EDUCATION,**
**REED ADKINS, in his individual capacity; and**
**MARK GANNON, in his individual capacity.**

    **Defendants.**

## NOTICE OF APPEAL

Notice is given that Plaintiff K.D. hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment of the District Court entered in this action on November 8, 2018 (ECF 185 & ECF 186). *See* 28 U.S.C. § 1291.

                                  **Respectfully submitted,**
                                  **K.D.,**
                                  **By Counsel.**

                                  /s/ Michael B. Hissam
                                  Michael B. Hissam (KYSB #97147)
                                  Ryan M. Donovan (*pro hac vice*)
                                  HISSAM FORMAN DONOVAN RITCHIE PLLC
                                  P.O. Box 3983
                                  Charleston, WV 25339
                                  681-265-3802
                                  Fax: 304-982-8056

                                  *Counsel for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY

K.D.,

    **Plaintiff,**

v.                                               Civil Action No.    7:17-cv-132-KKC

**JERRY SWAFFORD, in his individual capacity;**
**THE PIKE COUNTY BOARD OF EDUCATION,**
**REED ADKINS, in his individual capacity; and**
**MARK GANNON, in his individual capacity.**

                                          **Defendants.**

## CERTIFICATE OF SERVICE

       I, Michael B. Hissam, do hereby certify that on November 30, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants:

        Neal Smith, General Counsel
        Pike County Board of Education
        316 South Mayo Trail
        Pikeville, KY 41501
        neal.smith@pike.kyschools.us

        Michael A. Owsley
        English, Lucas Priest & Owsley, LLP
        1101 College Street
        P.O. Box 770
        Bowling Green, KY 42102-0770
        mowsley@elpolaw.com

        Jonathan C. Shaw
        Porter, Banks, Baldwin & Shaw, PLLC
        327 Main Street, P.O. Drawer 1767
        Paintsville, Kentucky 41240-1767
        jshaw@psbb-law.com

        Max K. Thompson
        Smith, Thompson & Kennedy, PLLC
        PO Box 1079
        Pikeville, Kentucky 41502
        maxthompson@setel.com

*/s/ Michael B Hissam*
Michael B. Hissam (KYSB #97147)